Name & Address:
Dr. Jerroll Dolphin
P.O. Box 941009
Los Angeles CA 90064
323-345-1230
in Pro Per

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

St. Luke School of Medicine-Ghana, a Ghanaian Corporation, St. Luke School of Medicine - Liberia, a Liberian corporation, Dr. Jerroll Dolphin on behalf of himself (Continue on Attached A)
PLAINTIFF(S)

vs.

Republic of Liberia; Ministry of Health, a Liberian Governmental agency; Ministry of Education, a Liberian Governmental agency; Liberian Medical Board, a Liberian Governmental agency; (Continue on Attached B)
DEFENDANT(S)

CASE NUMBER

CV11-06322-RGK-SH x

**SUMMONS**

TO:  DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Jerroll Dolphin__, whose address is __P.O. Box 941009, Los Angeles, CA 90064__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __11/22/11__    By: __Power__
                          Deputy Clerk

                          (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

---

CV-01A (10/11)                    SUMMONS

1  Dr. Jerroll Dolphin
2  P.O. Box 941009
   Los Angeles, CA 90064
3  323-345-1230
   In Pro Per
4



FILED
CLERK, U.S. DISTRICT COURT
AUG - 1 2011
2:42
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF | Case No. **CV11-06322** PSG (MANx)<br><br>**JURY TRIAL DEMANDED**<br><br>COMPLAINT FOR:<br><br>• LIBEL<br>• TRADE LIBEL<br>• INTERFERENCE IN BUSINESS ADVANTAGE<br>• CONSPIRACY<br>• TREATY VIOLATIONS<br>• FRAUD<br>• FALSE IMPRISONMENT<br>• HARASSMENT BY PUBLIC OFFICIALS<br>• DEPRIVATION OF RIGHTS UNDER COLOR OF LAW<br>• NEGLIGENCE<br>• VIOLATIONS OF DUE PROCESS<br>• VIOLATIONS OF EQUAL PROTECTION<br>• CONSPIRACY TO COMMIT CIVIL RIGHTS VIOLATIONS<br>• CONVERSION<br>• INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS<br>• NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS<br>• THREATS AND EXTORTION AGAINST FOREIGN OFFICIALS<br>• MAIL FRAUD |

COMPLAINT FOR DAMAGES FOR WRONG- 1



| | |
|---|---|
| OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation, Defendants. | • INTERNET HACKING<br>• VIOLATION OF COPYRIGHT<br>• INVASION OF PRIVACY<br>• INTERNET STALKING<br>• CYBER STALKING<br>• LOSS OF CONSORTIUM<br><br>**JURY TRIAL REQUESTED** |

COMPLAINT FOR DAMAGES FOR WRONG- 2