NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Dr. Jerroll Dolphin
P.O. Box 941009
Los Angeles, CA 90064
323-384-4483
In Pro Per

FILED

2011 AUG -1   PM 2: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ATTORNEYS FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ST. LUKE SCHOOL OF MEDICINE-GHANA, ST. LUKE SCHOOL OF
MEDICINE -LIBERIA, DR. JERROLL B.R. DOLPHIN,
Robert Farmer, on behalf of a class action

Plaintiff(s),

v.

REPUBLIC OF LIBERIA; MINISTRY OF HEALTH,
MINISTRY OF EDUCATION, LIBERIAN MEDICAL BOARD,
NATIONAL COMMISSION ON HIGHER EDUCATION, NATIONAL
TRANSITIONAL LEGISLATIVE ASSEMBLY, DR. ISAAC ROLAND,
MOHAMMED SHARIFF DR. BENSON BARH, GEORGE GOLLIN, Defendant(s)
DR. BRAD SCHWARTZ  ALAN CONTRERAS, et al,

CASE NUMBER

CV11-06322 PSG
(MANx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___ JERROLL B. R. DOLPHIN _____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary
interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible
disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|

(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| FRANK TEAH | Prominent Liberian businessman, VP of St. Luke School of |
| SEN. BEATRICE SHERMAN | Medicine and is the Secretary of SLSOM and member of the Board. |
| DR. MEIMEI DUKULY. | Consultant to the Ministry of Health, Liberia.  SLSOM Treasurer.. |
| . MEDICAL STUDENTS. | SLSOM students or graduates and represent the Class members. |
| REPUBLIC OF LIBERIA. | Defendant Republic of Liberia,a High Contracting Party to Friendship Treaty |
| St. Luke School of Medicine-Liberia | Liberian institution, established 2000, incorporated 2001, chartered 2003. |
| St. Luke School of Medicine-Ghana | Ghanaian institution established and incorporated 1998, and, by |
|  | judgment of the High Court of Ghana, accredited in October 2009. |
| MINISTRY OF HEALTH | Liberia. The primary institution for health care delivery services in Liberia. |

July 29, 2011
Date

Sign

Jerroll B. R. Dolphin
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES