# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



| Jerroll B. R. Dolphin | **NOTICE TO THE COURT OF POSSIBLE RELATED CASE** |
|---|---|
| **Plaintiff** | Case No. CV 11-06322 |
| v. | $p^{s}y$ (Ashok) |
| REPULIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND; MOHAMMED SHERIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; DR. BRAD SCHWARTZ, ALAN CONTRERAS, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA | FILED  2011 AUG -1  PM 2:50  CLERK U.S. DISTRICT COURT  CENTRAL DIST. OF CALIF.  LOS ANGELES |
| **Defendants** | |

The undersigned plaintiff hereby notifies the Court and counsel that the above-captioned case is possibly related to 10-CV-01791 RGK-SH.

| | |
|---|---|
| X | Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan. |
| X | Cases involving the same defendant(s), whether the prior cases are open or closed. |
| X | Cases arising out of the same operative set of facts, behavioral episode or |

| | |
|---|---|
| | course of conduct whether the prior cases are open or closed. |
| X | Cases that arise out of the same investigation and have temporal proximity. |
| | A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed. |
| | The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios. |
| | Other _____ |

Dated: ~~February 2, 2011~~ July 28, 2011

JERROLL B.R. DOLPHIN
PLAINTIFF
In Pro Se