| Name and address | Lodged order | FILED |
|---|---|---|
| Larry D. Walls<br>9025 Wilshire Blvd, Penthouse<br>Beverly Hills CA 90211<br>310-275-4229 Fax 329-296-2153<br>LWALLS@HOTMAIL.COM | | 2011 NOV 14 PM 12:20<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine-Ghana, et al<br><br>Plaintiff(s)<br>v.<br><br>Republic of Liberia, et al<br><br>Defendant(s). | CASE NUMBER<br><br>2:11-CV-06322-RGK(SHx)<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
|---|---|

Robert Farmer, behalf of class action  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
Name of Party

hereby request the Court approve the substitution of _____ Larry D. Walls _____
                                                              New Attorney

as attorney of record in place and stead of _____ Dr. Jerroll B. R. Dolphin _____
                                                          Present Attorney

Dated September 29, 2011

_Signature of Party/Authorized Representative of Party_

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated September 29, 2011

_Signature of Present Attorney_

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated September 29, 2011

_Signature of New Attorney_

64696

_State Bar Number_

---

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY