Name and address:

Larry Walls
9025 Wilshire Blvd, Penthouse
Beverly Hills CA 90211
310-275-4229 Fax 323-296-2153
LWALLS@HOTMAIL.COM

FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**DENIED**

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al<br>Plaintiff(s) | CASE NUMBER:<br>2:11-CV-06322-RGK(SHx) |
| Republic of Liberia, et al<br>Defendant(s). | ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

LODGED 2011 NOV 14 PM 12:21 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY

The Court hereby orders that the request of:

<u>Robert Farmer, on behalf of a class action</u>   ☑ Plaintiff   ☐ Defendant   ☐ Other _____
Name of Party

to substitute _____ Larry D. Walls _____ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____ 3831 W. 60th Street _____
Street Address

Los Angeles, CA 90043                         larrywalls@sbcglobal.net
City, State, Zip                              E-Mail Address

323-296-9857            323-296-2153          64696
Telephone Number        Fax Number            State Bar Number

as attorney of record in place and stead of ____ Dr. Jerroll B. R. Dolphin ____
Present Attorney

is hereby   ☐ GRANTED   ☒ DENIED

Dated  11-16-2011                            _____[signature]_____
                                             U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.