Name and address

Larry D. Walls
9025 Wilshire Blvd, Penthouse
Beverly Hills CA 90211
310-275-4229 Fax 323-296-2153
LWALLS@HOTMAIL.COM

Lodged order

FILED
2011 NOV 14 PM 12:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____ CP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al<br><br>Plaintiff(s)<br>v.<br>Republic of Liberia, et al<br><br>Defendant(s). | CASE NUMBER<br>2:11-CV-06322-RGK (SHx)<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

St. Luke School of Medicine-Ghana  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __Larry D. Walls__
*New Attorney*

as attorney of record in place and stead of __Dr. Jerroll B. R. Dolphin__
*Present Attorney*

Dated September 29, 2011

_____
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated September 29, 2011

_____
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated September 29, 2011

_____
*Signature of New Attorney*

646296
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (**G-01 ORDER**) ALONG WITH THIS REQUEST.

G-01 (03/06)    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY