Name and address:

Larry Walls
9025 Wilshire Blvd, Penthouse
Beverly Hills CA 90211
310-275-4229, Fax 323-296-2153
LWALLS@HOTMAIL.COM

FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

**DENIED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al <br><br> Plaintiff(s) <br><br> v. <br><br> Republic of Liberia, et al <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:11-CV-06322-RGK (SHx) <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

LODGED
2011 NOV 14 PM 12:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

The Court hereby orders that the request of:

__St. Luke School of Medicine-Liberia__   ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute _____Larry D. Walls_____ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____3831 W. 60th Street_____
*Street Address*

__Los Angeles, CA 90043__          __larrywalls@sbcglobal.net__
*City, State, Zip*                  *E-Mail Address*

__323-296-9857__    __323-296-2153__    __64696__
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record in place and stead of __Dr. Jerroll B. R. Dolphin__
*Present Attorney*

**is hereby**   ☐ GRANTED   ☒ DENIED

Dated __11-16-2011__

[signature]
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.