Name and address

Larry D. Walls
*9025 Wilshire Blvd, Penthouse*
*Beverly Hills CA 90211*
*310-275-4229 Fax 323-296-2153*
*LWALLS@HOTMAIL.COM*

*Lodged Order*

**FILED**

2011 NOV 14 PM 12: 21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ CP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

St. Luke School of Medicine-Ghana, et al

Plaintiff(s)

v.

Republic of Liberia, et al

Defendant(s).

**CASE NUMBER**

2:11-CV-06322-RGK(SHx)

**REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY**

St. Luke School of Medicine-Liberia ☑ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of _____ Larry D. Walls _____
*New Attorney*

as attorney of record in place and stead of _____ Dr. Jerroll B. R. Dolphin _____
*Present Attorney*

Dated September 29, 2011

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated September 29, 2011

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated September 29, 2011

*Signature of New Attorney*

64696

*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR
APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**