Name and address:

Larry Walls
9025 Wilshire Blvd, Penthouse
Beverly Hills CA 90211
310-275-4229 Fax 323-296-2153
LWALLS@HOTMAIL.COM

**FILED**
CLERK, U.S. DISTRICT COURT
NOV 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2011 NOV 14 PM 2:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**DENIED**

St. Luke School of Medicine-Ghana, et al

Plaintiff(s)

v.

Republic of Liberia, et al

Defendant(s).

CASE NUMBER:

2:11-CV-06322-RGK(SHx)

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

__St. Luke School of Medicine-Ghana__   ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute _____Larry D. Walls_____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____3831 W. 60th Street_____
*Street Address*

___Los Angeles, CA 90043___                  ___larrywalls@sbcglobal.net___
*City, State, Zip*                              *E-Mail Address*

___323-296-9857___       ___323-296-2153___       ___64696___
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record in place and stead of _____Dr. Jerroll B. R. Dolphin_____
*Present Attorney*

is hereby   ☐ GRANTED   ☒ DENIED

Dated __11-16-2011__                    _____[signature]_____
                                         U.S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.