| Name and address | Lodged Order | FILED |
|---|---|---|
| Larry D. Walls<br>9025 Wilshire Blvd, Penthouse<br>Beverly Hills CA 90211<br>310-225-4229  Fax 323-296-2153<br>LWALLS@HOTMAIL.COM | | 2011 NOV 14 PM 12: 21<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| St. Luke School of Medicine-Ghana, et al<br><br>Plaintiff(s)<br>v.<br>Republic of Liberia, et al<br><br>Defendant(s). | 2:11-CV-06322-RGK(SHx)<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

Dr. Jerroll B. R. Dolphin   ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of _____Larry D. Walls_____
*New Attorney*

as attorney of record in place and stead of _____Dr. Jerroll B. R. Dolphin_____
*Present Attorney*

Dated September 29, 2011

_____
*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated September 29, 2011

_____
*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated September 29, 2011

_____
*Signature of New Attorney*

64696
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____

_____
*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY