Name and address:

Larry Walls
9025 Wilshire Blvd, Penthouse
Beverly Hills CA 90211
310-275-4229 Fax 323-296-2153
LWALLS@HOTMAIL.COM

FILED
CLERK, U.S. DISTRICT COURT
NOV 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

St. Luke School of Medicine-Ghana, et al

Plaintiff(s)

v.

Republic of Liberia, et al

Defendant(s).

CASE NUMBER:

2:11-CV-06322-RGK(SHx)

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

__Dr. Jerroll B, R, Dolphin__    ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute _____ Larry D. Walls _____ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__3831 W. 60th Street__
*Street Address*

__Los Angeles, CA 90043__         __larrywalls@sbcglobal.net__
*City, State, Zip*                  *E-Mail Address*

__323-296-9857__    __323-296-2153__    __64696__
*Telephone Number*   *Fax Number*       *State Bar Number*

as attorney of record in place and stead of __Dr. Jerroll B. R. Dolphin__
*Present Attorney*

is hereby   ☑ GRANTED    ☐ DENIED

Dated __11·16·2011__          _____signature_____
                              U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.