UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-06322-RGK (SHx) | Date | November 16, 2011 |
|---|---|---|---|
| Title | ST. LUKE SCHOOL OF MEDICINE-GHANA, et al. v. REPUBLIC OF LIBERIA, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court, on it's own motion, orders plaintiff Dr. Jerroll B R Dolphin to show cause **in writing** on or before **November 30, 2011** why St. Luke School of Medicine-Ghana; St. Luke School of Medicine-Liberia; and Robert Farmer, should not be stricken from the caption, and have the action proceed as *Dolphin v. Republic of Liberia, et al.*

Local Rule 83-2.10.1 states:  A corporation including a limited liability corporation, a partnership including a limited liability partnership, an unincorporated association, or a trust may not appear in any action or proceeding pro se.

Local Rule 83.2.10.2 states: Any person representing himself or herself without an attorney must appear pro se for such purpose. That representation may not be delegated to any other person, including a spouse, parent or other relative, nor to any other party on the same side who is not represented by an attorney. A non-attorney guardian for a minor or an incompetent person must be represented by counsel.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

  **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
|  | Initials of Preparer | slw |