UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-06322-RGK (SHx) | Date | December 1, 2011 |
|---|---|---|---|
| Title | St. Luke School of Medicine-Ghana, et al. v. Republic of Liberia, et aL. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:** **(IN CHAMBERS) ORDER**

     The Court has read and considered plaintiff Jerroll Dolphin's response to the Order to Show Cause issued on November 16, 2011 (DE 16). Plaintiffs St .Luke School of Medicine-Ghana; St Luke School of Medicine-Liberia; and Robert Farmer are hereby ordered dismissed from the action.

    **IT IS SO ORDERED.**

                                                                                                          :

Initials of Preparer    slw