FILED

Jerroll B. R. Dolphin
PO Box 941009
Los Angeles, CA 90064
310-384-4483
In Pro Per

2011 NOV 30 AM 11:55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINCE-GHANA, ET AL<br><br>  Plaintiffs,<br><br>  vs.<br><br>REPUBLIC OF LIBERIA, ET AL<br><br>  Defendants | Case No.: No. CV 11-06322-RGK-(SHx)<br><br>PLAINTIFF JERROLL DOLPHIN'S REPONSE TO JUDGE'S ORDER TO SHOW CAUSE |

ANSWER TO THE ORDER OF THE COURT

The plaintiff, Dr. Jerroll Dolphin, has no objections to continuing this lawsuit in the name of Dr. Jerroll Dolphin, alone, as plaintiff. The corporations, St. Luke School of Medicine - Liberia and St. Luke School of Medicine - Ghana, and the class action, will either file a separate lawsuit or join this lawsuit.

However, the plaintiff, Dr. Jerroll Dolphin, wants to be represented by counsel, and humbly requests this honorable court

Summary of Pleading - 1

*filed Nov 14, 2011*

1  to reconsider plaintiff's motion for substitution of attorney,
2  Larry D. Walls, who is completely familiar with this case.
3
4  Respectfully submitted
5
6
7
8  Dr. Jerroll Dolphin
9  November 30, 2011

                              Dated this 30th day of November, 2011



Summary of Pleading - 2