| | |
|---|---|
| 1 | MARTHA S. DOTY (State Bar No. 143287) |
| 2 | NICOLE C. RIVAS (State Bar No. 179337) |
|   | **ALSTON & BIRD, LLP** |
| 3 | 333 South Hope Street |
|   | Sixteenth Floor |
| 4 | Los Angeles, California 90071 |
|   | Telephone:  (213) 576-1000 |
| 5 | Facsimile:   (213) 576-1100 |
|   | Martha.doty@alston.com |
| 6 | Nicole.rivas@alston.com |
| 7 | Attorneys for Defendants |
|   | THE BOARD OF TRUSTEES |
| 8 | OF THE UNIVERSITY OF ILLINOIS, erroneously sued as |
|   | THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN; |
| 9 | and DR. GEORGE GOLLIN |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself; DR. ROBERT FARMER, on behalf of a class action,<br><br>   Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHERIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual; UNIVERSITY OF ILLINOIS- | Case No.:  11-CV-06322-RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed:   August 1, 2011 |

1

LEGAL02/33017800

| | |
|---|---|
| 1 | URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization, |
| | Defendants. |

Plaintiff Dr. Jerroll B.R. Dolphin and Defendants Dr. George Gollin and the Board of Trustees of the University of Illinois, erroneously sued as University of Illinois Urbana Champaign (the "University"), hereby agree and stipulate as follows:

1.  On August 1, 2011, Dolphin filed the instant action against Defendants.

2.  Thereafter, on November 23 and 28, 2011, Dolphin caused the Complaint to be served on Dr. Gollin and the University, respectively.

3.  Dr. Gollin's response to the Complaint is due December 13, 2011. And, the University's response is due December 19, 2011. Defendants, however, require additional time to conduct a preliminary investigation into the allegations of the Complaint and prepare an appropriate response thereto.

///
///
///
///
///
///
///
///
///

LEGAL02/33017800

1 |     NOW THEREFORE the parties hereby agree and stipulate that Defendants shall have
2 | up to and including January 12, 2012 to respond to the Complaint.

3

4 | DATED: December 12, 2011     LARRY D. WELLS
                                               **LAW OFFICES OF LARRY D. WALLS**

                                               /s/
                                              _____
                                               Larry D. Walls
                                       Attorneys for Plaintiff DR. JERROLL B.R.
                                       DOLPHIN

DATED: December 12, 2011     MARTH S. DOTY
                                               NICOLE C. RIVAS
                                               **ALSTON & BIRD LLP**

                                               /s/
                                         _____
                                              Nicole C. Rivas
                                       Attorneys for Defendants
                                       THE BOARD OF TRUSTEES OF THE
                                       UNIVERSITY OF ILLINOIS; and DR. GEORGE
                                       GOLLIN

LEGAL02/33017800