
1  James R. Rogers/SBN 99102
   jrogers@jrrlaw.net
2  LAW OFFICES OF JAMES R. ROGERS
   125 S. Highway 101, Suite 101
3  Solana Beach, CA  92075
   Telephone:  858-792-9900
4  Facsimile:   858-792-9509

5  Attorneys for Defendants
   EDUCATION COMMISSION FOR
6  FOREIGN MEDICAL GRADUATES
   And FOUNDATION FOR ADVANCEMENT OF
7  INTERNATIONAL MEDICAL EDUCATION
   AND RESEARCH
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.<br><br>Defendants. | Case No. 11-CV-06322-RGK (SHx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Filed: August 1, 2011 |

Plaintiff Dr. Jerroll B.R. Dolphin and Defendants Education Commission for Foreign Medical Graduates and Foundation for Advancement of Medical Education and Research hereby agree and stipulate as follows:

1. On August 1, 2011, Dolphin filed the instant action against Defendants.

1

2. Thereafter, on November 26, 2011, Dolphin caused the Complaint to be served on Education Commission for Foreign Medical Graduates and Foundation for Advancement of Medical Education and Research, respectively.

3. Education Commission for Foreign Medical Graduates and Foundation for Advancement of Medical Education and Research's response to the Complaint is due December 16, 2011. Defendants, however, require additional time to conduct a preliminary investigation into the allegations of the Complaint and prepare an appropriate response thereto.

NOW THEREFORE, the parties hereby agree and stipulate that Defendants shall have up to and including January 12, 2012 to respond to the Complaint.

Dated: December 15, 2011

LARRY D. WALLS
LAW OFFICES OF LARRY D. WALLS

_____
Attorneys for Plaintiff
DR. JERROLL B.R. DOLPHIN

Dated: December 16, 2011

JAMES R. ROGERS
LAW OFFICES OF JAMES R. ROGERS

_____
Attorneys for Defendants
EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES and FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH