James R. Rogers/SBN 99102
jrogers@jrrlaw.net
LAW OFFICES OF JAMES R. ROGERS
125 S. Highway 101, Suite 101
Solana Beach, CA 92075
Telephone: 858-792-9900
Facsimile: 858-792-9509

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES
and
FOUNDATION FOR ADVANCEMENT OF
INTERNATIONAL MEDICAL EDUCATION
AND RESEARCH
erroneously sued as
FOUNDATION FOR ADVANCEMENT OF
MEDICAL EDUCATION AND RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ST.LUKE SCHOOL OF MEDICINE, et al.<br><br>　　Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.<br><br>　　Defendants.<br>_____ | Case No. CV-11-06322RGK (SHx)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION<br>[FRCP Rule 12(b)(2)]<br><br>Date:　　February 27, 2012<br>Time:　　9:00 a.m.<br>Courtroom:　850 |

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on February 27, 2012, at 9:00am, or as soon thereafter as the matter may be heard in the above-entitled court, located in the Roybal Federal Building located at 255 East Temple St., Los Angeles, CA 90012,

1
_____
NOTICE OF MOTION AND MOTION TO DISMISS

defendants EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL EDUCATION AND RESEARCH erroneously sued as FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH will move the court to dismiss the action pursuant to FRCP 12(b)(2) because plaintiffs do not have an adequate basis for personal jurisdiction over moving defendants, as plaintiffs lack both the traditional bases for jurisdiction (presence, domicile, or consent), as well as the "minimum contacts" necessary to establish personal jurisdiction over moving defendants.

      With regard to the requirements of L.R. 7-3, I telephoned plaintiff's counsel on January 10, 2012, and left a message requesting he return my call either that day or the next. On January 11, 2012, I followed up with an email to plaintiff's counsel, and received a response, but we were unable to come to an agreement regarding this motion.

      The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated:     January 12, 2012     LAW OFFICES OF JAMES R. ROGERS

                              *James R. Rogers*
                      By: _____
                          James R. Rogers, Esq.
                          Attorneys for Defendants
                          EDUCATIONAL COMMISSION FOR
                          FOREIGN MEDICAL GRADUATES
                          erroneously sued as
                          EDUCATION COMMISSION FOR
                          FOREIGN MEDICAL GRADUATES and
                          FOUNDATION FOR ADVANCEMENT
                          OF INTERNATIONAL EDUCATION
                          AND RESEARCH