James R. Rogers/SBN 99102
jrogers@jrrlaw.net
LAW OFFICES OF JAMES R. ROGERS
125 S. Highway 101, Suite 101
Solana Beach, CA   92075
Telephone:   858-792-9900
Facsimile:   858-792-9509

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES
erroneously sued as
EDUCATION COMMISSION FOR
FOREIGN MEDICAL GRADUATES; and
FOUNDATION FOR ADVANCEMENT OF
INTERNATIONAL MEDICAL EDUCATION
AND RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ST.LUKE SCHOOL OF MEDICINE, et al.<br><br>　　Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.<br><br>　　Defendants. | Case No. CV-10-1791RGK (SHx)<br><br>DECLARATION OF DENNIS DONOHUE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION<br>[FRCP Rule 12(b)(2)]<br><br>Date:<br>Time:<br>Courtroom: |

I, Dennis Donohue, hereby declare as follows:

1.　　I am the Senior Vice President for Finance of defendant EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES ("ECFMG") and the Treasurer of defendant FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL

1

1  EDUCATION AND RESEARCH ("FAIMER"). I have personal knowledge of all matters stated
2  herein.
3      2.    Defendant ECFMG is a 501(c)(3) not-for-profit corporation, incorporated in the
4  State of Illinois, with its principal place of business in Philadelphia, Pennsylvania and is engaged
5  in the business of assessing and certifying foreign medical graduates for entry into graduate
6  medical education programs in the United States.
7      3.    Defendant FAIMER is a 501(c)(3) not-for profit corporation, incorporated in the
8  State of Pennsylvania, with its principal place of business in Philadelphia, Pennsylvania and is
9  engaged in the business of enhancing international medical education through programs of
10 research and education, as well as maintaining a directory of international medical schools,
11 known as the International Medical Education Directory ("IMED").
12     4.    Neither moving defendant is incorporated in California.
13     5.    No officers or directors of either moving defendant reside or are domiciled in
14 California.
15     6.    All of defendant ECFMG's operations out of which this case arises occurred in
16 Pennsylvania., although defendant ECFMG does currently runs a single testing facility for a
17 single component of the United States Medical Licensing Exam in Los Angeles, California.
18     7.    All potential employee and non-employee witnesses for ECFMG are located in
19 Pennsylvania.
20     8.    Defendant FAIMER is not qualified to do business in California, nor does it have
21 any subsidiaries incorporated or qualified to do business in California.
22     9.    Defendant FAIMER has no employees residing or domiciled in California; nor
23 has it contracted with persons residing in California to act on their behalf with respect to
24 marketing, distributing or servicing any of defendant's goods or products.
25     10.    Defendant FAIMER has no branch office or comparable facilities in California,
26 nor does it have telephone listings or mailing addresses in California. Defendant FAIMER has
27 no tangible personal or real property in California.
28     11.    Moving defendants do not have any bank accounts in California.

12. The acts or omissions for which plaintiffs seek to hold defendants liable in this action all occurred outside of California.

13. It would be unreasonable to require defendants to defend this action in courts within California due to the burden on moving defendants considering that moving defendants are not incorporated in California, their principal place of business is in Pennsylvania, all business operations out of which this case arises occurred in Pennsylvania, and all witnesses and employees of moving defendants are located are in Pennsylvania.

14. Plaintiffs served moving defendants with their Complaint on or about November 25, 2011 in the State of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _Dec. 15, 2011_ at Philadelphia, Pennsylvania.

_____
Dennis Donohue
Senior V.P. for Finance for
EDUCATION COMMISSION FOR
FOREIGN MEDICAL GRADUATES

_____
Dennis Donohue
Treasurer for
FOUNDATION FOR ADVANCEMETN
OF INTERNATIONAL EDUCATION
AND RESEARCH

DECLARATION OF DENNIS DONOHUE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION