| | |
|---|---|
| 1 | MARTHA S. DOTY (SBN 143287) |
| 2 | NICOLE C. RIVAS (SBN 179337) |
|   | **ALSTON & BIRD LLP** |
| 3 | 333 South Hope Street, Sixteenth Floor |
|   | Los Angeles, California 90071 |
| 4 | Telephone: (213) 576-1000 |
|   | Facsimile: (213) 576-1100 |
| 5 | Email: martha.doty@alston.com |
|   | nicole.rivas@alston.com |

Attorneys for Defendants THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, erroneously sued as THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE–LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION | Case No.: 11-CV-06322 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANTS THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS** |

1

BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,

Defendants.

The undersigned counsel of record for defendant the Board of Trustees of the University Of Illinois, erroneously sued as the University Of Illinois-Urbana Champaign, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. The Board of Trustees of the University Of Illinois
2. The State of Illinois

DATED: January 12, 2012      MARTHA S. DOTY
                             NICOLE C. RIVAS
                             **ALSTON & BIRD LLP**

/s/ Nicole C. Rivas

Nicole C. Rivas
Attorneys for Defendants THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, erroneously sued as THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN