MARTHA S. DOTY (SBN 143287)
NICOLE C. RIVAS (SBN 179337)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: martha.doty@alston.com
        nicole.rivas@alston.com

Attorneys for Defendants THE BOARD OF TRUSTEES
OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN
and DR. GEORGE GOLLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE–LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action<br><br>              Plaintiff,<br><br>    vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION | Case No.: 11-CV-06322 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**DECLARATION OF NICOLE C. RIVAS IN SUPPORT OF DEFENDANTS THE UNIVERSITY OF ILLINOIS' AND DR. GEORGE GOLLIN'S MOTION:**<br><br>**(a)    TO DISMISS; OR**<br><br>**(b)    ALTERNATIVELY FOR A MORE DEFINITE STATEMENT**<br><br>**[FRCP 8(a)(2), 12(b)(1) & 12(e), 41(b).]**<br><br>[Filed Concurrently With Notice Of Motion and Motion; Memorandum of Points & Authorities; and [Proposed] Order]<br><br>DATE:              February 13, 2012<br>TIME:              9:00 a.m.<br>COURTROOM:   850 |

1

BOARD OF THE REPUBLIC OF GHANA,
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES, a
Pennsylvania non-profit corporation,
FOUNDATION FOR ADVANCEMENT
OF MEDICAL EDUCATION AND
RESEARCH, a Pennsylvania non-profit
organization,

        Defendants.

## DECLARATION OF NICOLE C. RIVAS

I, Nicole C. Rivas, declare:

1.    I am an attorney at Alston & Bird LLP, attorneys of record for Defendants Dr. George Gollin and the Board of Trustees of the University of Illinois, erroneously sued as The University of Illinois-Urbana Champaign. I make this declaration in support of Defendant's Motion to Dismiss, or, Alternatively for a More Definite Statement. I have personal knowledge of the following facts and if called as a witness could testify competently thereto.

2.    On January 9, 2012, I spoke with counsel for the Plaintiff Dr. Jerroll Dolphin, Larry Walls, via the telephone in an effort to meet and confer regarding the present motion in accordance with Local Rule 7-3. In the telephone conversation, we discussed Defendants' motion, but were unable to resolve the issues without the necessity of this motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct of my personal knowledge.

Executed on this 12th day of January, 2012, at Los Angeles, California.

                                  /s/ Nicole C. Rivas

                                  Nicole C. Rivas