# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE–LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,<br><br>Defendants. | Case No.: 11-CV-06322 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS THE UNIVERSITY OF ILLINOIS' AND DR. GEORGE GOLLIN'S MOTION TO DISMISS** |

LEGAL02/33066416v1

On February 13, 2012, Defendants the Board of Trustees of the University of Illinois' and Dr. George Gollin's Motion to Dismiss came on regularly for hearing before this Court. After considering the papers submitted in support of and in opposition to Defendants' motion and having heard the oral argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court lacks subject matter jurisdiction over Plaintiff's Complaint as it pertains to the University of Illinois and Dr. Gollin because both are entitled to immunity under the Eleventh Amendment;

2. Defendants' Motion to Dismiss is, therefore, granted.

IT IS SO ORDERED.

DATED: _____    _____

The Honorable R. Gary Klausner

LEGAL02/33066416v1