James R. Rogers/SBN 99102
jrogers@jrrlaw.net
LAW OFFICES OF JAMES R. ROGERS
125 S. Highway 101, Suite 101
Solana Beach, CA  92075
Telephone:  858-792-9900
Facsimile:   858-792-9509

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES
And FOUNDATION FOR ADVANCEMENT OF
INTERNATIONAL MEDICAL EDUCATION
AND RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST.LUKE SCHOOL OF MEDICINE – GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action,<br><br>Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual. | Case No. 11-CV-06322-RGK (SHx)<br><br>[Hon. R. Gary Klausner]<br><br>CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANTS EDUCATIONAL<br><br>Complaint Filed:  August 1, 2011 |

1

_____
CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| 1  ALAN CONTRERAS as official and individual, UNIVERSITY OF |
| 2  ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher |
| 3  Learning; STATE OF OREGON, Office of Degree Authorization, the |
| 4  NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF |
| 5  GHANA, EDUCATIONAL COMMISSION FOR FOREIGN |
| 6  MEDICAL GRADUATES, a Pennsylvania non-profit corporation, |
| 7  FOUNDATION FOR ADVANCEMENT OF MEDICAL |
| 8  EDUCATION AND RESEARCH, a Pennsylvania non-profit organization, |
| 9 |
| 10        Defendants. |

The undersigned counsel of record for defendants the Educational Commission for Foreign Medical Graduates and the Foundation for Advancement of International Medical Education and Research, erroneously sued as Foundation for Advancement of Medical Education and Research, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable toe Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| 1. Education Commission for Foreign Medical Graduates | Named Defendant |
| 2. Foundation for Advancement of Medical Education and Research | Named Defendant |
| 3. Chartis Claims, Inc., which is a wholly-owned (100%) subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of  American International Group, Inc., which is a publicly-held corporation.  With the exception of the AIG Credit Facility Trust, a trust established for the sole benefit of the United States Treasury, no | Professional Liability Insurer for both ECFMG and FAIMER |

2

_____
CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc. | |
| 4. National Union Fire Insurance Co., of Pittsburgh, PA | Insurance Underwriter for the Chartis Claims, Inc. policy held by ECFMG and FAIMER |

Dated: December 12, 2012

JAMES R. ROGERS
LAW OFFICES OF JAMES R. ROGERS

*Jim Rogers*

_____

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES
and
FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL EDUCATION AND RESEARCH

CERTIFICATE OF INTERESTED PARTIES