UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-06322-RGK (SHx) | Date | January 13, 2012 |
|---|---|---|---|
| Title | St Luke School of Medicine-Ghana, et al. v. Republic of Liberia, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

On the Court's own motion, defendants George Gollin, University of Illinois-Urbana Champaign's Motion to Dismiss Case (DE 30) is hereby continued from February 13, 2012 at 9:00 a.m. to **February 27, 2012 at 9:00 a.m.**

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer        slw

_____