James R. Rogers/SBN 99102
jrogers@jrrlaw.net
LAW OFFICES OF JAMES R. ROGERS
125 S. Highway 101, Suite 101
Solana Beach, CA   92075
Telephone:   858-792-9900
Facsimile:    858-792-9509

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES
And FOUNDATION FOR ADVANCEMENT OF
INTERNATIONAL MEDICAL EDUCATION
AND RESEARCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST.LUKE SCHOOL OF MEDICINE – GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action,<br><br>       Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual. | Case No. 11-CV-06322-RGK (SHx)<br><br>[Hon. R. Gary Klausner]<br><br>NOTICE OF LODGING OF PROPOSED ORDER IN SUPPORT OF DEFENDANTS ECFMG'S AND FAIMER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM<br><br>Complaint Filed:  August 1, 2011 |

| | |
|---|---|
| 1 | ALAN CONTRERAS as official and individual, UNIVERSITY OF |
| 2 | ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher |
| 3 | Learning; STATE OF OREGON, Office of Degree Authorization, the |
| 4 | NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF |
| 5 | GHANA, EDUCATIONAL COMMISSION FOR FOREIGN |
| 6 | MEDICAL GRADUATES, a Pennsylvania non-profit corporation, |
| 7 | FOUNDATION FOR ADVANCEMENT OF MEDICAL |
| 8 | EDUCATION AND RESEARCH, a Pennsylvania non-profit organization, |
| 9 | |
| 10 | Defendants. |

PLEASE TAKE NOTICE that defendants EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL EDUCATION AND RESEARCH are lodging herewith a Proposed Order in support of defendants' Motion to Dismiss for Lack of Personal Jurisdiction and a Proposed Order in support of defendants' Motion to Dismiss for Failure to State a Claim, attached as Exhibits A and B hereto.

Dated: January 13, 2012        JAMES R. ROGERS
                               LAW OFFICES OF JAMES R. ROGERS

                               *Jim Rogers*
                               _____
                               Attorneys for Defendants
                               EDUCATIONAL COMMISSION FOR
                               FOREIGN MEDICAL GRADUATES
                               and
                               FOUNDATION FOR ADVANCEMENT
                               OF INTERNATIONAL MEDICAL
                               EDUCATION AND RESEARCH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
NOTICE OF LODGMENT