James R. Rogers/SBN 99102
jrogers@jrrlaw.net
LAW OFFICES OF JAMES R. ROGERS
125 S. Highway 101, Suite 101
Solana Beach, CA  92075
Telephone:   858-792-9900
Facsimile:    858-792-9509

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES
And FOUNDATION FOR ADVANCEMENT OF
INTERNATIONAL MEDICAL EDUCATION
AND RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE – GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action,<br><br>    Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual. UNIVERSITY OF | Case No. 11-CV-06322-RGK (SHx)<br><br>[Hon. R. Gary Klausner]<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AND FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL RESEARCH MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION<br>[FRCP Rule 12(b)(2)]<br><br>Complaint Filed:  August 1, 2011 |

1

_____
CERTIFICATE OF INTERESTED PARTIES

ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,

Defendants.

On February 27, 2012, Defendants Educational Commission for Foreign Medical Graduates ("ECFMG") and Foundation for Advancement of International Medical Education and Research's ("FAIMER") Motion to Dismiss for Lack of Personal Jurisdiction came on regularly for hearing before this Court. After considering the papers submitted in support of and in opposition to Defendants' motion and having heard the oral argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court lacks personal jurisdiction over Plaintiff's Complaint as it pertains to ECFMG and FAIMER because neither are subject to personal jurisdiction in the state of California;

2. Defendants' Motion to Dismiss for lack of personal jurisdiction is, therefore, GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable R. Gary Klausner

CERTIFICATE OF INTERESTED PARTIES