| | |
|---|---|
| 1 | James R. Rogers/SBN 99102 |
| | jrogers@jrrlaw.net |
| 2 | LAW OFFICES OF JAMES R. ROGERS |
| | 125 S. Highway 101, Suite 101 |
| 3 | Solana Beach, CA  92075 |
| | Telephone:  858-792-9900 |
| 4 | Facsimile:   858-792-9509 |
| 5 | Attorneys for Defendants |
| 6 | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES |
| 7 | And FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL EDUCATION |
| 8 | AND RESEARCH |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE – GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action, | Case No. 11-CV-06322-RGK (SHx) |
| | [Hon. R. Gary Klausner] |
| | [PROPOSED] ORDER GRANTING DEFENDANTS' EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AND FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL RESEARCH MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP Rule 12(b)(6)] |
| Plaintiff(s) | |
| v. | |
| REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual. UNIVERSITY OF | Complaint Filed:  August 1, 2011 |

ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,

    Defendants.

On February 27, 2012, Defendants Educational Commission for Foreign Medical Graduates ("ECFMG") and Foundation for Advancement of International Medical Education and Research's ("FAIMER") Motion to Dismiss for Failure to State a Claim came on regularly for hearing before this Court. After considering the papers submitted in support of and in opposition to Defendants' motion and having heard the oral argument of counsel thereon, and for good cause shown,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    1. Plaintiff's complaint fails to state a claim upon which relief can be granted because it alleges causes of action for which the applicable statutes of limitation have expires, or, alternatively, for which there are no factual allegations against moving defendants.

    2. Defendants ECFMG's and FAIMER's motion to dismiss for failure to state a claim is GRANTED;

    IT IS SO ORDERED.

Dated: _____

                              _____
                              The Honorable R. Gary Klausner

_____
CERTIFICATE OF INTERESTED PARTIES