JOHN R. KROGER
Oregon Attorney General
SETH T. KARPINSKI, OSB #991907
(California Bar #137748)
Email:  seth.t.karpinski@doj.state.or.us
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4792

Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree Authorization

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| JERROLL B.R. DOLPHIN,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.,<br><br>Defendants. | Case No. 2:11-cv-06322-RGK-SH<br><br>MOTION TO DISMISS BY STATE DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2), (5), and (6).<br><br>DATE:  February 27, 2012<br>TIME:   9:00 a.m.<br>JUDGE: Honorable R. Gary Klausner |

This motion is made following a good faith attempt to complete conference of counsel pursuant to L.R. 7-3. Oregon Department of Justice Assistant Attorney General Jessica McKie attempted to call Plaintiff's counsel of record Larry D. Walls on January 12, 2011, but was unable to contact Mr. Walls. Affidavit of Jessica McKie ("McKie Aff.") filed with this motion, ¶6. Ms. McKie also sent Mr. Walls an email on January 12, 2011 and January 13, 2011 to determine if Mr. Walls represented Plaintiff but received no response. McKie Aff. ¶7. Ms. McKie

MOTION TO DISMISS BY STATE DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2) , (5), and (6).

3154059-v2                                  Page 1

then attempted to call Plaintiff at his last known telephone number to determine if Plaintiff was acting In Pro Per but reached a fax. McKie Aff. ¶8.

Defendants Alan Contreras and State of Oregon, Office of Degree Authorization (hereafter collectively "State Defendants") State Defendants move to dismiss the action because:

1. State Defendants have not been properly served, as shown by the attached Affidavits of Jessica McKie, Jennifer Diallo, and Alan Contreras;
2. State Defendants are not subject to the personal jurisdiction of this court; and
3. Plaintiff has failed to state a claim upon which relief can be granted because Defendant State of Oregon, Office of Degree Authorization (hereafter, "ODA"), and Defendant Contreras, in his official capacity only, are immune from suit pursuant to the Eleventh Amendment; and Plaintiff fails to allege any action by Contreras in his individual capacity.

The motion is supported by the accompanying Memorandum of Law and the Affidavits of Jessica McKie, Jennifer Diallo, and Alan Contreras.

DATED this 18 day of January, 2012.

Respectfully submitted,

JOHN R. KROGER
Attorney General

_/s/ S. T. K._
SETH T. KARPINSKI Cal. Bar #137748
Senior Assistant Attorney General
Trial Attorney
Tel (503)947-4700
Fax (503) 947-4792
seth.t.karpinski@doj.state.or.us
Of Attorneys for Defendants Alan
  Contreras and State of Oregon, Office
  of Degree Authorization

MOTION TO DISMISS BY STATE DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2), (5), and (6).

## CERTIFICATE OF SERVICE

I certify that on January 18, 2012, I served the foregoing MOTION TO DISMISS BY STATE DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2), (5), and (6) upon the parties hereto by the method indicated below, and addressed to the following:

Dr. Jerroll B. R. Dolphin  
P.O. Box 941009  
Los Angeles, CA 90064  
(323) 345-1230  
    Plaintiff on behalf of himself, Robert  
    Farmer, on behalf of a class action

___ HAND DELIVERY  
_x_ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
___ E-FILE

Larry D. Walls  
The Law Office of Larry D. Walls  
9025 Wilshire Blvd Penthouse Suite  
Los Angeles, CA 90043  
(310) 275-4229  
    Of Attorneys for Plaintiff

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX) (323) 296-2153  
___ E-MAIL larrywalls@sbcglobal.net  
✓ E-FILE

Nicole C Rivas  
Alston & Bird LLP  
333 South Hope Street 16th Floor  
Los Angeles, CA 90071  
213-576-1000  
    Of Attorneys for Dr George Gollin,  
    and University of Illinois-Urbana  
    Champaign

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX) 213-576-1100  
___ E-MAIL nicole.rivas@alston.com  
✓ E-FILE

///

///

///

///

///

///

///

Page 1 -   CERTIFICATE OF SERVICE  
STK/cbh/3172241-v1  
    Department of Justice  
    1162 Court Street NE  
    Salem, OR 97301-4096  
    (503) 947-4700 / Fax: (503) 947-4791

James R Rogers
James R Rogers Law Offices
125 South Highway 101 Suite 101
Solana Beach, CA 92075
858-792-9900
    Of Attorneys for Educational
    Commission for Foreign Medical
    Graduates, and Foundation for
    Advancement of Medical Education
    and Research

___ HAND DELIVERY
___ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX) 858-792-9509
___ E-MAIL jrogers@jrrlaw.net
✓ E-FILE

_(signature)_

SETH T. KARPINSKI OSB #991907
(California Bar #137748)
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
seth.t.karpinski@doj.state.or.us
Of Attorneys for Defendants Alan Contreras and
    State of Oregon, Office of Degree
    Authorization

Page 2 -  CERTIFICATE OF SERVICE
STK/cbh/3172241-v1