JOHN R. KROGER
Oregon Attorney General
SETH T. KARPINSKI, OSB #991907
(California Bar #137748)
Email: seth.t.karpinski@doj.state.or.us
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4792

Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree Authorization

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROLL B.R. DOLPHIN, | Case No. 2:11-cv-06322-RGK-SH |
| Plaintiff, | AFFIDAVIT OF JESSICA MCKIE IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS |
| v. | |
| REPUBLIC OF LIBERIA, ET AL, | DATE: February 27, 2012 |
| Defendants. | TIME: 9:00 a.m. |
| | JUDGE: Honorable R. Gary Klausner |

STATE OF OREGON  )
                 ) ss.
County of Marion )

I, Jessica McKie, being duly sworn, depose and state:

1. I am an Assistant Attorney General in the Trial Division of the State of Oregon Department of Justice.

1  2. Plaintiff filed his Complaint on August 1, 2011. Exh. A.

2  3. As of January 13, 2012, Plaintiff has not filed proof of service on
3  State Defendants with the court. Exh. A.

4  4. The document purported to be proof of service for Alan Contreras
5  claims that Alan Contreras was served by mail at 1500 Valley River Dr. Suite 100,
6  Eugene, Oregon 97401 on November 25 or 28, 2011. The address indicated is for
7  ODA. Exh. B.

8  5. No one at ODA is authorized to accept service on behalf of the State
9  of Oregon or Alan Contreras.

10 6. On January 12, 2011, and January 13, 2011, I attempted to call
11 counsel of record Larry D. Walls to determine if Mr. Walls represented Plaintiff
12 for purposes of conferral but was unable to contact Mr. Walls.

13 7. On January 12, 2011, I sent Mr. Walls an email to determine if Mr.
14 Walls represented Plaintiff for purposes of conferral but received no response.

15 8. On January 12, 2011, I attempted to call Plaintiff at his last known
16 phone number to determine if Plaintiff was acting In Pro Per for purposes of
17 conferral but reached a fax.

18 DATED this 18 day of January, 2012.

19
20                                    JESSICA MCKIE
                                      Assistant Attorney General
21

22 SUBSCRIBED AND SWORN to before me this 18 day of January,
23 2012.

24  [OFFICIAL SEAL
25  CAROLYN J BENNETT-HUNTER
    NOTARY PUBLIC-OREGON
    COMMISSION NO. 445002
    MY COMMISSION EXPIRES FEBRUARY 22, 2014]

Notary Public for Oregon
My Commission Expires: 02-22-2014

26

AFFIDAVIT OF JESSICA MCKIE IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS

3163514-v2                              Page 2

CM/ECF - California Central District                                                                 Page 1 of 6

(SHx), DISCOVERY, RELATED-G

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
(Western Division - Los Angeles)
**CIVIL DOCKET FOR CASE #: 2:11-cv-06322-RGK -SH**

| | |
|---|---|
| St Luke School of Medicine-Ghana et al v. Republic of Liberia et al | Date Filed: 08/01/2011 |
| Assigned to: Judge R. Gary Klausner | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Stephen J. Hillman | Nature of Suit: 320 Assault Libel & Slander |
| Related Case: 2:10-cv-01791-RGK-SH | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Libel,Assault,Slander | |

**Plaintiff**

**St Luke School of Medicine-Ghana**
*a Ghanain corporation*
*TERMINATED: 12/01/2011*

**Plaintiff**

**St Luke School of Medicine-Liberia**
*a Liberian corporation*
*TERMINATED: 12/01/2011*

**Plaintiff**

**Dr Jerroll B R Dolphin**                        represented by **Larry D Walls**
*on behalf of himself, Robert Farmer, on*                        The Law Office of Larry D Walls
*behalf of a class action*                                       9025 Wilshire Boulevard Penthouse
                                                                 Suite
                                                                 Los Angeles, CA 90043
                                                                 310-275-4229
                                                                 Fax: 323-296-2153
                                                                 Email: larrywalls@sbcglobal.net
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Republic of Liberia**

**Defendant**

**Ministry of Health**
*a Liberian Governmental Agency*

**Defendant**

**Ministry of Education**
*a Liberian Governmental Agency*

Exhibit A, Page 1 of 6
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

**Defendant**

**Liberian Medical Board**
*a Liberian Governmental Agency*

**Defendant**

**National Commission on Higher Education**
*a Liberian Governmental Agency*

**Defendant**

**National Transitional Legislative Assembly**
*a Liberian Governmental Agency*

**Defendant**

**Dr Isaac Roland**
*as official and individual*

**Defendant**

**Mohammed Shariff**
*as official and individual*

**Defendant**

**Dr Benson Barh**
*as official and individual*

**Defendant**

**Dr George Gollin**                    represented by **Nicole C Rivas**
*as official and individual*                            Alston & Bird LLP
                                                        333 South Hope Street 16th Floor
                                                        Los Angeles, CA 90071
                                                        213-576-1000
                                                        Fax: 213-576-1100
                                                        Email: nicole.rivas@alston.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Dr Brad Schwartz**
*as official and individual*

**Defendant**

**Alan Contreras**
*as official and individual*

**Defendant**

**University of Illinois-Urbana Champaign**              represented by **Nicole C Rivas**
*an Illinois Institution of Higher*                     (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

Exhibit A, Page 2 of 6
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

*Learning*

**Defendant**

**State of Oregon Office of Degree Authorization**

**Defendant**

**National Accreditation Board of the Republic of Ghana**
*(the)*

**Defendant**

**Educational Commission for Foreign Medical Graduates**
*a Pennsylvania non-profit corporation*

represented by **James R Rogers**
James R Rogers Law Offices
125 South Highway 101 Suite 101
Solana Beach, CA 92075
858-792-9900
Fax: 858-792-9509
Email: jrogers@jrrlaw.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foundation for Advancement of Medical Education and Research**
*a Pennsylvania non-profit corporation*

represented by **James R Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2011 | 1 | COMPLAINT against defendants Benson Barh, Alan Contreras, Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research, George Gollin, Liberian Medical Board, Ministry of Education, Ministry of Health, National Accreditation Board of the Republic of Ghana (see document for more). Case assigned to Judge Philip S. Gutierrez for all further proceedings. Discovery referred to Magistrate Judge Margaret A Nagle; (Filing fee $ 350 PAID); Jury Demanded; filed by plaintiffs St Luke School of Medicine-Liberia, St Luke School of Medicine-Ghana, Jerroll B R Dolphin.(esa) (Additional attachment(s) added on 11/23/2011: # 1 21 Days Summons Issued on 11/22/2011) (jp). (Entered: 08/03/2011) |
| 08/01/2011 | 2 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by Plaintiff Jerroll B R Dolphin, identifying Frank Teah, Beatrice Sherman, Meimei Dukuly for Jerroll B R Dolphin. (esa) (Entered: 08/03/2011) |
| 08/01/2011 | 3 | NOTICE TO THE COURT of Possible Related Case filed by plaintiff Jerroll B R Dolphin. Related Case: 10-CV-1791 RGK (SHx) (esa) (Entered: 08/03/2011) |
| 08/03/2011 | 4 | STANDING ORDER regarding Newly Assigned Cases (See document for further details) by Judge Philip S. Gutierrez. (ir) (Entered: 08/03/2011) |

| | | |
|---|---|---|
| 08/08/2011 | 5 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 - Related Case- filed. Related Case No: CV 10-01791 RGK(SHx). Case transferred from Judge Philip S. Gutierrez and Magistrate Judge Margaret A. Nagle to Judge R. Gary Klausner and Magistrate Judge Stephen J. Hillman for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 11-06322 RGK(SHx).Signed by Judge R. Gary Klausner (rn) (Entered: 08/08/2011) |
| 08/10/2011 | 7 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge R. Gary Klausner: READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE. This action has been assigned to the calendar of Judge R Gary Klausner. The Responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action but upon the Court as well. To secure the just, speedy and inexpensive determination of every action, all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedures (See document for further details). (shb) (Entered: 08/10/2011) |
| 11/14/2011 | 8 | REQUEST to Substitute Dr. Jerroll B.R. Dolphin for Larry D. Walls.Lodged Proposed Order. (vdr) (Entered: 11/17/2011) |
| 11/14/2011 | 10 | REQUEST to Substitute Dr. Jerroll B.R. Dolphin for Larry D. Walls.Lodged Proposed Order. (vdr) (Entered: 11/17/2011) |
| 11/14/2011 | 12 | REQUEST to Substitute Dr. Jerroll B.R. Dolphin for Larry D. Walls.Lodged Proposed Order. (vdr) (Entered: 11/17/2011) |
| 11/14/2011 | 14 | REQUEST to Substitute Dr. Jerroll B.R. Dolphin for Larry D. Walls.Lodged Proposed Order. (vdr) (Entered: 11/17/2011) |
| 11/16/2011 | 9 | ORDER by Judge R. Gary Klausner: denying Request 8 to Substitute Attorney on behalf of Robert Farmer. (vdr) (Entered: 11/17/2011) |
| 11/16/2011 | 11 | ORDER by Judge R. Gary Klausner: denying Request 12 to Substitute Attorney on behalf of St. Luke School of Medicine-Liberia. (vdr) Modified on 11/17/2011 (vdr). (Entered: 11/17/2011) |
| 11/16/2011 | 13 | ORDER by Judge R. Gary Klausner: denying Request 10 to Substitute Attorney on behalf of St. Luke School of Medicine-Ghana. (vdr) (Entered: 11/17/2011) |
| 11/16/2011 | 15 | ORDER by Judge R. Gary Klausner: granting Request 14 to Substitute Attorney Larry Walls on behalf of Dr. Jerroll B.R. Dolphin. (vdr) Modified on 12/1/2011 (vdr). (Entered: 11/17/2011) |
| 11/16/2011 | 16 | The Court, on its own motion, orders plaintiff Dr. Jerroll B R Dolphin to show cause in writing on or before November 30, 2011 why St. Luke School of Medicine-Ghana; St. Luke School of Medicine-Liberia; and Robert Farmer, should not be stricken from the caption, and have the action proceed as Dolphin v. Republic of Liberia, et al. (sw) (Entered: 11/17/2011) |
| 11/22/2011 | | 21 DAY Summons Issued re Complaint 1 as to defendants. (jp) (Entered: 11/23/2011) |

| | | |
|---|---|---|
| 11/30/2011 | 23 | PLAINTIFF JERROLL DOLPHIN'S RESPONSE filed by Plaintiff Jerroll B R Dolphin to Minutes of In Chambers Order to Show Cause 21 (shb) (Entered: 12/07/2011) |
| 12/01/2011 | 21 | MINUTE ORDER IN CHAMBERS by Judge R. Gary Klausner. The Court has read and considered plaintiff Jerroll Dolphins response to the Order to Show Cause issued on 11/16/2011 16 . Plaintiffs St. Luke School of Medicine-Ghana; St Luke School of Medicine-Liberia; and Robert Farmer are hereby ordered dismissed from the action. (vdr) (Entered: 12/01/2011) |
| 12/13/2011 | 24 | STIPULATION Extending Time to Answer the complaint as to George Gollin answer now due 1/12/2012; University of Illinois-Urbana Champaign answer now due 1/12/2012, re Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendants The Board of Trustees of the University of Illinois, erroneously sued as The University of Illinois-Urbana Champaign and Dr. George Gollin George Gollin; University of Illinois-Urbana Champaign.(Rivas, Nicole) (Entered: 12/13/2011) |
| 12/16/2011 | 25 | STIPULATION Extending Time to Answer the complaint as to Foundation for Advancement of Medical Education and Research answer now due 1/12/2012; Educational Commission for Foreign Medical Graduates answer now due 1/12/2012, filed by Defendants Foundation for Advancement of Medical Education and Research; Educational Commission for Foreign Medical Graduates.(Rogers, James) (Entered: 12/16/2011) |
| 01/12/2012 | 26 | NOTICE OF MOTION AND MOTION to Dismiss Case *for Failure to State a Claim* ( Motion set for hearing on 2/27/2012 at 09:00 AM before Judge R. Gary Klausner.), MOTION to Dismiss for Lack of Jurisdiction filed by defendants Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research. (Attachments: # 1 Memorandum)(Rogers, James) (Entered: 01/12/2012) |
| 01/12/2012 | 27 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *(Personal)* filed by defendants Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research. Motion set for hearing on 2/27/2012 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum, # 2 Declaration)(Rogers, James) (Entered: 01/12/2012) |
| 01/12/2012 | 28 | CERTIFICATE of Interested Parties filed by DEFENDANT University of Illinois-Urbana Champaign, identifying The Board of Trustees of the University of Illinois and The State of Illinois. (Rivas, Nicole) (Entered: 01/12/2012) |
| 01/12/2012 | 29 | CERTIFICATE of Interested Parties filed by DEFENDANT George Gollin, identifying Dr. George Gollin, The Board of Trustees of the University of Illinois and the State of Illinois. (Rivas, Nicole) (Entered: 01/12/2012) |
| 01/12/2012 | 30 | NOTICE OF MOTION AND MOTION to Dismiss Case *(DEFENDANTS THE UNIVERSITY OF ILLINOIS' AND DR. GEORGE GOLLIN'S MOTION TO DISMISS; OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT)* filed by DEFENDANTS George Gollin, University of Illinois-Urbana Champaign. Motion set for hearing on 2/13/2012 at 09:00 AM before Judge R. |

Exhibit A, Page 5 of 6
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

| | | Gary Klausner. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Appendix, # 4 Proposed Order)(Rivas, Nicole) (Entered: 01/12/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2012 08:23:03 | | | |
| PACER Login: | od0023 | Client Code: | 107130L147820-01 |
| Description: | Docket Report | Search Criteria: | 2:11-cv-06322-RGK -SH End date: 1/13/2012 |
| Billable Pages: | 5 | Cost: | 0.40 |

Case 2:11-cv-06322-RGK-SH Document 1 Filed 08/01/11 Page 339 of 340 Page ID

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**PLAINTIFFS** (Check box if you are representing yourself ☐)
S. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanaian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action

**DEFENDANTS**
REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, MINISTRY OF EDUCATION, LIBERIAN MEDICAL BOARD, NATIONAL COMMISSION ON HIGHER EDUCATION, NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, DR. ISAAC ROLAND; MOHAMMED SHARIFF; DR. BENSON BARH; DR. GEORGE GOLLIN; DR. BRAD SCHWARTZ, ALAN CONTRERAS, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Jerroll Dolphin
P.O. Box 741009, Los Angeles, CA 90064

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1 U.S. Government Plaintiff ☐ 2. Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant ☑ Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☑ | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ |
| Citizen or Subject of a Foreign Country | ☑ | ☐ 3 | Foreign Nation | ☐ 6 | ☑ |

**IV. ORIGIN** (Place an X in one box only.)
☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☑ Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☑ Yes ☐ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ 389,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 42, Chapter 21, Subchapter I, § 1981(a), 1983, 1985, 1986(a);2000e2; Title 47 USC § 292,230; Title 18, Part I, CHAPTER 13, § 241, 242, more

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV11-06322**

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)          CIVIL COVER SHEET          Page 1 of 2

Exhibit B, Page 1 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): 10-CV-01791 RGK-SHx

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): 10-CV-01791 RGK-SH

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | MARYLAND, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☑ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | OREGON, ILLINOIS, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | OREGON, ILLINOIS, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_  Date: July 29, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)  CIVIL COVER SHEET  Page 2 of 2

Exhibit B, Page 2 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

Name & Address:
Dr. Terrell Dolphin
P.O. Box 941009
Los Angeles, CA 90064
323-345-1230
In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

St. Luke School of Medicine-Ghana, a Ghanain Corporation, St. Luke School of Medicine - Liberia, a Liberian corporation, Dr. Terrell Dolphin on behalf of himself (continue on Attached)
PLAINTIFF(S)

vs.

Republic of Liberia; Ministry of Health, a Liberian Governmental agency; Ministry of Education, a Liberian Governmental agency; Liberian Medical Board, a Liberian Governmental agency; (continue on Attached)
DEFENDANT(S)

CASE NUMBER: CV11-06322-RGK-SH

SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Terrell Dolphin_, whose address is _P.O. Box 941009, Los Angeles, CA 90064_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 11/22/11    By: _____
Deputy Clerk
(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)    SUMMONS

Exhibit B, Page 3 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

Dr. Jerroll Dolphin
P.O. Box 941009
Los Angeles, CA 90064
323-345-1230
In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
AUG -1 2011
2:42 PM
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Fanner, on behalf of a class action

Plaintiff,

vs.

REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF

Case No. TSGV11-06322 PSG (MANx)

JURY TRIAL DEMANDED

COMPLAINT FOR:

- LIBEL
- TRADE LIBEL
- INTERFERENCE IN BUSINESS ADVANTAGE
- CONSPIRACY
- TREATY VIOLATIONS
- FRAUD
- FALSE IMPRISONMENT
- HARASSMENT BY PUBLIC OFFICIALS
- DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
- NEGLIGENCE
- VIOLATIONS OF DUE PROCESS
- VIOLATIONS OF EQUAL PROTECTION
- CONSPIRACY TO COMMIT CIVIL RIGHTS VIOLATIONS
- CONVERSION
- INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
- NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
- THREATS AND EXTORTION AGAINST FOREIGN OFFICIALS
- MAIL FRAUD

COMPLAINT FOR DAMAGES FOR WRONG- 1

Exhibit B, Page 4 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH



OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,

Defendants.

- INTERNET HACKING
- VIOLATION OF COPYRIGHT
- INVASION OF PRIVACY
- INTERNET STALKING
- CYBER STALKING
- LOSS OF CONSORTIUM

JURY TRIAL REQUESTED

COMPLAINT FOR DAMAGES FOR WRONG- 2

Exhibit B, Page 5 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

Name & Address:
Jerroll Dolphin
PO Box 941009
Los Angeles, CA 90064
310-384-4483
in pro per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al.<br><br>PLAINTIFF(S)<br>v.<br><br>Republic of Liberia, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 11-06322-RGK (SHx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (*specify documents*):

   ☑ summons           ☐ first amended complaint      ☐ third party complaint
   ☑ complaint         ☐ second amended complaint     ☐ counter claim
   ☐ alias summons     ☐ third amended complaint      ☐ cross claim
   ☑ other: (*specify*): Cover sheet

2. **Person served:**
   a. ☑ Defendant (*name*): Alan Contrera
   b. ☐ Other (*specify name and title or relationship to the party/business named*):

   c. ☐ Address where papers were served: ~~Embassy of the Republic of Liberia~~ 1500 Valley River Dr. Suite 100 Eugene OR 97401

3. **Manner of Service** in compliance with (one box must be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on (*date*): _____ at (*time*): _____
   b. ☐ By **Substituted service**. By leaving copies:
      1. ☐ (**home**) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (**business**) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ papers were served on (*date*): _____ at (*time*): _____
      4. ☐ by **mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (*date*): _____
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence**).
   c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

CV-01 (03/10)                     PROOF OF SERVICE - SUMMONS AND COMPLAINT                     Page 1 of 2

Exhibit B, Page 6 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☒ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (date): _____ at (time): _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Kelly Fountaine
   11939 Kiowa Ave
   Los Angeles CA 90049
   213-992-1129

   a. ☐ Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

November 25, 2011
Date                                     Signature

CV-01 (03/10)          PROOF OF SERVICE - SUMMONS AND COMPLAINT           Page 2 of 2

Exhibit B, Page 7 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Jerroll Dolphin
PO Box 941009
Los Angeles, CA 90064
310-384-4483

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine-Ghana, et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV 11-06322-RGK (SHx) |
| v. | |
| Republic of Liberia, et al | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES_____, State of California, and not a party to the above-entitled cause. On NOVEMBER 25 2011_____, 20 11_____, I served a true copy of THE COMPLAINT, SUMMONS, AND COVER SHEET

by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: POST OFFICE, _Airport & Arbor Vitae_____ LOS ANGELES
Executed on NOVEMBER 28_____, 20 11____ at LOS ANGELES_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                                              Party Served

CV-40 (01/00)                                 PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

Exhibit B, Page 8 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

## CERTIFICATE OF SERVICE

I certify that on January 18, 2012, I served the foregoing AFFIDAVIT OF JESSICA MCKIE IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS upon the parties hereto by the method indicated below, and addressed to the following:

Dr. Jerroll B. R. Dolphin  
P.O. Box 941009  
Los Angeles, CA 90064  
(323) 345-1230  
    Plaintiff on behalf of himself, Robert Farmer, on behalf of a class action

___ HAND DELIVERY  
_x_ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
___ E-FILE

Larry D. Walls  
The Law Office of Larry D. Walls  
9025 Wilshire Blvd Penthouse Suite  
Los Angeles, CA 90043  
(310) 275-4229  
    Of Attorneys for Plaintiff

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX) (323) 296-2153  
___ E-MAIL larrywalls@sbcglobal.net  
✓ E-FILE

Nicole C Rivas  
Alston & Bird LLP  
333 South Hope Street 16th Floor  
Los Angeles, CA 90071  
213-576-1000  
    Of Attorneys for Dr George Gollin, and University of Illinois-Urbana Champaign

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX) 213-576-1100  
___ E-MAIL nicole.rivas@alston.com  
✓ E-FILE

///

///

///

///

///

///

///

Page 1 -  CERTIFICATE OF SERVICE  
STK/cbh/3172241-v1

James R Rogers  
James R Rogers Law Offices  
125 South Highway 101 Suite 101  
Solana Beach, CA 92075  
858-792-9900  
    Of Attorneys for Educational Commission for Foreign Medical Graduates, and Foundation for Advancement of Medical Education and Research

___ HAND DELIVERY  
___ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX) 858-792-9509  
___ E-MAIL jrogers@jrrlaw.net  
✓ E-FILE

_____  
SETH T. KARPINSKI OSB #991907  
(California Bar #137748)  
Senior Assistant Attorney General  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4791  
seth.t.karpinski@doj.state.or.us  
Of Attorneys for Defendants Alan Contreras and  
    State of Oregon, Office of Degree Authorization

Page 2 -   CERTIFICATE OF SERVICE  
STK/cbh/3172241-v1