1   JOHN R. KROGER
    Oregon Attorney General
2   SETH T. KARPINSKI, OSB #991907
    (California Bar #137748)
3   Email:  seth.t.karpinski@doj.state.or.us
    Senior Assistant Attorney General
4   Oregon Department of Justice
    1162 Court Street NE
5   Salem, OR 97301-4096
    Telephone: (503) 947-4700
6   Fax: (503) 947-4792

7   Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree
    Authorization
8

9

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| JERROLL B.R. DOLPHIN, | Case No. 2:11-cv-06322-RGK-SH |
| Plaintiff, | AFFIDAVIT OF JENNIFER DIALLO IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS |
| v. | |
| REPUBLIC OF LIBERIA, ET AL, | DATE:  February 27, 2012 |
| Defendants. | TIME:  9:00 a.m. |
| | JUDGE:  Honorable R. Gary Klausner |

19  STATE OF OREGON    )
                        ) ss.
20  County of Lane      )

21      I, Jennifer Diallo, being duly sworn, depose and state:

22      1.    I am currently the Director of the State of Oregon, Office of Degree

23  Authorization (hereafter, "ODA").

24      2.    On or about November 28, 2011, ODA received a copy of a

25  summons, proof of service for Alan Contreras, and complaint for United States

26  District Court, Central District of California, Case No. CV 11-06322.

AFFIDAVIT OF JENNIFER DIALLO IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS

1    3.    The documents were mailed to 1500 Valley River Dr. Suite 100,
2  Eugene, Oregon 97401 which is the address for ODA. Exh. B.
3    4.    The documents were sent by U.S.P.S. Priority Mail, in a Medium Flat
4  Rate Box and had no tracking information or return receipt. Exh. C.
5    5.    I am not authorized to accept service on behalf of the State of Oregon
6  or Alan Contreras.
7    6.    Alan Contreras retired from State service on March 31, 2011.
8  DATED this 17th day of January, 2012.
9
10                                           JENNIFER DIALLO
11                                           Director of ODA
12    SUBSCRIBED AND SWORN to before me this 17th day of January,
13  2012.
14
15    OFFICIAL SEAL
      NICHOLAS A MANLEY                       Notary Public for Oregon
16    NOTARY PUBLIC-OREGON                     My Commission Expires: 03/21/2015
      COMMISSION NO. 457143
      MY COMMISSION EXPIRES MARCH 21, 2015
17
18
19
20
21
22
23
24
25
26

Case 2:11-cv-06322-RGK -SH Document 1 Filed 08/01/11 Page 339 of 340 Page ID

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT CALIFORNIA

CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanaian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action

**DEFENDANTS**
REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, MINISTRY OF EDUCATION, LIBERIAN MEDICAL BOARD, NATIONAL COMMISSION ON HIGHER EDUCATION, NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, DR. ISAAC ROLAND, MOHAMMED SHARIFF, DR. BENSON BARH; DR. GEORGE GOLLIN; DR. BRAD SCHWARTZ, ALAN CONTRERAS, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Jerroll Dolphin
P.O. Box 91009, Los Angeles, CA 90064

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☑ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes ☐ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $ 386,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 42, Chapter 21, Subchapter I, § 1981(a), 1983,1985, 1988(a), 2000a2; Title 47 USC § 223,230; Title 18, Part I, CHAPTER 13, § 241, 242, racism

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 440 Other Civil Rights | | |

**FOR OFFICE USE ONLY:** Case Number: **CV11-06322**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

Exhibit B, Page 1 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

Case 2:11-cv-06322-RGK -SH   Document 1   Filed 08/01/11   Page 340 of 340   Page ID
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

... IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed?   ☐ No  ☑ Yes
If yes, list case number(s): 10-CV-01791 RGK-SH

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case?   ☐ No  ☑ Yes
If yes, list case number(s): 10-CV-01791 RGK-SH ✗

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☑ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | MARYLAND, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | OREGON, ILLINOIS, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | OREGON, ILLINOIS, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER):  _____  Date: July 29, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 2 of 2

Exhibit B, Page 2 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

Name & Address:
Dr. Terrell Dolphin
P.O. Box 341009
Los Angeles, CA 90064
323-345-1230
On Pro Per

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

St. Luke School of Medicine-Ghana, a Ghanaian
Corporation; St. Luke School of Medicine-
Liberia, a Liberian corporation; Dr. Terrell Dolphin
on behalf of himself (Continue on Attached)
PLAINTIFF(S)
vs.
REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a
Liberian Governmental agency; MINISTRY OF EDUCATION,
a Liberian Governmental agency; LIBERIAN MEDICAL BOARD,
a Liberian Governmental agency (Continue on Attached)
DEFENDANTS.

CASE NUMBER

CV11-06322-RGK-SH

SUMMONS

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you
must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint
☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer
or motion must be served on the plaintiff's attorney, _Terrell Dolphin_____, whose address is
_P.O. Box 341009, Los Angeles, CA  90064_____.  If you fail to do so,
judgment by default will be entered against you for the relief demanded in the complaint.  You also must file
your answer or motion with the court.

Clerk, U.S. District Court

Dated:  __11/23/11_____          By: _____
                                         Deputy Clerk

                                         (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed
60 days by Rule 12(a)(3)].

CV-01A (10/11)                        SUMMONS

Exhibit B, Page 3 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

Case 2:11-cv-06322-RGK-SH   Document 1   Filed 08/01/11   Page 1 of 340   Page ID #:1

Dr. Jerroll Dolphin
P.O. Box 941009
Los Angeles, CA 90064
323-345-1230
In Pro Per

FILED
CLERK U.S. DISTRICT COURT

AUG - 1 2011
2:42 P.M.

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ST. LUKE SCHOOL OF MEDICINE
-GHANA, a Ghanain corporation, ST.
LUKE SCHOOL OF MEDICINE
-LIBERIA, a Liberian corporation, DR.
JERROLL B.R. DOLPHIN, on behalf of
himself, Robert Farmer, on behalf of a class
action

Plaintiff,

vs.

REPUBLIC OF LIBERIA; MINISTRY OF
HEALTH, a Liberian Governmental
Agency; MINISTRY OF EDUCATION, a
Liberian Governmental Agency;
LIBERIAN MEDICAL BOARD, a
Liberian Governmental Agency;
NATIONAL COMMISSION ON HIGHER
EDUCATION, a Liberian Governmental
Agency; NATIONAL TRANSITIONAL
LEGISLATIVE ASSEMBLY, a Liberian
Governmental Agency; DR. ISAAC
ROLAND as official and individual;
MOHAMMED SHARIFF as official and
individual; DR. BENSON BARH as official
and individual; DR. GEORGE GOLLIN as
official and individual; DR. BRAD
SCHWARTZ as official and individual,
ALAN CONTRERAS as official and
individual, UNIVERSITY OF ILLINOIS-
URBANA CHAMPAIGN, an Illinois
Institution of Higher Learning; STATE OF

Case No.   TT CV11-06322 PSG (MANx)

JURY TRIAL DEMANDED

COMPLAINT FOR:

- LIBEL
- TRADE LIBEL
- INTERFERENCE IN BUSINESS
  ADVANTAGE
- CONSPIRACY
- TREATY VIOLATIONS
- FRAUD
- FALSE IMPRISONMENT
- HARASSMENT BY PUBLIC
  OFFICIALS
- DEPRIVATION OF RIGHTS UNDER
  COLOR OF LAW
- NEGLIGENCE
- VIOLATIONS OF DUE PROCESS
- VIOLATIONS OF EQUAL
  PROTECTION
- CONSPIRACY TO COMMIT CIVIL
  RIGHTS VIOLATIONS
- CONVERSION
- INTENTIONAL INFLICTION OF
  EMOTIONAL DISTRESS
- NEGLIGENT INFLICTION OF
  EMOTIONAL DISTRESS
- THREATS AND EXTORTION
  AGAINST FOREIGN OFFICIALS
- MAIL FRAUD

COMPLAINT FOR DAMAGES FOR WRONG- 1

Exhibit B, Page 4 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH



OREGON, Office of Degree Authorization,
the NATIONAL ACCREDITATION
BOARD OF THE REPUBLIC OF
GHANA, EDUCATIONAL
COMMISSION FOR FOREIGN
MEDICAL GRADUATES, a Pennsylvania
non-profit corporation, FOUNDATION
FOR ADVANCEMENT OF MEDICAL
EDUCATION AND RESEARCH, a
Pennsylvania non-profit corporation,

Defendants.

- **INTERNET HACKING**
- **VIOLATION OF COPYRIGHT**
- **INVASION OF PRIVACY**
- **INTERNET STALKING**
- **CYBER STALKING**
- **LOSS OF CONSORTIUM**

**JURY TRIAL REQUESTED**

COMPLAINT FOR DAMAGES FOR WRONG - 2

Exhibit B, Page 5 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

Name & Address:
Jerroll Dolphin
PO Box 941009
Los Angeles, CA 90064
310-384-4483
in pro per

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine-Ghana, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 11-06322-RGK (SHx) |
| v. | |
| Republic of Liberia, et al | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |
| DEFENDANT(S). | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served copies of the** (*specify documents*):

   ☑ summons  ☐ first amended complaint  ☐ third party complaint
   ☑ complaint  ☐ second amended complaint  ☐ counter claim
   ☐ alias summons  ☐ third amended complaint  ☐ cross claim
   ☑ other: (*specify*): Cover sheet

2. **Person served:**
   a. ☑ Defendant (*name*): Alan Contreras
   b. ☐ Other (*specify name and title or relationship to the party/business named*):

   c. ☐ Address where papers were served: ~~Embassy of the Republic of Liberia~~ 1500 Valley River Dr. Suite 100 Eugene OR 97401

3. **Manner of Service in compliance with** (one box must be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served the person named in Item 2:**
   a. ☐ **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (*date*): _____ at (*time*): _____.
   b. ☐ **By Substituted service.** By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **papers were served on** (*date*): _____ at (*time*): _____.
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** (*date*): _____.
      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**
   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint.)**

Exhibit B, Page 6 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☒ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (date): _____ at (time): _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Kelly Fountaine
   11939 Kiowa Ave
   Los Angeles CA 90049
   213-992-1129

   a. ☐ Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

November 25, 2011
Date

Signature

Exhibit B, Page 7 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Jerroll Dolphin
PO Box 941009
Los Angeles, CA 90064
310-384-4483

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine-Ghana, et al | CASE NUMBER |
| | CV 11-06322-RGK (SHx) |
| PLAINTIFF(S), | |
| v. | |
| Republic of Liberia, et al | |
| | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
LOS ANGELES _____, State of California, and not a
party to the above-entitled cause. On NOVEMBER 25 2011 _____, 20 11 _____, I served a true copy of
THE COMPLAINT, SUMMONS, AND COVER SHEET
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: POST OFFICE, *Airport & Arbor Vitae*      LOS ANGELES
Executed on NOVEMBER 28 _____, 20 11 ____ at LOS ANGELES _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
Signature                                                Party Served

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

Exhibit B, Page 8 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH



## CERTIFICATE OF SERVICE

I certify that on January 18, 2012, I served the foregoing AFFIDAVIT OF JENNIFER

DIALLO IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS upon the parties

hereto by the method indicated below, and addressed to the following:

Dr. Jerroll B. R. Dolphin
P.O. Box  941009
Los Angeles, CA  90064
(323) 345-1230
     Plaintiff on behalf of himself, Robert
     Farmer, on behalf of a class action

\_\_\_ HAND DELIVERY
_x_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX)
\_\_\_ E-MAIL
\_\_\_ E-FILE

Larry D. Walls
The Law Office of Larry D. Walls
9025 Wilshire Blvd Penthouse Suite
Los Angeles, CA  90043
(310) 275-4229
     Of Attorneys for Plaintiff

\_\_\_ HAND DELIVERY
\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX) (323) 296-2153
\_\_\_ E-MAIL larrywalls@sbcglobal.net
_✓_ E-FILE

Nicole C Rivas
Alston & Bird LLP
333 South Hope Street 16th Floor
Los Angeles, CA 90071
213-576-1000
     Of Attorneys for Dr George Gollin,
     and University of Illinois-Urbana
     Champaign

\_\_\_ HAND DELIVERY
\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX) 213-576-1100
\_\_\_ E-MAIL nicole.rivas@alston.com
_✓_ E-FILE

///

///

///

///

///

///

///

Page 1 -   CERTIFICATE OF SERVICE
STK/cbh/3172241-v1

James R Rogers
James R Rogers Law Offices
125 South Highway 101 Suite 101
Solana Beach, CA 92075
858-792-9900
  Of Attorneys for Educational
  Commission for Foreign Medical
  Graduates, and Foundation for
  Advancement of Medical Education
  and Research

___ HAND DELIVERY
___ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX) 858-792-9509
___ E-MAIL jrogers@jrrlaw.net
_✓_ E-FILE


SETH T. KARPINSKI OSB #991907
(California Bar #137748)
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
seth.t.karpinski@doj.state.or.us
Of Attorneys for Defendants Alan Contreras and
  State of Oregon, Office of Degree
  Authorization

Page 2 - CERTIFICATE OF SERVICE
STK/cbh/3172241-v1