JOHN R. KROGER
Oregon Attorney General
SETH T. KARPINSKI, OSB #991907
(California Bar #137748)
Email: seth.t.karpinski@doj.state.or.us
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4792

Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree Authorization

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROLL B.R. DOLPHIN,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC OF LIBERIA, ET AL,<br><br>Defendants. | Case No. 2:11-cv-06322-RGK-SH<br><br>AFFIDAVIT OF ALAN CONTRERAS IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS<br><br>DATE: February 27, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Honorable R. Gary Klausner |

STATE OF OREGON   )
                 ) ss.
County of Lane   )

   I, Alan Contreras, being duly sworn, depose and state:

   1.   I retired from State service on March 31, 2011.

2. I have not received a summons or complaint from Plaintiff in regards to this case.

DATED this 13 day of January, 2012.

_____
ALAN CONTRERAS

SUBSCRIBED AND SWORN to before me this 13 day of January, 2012.

_____
Notary Public for Oregon
My Commission Expires: March 7, 2014

OFFICIAL SEAL
TINA F BRUHNS
NOTARY PUBLIC-OREGON
COMMISSION NO. 447209
MY COMMISSION EXPIRES MARCH 07, 2014

AFFIDAVIT OF ALAN CONTRERAS IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS

Page 2

# CERTIFICATE OF SERVICE

I certify that on January 18, 2012, I served the foregoing AFFIDAVIT OF ALAN CONTRERAS IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Dr. Jerroll B. R. Dolphin<br>P.O. Box 941009<br>Los Angeles, CA 90064<br>(323) 345-1230<br>  Plaintiff on behalf of himself, Robert<br>  Farmer, on behalf of a class action | ___ HAND DELIVERY<br>_x_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |
| Larry D. Walls<br>The Law Office of Larry D. Walls<br>9025 Wilshire Blvd Penthouse Suite<br>Los Angeles, CA 90043<br>(310) 275-4229<br>  Of Attorneys for Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) (323) 296-2153<br>___ E-MAIL larrywalls@sbcglobal.net<br>_✓_ E-FILE |
| Nicole C Rivas<br>Alston & Bird LLP<br>333 South Hope Street 16th Floor<br>Los Angeles, CA 90071<br>213-576-1000<br>  Of Attorneys for Dr George Gollin,<br>  and University of Illinois-Urbana<br>  Champaign | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) 213-576-1100<br>___ E-MAIL nicole.rivas@alston.com<br>_✓_ E-FILE |

///

///

///

///

///

///

///

Page 1 -   CERTIFICATE OF SERVICE
STK/cbh/3172241-v1

| | |
|---|---|
| James R Rogers<br>James R Rogers Law Offices<br>125 South Highway 101 Suite 101<br>Solana Beach, CA 92075<br>858-792-9900<br>    Of Attorneys for Educational<br>    Commission for Foreign Medical<br>    Graduates, and Foundation for<br>    Advancement of Medical Education<br>    and Research | \_\_\_ HAND DELIVERY<br>\_\_\_ MAIL DELIVERY<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ TELECOPY (FAX) 858-792-9509<br>\_\_\_ E-MAIL jrogers@jrrlaw.net<br>✓ E-FILE |

*[signature]*

SETH T. KARPINSKI OSB #991907
(California Bar #137748)
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
seth.t.karpinski@doj.state.or.us
Of Attorneys for Defendants Alan Contreras and
    State of Oregon, Office of Degree
    Authorization

Page 2 -   CERTIFICATE OF SERVICE
           STK/cbh/3172241-v1