JOHN R. KROGER
Oregon Attorney General
SETH T. KARPINSKI, OSB #991907
(California Bar #137748)
Email: seth.t.karpinski@doj.state.or.us
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4792

Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree Authorization

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| JERROLL B.R. DOLPHIN, | Case No. 2:11-cv-06322-RGK-SH |
| Plaintiff, | MOTION TO DISMISS BY STATE DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2), (5), and (6). |
| v. | |
| REPUBLIC OF LIBERIA, et al., | DATE: February 27, 2012 |
| Defendants. | TIME: 9:00 a.m. |
| | JUDGE: Honorable R. Gary Klausner |

This motion is made following a good faith attempt to complete conference of counsel pursuant to L.R. 7-3. Oregon Department of Justice Assistant Attorney General Jessica McKie attempted to call Plaintiff's counsel of record Larry D. Walls on January 12, 2011, but was unable to contact Mr. Walls. Affidavit of Jessica McKie ("McKie Aff.") filed with this motion, ¶6. Ms. McKie also sent Mr. Walls an email on January 12, 2011 and January 13, 2011 to determine if Mr. Walls represented Plaintiff but received no response. McKie Aff. ¶7. Ms. McKie

MOTION TO DISMISS BY STATE DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2) , (5), and (6).

3154059-v2                                    Page 1

then attempted to call Plaintiff at his last known telephone number to determine if Plaintiff was acting In Pro Per but reached a fax. McKie Aff. ¶8.

Defendants Alan Contreras and State of Oregon, Office of Degree Authorization (hereafter collectively "State Defendants") State Defendants move to dismiss the action because:

1. State Defendants have not been properly served, as shown by the attached Affidavits of Jessica McKie, Jennifer Diallo, and Alan Contreras;

2. State Defendants are not subject to the personal jurisdiction of this court; and

3. Plaintiff has failed to state a claim upon which relief can be granted because Defendant State of Oregon, Office of Degree Authorization (hereafter, "ODA"), and Defendant Contreras, in his official capacity only, are immune from suit pursuant to the Eleventh Amendment; and Plaintiff fails to allege any action by Contreras in his individual capacity.

The motion is supported by the accompanying Memorandum of Law and the Affidavits of Jessica McKie, Jennifer Diallo, and Alan Contreras.

DATED this 18 day of January, 2012.

Respectfully submitted,

JOHN R. KROGER
Attorney General

/s/ Seth T. Karpinski
SETH T. KARPINSKI Cal. Bar #137748
Senior Assistant Attorney General
Trial Attorney
Tel (503)947-4700
Fax (503) 947-4792
seth.t.karpinski@doj.state.or.us
Of Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree Authorization

MOTION TO DISMISS BY STATE DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2), (5), and (6).

## CERTIFICATE OF SERVICE

I certify that on January 18, 2012, I served the foregoing MOTION TO DISMISS BY STATE DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2), (5), and (6) upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Dr. Jerroll B. R. Dolphin<br>P.O. Box 941009<br>Los Angeles, CA 90064<br>(323) 345-1230<br>    Plaintiff on behalf of himself, Robert<br>    Farmer, on behalf of a class action | ___ HAND DELIVERY<br>_x_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |
| Larry D. Walls<br>The Law Office of Larry D. Walls<br>9025 Wilshire Blvd Penthouse Suite<br>Los Angeles, CA 90043<br>(310) 275-4229<br>    Of Attorneys for Plaintiff | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) (323) 296-2153<br>___ E-MAIL larrywalls@sbcglobal.net<br>_✓_ E-FILE |
| Nicole C Rivas<br>Alston & Bird LLP<br>333 South Hope Street 16th Floor<br>Los Angeles, CA 90071<br>213-576-1000<br>    Of Attorneys for Dr George Gollin,<br>    and University of Illinois-Urbana<br>    Champaign | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) 213-576-1100<br>___ E-MAIL nicole.rivas@alston.com<br>_✓_ E-FILE |

///

///

///

///

///

///

///

Page 1 -   CERTIFICATE OF SERVICE
        STK/cbh/3172241-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

| | |
|---|---|
| James R Rogers<br>James R Rogers Law Offices<br>125 South Highway 101 Suite 101<br>Solana Beach, CA 92075<br>858-792-9900<br>    Of Attorneys for Educational<br>    Commission for Foreign Medical<br>    Graduates, and Foundation for<br>    Advancement of Medical Education<br>    and Research | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX) 858-792-9509<br>___ E-MAIL jrogers@jrrlaw.net<br>✓ E-FILE |

*[signature]*

SETH T. KARPINSKI OSB #991907
(California Bar #137748)
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
seth.t.karpinski@doj.state.or.us
Of Attorneys for Defendants Alan Contreras and
    State of Oregon, Office of Degree
    Authorization

Page 2 -   CERTIFICATE OF SERVICE
          STK/cbh/3172241-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791