Name & Address:
Larry Walks SBN 64696
3250 Wilshire Blvd Suite,
Los Angeles CA 90010
Attorney for Plaintiffs

FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

St. Luke School of Medicine-Ghana et al

PLAINTIFF(S)

v.

Republic of Liberia, et al

(see attached) DEFENDANT(S).

CASE NUMBER

CV 11-06322-RGK (SHx)

SUMMONS

TO: DEFENDANT(S): Republic of Liberia

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☑ _____ 1st _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Larry Walls_, whose address is _3250 Wilshire Blvd, Suite 708, LA, CA 90010_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 6/6/12    By: _____
                      Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)    SUMMONS

Larry D. Walls #64696
9025 Wilshire Blvd., Penthouse
Beverly Hills, CA 90211
Phone: 310-275-4220
Fax:    323-296-2153
Lwalls@hotmail.com

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B. R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class-Action<br><br>Plaintiffs,<br><br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a | Case No. CV:11-06322-RGK-(SHx)<br><br>JURY TRIAL DEMANDED<br><br>FIRST AMENDED COMPLAINT FOR:<br><br>- **CONSTITUTIONAL VIOLATIONS UNDER 42 U.S.C. § 1983** (First Amend - Freedom of Speech, the Right to Peaceably Assemble and to Petition the Government for Redress; Fourth Amend - Unreasonable Search and Seizure; Sixth Amend - Right to Confront Witnesses; Seventh Amend - Right to Trial by Jury; Eighth Amend - Prohibiting Cruel and Unusual Punishment; and Fourteenth Amend Amendment - Deprivation of Liberty, Due Process, and Equal Protection)<br>- **CONSTITUTIONAL VIOLATIONS UNDER 42 U.S.C. § 1986** (Failure to Prevent Violations of Civil Rights);<br>- **CONSTITUTIONAL VIOLATIONS UNDER 42 U.S.C. § 1983** (Civil Action for Deprivation of Rights -- State Liability)<br>- **HARASSMENT BY PUBLIC OFFICIALS (U.S. CONSTITUTION 14TH AMENDMENT)**<br>- **VIOLATIONS OF ORS 348.615** (Appeal Procedure for Unaccredited Institutions)<br>- **VIOLATIONS OF § 348.597** (Applicability of ORS 348.594 to |

Complaint for Damages for Wrong - 1



|   |   |
|---|---|
| Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,<br><br>Defendants. | 348.615)<br>• LIBEL (California Civil Code Section 45, 45a, 46)<br>• TRADE LIBEL & INTERFERENCE IN BUSINESS ADVANTAGE<br>• TREATY VIOLATIONS (November 21, 1939. 54 Stat. 1739; TS 956; 9 Bevans 595; 201 LNTS 163)<br>• VIOLATIONS OF §§ 2511 and 2520 of the Electronic Communications Privacy Act ("EPCA")<br>• VIOLATIONS OF 18 U. S. C. § 1030, § 2701 of the Stored Communication Act ("SCA")<br>• FRAUD (COMPUTER FRAUD AND ABUSE ACT )<br>• FALSE IMPRISONMENT<br>• INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS<br>• NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS<br>• INTERNET HACKING (COMPUTER INTRUSION, I.E. HACKING, CYBERTERRORISM, Title 47 USC § 223)<br>• INVASION OF PRIVACY<br>• INTERNET STALKING<br><br>JURY TRIAL REQUESTED |

## CLASS ACTION COMPLAINT

Plaintiffs, individually and on behalf of all similarly situated persons, by and through their undersigned attorneys, Larry Walls, allege the following upon information and belief (except for those allegations pertaining to Plaintiffs, which are based on personal knowledge), after due investigation by undersigned counsel.

## NATURE OF THE ACTION

1. Plaintiffs, Dr. Jerroll Dolphin ( herein after "Dolphin"), St. Luke School of Medicine-Liberia ( herein after "SLSOM"), and St. Luke School of Medicine-Ghana (herein after