MARTHA S. DOTY (State Bar No. 143287)
NICOLE C. RIVAS (State Bar No. 179337)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
martha.doty@alston.com
nicole.rivas@alston.com

Attorneys for Defendants **THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, erroneously sued as THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN; DR. GEORGE GOLLIN**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself; DR. ROBERT FARMER, on behalf of a class action,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHERIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF | Case No.: 11-CV-06322-RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**REPLY IN SUPPORT OF DEFENDANTS THE UNIVERSITY OF ILLINOIS' AND DR. GEORGE GOLLIN'S MOTION TO DISMISS; OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT**<br><br>DATE: February 27, 2012<br>TIME: 9:00 a.m.<br>COURTROOM: 850 |

1

LEGAL02/33126315v1

OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,

        Defendants.

2LEGAL02/33126315v1

We have received an electronic notice from the Court that Plaintiff has filed a First Amended Complaint. The complaint, however, is not available electronically; nor has Plaintiff served a hard copy on the defendants. As a result, it is impossible to determine at this juncture what amendments, if any, have been made with respect to Defendants the University of Illinois and Dr. George Gollin.

Nonetheless, even without seeing the amended pleading, one can safely assume that it does not respond to the objection raised by Defendants' motion. After all, the gravamen of the motion to dismiss is that both the University of Illinois and Dr. Gollin are immune from civil suit in federal court under the Eleventh Amendment. Thus, to the extent the amended complaint attempts to state any claim for relief whatsoever against either of these defendants, it is still defective as a matter of law, and should be dismissed on the grounds stated in Defendants' pending motion to dismiss. Defendants, therefore, respectfully request that the Court proceed with the hearing on its motion, despite Plaintiff's eleventh-hour filing of a First Amended Complaint.

DATED: January 12, 2012          MARTHA S. DOTY
                                 NICOLE C. RIVAS
                                 **ALSTON & BIRD LLP**

                                          /s/
                                 _____
                                        Nicole C. Rivas
                                 Attorneys for Defendants **BOARD OF TRUSTEES UNIVERSITY OF ILLINOIS and DR. GEORGE GOLLIN**

LEGAL02/33126315v1