UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV11-06322 RGK (SHx) | | Date | February 21, 2012 |
|---|---|---|---|---|
| Title | ST. LUKE SCHOOL OF MEDICINE -GHANA et al v. REPUBLIC OF LIBERIA et al | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:** (IN CHAMBERS) Order Re: Defendants' Motions to Dismiss (DE 27, 30, 36, and 38)

On February 8, 2012, Plaintiffs filed a First Amended Complaint. Defendants' Motions to Dismiss are hereby **denied as moot.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |