1  JOHN R. KROGER
   Oregon Attorney General
2  SETH T. KARPINSKI, OSB #991907
   (California Bar #137748)
3  Email: seth.t.karpinski@doj.state.or.us
   Senior Assistant Attorney General
4  Oregon Department of Justice
   1162 Court Street NE
5  Salem, OR 97301-4096
   Telephone: (503) 947-4700
6  Fax: (503) 947-4792

7  Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree
   Authorization
8

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                  WESTERN DIVISION - LOS ANGELES

13

| JERROLL B.R. DOLPHIN, | Case No. 2:11-cv-06322-RGK-SH |
|---|---|
| Plaintiff, | STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(2), (5), and (6). |
| v. | |
| REPUBLIC OF LIBERIA, et al., | |
| Defendants. | DATE: March 26, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Honorable R. Gary Klausner |

21       This motion is made following conference of counsel pursuant to L.R.7-3

22  which took place on February 17, 2012.

23       Defendants Alan Contreras and State of Oregon, Office of Degree

24  Authorization (hereafter collectively "Oregon Defendants") move to dismiss the

25  action because:

26       1. Oregon Defendants have not been properly served, as shown by:

STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED
     COMPLAINT PURSUANT TO F.R.C.P. 12(b)(2), (5), and (6).

      a. the Affidavit of Jessica McKie, filed concurrently herewith;

      b. the Affidavit of Jennifer Diallo, filed previously as Docket # 41 in support of Oregon Defendants' prior motion to dismiss (Docket # 38) and attached as Exhibit D to the Affidavit of Jessica McKie; and

      c. the Affidavit of Alan Contreras, filed previously as Docket #42 in support of Oregon Defendants' prior motion to dismiss (Docket # 38) and attached as Exhibit E to the Affidavit of Jessica McKie;

2. Oregon Defendants are not subject to the personal jurisdiction of this court;

3. Plaintiff has failed to state a claim upon which relief can be granted because Defendant State of Oregon, Office of Degree Authorization (hereafter, "ODA"), and Defendant Contreras, in his official capacity only, are immune from suit pursuant to the Eleventh Amendment; Plaintiff's state law claims against Contreras in his individual capacity are barred by the Oregon Tort Claims Act and the Eleventh Amendment; Plaintiff's state law claims are barred by the notice requirement of the Oregon Tort Claims Act; and Plaintiff fails to allege any action by Contreras in his individual capacity; and

4. Defendant Contreras is entitled to qualified immunity as to Plaintiff's federal § 1983 claims.

STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(2) , (5), and (6).

1       The motion is supported by the accompanying Memorandum of Law and the

2 Affidavits of Jessica McKie, Jennifer Diallo, and Alan Contreras.

3       DATED this __22__ day of February, 2012.

4                              Respectfully submitted,

5                              JOHN R. KROGER
                              Attorney General

6

7

8                               s/ Seth T. Karpinski
                             SETH T. KARPINSKI Cal. Bar #137748
                             Senior Assistant Attorney General

9                              Trial Attorney
                             Tel (503)947-4700

10                             Fax (503) 947-4792
                             seth.t.karpinski@doj.state.or.us

11                             Of Attorneys for Defendants Alan
                                Contreras and State of Oregon, Office

12                                of Degree Authorization

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT PURSUANT TO F.R.C.P. 12(b)(2) , (5), and (6).