1   JOHN R. KROGER
    Oregon Attorney General
2   SETH T. KARPINSKI, OSB #991907
    (California Bar #137748)
3   Email:  seth.t.karpinski@doj.state.or.us
    Senior Assistant Attorney General
4   Oregon Department of Justice
    1162 Court Street NE
5   Salem, OR 97301-4096
    Telephone: (503) 947-4700
6   Fax: (503) 947-4792

7   Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree
    Authorization

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12   JERROLL B.R. DOLPHIN,              Case No. 2:11-cv-06322-RGK-SH

13            Plaintiff,                AFFIDAVIT OF JESSICA MCKIE IN
                                        SUPPORT OF STATE
14       v.                             DEFENDANTS' MOTION TO
                                        DISMISS
15   REPUBLIC OF LIBERIA, ET AL,
                                        DATE:  March 26, 2012
16            Defendants.              TIME:  9:00 a.m.
                                        JUDGE:  Honorable R. Gary Klausner
17

18

19

20   STATE OF OREGON    )
                         ) ss.
21   County of Marion    )

22       I, Jessica McKie, being duly sworn, depose and state:

23       1.    I am an Assistant Attorney General in the Trial Division of the State

24   of Oregon Department of Justice.

25

26       AFFIDAVIT OF JESSICA MCKIE IN SUPPORT OF STATE
              DEFENDANTS' MOTION TO DISMISS

2.      Plaintiff filed his First Amended Complaint on February 8, 2012. Exh. A.

3.      As of February 22, 2012, Plaintiff has not filed proof of service on Oregon Defendants with the court.  Exh. A.

4.      The document purported to be proof of service for Alan Contreras was mailed to1500 Valley River Dr. Suite 100, Eugene, Oregon 97401 on November 25 or 28, 2011.  The address indicated is for the Oregon Office of Degree Authorization (ODA).  Exh. B at 6.

5.      No one at ODA is authorized to accept service on behalf of the State of Oregon or Alan Contreras.

6.      Attached hereto as Exhibit D is the Affidavit of Jennifer Diallo which was previously filed with this Court as Docket # 41.

7.      Attached hereto as Exhibit E is the Affidavit of Alan Contreras which were previously filed with this Court as Docket #42.

8.      On February 17, 2012, I spoke with counsel of record Larry D. Walls by telephone regarding the present motion.

9.      We were unable to resolve this dispute.

DATED this  22  day of February, 2012.

JESSICA MCKIE
Assistant Attorney General

SUBSCRIBED AND SWORN to before me this  22  day of February, 2012.

OFFICIAL SEAL
CAROLYN J BENNETT-HUNTER
NOTARY PUBLIC-OREGON
COMMISSION NO. 445002
MY COMMISSION EXPIRES FEBRUARY 22, 2014

Carolyn Bennett-Hunter
Notary Public for Oregon
My Commission Expires:  02-22-2014

AFFIDAVIT OF JESSICA MCKIE IN SUPPORT OF STATE
DEFENDANTS' MOTION TO DISMISS

(SHx), DISCOVERY, RELATED-G

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06322-RGK-SH

St Luke School of Medicine-Ghana et al v. Republic of Liberia et al

Assigned to: Judge R. Gary Klausner

Referred to: Magistrate Judge Stephen J. Hillman

Related Case: 2:10-cv-01791-RGK-SH

Cause: 28:1332 Diversity-Libel,Assault,Slander

Date Filed: 08/01/2011
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**St Luke School of Medicine-Ghana**
*a Ghanain corporation*
*TERMINATED: 12/01/2011*

**Plaintiff**

**St Luke School of Medicine-Liberia**
*a Liberian corporation*
*TERMINATED: 12/01/2011*

**Plaintiff**

**Dr Jerroll B R Dolphin**
*on behalf of himself, Robert Farmer, on behalf of a class action*

represented by **Larry D Walls**
The Law Office of Larry D Walls
9025 Wilshire Boulevard Penthouse Suite
Los Angeles, CA 90043
310-275-4229
Email: larrywalls@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Farmer**
*on behalf of a Class Action*

represented by **Robert Farmer**
PRO SE

V.

**Defendant**

**Republic of Liberia**

**Defendant**

**Ministry of Health**
*a Liberian Governmental Agency*

**Defendant**

Exhibit A, Page 1 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

**Ministry of Education**
*a Liberian Governmental Agency*

**Defendant**

**Liberian Medical Board**
*a Liberian Governmental Agency*

**Defendant**

**National Commission on Higher Education**
*a Liberian Governmental Agency*

**Defendant**

**National Transitional Legislative Assembly**
*a Liberian Governmental Agency*

**Defendant**

**Dr Isaac Roland**
*as official and individual*

**Defendant**

**Mohammed Shariff**
*as official and individual*

**Defendant**

**Dr Benson Barh**
*as official and individual*

**Defendant**

**Dr George Gollin**                           represented by  **Martha S Doty**
*as official and individual*                                   Alston and Bird LLP
                                                               333 S Hope Street 16th Floor
                                                               Los Angeles, CA 90071
                                                               213-576-1000
                                                               Fax: 213-576-1100
                                                               Email: martha.doty@alston.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Nicole C Rivas**
                                                               Alston & Bird LLP
                                                               333 South Hope Street 16th Floor
                                                               Los Angeles, CA 90071
                                                               213-576-1000
                                                               Fax: 213-576-1100
                                                               Email: nicole.rivas@alston.com
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

Exhibit A, Page 2 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

**Dr Brad Schwartz**
*as official and individual*

**Defendant**

**Alan Contreras**
*as official and individual*

represented by **Seth T Karpinski**
Oregon Department of Justice
Trial Division
1162 Court Street NE
Salem, OR 97301
503-378-6313
Email: seth.t.karpinski@doj.state.or.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**University of Illinois-Urbana Champaign**
*an Illinois Institution of Higher Learning*

represented by **Martha S Doty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole C Rivas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Oregon Office of Degree Authorization**

represented by **Seth T Karpinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Accreditation Board of the Republic of Ghana**
*(the)*

**Defendant**

**Educational Commission for Foreign Medical Graduates**
*a Pennsylvania non-profit corporation*

represented by **James R Rogers**
James R Rogers Law Offices
125 South Highway 101 Suite 101
Solana Beach, CA 92075
858-792-9900
Fax: 858-792-9509
Email: jrogers@jrrlaw.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foundation for Advancement of Medical Education and Research**
*a Pennsylvania non-profit corporation*

represented by **James R Rogers**
(See above for address)
*ATTORNEY TO BE NOTICED*

Exhibit A, Page 3 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2011 | 1 | COMPLAINT against defendants Benson Barh, Alan Contreras, Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research, George Gollin, Liberian Medical Board, Ministry of Education, Ministry of Health, National Accreditation Board of the Republic of Ghana (see document for more). Case assigned to Judge Philip S. Gutierrez for all further proceedings. Discovery referred to Magistrate Judge Margaret A Nagle; (Filing fee $ 350 PAID); Jury Demanded; filed by plaintiffs St Luke School of Medicine-Liberia, St Luke School of Medicine-Ghana, Jerroll B R Dolphin.(esa) (Additional attachment(s) added on 11/23/2011: # 1 21 Days Summons Issued on 11/22/2011) (jp). (Entered: 08/03/2011) |
| 08/01/2011 | 2 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by Plaintiff Jerroll B R Dolphin, identifying Frank Teah, Beatrice Sherman, Meimei Dukuly for Jerroll B R Dolphin. (esa) (Entered: 08/03/2011) |
| 08/01/2011 | 3 | NOTICE TO THE COURT of Possible Related Case filed by plaintiff Jerroll B R Dolphin. Related Case: 10-CV-1791 RGK (SHx) (esa) (Entered: 08/03/2011) |
| 08/03/2011 | 4 | STANDING ORDER regarding Newly Assigned Cases (See document for further details) by Judge Philip S. Gutierrez. (ir) (Entered: 08/03/2011) |
| 08/08/2011 | 5 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 - Related Case- filed. Related Case No: CV 10-01791 RGK(SHx). Case transferred from Judge Philip S. Gutierrez and Magistrate Judge Margaret A. Nagle to Judge R. Gary Klausner and Magistrate Judge Stephen J. Hillman for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 11-06322 RGK(SHx).Signed by Judge R. Gary Klausner (rn) (Entered: 08/08/2011) |
| 08/10/2011 | 7 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge R. Gary Klausner: READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE. This action has been assigned to the calendar of Judge R Gary Klausner. The Responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action but upon the Court as well. To secure the just, speedy and inexpensive determination of every action, all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedures (See document for further details). (shb) (Entered: 08/10/2011) |
| 11/14/2011 | 8 | REQUEST to Substitute Larry D. Walls for Dr. Jerroll B.R. Dolphin. Lodged Proposed Order. (vdr) Modified on 2/7/2012 (rne). (Entered: 11/17/2011) |
| 11/14/2011 | 10 | REQUEST to Substitute Larry D. Walls for Dr. Jerroll B.R. Dolphin. Lodged Proposed Order. (vdr) Modified on 2/7/2012 (rne). (Entered: 11/17/2011) |
| 11/14/2011 | 12 | REQUEST to Substitute Larry D. Walls for Dr. Jerroll B.R. Dolphin. Lodged Proposed Order. (vdr) Modified on 2/7/2012 (rne). (Entered: 11/17/2011) |
| 11/14/2011 | 14 | REQUEST to Substitute Larry D. Walls for Dr. Jerroll B.R. Dolphin. Lodged Proposed Order. (vdr) Modified on 2/7/2012 (rne). (Entered: 11/17/2011) |

Exhibit A, Page 4 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

| 11/16/2011 | 9 | ORDER by Judge R. Gary Klausner: denying Request 8 to Substitute Attorney on behalf of Robert Farmer. (vdr) (Entered: 11/17/2011) |
|---|---|---|
| 11/16/2011 | 11 | ORDER by Judge R. Gary Klausner: denying Request 12 to Substitute Attorney on behalf of St. Luke School of Medicine-Liberia. (vdr) Modified on 11/17/2011 (vdr). (Entered: 11/17/2011) |
| 11/16/2011 | 13 | ORDER by Judge R. Gary Klausner: denying Request 10 to Substitute Attorney on behalf of St. Luke School of Medicine-Ghana. (vdr) (Entered: 11/17/2011) |
| 11/16/2011 | 15 | ORDER by Judge R. Gary Klausner: granting Request 14 to Substitute Attorney Larry Walls on behalf of Dr. Jerroll B.R. Dolphin. (vdr) Modified on 12/1/2011 (vdr). (Entered: 11/17/2011) |
| 11/16/2011 | 16 | The Court, on its own motion, orders plaintiff Dr. Jerroll B R Dolphin to show cause in writing on or before November 30, 2011 why St. Luke School of Medicine-Ghana; St. Luke School of Medicine-Liberia; and Robert Farmer, should not be stricken from the caption, and have the action proceed as Dolphin v. Republic of Liberia, et al. (sw) (Entered: 11/17/2011) |
| 11/22/2011 |  | 21 DAY Summons Issued re Complaint 1 as to defendants. (jp) (Entered: 11/23/2011) |
| 11/30/2011 | 23 | PLAINTIFF JERROLL DOLPHIN'S RESPONSE filed by Plaintiff Jerroll B R Dolphin to Minutes of In Chambers Order to Show Cause 21 (shb) (Entered: 12/07/2011) |
| 12/01/2011 | 21 | MINUTE ORDER IN CHAMBERS by Judge R. Gary Klausner. The Court has read and considered plaintiff Jerroll Dolphins response to the Order to Show Cause issued on 11/16/2011 16 . Plaintiffs St. Luke School of Medicine-Ghana; St Luke School of Medicine-Liberia; and Robert Farmer are hereby ordered dismissed from the action. (vdr) (Entered: 12/01/2011) |
| 12/13/2011 | 24 | STIPULATION Extending Time to Answer the complaint as to George Gollin answer now due 1/12/2012; University of Illinois-Urbana Champaign answer now due 1/12/2012, re Complaint - (Discovery), Complaint - (Discovery), Complaint - (Discovery) 1 filed by Defendants The Board of Trustees of the University of Illinois, erroneously sued as The University of Illinois-Urbana Champaign and Dr. George Gollin George Gollin; University of Illinois-Urbana Champaign.(Rivas, Nicole) (Entered: 12/13/2011) |
| 12/16/2011 | 25 | STIPULATION Extending Time to Answer the complaint as to Foundation for Advancement of Medical Education and Research answer now due 1/12/2012; Educational Commission for Foreign Medical Graduates answer now due 1/12/2012, filed by Defendants Foundation for Advancement of Medical Education and Research; Educational Commission for Foreign Medical Graduates.(Rogers, James) (Entered: 12/16/2011) |
| 01/12/2012 | 26 | [DOCUMENT WITHDRAWN PURSUANT TO ORDER G-106B DATED 1/13/2012] - NOTICE OF MOTION AND MOTION to Dismiss Case *for Failure to State a Claim* ( Motion set for hearing on 2/27/2012 at 09:00 AM before Judge R. Gary Klausner.), MOTION to Dismiss for Lack of Jurisdiction |

**Exhibit A, Page 5 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

| | | filed by defendants Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research. (Attachments: # 1 Memorandum)(Rogers, James) Modified on 1/13/2012 (shb). (Entered: 01/12/2012) |
|---|---|---|
| 01/12/2012 | 27 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *(Personal)* filed by defendants Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research. Motion set for hearing on 2/27/2012 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum, # 2 Declaration)(Rogers, James) (Entered: 01/12/2012) |
| 01/12/2012 | 28 | CERTIFICATE of Interested Parties filed by DEFENDANT University of Illinois-Urbana Champaign, identifying The Board of Trustees of the University of Illinois and The State of Illinois. (Rivas, Nicole) (Entered: 01/12/2012) |
| 01/12/2012 | 29 | CERTIFICATE of Interested Parties filed by DEFENDANT George Gollin, identifying Dr. George Gollin, The Board of Trustees of the University of Illinois and the State of Illinois. (Rivas, Nicole) (Entered: 01/12/2012) |
| 01/12/2012 | 30 | NOTICE OF MOTION AND MOTION to Dismiss Case *(DEFENDANTS THE UNIVERSITY OF ILLINOIS' AND DR. GEORGE GOLLIN'S MOTION TO DISMISS; OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT)* filed by DEFENDANTS George Gollin, University of Illinois-Urbana Champaign. Motion set for hearing on 2/13/2012 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Appendix, # 4 Proposed Order)(Rivas, Nicole) (Entered: 01/12/2012) |
| 01/13/2012 | 31 | *Certificate* of Interested Parties filed by Defendant Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research, identifying Educational Commission for Foreign Medical Graduates, Foundation for Advancement of International Medical Education and Research, AIG, Chartis Claims, Inc., National Union Fire Insurance Company of Pittsburgh, PA. (Rogers, James) (Entered: 01/13/2012) |
| 01/13/2012 | 32 | MEMORANDUM in Support of MOTION to Dismiss Case *for Failure to State a Claim* MOTION to Dismiss for Lack of Jurisdiction 26 filed by Defendants Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research. (Rogers, James) (Entered: 01/13/2012) |
| 01/13/2012 | 33 | ORDER by Judge R. Gary Klausner: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: MOTION to Dismiss Case *for Failure to State a Claim* MOTION to Dismiss for Lack of Jurisdiction 26 , for the following reasons: Local Rule 7.1-1 No Certification of Interested Parties and/or no copies; Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents. Document lacking table of authorities; (shb) (Entered: 01/13/2012) |
| 01/13/2012 | 34 | MINUTE IN CHAMBERS NOTICE TO ALL PARTIES AND ORDER by Judge R. Gary Klausner: On the Courts own motion, defendants George |

**Exhibit A, Page 6 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

| | | |
|---|---|---|
| | | Gollin, University of Illinois-Urbana Champaigns Motion to Dismiss Case (DE 30) is hereby continued from February 13, 2012 at 9:00 a.m. to February 27, 2012 at 9:00 a.m. (shb) (Entered: 01/13/2012) |
| 01/13/2012 | 35 | NOTICE OF LODGING filed re Memorandum in Support of Motion, 32 , MOTION to Dismiss for Lack of Jurisdiction *(Personal)* MOTION to Dismiss for Lack of Jurisdiction *(Personal)* 27 (Attachments: # 1 Proposed Order 12(b) 2, # 2 Proposed Order 12(b)6)(Rogers, James) (Entered: 01/13/2012) |
| 01/13/2012 | 36 | NOTICE OF MOTION AND MOTION to Dismiss Case *for Failure to State a Claim* filed by defendants Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research. Motion set for hearing on 2/27/2012 at 09:00 AM before Judge R. Gary Klausner. (Attachments: # 1 Memorandum)(Rogers, James) (Entered: 01/13/2012) |
| 01/18/2012 | 37 | NOTICE of Change of Attorney Information for attorney Martha S Doty counsel for Defendants George Gollin, University of Illinois-Urbana Champaign. Adding Martha S. Doty as attorney as counsel of record for The Board of Trustees of the University of Illinois and George Gollin for the reason indicated in the G-06 Notice. Filed by Defendants The Board of Trustees of the University of Illinois and Dr. George Gollin (Doty, Martha) (Entered: 01/18/2012) |
| 01/18/2012 | 38 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss Defendants State of Oregon Office of Degree Authorization, Alan Contreras, MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* filed by Defendants State of Oregon Office of Degree Authorization, Alan Contreras. Motion set for hearing on 2/27/2012 at 09:00 AM before Judge R. Gary Klausner. (Karpinski, Seth) (Entered: 01/18/2012) |
| 01/18/2012 | 39 | [DOCUMENT STRICKEN PURSUANT TO ORDER G-106 DATED 1/19/2012] - MEMORANDUM in Support of MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss Defendants State of Oregon Office of Degree Authorization, Alan Contreras MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* 38 *(titled "Memorandum in Support of Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* filed by Defendants Alan Contreras, State of Oregon Office of Degree Authorization. (Karpinski, Seth) Modified on 1/19/2012 (shb). (Entered: 01/18/2012) |
| 01/18/2012 | 40 | DECLARATION of Jessica McKie in Support of State Defendants' Motion to Dismiss MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss Defendants State of Oregon Office of Degree Authorization, Alan Contreras MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* 38 *(titled "Affidavit of Jessica McKie in Support of State Defendants' Motion to Dismiss")* filed by Defendants Alan Contreras, State of Oregon |

Exhibit A, Page 7 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

| | | |
|---|---|---|
| | | Office of Degree Authorization. (Karpinski, Seth) (Entered: 01/18/2012) |
| 01/18/2012 | 41 | DECLARATION of Jennifer Diallo in Support of State Defendants' Motion to Dismiss MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss Defendants State of Oregon Office of Degree Authorization, Alan Contreras MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* 38 *(titled "Affidavit of Jennifer Diallo in Support of State Defendants' Motion to Dismiss")* filed by Defendants Alan Contreras, State of Oregon Office of Degree Authorization. (Karpinski, Seth) (Entered: 01/18/2012) |
| 01/18/2012 | 42 | DECLARATION of Alan Contreras in Support of State Defendants' Motion to Dismiss MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss Defendants State of Oregon Office of Degree Authorization, Alan Contreras MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* 38 *(titled "Affidavit of Alan Contreras in Support of State Defendants' Motion to Dismiss")* filed by Defendants Alan Contreras, State of Oregon Office of Degree Authorization. (Karpinski, Seth) (Entered: 01/18/2012) |
| 01/19/2012 | 43 | ORDER by Judge R. Gary Klausner: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: Memorandum in Support of Motion,, 39 , for the following reasons: Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents. Lacking table of contents; (shb) (Entered: 01/19/2012) |
| 01/20/2012 | 44 | MEMORANDUM in Support of MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss Defendants State of Oregon Office of Degree Authorization, Alan Contreras MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* MOTION to Dismiss action *(titled "Motion to Dismiss by State Defendants Pursuant to F.R.C.P. 12(b)(2),(5) and (6)")* 38 filed by Defendants Alan Contreras, State of Oregon Office of Degree Authorization. (Karpinski, Seth) (Entered: 01/20/2012) |
| 02/03/2012 | 46 | ORDER SETTING SCHEDULING CONFERENCE by Judge R. Gary Klausner: Scheduling Conference set for 4/16/2012 09:00 AM before Judge R. Gary Klausner. (rne) (Entered: 02/03/2012) |
| 02/07/2012 | 47 | [DOCUMENT STRICKEN PURSUANT TO ORDER G-106 DATED 2/8/2012] - First REQUEST to Waive Personal Appearance *before Judge Klausner on 2/27/12 at 9:00 a.m.* filed by Defendants Alan Contreras, State of Oregon Office of Degree Authorization. Request set for hearing on 2/27/2012 at 09:00 AM before Judge R. Gary Klausner. (Karpinski, Seth) Modified on 2/8/2012 (shb). (Entered: 02/07/2012) |
| 02/07/2012 | 48 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: REQUEST to Substitute 10 , REQUEST to Substitute 8 , REQUEST to Substitute 12 , REQUEST to Substitute 14 . (rne) (Entered: 02/07/2012) |
| | | |

Exhibit A, Page 8 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

| 02/08/2012 | 49 | ORDER by Judge R. Gary Klausner: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: First REQUEST to Waive Personal Appearance *before Judge Klausner on 2/27/12 at 9:00 a.m.* 47 , for the following reasons: Incorrect document is attached to the docket entry; (shb) (Entered: 02/08/2012) |
|---|---|---|
| 02/08/2012 | 50 | FIRST AMENDED COMPLAINT against Defendant Benson Barh, Alan Contreras, Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research, George Gollin, Liberian Medical Board, Ministry of Education, Ministry of Health, National Accreditation Board of the Republic of Ghana, National Commission on Higher Education, National Transitional Legislative Assembly, Republic of Liberia, Isaac Roland, Brad Schwartz, Mohammed Shariff, State of Oregon Office of Degree Authorization, University of Illinois-Urbana Champaign amending Complaint - (Discovery) 1 ; Jury Demand,filed by Plaintiffs St Luke School of Medicine-Liberia, St Luke School of Medicine-Ghana, Jerroll B R Dolphin, Robert Farmer (shb) (Additional attachment(s) added on 2/14/2012: # 1 FIRST AMENDED COMPLAINT PART 2, # 2 FIRST AMENDED COMPLAINT PART 3, # 3 FIRST AMENDED COMPLAINT PART 4, # 4 FIRST AMENDED COMPLAINT PART 5) (shb). (Entered: 02/10/2012) |
| 02/13/2012 | 51 | RESPONSE IN SUPPORT of MOTION to Dismiss Case *(DEFENDANTS THE UNIVERSITY OF ILLINOIS' AND DR. GEORGE GOLLIN'S MOTION TO DISMISS; OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT)* MOTION to Dismiss Case *(DEFENDANTS THE UNIVERSITY OF ILLINOIS' AND DR. GEORGE GOLLIN'S MOTION TO DISMISS; OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT)* 30 *Reply In Support Of Defendants The University of Illinois' And Dr. George Gollin's Motion To Dismiss* filed by Defendants George Gollin, University of Illinois-Urbana Champaign. (Rivas, Nicole) (Entered: 02/13/2012) |
| 02/21/2012 | 52 | MINUTES (IN CHAMBERS) ORDER by Judge R. Gary Klausner: denying as moot 27 Motion to Dismiss for Lack of Jurisdiction ; denying 30 Motion to Dismiss Case ; denying as moot 36 Motion to Dismiss Case ; denying as moot 38 Motion to Dismiss for Lack of Jurisdiction ; denying as moot 38 Motion to Dismiss Defendant; denying as moot 38 Motion to Dismiss (shb) (Entered: 02/21/2012) |
| 02/21/2012 | 53 | PROOF OF SERVICE OF SERVICE filed by PLAINTIFF Jerroll B R Dolphin, re Amended Complaint,,, 50 PROOF OF SERVICE served on 02/20/2012. (Attachments: # 1 Declaration Proof of Service)(Walls, Larry) (Entered: 02/21/2012) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/22/2012 10:19:19 | | |
| PACER Login: | od0023 | Client Code: 107-130-L147820-01 |

**Exhibit A, Page 9 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

| Description: | Docket Report | Search Criteria: | 2:11-cv-06322-RGK-SH End date: 2/22/2012 |
|---|---|---|---|
| Billable Pages: | 8 | Cost: | 0.64 |

Exhibit A, Page 10 of 10
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

Case 2:11-cv-06322-RGK-SH  Document 1  Filed 08/01/11  Page 339 of 340  Page ID

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
St. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanaian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Ferrier, on behalf of a class action

**DEFENDANTS**
REPUBLIC OF LIBERIA, MINISTRY OF HEALTH, MINISTRY OF EDUCATION, LIBERIAN MEDICAL BOARD, NATIONAL COMMISSION ON HIGHER EDUCATION, NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, DR. ISAAC ROLAND, MOHAMMED SHARIFF, DR. BENSON BARH, DR. GEORGE GOLLIN, DR. BRAD SCHWARTZ, ALAN CONTRERAS, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, STATE OF ILLINOIS, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Jerroll B.R. Dolphin
P.O. Box 940009, Los Angeles, CA 90094

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No   **MONEY DEMANDED IN COMPLAINT:** $ 300,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title 42, Chapter 21, Subchapter I, § 1981, 1983, 1985, 1986; 42, 2000e-2; Title 47 USC § 223, 230; Title 18, Part I, CHAPTER 13, § 241, 242, more

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV 11-06322**

FOR OFFICE USE ONLY:  Case Number:

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

Exhibit B, Page 1 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

Case 2:11-cv-06322-RGK-SH  Document 1  Filed 08/01/11  Page 340 of 340  Page ID
UNITED ST...  DISTRICT COURT, CENTRAL DISTRIC...  CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): 10-CV-01781 RGK-SHX

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): 10-CV-01781 RGK-SHX

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)
(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District: | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | MARYLAND, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☑ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District: | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | OREGON, ILLINOIS, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District: | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | OREGON, ILLINOIS, REPUBLIC OF LIBERIA, REPUBLIC OF GHANA |

* Los Angeles, Orange, San Bernardino, ...............................  Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date July 29 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)  CIVIL COVER SHEET  Page 2 of 2

Exhibit B, Page 2 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

Name & Address:
Dr. Jerrell Dolphin
P.O. Box 841009
Los Angeles CA 90064
323-345-1230
on Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

St. Luke School of Medicine Ghana, a Ghanain
Corporation, St. Luke School of Medicine-
Liberia, a Liberian corporation, Dr. Jerrell Dolphin
on behalf of himself (continue on attached)(s)
PLAINTIFF

vs.

REPUBLIC of LIBERIA; MINISTRY of HEALTH, a
Liberian Governmental agency; MINISTRY of EDUCATION,
Liberian Governmental agency, LIBERIAN MEDICAL
& Liberian Governmental agency (continue on attached)
DEFENDANTS

CASE NUMBER

CV11-06322-RGK-SH

SUMMONS

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐_____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Jerrell Dolphin_____, whose address is _P.O. Box 841009, Los Angeles, CA 90064_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   11/23/11

By:_____
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)                                          SUMMONS

Exhibit B, Page 3 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH



Case 2:11-cv-06322-RGK-SH   Document 1   Filed 08/01/11   Page 1 of 340   Page ID #:1

Dr. Jerroll Dolphin
P.O. Box 941009
Los Angeles, CA 90064
323-345-1230
In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ST. LUKE SCHOOL OF MEDICINE-
GHANA, a Ghanain corporation, ST.
LUKE SCHOOL OF MEDICINE
-LIBERIA, a Liberian corporation, DR.
JERROLL B.R. DOLPHIN, on behalf of
himself, Robert Farmer, on behalf of a class
action

　　　　　　Plaintiff,

vs.

REPUBLIC OF LIBERIA; MINISTRY OF
HEALTH, a Liberian Governmental
Agency; MINISTRY OF EDUCATION, a
Liberian Governmental Agency;
LIBERIAN MEDICAL BOARD, a
Liberian Governmental Agency;
NATIONAL COMMISSION ON HIGHER
EDUCATION, a Liberian Governmental
Agency; NATIONAL TRANSITIONAL
LEGISLATIVE ASSEMBLY, a Liberian
Governmental Agency; DR. ISAAC
ROLAND as official and individual;
MOHAMMED SHARIFF as official and
individual; DR. BENSON BARH as official
and individual; DR. GEORGE GOLLIN as
official and individual; DR. BRAD
SCHWARTZ as official and individual,
ALAN CONTRERAS as official and
individual, UNIVERSITY OF ILLINOIS-
URBANA CHAMPAIGN, an Illinois
Institution of Higher Learning; STATE OF

Case No. CV11-06322

JURY TRIAL DEMANDED

COMPLAINT FOR:

* LIBEL
* TRADE LIBEL
* INTERFERENCE IN BUSINESS
  ADVANTAGE
* CONSPIRACY
* TREATY VIOLATIONS
* FRAUD
* FALSE IMPRISONMENT
* HARASSMENT BY PUBLIC
  OFFICIALS
* DEPRIVATION OF RIGHTS UNDER
  COLOR OF LAW
* NEGLIGENCE
* VIOLATIONS OF DUE PROCESS
* VIOLATIONS OF EQUAL
  PROTECTION
* CONSPIRACY TO COMMIT CIVIL
  RIGHTS VIOLATIONS.
* CONVERSION
* INTENTIONAL INFLICTION OF
  EMOTIONAL DISTRESS
* NEGLIGENT INFLICTION OF
  EMOTIONAL DISTRESS
* THREATS AND EXTORTION
  AGAINST FOREIGN OFFICIALS
* MAIL FRAUD

COMPLAINT FOR DAMAGES FOR WRONG- 1



OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,

Defendants.

- INTERNET HACKING
- VIOLATION OF COPYRIGHT
- INVASION OF PRIVACY
- INTERNET STALKING
- CYBER STALKING
- LOSS OF CONSORTIUM

JURY TRIAL REQUESTED

COMPLAINT FOR DAMAGES FOR WRONG - 2

Exhibit B, Page 5 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

Name & Address:
Jerroll Dolphin
PO Box 941009
Los Angeles, CA 90064
310-384-4483
in pro per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al.<br><br>                                 PLAINTIFF(S)<br>                v.<br><br>Republic of Liberia, et al.<br><br>                                 DEFENDANT(S). | CASE NUMBER<br><br>CV 11-06322-RGK (SHx)<br><br>PROOF OF SERVICE<br>SUMMONS AND COMPLAINT<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (*specify documents*):

    ☒ summons                    ☐ first amended complaint        ☐ third party complaint
    ☒ complaint                  ☐ second amended complaint       ☐ counter claim
    ☐ alias summons              ☐ third amended complaint        ☐ cross claim
    ☒ other: (*specify*): Cover sheet

2.  Person served:
    a.  ☒ Defendant (*name*): *Alan Contrera 3*
    b.  ☐ Other (*specify name and title or relationship to the party/business named*):

    c.  ☐ Address where papers were served: *1500 Valley River Dr. Suite 100*
        ~~Embassy of the Republic of Liberia~~    *Eugene OR 97401*

3.  Manner of Service in compliance with (one box must be checked):
    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  I served the person named in Item 2:
    a.  ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1.  ☐ Papers were served on (*date*): _____ at (*time*): _____
    b.  ☐ By Substituted service. By leaving copies:
        1.  ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
        2.  ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
        3.  ☐ papers were served on (*date*): _____ at (*time*): _____
        4.  ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
        5.  ☐ papers were mailed on (*date*): _____
        6.  ☐ due diligence. I made at least three (3) attempts to personally serve the defendant. (Attach separate declaration regarding due diligence).
    c.  ☐ Mail and acknowledgment of service. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

---

CV-01 (08/10)                    PROOF OF SERVICE - SUMMONS AND COMPLAINT                    Page 1 of 2

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☑ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: (date): _____ at (time): _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

Kelly Fountaine
11939 Kiowa Ave
Los Angeles CA 90049
213-992-1129

a. ☐ Fee for service: $
b. ☑ Not a registered California process server
c. ☐ Exempt from registration B&P 22350(b)
d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

November 25, 2011
Date

_____
Signature

Exhibit B, Page 7 of 8
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Jerroll Dolphin
PO Box 941009
Los Angeles, CA 90064
310-384-4483

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al<br><br>PLAINTIFF(S),<br><br>v.<br><br>Republic of Liberia, et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 11-06322-RGK (SHx)<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT**<br>**OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
LOS ANGELES , State of California, and not a
party to the above-entitled cause. On NOVEMBER 25 2011 , 20 11 , I served a true copy of
THE COMPLAINT, SUMMONS, AND COVER SHEET
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: POST OFFICE, *Airport & Arbor Vitae* LOS ANGELES
Executed on NOVEMBER 28 , 20 11 at LOS ANGELES , California.

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____           _____
*Signature*                                    *Party Served*

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

1   JOHN R. KROGER
    Oregon Attorney General
2   SETH T. KARPINSKI, OSB #991907
    (California Bar #137748)
3   Email:   seth.t.karpinski@doj.state.or.us
    Senior Assistant Attorney General
4   Oregon Department of Justice
    1162 Court Street NE
5   Salem, OR 97301-4096
    Telephone: (503) 947-4700
6   Fax: (503) 947-4792

7   Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree
    Authorization

8

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13   JERROLL B.R. DOLPHIN,          Case No. 2:11-cv-06322-RGK-SH

14         Plaintiff,          AFFIDAVIT OF JENNIFER DIALLO
                           IN SUPPORT OF STATE
15       v.                 DEFENDANTS' MOTION TO
                           DISMISS
16   REPUBLIC OF LIBERIA, ET AL,

17         Defendants.        DATE:   February 27, 2012
                           TIME:   9:00 a.m.
18                           JUDGE:  Honorable R. Gary Klausner

19   STATE OF OREGON    )
                       ) ss.
20   County of Lane        )

21       I, Jennifer Diallo, being duly sworn, depose and state:

22       1.     I am currently the Director of the State of Oregon, Office of Degree

23   Authorization (hereafter, "ODA").

24       2.     On or about November 28, 2011, ODA received a copy of a

25   summons, proof of service for Alan Contreras, and complaint for United States

26   District Court, Central District of California, Case No. CV 11-06322.

    AFFIDAVIT OF JENNIFER DIALLO IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS

    3163861-v1              Page 1

**Exhibit D, Page 1 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

1    3.    The documents were mailed to 1500 Valley River Dr. Suite 100,

2  Eugene, Oregon 97401 which is the address for ODA. Exh. B.

3    4.    The documents were sent by U.S.P.S. Priority Mail, in a Medium Flat

4  Rate Box and had no tracking information or return receipt. Exh. C.

5    5.    I am not authorized to accept service on behalf of the State of Oregon

6  or Alan Contreras.

7    6.    Alan Contreras retired from State service on March 31, 2011.

8  DATED this 17th day of January, 2012.

9

10                                    _____
                                      JENNIFER DIALLO
11                                    Director of ODA

12    SUBSCRIBED AND SWORN to before me this 17th day of January,

13  2012.

14

15    OFFICIAL SEAL
      NICHOLAS A. MANLEY              _____
16    NOTARY PUBLIC-OREGON            Notary Public for Oregon
      COMMISSION NO. 457143           My Commission Expires: 03/21/2015
      MY COMMISSION EXPIRES MARCH 21, 2015

17

18

19

20

21

22

23

24

25

26

AFFIDAVIT OF JENNIFER DIALLO IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS

3163661-v1                           Page 2



Exhibit B, Page 1 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

**Exhibit D, Page 3 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

Exhibit B, Page 2 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

Exhibit D, Page 4 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

Name & Address:
Dr. Terrell Dolphin
P.O. Box 341009
Los Angeles, CA 90064
323-345-1230
In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| St. Luke School of Medicine-Ghana, a Ghanain Corporation, St. Luke School of Medicine-Liberia, a Liberian corporation, Dr. Terrell Dolphin on behalf of himself (on all pro se Plaintiffs) PLAINTIFF(S) | CASE NUMBER CV11-06322-RGK-SH |
| REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Government agency; MINISTRY OF EDUCATION a Liberian Government agency; LOUREEN MUKARI, individual; (continued on attached) DEFENDANT(S) | SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Terrell Dolphin_ whose address is _P.O. Box 341009, Los Angeles, CA 90064_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _11/23/11_                By: _C._____
                                      Deputy Clerk

                                (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)                           SUMMONS

Exhibit B, Page 3 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

**Exhibit D, Page 5 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**



Case 2:11-cv-06322-RGK-SH   Document 1   Filed 08/01/11   Page 1 of 340   Page ID #:1

Dr. Jerroll Dolphin
P.O. Box 941009
Los Angeles, CA 90064
323-245-1230
In Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ST. LUKE SCHOOL OF MEDICINE-
GHANA, a Ghanais corporation, ST.
LUKE SCHOOL OF MEDICINE
-LIBERIA, a Liberian corporation, DR.
JERROLL B.R. DOLPHIN, on behalf of
himself, Robert Fanner, on behalf of a class
action

Plaintiff,

vs.

REPUBLIC OF LIBERIA; MINISTRY OF
HEALTH, a Liberian Governmental
Agency; MINISTRY OF EDUCATION, a
Liberian Governmental Agency;
LIBERIAN MEDICAL BOARD, a
Liberian Governmental Agency;
NATIONAL COMMISSION ON HIGHER
EDUCATION, a Liberian Governmental
Agency; NATIONAL TRANSITIONAL
LEGISLATIVE ASSEMBLY, a Liberian
Governmental Agency; DR. ISAAC
ROLAND as official and individual;
MOHAMMED SHARIFF as official and
individual; DR. BENSON BARH as official
and individual; DR. GEORGE GOLLIN as
official and individual; DR. BRAD
SCHWARTZ as official and individual;
ALAN CONTRERAS as official and
individual, UNIVERSITY OF ILLINOIS-
URBANA CHAMPAIGN, an Illinois
Institution of Higher Learning; STATE OF

Case No. CV11-06322

JURY TRIAL DEMANDED

COMPLAINT FOR:

- LIBEL
- TRADE LIBEL
- INTERFERENCE IN BUSINESS ADVANTAGE
- CONSPIRACY
- TREATY VIOLATIONS
- FRAUD
- FALSE IMPRISONMENT
- HARASSMENT BY PUBLIC OFFICIALS
- DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
- NEGLIGENCE
- VIOLATIONS OF DUE PROCESS
- VIOLATIONS OF EQUAL PROTECTION
- CONSPIRACY TO COMMIT CIVIL RIGHTS VIOLATIONS
- CONVERSION
- INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
- NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
- THREATS AND EXTORTION AGAINST FOREIGN OFFICIALS
- MAIL FRAUD

COMPLAINT FOR DAMAGES FOR WRONG- 1

Exhibit B, Page 4 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

**Exhibit D, Page 6 of 13**
**to Affidavit of Jessica McKie**
**Dolphin, 2:11-cv-06322-RGK-SH**



ORBICON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,

Defendants.

* INTERNET HACKING
* VIOLATION OF COPYRIGHT
* INVASION OF PRIVACY
* INTERNET STALKING
* CYBER STALKING
* LOSS OF CONSORTIUM

JURY TRIAL REQUESTED

COMPLAINT FOR DAMAGES FOR WRONG- 2

Exhibit B, Page 5 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

**Exhibit D, Page 7 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

Name & Address:
Jerroll Dolphin
PO Box 941009
Los Angeles, CA 90064
310-384-4483
in pro per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine-Ghana, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 11-06322-RGK (SHx) |
| v. | |
| Republic of Liberia, et al. | PROOF OF SERVICE |
| | SUMMONS AND COMPLAINT |
| DEFENDANT(S). | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (specify documents):

   ☑ summons ☐ first amended complaint ☐ third party complaint
   ☑ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☑ other: (specify): Cover sheet

2. Person served:
   a. ☑ Defendant (name): *Alan Contreras*
   b. ☐ Other (specify name and title or relationship to the party/business named):

   c. ☐ Address where papers were served: *1500 Valley River Dr. Suite 100*
      ~~Embassy of the Republic of Liberia~~ *Eugene OR 97401*

3. Manner of Service in compliance with (one box must be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on (date): _____ at (time): _____
   b. ☐ By Substituted service. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ papers were served on (date): _____ at (time): _____
      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(b).
      5. ☐ papers were mailed on (date): _____
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant. (Attach separate declaration regarding due diligence).
   c. ☐ Mail and acknowledgment of service. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

| CV-01 (03/10) | PROOF OF SERVICE - SUMMONS AND COMPLAINT | Page 1 of 2 |
|---|---|---|

Exhibit B, Page 6 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

**Exhibit D, Page 8 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the person at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☒ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Kelly Fontaine
   11939 Kiowa Ave
   Los Angeles CA 90049
   213-992-1129

   a. ☐ Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

*I declare under penalty of perjury that the foregoing is true and correct.*

November 25, 2011
Date

Signature

CV-01 (03/10)                PROOF OF SERVICE - SUMMONS AND COMPLAINT                Page 2 of 2

Exhibit B, Page 7 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

**Exhibit D, Page 9 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Jerroll Dolphin
PO Box 341008
Los Angeles, CA 90064
310-384-4483

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine-Ghana, et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV 11-06322-RGK (SHx) |
| v. | |
| Republic of Liberia, et al | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of
LOS ANGELES _____, State of California, and not a
party to the above-entitled cause. On NOVEMBER 25 2011 _____, 20 11 ____, I served a true copy of
THE COMPLAINT, SUMMONS, AND COVER SHEET _____
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: POST OFFICE, *Airport & Arbor Vitae* ____ LOS ANGELES ____
Executed on NOVEMBER 28 _____, 20 11 ___ at LOS ANGELES _____, California

· Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                          Party Served

CV-40 (01/001)          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

Exhibit B, Page 8 of 8
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

**Exhibit D, Page 10 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**



Exhibit C, Page 1 of 1
to Affidavit of Jennifer Diallo
Dolphin, 2:11-cv-06322-RGK-SH

## CERTIFICATE OF SERVICE

I certify that on January 18, 2012, I served the foregoing AFFIDAVIT OF JENNIFER

DIALLO IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS upon the parties

hereto by the method indicated below, and addressed to the following:

Dr. Jerroll B. R. Dolphin
P.O. Box 941009
Los Angeles, CA 90064
(323) 345-1230
    Plaintiff on behalf of himself, Robert
    Farmer, on behalf of a class action

   ____ HAND DELIVERY
   _x_ MAIL DELIVERY
   ____ OVERNIGHT MAIL
   ____ TELECOPY (FAX)
   ____ E-MAIL
   ____ E-FILE

Larry D. Walls
The Law Office of Larry D. Walls
9025 Wilshire Blvd Penthouse Suite
Los Angeles, CA 90043
(310) 275-4229
    Of Attorneys for Plaintiff

   ____ HAND DELIVERY
   ____ MAIL DELIVERY
   ____ OVERNIGHT MAIL
   ____ TELECOPY (FAX) (323) 296-2153
   ____ E-MAIL larrywalls@sbcglobal.net
   _✓_ E-FILE

Nicole C Rivas
Alston & Bird LLP
333 South Hope Street 16th Floor
Los Angeles, CA 90071
213-576-1000
    Of Attorneys for Dr George Gollin,
    and University of Illinois-Urbana
    Champaign

   ____ HAND DELIVERY
   ____ MAIL DELIVERY
   ____ OVERNIGHT MAIL
   ____ TELECOPY (FAX) 213-576-1100
   ____ E-MAIL nicole.rivas@alston.com
   _✓_ E-FILE

///

///

///

///

///

///

///

Page 1 -   CERTIFICATE OF SERVICE
    STK/cbh/3172241-v1

**Exhibit D, Page 12 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

James R Rogers
James R Rogers Law Offices
125 South Highway 101 Suite 101
Solana Beach, CA 92075
858-792-9900
    Of Attorneys for Educational
    Commission for Foreign Medical
    Graduates, and Foundation for
    Advancement of Medical Education
    and Research

___ HAND DELIVERY
___ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX) 858-792-9509
___ E-MAIL jrogers@jrrlaw.net
✓ E-FILE

SETH T. KARPINSKI OSB #991907
(California Bar #137748)
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
seth.t.karpinski@doj.state.or.us
Of Attorneys for Defendants Alan Contreras and
    State of Oregon, Office of Degree
    Authorization

Page 2 -   CERTIFICATE OF SERVICE
STK/cbh/3172241-v1

**Exhibit D, Page 13 of 13
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

1   JOHN R. KROGER
    Oregon Attorney General
2   SETH T. KARPINSKI, OSB #991907
    (California Bar #137748)
3   Email:  seth.t.karpinski@doj.state.or.us
    Senior Assistant Attorney General
4   Oregon Department of Justice
    1162 Court Street NE
5   Salem, OR 97301-4096
    Telephone: (503) 947-4700
6   Fax: (503) 947-4792

7   Attorneys for Defendants Alan Contreras and State of Oregon, Office of Degree
8   Authorization

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13   JERROLL B.R. DOLPHIN,              Case No. 2:11-cv-06322-RGK-SH

14            Plaintiff,                AFFIDAVIT OF ALAN CONTRERAS
                                        IN SUPPORT OF STATE
15        v.                            DEFENDANTS' MOTION TO
                                        DISMISS
16   REPUBLIC OF LIBERIA, ET AL,
                                        DATE:   February 27, 2012
17            Defendants.              TIME:   9:00 a.m.
                                        JUDGE:  Honorable R. Gary Klausner
18

19

20   STATE OF OREGON      )
                          ) ss.
21   County of Lane       )

22        I, Alan Contreras, being duly sworn, depose and state:

23        1.    I retired from State service on March 31, 2011.

24

25

26

AFFIDAVIT OF ALAN CONTRERAS IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS

Exhibit E, Page 1 of 4
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

1
2      2.     I have not received a summons or complaint from Plaintiff in regards
3    to this case.

4
5    DATED this 13 day of January, 2012.

6
7                                    ALAN CONTRERAS

8
9           SUBSCRIBED AND SWORN to before me this 13 day of January,
10   2012.

11
12                                   Notary Public for Oregon
13                                   My Commission Expires: March 7, 2014

14

15

16                        ┌─────────────────────────────────┐
                          │         OFFICIAL SEAL           │
17                        │        TINA F BRUHNS            │
                          │     NOTARY PUBLIC-OREGON        │
18                        │     COMMISSION NO. 447209       │
                          │ MY COMMISSION EXPIRES MARCH 07, 2014 │
19                        └─────────────────────────────────┘

20

21

22

23

24

25

26
     AFFIDAVIT OF ALAN CONTRERAS IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS
     51649379-1                       Page 2

Exhibit E, Page 2 of 4
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH

## CERTIFICATE OF SERVICE

I certify that on January 18, 2012, I served the foregoing AFFIDAVIT OF ALAN

CONTRERAS IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS upon the

parties hereto by the method indicated below, and addressed to the following:

Dr. Jerroll B. R. Dolphin
P.O. Box 941009
Los Angeles, CA 90064
(323) 345-1230
     Plaintiff on behalf of himself, Robert
     Farmer, on behalf of a class action

    ___ HAND DELIVERY
    _x_ MAIL DELIVERY
    ___ OVERNIGHT MAIL
    ___ TELECOPY (FAX)
    ___ E-MAIL
    ___ E-FILE

Larry D. Walls
The Law Office of Larry D. Walls
9025 Wilshire Blvd Penthouse Suite
Los Angeles, CA 90043
(310) 275-4229
     Of Attorneys for Plaintiff

    ___ HAND DELIVERY
    ___ MAIL DELIVERY
    ___ OVERNIGHT MAIL
    ___ TELECOPY (FAX) (323) 296-2153
    ___ E-MAIL larrywalls@sbcglobal.net
    _✓_ E-FILE

Nicole C Rivas
Alston & Bird LLP
333 South Hope Street 16th Floor
Los Angeles, CA 90071
213-576-1000
     Of Attorneys for Dr George Gollin,
     and University of Illinois-Urbana
     Champaign

    ___ HAND DELIVERY
    ___ MAIL DELIVERY
    ___ OVERNIGHT MAIL
    ___ TELECOPY (FAX) 213-576-1100
    ___ E-MAIL nicole.rivas@alston.com
    _✓_ E-FILE

///

///

///

///

///

///

///

Page 1 -   CERTIFICATE OF SERVICE
    STK/cbh/3172241-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

**Exhibit E, Page 3 of 4
to Affidavit of Jessica McKie
Dolphin, 2:11-cv-06322-RGK-SH**

James R Rogers
James R Rogers Law Offices
125 South Highway 101 Suite 101
Solana Beach, CA 92075
858-792-9900
      Of Attorneys for Educational
      Commission for Foreign Medical
      Graduates, and Foundation for
      Advancement of Medical Education
      and Research

   \_\_\_ HAND DELIVERY
   \_\_\_ MAIL DELIVERY
   \_\_\_ OVERNIGHT MAIL
   \_\_\_ TELECOPY (FAX) 858-792-9509
   \_\_\_ E-MAIL jrogers@jrrlaw.net
   ✓ E-FILE

_____

SETH T. KARPINSKI OSB #991907
(California Bar #137748)
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
seth.t.karpinski@doj.state.or.us
Of Attorneys for Defendants Alan Contreras and
    State of Oregon, Office of Degree
    Authorization

Page 2 -   CERTIFICATE OF SERVICE
       STK/cbh/3172241-v1

**Exhibit E, Page 4 of 4**
**to Affidavit of Jessica McKie**
**Dolphin, 2:11-cv-06322-RGK-SH**