1  MARTHA S. DOTY (State Bar No. 143287)
2  NICOLE C. RIVAS (State Bar No. 179337)
   **ALSTON & BIRD, LLP**
3  333 South Hope Street
   Sixteenth Floor
4  Los Angeles, California 90071
   Telephone:  (213) 576-1000
5  Facsimile:   (213) 576-1100
   Martha.doty@alston.com
6  Nicole.rivas@alston.com

7  Attorneys for Defendants
   THE BOARD OF TRUSTEES
8  OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
   THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN;
9  and DR. GEORGE GOLLIN

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself; DR. ROBERT FARMER, on behalf of a class action,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHERIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and | Case No.: 11-CV-06322-RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:    8/1/11<br>Complaint Served: 8/1/11<br><br>First Amended Complaint Filed: 2/8/12<br>First Amended Complaint Served: 2/20/12<br><br>Response Due Date: 3/5/12<br>[Proposed] Response Date: 3/19/12 |

---

1
STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
LEGAL02/33017800

|   |   |
|---|---|
| 1 | individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | . |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Plaintiff Dr. Jerroll B.R. Dolphin ("Dr. Dolphin") and Defendants Dr. George Gollin ("Dr. Gollin") and the Board of Trustees of the University of Illinois, erroneously sued as University of Illinois Urbana Champaign (the "University") (Dr. Gollin and the University are sometimes hereafter referred to collectively as "Defendants"), hereby agree and stipulate as follows:

1. On August 1, 2011, Dr. Dolphin filed the instant action against Defendants;

2. On November 23 and 28, 2011, Dr. Dolphin caused the Complaint to be served on Dr. Gollin and the University, respectively;

3. The University and Dr. Gollin filed a Motion to Dismiss that was set to be heard on February 27, 2012;

4. Thereafter, Dr. Dolphin filed a First Amended Complaint on February 8, 2012 and served the First Amended Complaint on counsel for Dr. Gollin and the University on February 20, 2012;

5. Dr. Gollin's and the University's response to the First Amended Complaint is due March 5, 2012. However, Defendants require 14 days additional time to conduct further investigation into the allegations of the lengthy First Amended Complaint – which is approximately 100 pages long and includes over 50 Exhibits – and to prepare an appropriate response thereto. Counsel for Dr. Dolphin has agreed to this additional time.

NOW THEREFORE the parties hereby agree and stipulate that Defendants shall have up to and including March 19, 2012 to respond to the Complaint.

DATED: February 29, 2012

LARRY D. WALLS
**LAW OFFICES OF LARRY D. WALLS**

_____
Larry D. Walls
Attorneys for Plaintiff DR. JERROLL B.R. DOLPHIN

DATED: February 29, 2012

MARTH S. DOTY
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

_____
Nicole C. Rivas
Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; and DR. GEORGE GOLLIN