1   MARTHA S. DOTY (State Bar No. 143287)
    NICOLE C. RIVAS (State Bar No. 179337)
2   **ALSTON & BIRD, LLP**
    333 South Hope Street
3   Sixteenth Floor
    Los Angeles, California 90071
4   Telephone:  (213) 576-1000
    Facsimile:   (213) 576-1100
5   Martha.doty@alston.com
    Nicole.rivas@alston.com
6
    Attorneys for Defendants
7   THE BOARD OF TRUSTEES
    OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
8   THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN;
    and DR. GEORGE GOLLIN
9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12

13  ST. LUKE SCHOOL OF MEDICINE -          Case No.:  11-CV-06322-RGK (SHx)
    GHANA, a Ghanaian corporation; ST.
14  LUKE SCHOOL OF MEDICINE –              [Honorable R. Gary Klausner]
    LIBERIA, a Liberian corporation;
15  DR. JERROLL B.R. DOLPHIN, on behalf
    of himself; DR. ROBERT FARMER, on
16  behalf of a class action,              **(PROPOSED) ORDER RE
                                           STIPULATION TO EXTEND TIME
17            Plaintiffs,                  TO RESPOND TO COMPLAINT**

18       v.
                                           Complaint Filed: 8/1/11
19  REPUBLIC OF LIBERIA; MINISTRY OF       Complaint Served: 8/1/11
    HEALTH, a Liberian Governmental
20  Agency; MINISTRY OF EDUCATION, a       First Amended Complaint Filed: 2/8/12
    Liberian Governmental Agency; LIBERIAN First   Amended   Complaint   Served:
21  MEDICAL BOARD, a Liberian              2/20/12
    Governmental Agency; NATIONAL
22  COMMISSION ON HIGHER                   Current Response Due Date: 3/5/12
    EDUCATION, a Liberian Governmental     [Proposed] New Response Date: 3/19/12
23  Agency; NATIONAL TRANSITIONAL
    LEGISLATIVE ASSEMBLY, a Liberian
24  Governmental Agency; DR. ISAAC
    ROLAND as official and individual;
25  MOHAMMED SHERIFF as official and
    individual; DR. BENSON BARH as official
26  and individual; DR. GEORGE GOLLIN as
    official and individual; DR. BRAD
27  SCHWARTZ as official and individual,
    ALAN CONTRERAS as official and
28

(PROPOSED) ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
LEGAL02/33017800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,

Defendants.

2

(PROPOSED) ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1        WHEREAS  Plaintiff  Dr.  Jerroll  B.R.  Dolphin  ("Plaintiff")  and

2   Defendants Dr. George Gollin ("Dr. Gollin") and the Board of Trustees of the

3   University of Illinois, erroneously sued as University of Illinois Urbana Champaign

4   (the "University") (Dr. Gollin and the University are collectively referred to as

5   "Defendants"),  through  their  attorneys  of  record  herein,  hereby  stipulate  that

6   Defendants' time to respond to Plaintiff's First Amended Complaint shall be extended

7   by 14 days from March 5, 2012 to March 19, 2012.  This Stipulation is not entered

8   into for purposes of delay but, as set forth in the Stipulation, is necessary due to the

9   length of Plaintiff's Amended Complaint, which exceeds 100 pages and contains more

10  than 50 Exhibits.  The Parties have conferred among counsel and have agreed to the

11  date identified above.

12

13  **THE COURT HEREBY ORDERS AND ADJUDGES THAT:**

14      The Parties' request for extension of time for Defendants to respond to the First

15  Amended Complaint is granted.

16

17  **IT IS SO ORDERED.**

18

19  DATED:                        _____

20                                      Hon. R. Gary Klausner
                                       United States District Judge

21

22

23

24

25

26

27

28

(PROPOSED) ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
LEGAL02/33017800