James R. Rogers/SBN 99102
jrogers@jrrlaw.net
Rachael H. Mills/SBN 279931
rmills@jrrlaw.net
LAW OFFICES OF JAMES R. ROGERS
125 S. Highway 101, Suite 101
Solana Beach, CA  92075
Telephone:  858-792-9900
Facsimile:  858-792-9509

Attorneys for Defendants
EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL GRADUATES;
FOUNDATION FOR ADVANCEMENT OF
INTERNATIONAL MEDICAL EDUCATION
AND RESEARCH erroneously sued as
FOUNDATION FOR ADVANCEMENT
OF MEDICAL EDUCATION AND RESEARCH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST.LUKE SCHOOL OF MEDICINE – GHANA, etc., et al. | Case No. 11-CV-06322-RGK (SHx) |
| Plaintiff(s) | [Hon. R. Gary Klausner] |
| v. | NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM |
| REPUBLIC OF LIBERIA, et al. | [FRCP Rule 12(b)(2) & 12(b)(6)] |
| Defendants. | DATE;          April 2, 2012<br>TIME:           9:00 a.m.<br>COURTROOM: 950 |
| | Complaint Filed: August 1, 2011 |

TO:   PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

1

PLEASE TAKE NOTICE that on April 2, 2012, at 9:00am, or as soon thereafter as the matter may be heard in the above-entitled court, located in the Roybal Federal Building located at 255 East Temple St., Los Angeles, CA 90012, defendants EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL EDUCATION AND RESEARCH erroneously sued as FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH will move the court to dismiss the action pursuant to FRCP 12(b)(2) because plaintiffs do not have an adequate basis for personal jurisdiction over moving defendants, as plaintiffs lack both the traditional bases for jurisdiction (presence, domicile, or consent), as well as the "minimum contacts" necessary to establish personal jurisdiction over moving defendants.  Alternatively, Defendants will move the court to dismiss the action pursuant to FRCP 12(b)(6) because all of causes of action alleged by Plaintiffs in their First Amended Complaint are time-barred pursuant to the applicable statutes of limitations, and fail to state a claim upon which relief can be granted.

With regard to the requirements of L.R. 7-3, I telephoned plaintiff's counsel on February 28, 2012, but was unable to leave a message as no answering service or message machine ever picked up.  On March 1, 2012, I followed up with an email to plaintiff's counsel, but never heard back from him.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and

///
///
///
///
///
///

2

1  papers filed herein.

2

3  Dated:March 1, 2012                    LAW OFFICES OF JAMES R. ROGERS

4                                         *Rachael H. Mills*

5                             By:   _____

6                                    Rachael H. Mills, Esq., Attorneys for
                                     Defendants EDUCATIONAL COMMISSION
7                                    FOR FOREIGN MEDICAL GRADUATES;
                                     FOUNDATION FOR ADVANCEMENT OF
8                                    INTERNATIONAL MEDICAL EDUCATION
9                                    AND RESEARCH erroneously sued as
                                     FOUNDATION FOR ADVANCEMENT
10                                   OF MEDICAL EDUCATION AND RESEARCH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT