| | |
|---|---|
| 1 | James R. Rogers/SBN 99102 |
| | jrogers@jrrlaw.net |
| 2 | Rachael H. Mills/SBN 279931 |
| | rmills@jrrlaw.net |
| 3 | LAW OFFICES OF JAMES R. ROGERS |
| | 125 S. Highway 101, Suite 101 |
| 4 | Solana Beach, CA   92075 |
| | Telephone:  858-792-9900 |
| 5 | Facsimile:   858-792-9509 |
| 6 | Attorneys for Defendants |
| 7 | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES; |
| 8 | FOUNDATION FOR ADVANCEMENT OF |
| 9 | INTERNATIONAL MEDICAL EDUCATION AND RESEARCH erroneously sued as |
| 10 | FOUNDATION FOR ADVANCEMENT |
| 11 | OF MEDICAL EDUCATION AND RESEARCH |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE – GHANA, etc., et al. | Case No. 11-CV-06322-RGK (SHx) |
| Plaintiff(s) | [Hon. R. Gary Klausner] |
| v. | NOTICE OF LODGING OF PROPOSED ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM |
| REPUBLIC OF LIBERIA, et al. | |
| Defendants. | [FRCP Rule 12(b)(2) & 12(b)(6)] |
| | DATE;           April 2, 2012 |
| | TIME:           9:00 a.m. |
| | COURTROOM: 950 |
| | Complaint Filed: August 1, 2011 |

TO:   PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

1

NOTICE OF LODGMENT

1  PLEASE TAKE NOTICE that defendants EDUCATIONAL
2 COMMISSION FOR FOREIGN MEDICAL GRADUATES and FOUNDATION
3 FOR ADVANCEMENT OF INTERNATIONAL MEDICAL EDUCATION AND
4 RESEARCH erroneously sued as FOUNDATION FOR ADVANCEMENT OF
5 MEDICAL EDUCATION AND RESEARCH are lodging herewith a Proposed
6 Order in support of defendants' Motion to Dismiss for Lack of Personal
7 Jurisdiction and Motion to Dismiss for Failure to State a Claim.

8 Dated: March 1, 2012          LAW OFFICES OF JAMES R. ROGERS

                                *Rachael H. Mills*

10                By: _____
11                    Rachael H. Mills, Esq., Attorneys for
                      Defendants EDUCATIONAL COMMISSION
12                    FOR FOREIGN MEDICAL GRADUATES;
13                    FOUNDATION FOR ADVANCEMENT OF
                      INTERNATIONAL MEDICAL EDUCATION
14                    AND RESEARCH erroneously sued as
15                    FOUNDATION FOR ADVANCEMENT
16                    OF MEDICAL EDUCATION AND RESEARCH

2

NOTICE OF LODGMENT