UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST.LUKE SCHOOL OF MEDICINE – GHANA, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.,<br><br>Defendants. | Case No. 11-CV-06322-RGK (SHx)<br><br>[Hon. R. Gary Klausner]<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AND FOUNDATION FOR ADVANCEMENT OF INTERNATIONAL MEDICAL RESEARCH MOTION TO DISMISS [FRCP RULE 12(b)(2) & 12(B)(6)]<br><br>Complaint Filed: August 1, 2011 |

On February 27, 2012, Defendants Educational Commission for Foreign Medical Graduates ("ECFMG") and Foundation for Advancement of International Medical Education and Research's ("FAIMER") Motion to Dismiss came on regularly for hearing before this Court. After considering the papers submitted in support of and in opposition to Defendants' motion and having heard the oral argument of counsel thereon, and for good cause shown,

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court lacks personal jurisdiction over Plaintiff's Complaint as it pertains to ECFMG and FAIMER because neither are subject to personal jurisdiction in the state of California;

2. Alternatively, Plaintiffs' First Amended Complaint fails to state a claim upon which relief can be granted because all causes of action alleged against moving Defendants are time-barred by the applicable statutes of limitations.

3. Defendants' Motion to Dismiss is therefore GRANTED.

IT IS SO ORDERED.

Dated: _____

                                                        The Honorable R. Gary Klausner

[PROPOSED] ORDER TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT