Name & Address:
Jurell Dolphin
PO Box 941009
Los Angeles CA 90064
310-384-4483

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine - Ghana, et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 11-06322-RGK-(SHx) |
| Republic of Liberia, et al | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |
| DEFENDANT(S). | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

   ☑ summons ☐ first amended complaint ☐ third party complaint
   ☑ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☑ other: (*specify*): COVER SHEET

2. **Person served**:
   a. ☑ Defendant (*name*): OFFICE OF DEGREE AUTHORIZATION
   b. ☐ Other (*specify name and title or relationship to the party/business named*):

   c. ☑ Address where papers were served:
   Office of Degree Authorization 1500 Valley River Drive Suite 100 Eugene, OR 97401

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on (*date*): _____ at (*time*): _____.
   b. ☐ By **Substituted service**. By leaving copies:
      1. ☐ (**home**) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (**business**) or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ papers were served on (*date*): _____ at (*time*): _____.
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (*date*): _____.
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence).**
   c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint).**

CV-01 (03/10)        PROOF OF SERVICE - SUMMONS AND COMPLAINT        Page 1 of 2

---

I declare under penalty of perjury that the foregoing is true and correct.

Nov 25 2011
Date

CV-01 (03/10)        PROOF OF SERVICE - SUMMONS AND COMPLAINT        Page 2 of 2

**U.S. Postal Service™ Signature Confirmation™ Receipt**

SIGNATURE CONFIRMATION NUMBER: 2306 1570 0000 1333 8523

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (To be completed by mailer)

ECFMG - FAIMER
3624 Market St
Philadelphia, PA   12/15/04

Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811
CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 153, January 2005   (See Reverse)

---

**U.S. Postal Service™ Signature Confirmation™ Receipt**

SIGNATURE CONFIRMATION NUMBER: 2306 1570 0000 1333 5481

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (To be completed by mailer)

Oregon Student Assistance Com.
Office of Degree Authorization
1500 Valley River Dr #100
Eugene, OR 97401

Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811
CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 153, January 2005   (See Reverse)

---

**U.S. Postal Service™ Signature Confirmation™ Receipt**

SIGNATURE CONFIRMATION NUMBER: 2306 1570 0000 1333 8516

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (To be completed by mailer)

KELLY FOUNTAINE
1939 KIOWA #3
LA, CA 90046
Oregon Atty Gen

Postmark Here

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811
CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 153, January 2005   (See Reverse)

---

AIRPORT STATION
LOS ANGELES, California
900099998
0545300129 -0087
11/25/2011   (800)275-8777   06:25:14 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| SALEM OR 97301 Zone-5 Priority Mail Medium Flat Rate Box 3 lb. 14.40 oz. Expected Delivery: Mon 11/28/11 | | | $10.95 |
| Signature Confirmation Label #: 23061570000013338515 | | | $2.45 |
| Issue PVI: | | | $13.40 |
| PHILADELPHIA PA 19104 Zone-8 Priority Mail Medium Flat Rate Box 3 lb. 14.30 oz. Expected Delivery: Mon 11/28/11 | | | $10.95 |
| Signature Confirmation Label #: 23061570000013338523 | | | $2.45 |
| Issue PVI: | | | $13.40 |
| EUGENE OR 97401 Zone-5 Priority Mail Medium Flat Rate Box 7 lb. 3.2 oz. Expected Delivery: Mon 11/28/11 | | | $10.95 |
| Signature Confirmation Label #: 23061570000013335881 | | | $2.45 |
| Issue PVI: | | | $13.40 |
| Total: | | | $40.20 |

Paid by:
Debit Card   $40.20
Account #:   XXXXXXXXXXXX5910
Approval #:
Transaction #:   77
23 903200095
Receipt#:   006409

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.



**UNITED STATES POSTAL SERVICE**

Date: 12/02/2011

Jerroll Dolphin:

The following is in response to your 12/02/2011 request for delivery information on your Signature Confirmation(TM) item number 2306 1570 0000 1333 5881. The delivery record shows that this item was delivered on 11/28/2011 at 01:25 PM in EUGENE, OR 97401 to V POTOSKI. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service