Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Phone:    213-480-6220
Fax:      213-480-6225
larrywalls@sbcglobal.net

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B. R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a Class-Action<br><br>              Plaintiffs,<br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit | Case No.  CV:11-06322-RGK-(SHx)<br><br>**PROOF OF SERVICE –**<br>   **ORIGINAL COMPLAINT**<br><br>**Oregon - Attorney General** |

corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,

        Defendants.

I declare that the proof of service to the Attorney General of the State of Oregon is true and correct to the best of my knowledge.

March 5, 2012

                                                 */s/ Larry Walls*

                                                 Larry Walls

                                                 Attorney for Plaintiffs

Name & Address:
Jerroll Dolphin
PO Box 941909
Los Angeles CA 90064
310-384-4483

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine - Ghana, et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 11-06322-RGK-(SHx) |
| Republic of Liberia, et al | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |
| DEFENDANT(S) | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (specify documents):
   - ☒ summons
   - ☐ first amended complaint
   - ☐ third party complaint
   - ☒ complaint
   - ☐ second amended complaint
   - ☐ counter claim
   - ☐ alias summons
   - ☐ third amended complaint
   - ☐ cross claim
   - ☒ other (specify): COVER SHEET

2. Person served:
   a. ☒ Defendant (name): OFFICE OF DEGREE AUTHORIZATION  & Alan Contreras (c/o Attorney General)
   b. ☐ Other (specify name and title or relationship to the party/business named):
   c. ☒ Address where papers were served:
      Oregon Department of Justice 1162 Court Street NE Salem, OR 97301-4096

3. Manner of Service in compliance with (one box must be checked):
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on (date): _____ at (time): _____
   b. ☐ By **Substituted service.** By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ papers were served on (date): _____ at (time): _____
      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (date): _____
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence**).
   c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

CV-01 (03/10)  PROOF OF SERVICE - SUMMONS AND COMPLAINT  Page 1 of 2

d. ☐ Service on domestic corporation, [unclear] ... 4(h)) (C.C.P. 416.10). By [unclear] ... managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first class mail, postage prepaid, a copy to the defendant.

e. ☐ Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only). By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

f. ☒ Service on a foreign corporation. In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☒ Certified or registered mail service. By mailing to an address outside California (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ Other (specify code section and type of service):

5. Service upon the United States, and Its Agencies, Corporations or Officers.

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Date and time of service: (date): _____ at (time): _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action

7. Person serving (name, address and telephone number):
   Kelly Fountaine
   11939 Kiowa Ave #3
   Los Angeles CA 90049
   213-992-1150

   a. ☐ Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Nov 25 2011
Date

Signature

CV-01 (03/10)    PROOF OF SERVICE - SUMMONS AND COMPLAINT    Page 2 of 2

**U.S. Postal Service Signature Confirmation Receipt**

Article Sent To: ECFMG - FAIMER
3624 Market St
Philadelphia, PA 19104

Postmark: NOV 25 2011 AIRPORT STA CA USPS

Signature Confirmation Number: 2306 1570 0000 1333 8523 [sic — see labels]

PS Form 153, January 2005

---

**U.S. Postal Service Signature Confirmation Receipt**

Article Sent To: Oregon Student Assistance Com.
Office of Degree Authorization
1500 Valley River Dr #100
Eugene, OR 97401

Postmark: NOV 25 2011 AIRPORT STA CA USPS

PS Form 153, January 2005

---

**U.S. Postal Service Signature Confirmation Receipt**

Article Sent To: KELLY FOUNTAINE
11222 Kiowa #3
LA, CA 90049

(Salem OR — Oregon Atty Gen)

Postmark: NOV 25 2011 AIRPORT STA CA

PS Form 153, January 2005

---

```
         AIRPORT STATION
       LOS ANGELES, California
              900099998
           0545300129 -0087
11/25/2011    (800)275-8777    05:25:14 PM
——————————————————————————————————
              Sales Receipt
Product        Sale   Unit        Final
Description    Qty    Price       Price

SALEM OR 97301 Zone-5            $10.95
Priority Mail Medium
Flat Rate Box
3 lb. 14.40 oz.
Expected Delivery: Mon 11/28/11
Signature Confirmation            $2.45
Label #:     23061570000013338516
                                ========
Issue PVI:                       $13.40

PHILADELPHIA PA 19104            $10.95
Zone-8 Priority Mail
Medium Flat Rate Box
3 lb. 14.30 oz.
Expected Delivery: Mon 11/28/11
Signature Confirmation            $2.45
Label #:     23061570000013338523
                                ========
Issue PVI:                       $13.40

EUGENE OR 97401 Zone-5           $10.95
Priority Mail Medium
Flat Rate Box
7 lb. 3.2 oz.
Expected Delivery: Mon 11/28/11
Signature Confirmation            $2.45
Label #:     23061570000013335881
                                ========
Issue PVI:                       $13.40
                              ------------
Total:                           $40.20

Paid by:
Debit Card                       $40.20
  Account #:       XXXXXXXXXXXX5910
  Approval #:
  Transaction #:       77
  23 903200095
  Receipt#:         006469
****************************************
****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
****************************************
****************************************
```


UNITED STATES POSTAL SERVICE™

Date: 12/02/2011

Jerroll Dolphin:

The following is in response to your 12/02/2011 request for delivery information on your Signature Confirmation(TM) item number 2306 1570 0000 1333 5881. The delivery record shows that this item was delivered on 11/28/2011 at 01:25 PM in EUGENE, OR 97401 to V POTOSKI. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service


UNITED STATES POSTAL SERVICE™

Date: 12/02/2011

Jerroll Dolphin:

The following is in response to your 12/02/2011 request for delivery information on your Signature Confirmation(TM) item number 2306 1570 0000 1333 8516. The delivery record shows that this item was delivered on 11/28/2011 at 11:23 AM in SALEM, OR 97301 to D THALEN. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient: 1162 Court St NE

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service