Larry D. Walls State Bar # 64696
Attorney at Law
3250 Wilshire Blvd. suite 708
Los Angeles, Ca. 90010
(213) 480-6220
Fax: (213) 480-6225

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROLL B.R. DOLPHIN, et al.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV-11-06322-RGK-(SHx)<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, Larry D. Walls, 64696, larrywalls@sbcglobal.net
    Name          CA Bar ID Number         E-mail Address

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Dr. Jerroll B.R. Dolphin, St. Luke School of Medicine, Dr. Robert Farmer and class

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

### SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

☑ **TO UPDATE NAME OR FIRM INFORMATION:**

   ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

   PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

   Attorney Name changed to Larry D. Walls
   New Firm/Government Agency Name _____
   New Address 3250 Wilshire blvd., Suite 708, Los Angeles, Calif. 90010
   New Telephone Number 213-480-6220    New Facsimile Number 213-480-6225
   New E-mail address larrywalls@sbcglobal.net

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-**64** MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐   TO BE REMOVED FROM THE CASE: **

  ☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

  ☐   The order relieving me/the aforementioned attorney from my firm was filed on: _____.

  ☐   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01**ORDER**,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: March 6, 2012                                                      /s/ Jerry D. Walls
                                                                              Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**