```
Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Phone:    213-480-6220
Fax:      213-480-6225
larrywalls@sbcglobal.net
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B. R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a Class-Action<br><br>Plaintiffs,<br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit | Case No. CV:11-06322-RGK-(SHx)<br><br>**PROOF OF SERVICE –**<br>   **ORIGINAL COMPLAINT**<br><br>**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES and**<br><br>**FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH** |

corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,

          Defendants.

I declare that the proof of service to the Educational Commission For Foreign Medical Graduates And The Foundation For Advancement Of Medical Education And Research is true and correct to the best of my knowledge.

March 5, 2012

                                          Larry Walls

                                          Attorney for Plaintiffs