Name & Address:
Jerroll Dolphin
PO Box 941009
Los Angeles CA 90064
310-384-4483

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine - Ghana, et al <br><br> PLAINTIFF(S) <br> v. <br><br> Republic of Liberia, et al <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 11-06322-RGK-(SHx) <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

   - ☑ summons
   - ☑ complaint
   - ☐ alias summons
   - ☑ other: (*specify*): COVER SHEET
   - ☐ first amended complaint
   - ☐ second amended complaint
   - ☐ third amended complaint
   - ☐ third party complaint
   - ☐ counter claim
   - ☐ cross claim

2. **Person served**:
   a. ☑ Defendant (*name*): UNIVERSITY OF ILLINOIS-URBANA
   b. ☐ Other (*specify name and title or relationship to the party/business named*):
   c. ☑ Address where papers were served:
      352 Henry Administration Building, MC-350 506 South Wright Street Urbana, IL 61801

3. **Manner of Service** in compliance with (one box must be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (*date*): _____ at (*time*): _____.
   b. ☐ By **Substituted service**. By leaving copies:
      1. ☐ (**home**) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (**business**) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **papers were served on** (*date*): _____ at (*time*): _____.
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** (*date*): _____.
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**
   c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☑ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (date): _____ at (time): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Kelly Fountaine
   11939 Kiowa Ave #3
   Los Angeles CA 90049
   213-992-1139

   a. ☐ Fee for service: $
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Nov 26, 2011
Date

Signature

**EXPRESS MAIL** — Customer Copy
UNITED STATES POSTAL SERVICE — Post Office To Addressee

EI 224247769 US

FROM: Kelly Fourbine
11739 Kiowa Ave #3
LA CA 90049

TO: Board of Trustees
University of Illinois
352 Henry Admin Bldg
506 Wright St, Urbana IL
61801

FOR PICKUP OR TRACKING
visit www.usps.com
Call 1-800-222-1811

---

AIRPORT STATION
LOS ANGELES, California
900099998
054530C129 -0092
11/26/2011   (800)275-8777   04:15:28 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| URBANA IL 61801 Zone-7 Express Mail PO-Add 3 lb. 9.90 oz. Label #: EI224247769US Mon 11/28/11 03:00 PM - Guaranteed Delivery Signature Requested | | | $42.45 |

Issue PVI:                         $42.45

Total:                             $42.45

Paid by:
Debit Card                         $42.45
  Account #:        XXXXXXXXXXXX5910
  Approval #:
  Transaction #:    400
  23 903200095
  Receipt#:         001618

****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
****************************************

UoI


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign in

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EI22 4247 769U S**
Guaranteed Delivery Date/Time: **November 28, 2011, 3:00 PM**
Class: **Express Mail®**
Status: **Delivered**

Your item was delivered at 2:03 pm on November 28, 2011 in URBANA, IL 61801. The item was signed for by A PLOTNER.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Detailed Results:

* **Delivered, November 28, 2011, 2:03 pm, URBANA, IL 61801**
* **Out for Delivery, November 28, 2011, 9:37 am, URBANA, IL 61802**
* **Sorting Complete, November 28, 2011, 9:27 am, URBANA, IL 61802**
* **Arrival at Post Office, November 28, 2011, 7:05 am, URBANA, IL 61802**
* **Processed through USPS Sort Facility, November 28, 2011, 2:24 am, CHAMPAIGN, IL 61821**
* **Processed through USPS Sort Facility, November 27, 2011, 8:04 pm, CHICAGO, IL 60701**
* **Dispatched to Sort Facility, November 26, 2011, 6:37 pm, LOS ANGELES, CA 90009**
* **Acceptance, November 26, 2011, 4:13 pm, LOS ANGELES, CA 90009**

Notification Options

### Proof of Delivery
Verify who signed for your item by email, fax, or mail.   Go >



Date: 01/05/2012

Jerroll Dolphin:

The following is in response to your 01/05/2012 request for delivery information on your Express Mail(R) item number EI22 4247 769U S. The delivery record shows that this item was delivered on 11/28/2011 at 02:03 PM in URBANA, IL 61801 to A PLOTNER. The scanned image of the recipient information is provided below.

Signature of Recipient: *amanda Plotner / Amanda Plotner / 350*

Address of Recipient: *506 Wright*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service