1  MARTHA S. DOTY (State Bar No. 143287)
   NICOLE C. RIVAS (State Bar No. 179337)
2  **ALSTON & BIRD, LLP**
   333 South Hope Street
3  Sixteenth Floor
   Los Angeles, California 90071
4  Telephone:  (213) 576-1000
   Facsimile:   (213) 576-1100
5  Martha.doty@alston.com
   Nicole.rivas@alston.com
6
7  Attorneys for Defendants
   THE BOARD OF TRUSTEES
8  OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
   THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN;
9  and DR. GEORGE GOLLIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself; DR. ROBERT FARMER, on behalf of a class action,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHERIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and | Case No.:  11-CV-06322-RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**(PROPOSED) ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: 8/1/11<br>Complaint Served: 8/1/11<br><br>First Amended Complaint Filed: 2/8/12<br>First Amended Complaint Served: 2/20/12<br><br>Current Response Due Date: 3/5/12<br>[Proposed] New Response Date: 3/19/12 |

1
(PROPOSED) ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

LEGAL02/33017800

1  individual; UNIVERSITY OF ILLINOIS-
   URBANA CHAMPAIGN, an Illinois
2  Institution of Higher Learning; STATE OF
   OREGON, Office of Degree Authorization;
3  the NATIONAL ACCREDITATION
   BOARD OF THE REPUBLIC OF GHANA,
4  EDUCATION COMMISSION FOR
   FOREIGN MEDICAL GRADUATES; a
5  Pennsylvania non-profit corporation;
   FOUNDATION FOR ADVANCEMENT
6  OF MEDICAL EDUCATION AND
   RESEARCH, a Pennsylvania non-profit
7  organization,

8              Defendants.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS Plaintiff Dr. Jerroll B.R. Dolphin ("Plaintiff") and Defendants Dr. George Gollin ("Dr. Gollin") and the Board of Trustees of the University of Illinois, erroneously sued as University of Illinois Urbana Champaign (the "University") (Dr. Gollin and the University are collectively referred to as "Defendants"), through their attorneys of record herein, hereby stipulate that Defendants' time to respond to Plaintiff's First Amended Complaint shall be extended by 14 days from March 5, 2012 to March 19, 2012. This Stipulation is not entered into for purposes of delay but, as set forth in the Stipulation, is necessary due to the length of Plaintiff's Amended Complaint, which exceeds 100 pages and contains more than 50 Exhibits. The Parties have conferred among counsel and have agreed to the date identified above.

**THE COURT HEREBY ORDERS AND ADJUDGES THAT:**

The Parties' request for extension of time for Defendants to respond to the First Amended Complaint is granted.

**IT IS SO ORDERED.**

DATED: 03-05-2012

Hon. R. Gary Klausner
United States District Judge