Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Phone:    213-480-6220
Fax:      213-480-6225
larrywalls@sbcglobal.net

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B. R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a Class-Action<br><br>Plaintiffs,<br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit | Case No. CV:11-06322-RGK-(SHx)<br><br>PROOF OF SERVICE – ORIGINAL COMPLAINT<br><br>GEORGE GOLLIN |

corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,

        Defendants.

I declare that the proof of service to George Gollin is true and correct to the best of my knowledge.

March 5, 2012

*[signature: Larry Walls]*

Larry Walls

Attorney for Plaintiffs