Larry Dean Walls
Attorney at Law
3250 Wilshire Boulevard, Suite 708
Los Angeles, California 90010
Telephone: (213) 480-6220
Facsimile: (213) 480-6225

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself; DR. ROBERT FARMER, on behalf of a class action,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHERIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT | Case No.: 11-CV-06322-RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Motion Filed: February 22, 2012 |

1LEGAL02/33017800v1

| | |
|---|---|
| 1 | OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization, |
| 2 | |
| 3 | Defendants. |

2LEGAL02/33017800v1

Plaintiffs Dr. Jerroll B.R. Dolphin, on behalf of all plaintiffs, and Defendants Alan Contreras and State of Oregon Office of Degree Authorization, hereby agree and stipulate as follows:

1. On February 8, 2012, Plaintiffs filed the First Amended complaint.

2. Thereafter, on February 10, 2012 the First Amended complaint was electronically filed and, actually, served on February 20, 2012.

3. Defendants Contreras and Oregon Office of Authorization filed their Motion to Dismiss on February 22, 2012 and Plaintiffs response to the motion is due March 13, 2012. The hearing on said motion is scheduled for March 26, 2012. Defendants Educational Commission for Foreign Medical Graduates and Foundation for Advancement of Medical Education and Research filed their Motion to Dismiss on March 1, 2012, Plaintiffs response is due March 23, 2012, the hearing on said motion is scheduled for April 2, 2012. Defendants George Gollin and University of Illinois have been granted an extention until March 19, 2012 to file their Motion to Dismiss. Plaintiffs require additional time to conduct a preliminary investigation into the allegations of the Motions to Dismiss and want to have one date to hear all three (3) separate Motions to Dismiss, in order to prepare an appropriate response thereto.

4. The Scheduling Conference in this matter has been set for April 16, 2012. This date should be vacated and changed so that all the Motions to Dismiss can be decided before the Scheduling Conference.

NOW THEREFORE the parties hereby agree and stipulate that Plaintiffs shall have up to and including April 6, 2012 to respond to the Motions to Dismiss.

DATED: March 8, 2012

LARRY D. WELLS
**LAW OFFICES OF LARRY D. WALLS**

_____
Larry D. Walls
Attorneys for Plaintiff DR. JERROLL B.R. DOLPHIN

3LEGAL02/33017800v1

| | |
|---|---|
| 1  DATED: March 8, 2012 | MARTH S. DOTY<br>NICOLE C. RIVAS<br>ALSTON & BIRD LLP |
| 2 | |
| 3 | |
| 4 | _____<br>Nicole C. Rivas |
| 5 | Attorneys for Defendants<br>THE BOARD OF TRUSTEES OF THE<br>UNIVERSITY OF ILLINOIS; and DR. GEORGE<br>GOLLIN |
| 6 | |
| 7 | |
| 8  DATED: March 8, 2012 | SETH T. KARPINSKI |
| 9 | |
| 10 | |
| 11 | _____<br>Seth T. Karpinski<br>Attorney for Defendants |
| 12 | ALAN CONTRAS AND OREGON EDUCATION |
| 13 | |
| 14  DATED: March 8, 2012 | JAMES R. ROGERS LAW OFFICES |
| 15 | |
| 16 | _____<br>James R. Rogers |
| 17 | Attorneys for Defendants |
| 18 | EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES AND |
| 19 | FOUNDATION FOR ADVANCEMENT OF<br>MECICAL EDUCATION AND RESEARCH |
| 20 | |

4LEGAL02/33017800v1