UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6322 RGK (SHx) | Date | March 16, 2012 |
|---|---|---|---|
| Title | ST. LUKE SCHOOL OF MEDICINE et al v. REPUBLIC OF LIBERIA, et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Stipulation to Extend Time to Respond to Motion to Dismiss (DE 72)

The Court has reviewed the parties' Stipulation and hereby denies the parties' request to extend time to respond to Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |