```
1   Larry Dean Walls
    Attorney at Law
2   3250 Wilshire Boulevard, Suite 708
    Los Angeles, California 90010
3   Telephone: (213) 480-6220
    Facsimile: (213) 480-6225
4
5   Attorney for Plaintiffs
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself; DR. ROBERT FARMER, on behalf of a class action,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHERIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT | Case No.: 11-CV-06322-RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**STIPULATION TO:**<br><br>**(1) EXTEND TIME TO RESPOND TO MOTION TO DISMISS MORE THAN 30 DAYS;**<br><br>**(2) TO CONSOLIDATE ALL MOTION TO DISMISS HEARINGS ON A SINGLE DATE; and**<br><br>**(3) TO RESCHEDULE SCHEDULING CONFERENCE**<br><br>(L.R. 8-3)<br><br>Current Hearing Dates: 3/26/12, 4/2/12, and 4/16/12<br><br>Proposed Consolidated Hearing Date: 4/30/12<br><br>Current Scheduling Conference Date: 4/16/12<br>Proposed Scheduling Conference Date: 5/21/12 |

1

LEGAL02/33017800

| | |
|---|---|
| 1 | OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization, |
| 2 | |
| 3 | Defendants. |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

LEGAL02/33017800

Plaintiffs Dr. Jerroll B.R. Dolphin, on behalf of all plaintiffs, and Defendants Alan Contreras and State of Oregon Office of Degree Authorization, Defendants Educational Commission for Foreign Medical Graduates and Foundation for Advancement of Medical Education and Research, and Defendants The Board of Trustees of the University Of Illinois, erroneously sued as the University Of Illinois-Urbana Champaign and Dr. George Gollin, hereby agree and stipulate as follows:

1. On February 8, 2012, Plaintiffs filed the First Amended complaint.

2. Thereafter, on February 10, 2012 the First Amended complaint was electronically filed and, actually, served on February 20, 2012.

3. Defendants Contreras and Oregon Office of Authorization filed their Motion to Dismiss on February 22, 2012 and Plaintiff's response to the motion is currently due March 13, 2012. The hearing on said motion is scheduled for March 26, 2012.

4. Defendants Educational Commission for Foreign Medical Graduates and Foundation for Advancement of Medical Education and Research filed their Motion to Dismiss on March 1, 2012, Plaintiff's response is due March 23, 2012, and the hearing on said motion is scheduled for April 2, 2012.

5. Defendants George Gollin and University of Illinois have been granted an extension until March 19, 2012 to file their Motion to Dismiss, and the hearing on that motion would ordinarily be scheduled for April 16, 2012.

6. Plaintiffs require additional time to conduct a preliminary investigation into the allegations of the Motions to Dismiss in order to prepare appropriate responses thereto and the parties wish to have one single date for hearing all three (3) separate Motions to Dismiss.

7. In addition, the Scheduling Conference in this matter has been set for April 16, 2012. The parties have met and conferred and agree that the Scheduling Conference date should be continued until after rulings on the Motions to Dismiss are issued by the Court.

LEGAL02/33017800

NOW THEREFORE the parties hereby agree and stipulate as follows:

1. The hearing date for the Motions to Dismiss of each of the undersigned Defendants shall be continued and consolidated and set for hearing on April 30, 2012; and

2. The Scheduling Conference currently set for April 16, 2012 shall be vacated and continued to May 21, 2012 or to a date thereafter convenient to the Court's calendar.

DATED: March 13, 2012

LARRY D. WELLS
**LAW OFFICES OF LARRY D. WALLS**

_____
Larry D. Walls
Attorneys for Plaintiff DR. JERROLL B.R. DOLPHIN

DATED: March 13, 2012

MARTHA S. DOTY
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

_____
Nicole C. Rivas
Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; and DR. GEORGE GOLLIN

DATED: March 13, 2012

SETH T. KARPINSKI

_____
Seth T. Karpinski
Attorney for Defendants
ALAN CONTRAS AND OREGON EDUCATION

4

| | | |
|---|---|---|
| 1 | DATED: March 13, 2012 | JAMES R. ROGERS LAW OFFICES |
| 2 | | _/s/ Rachael H. Mills_ |
| 3 | | Rachael H. Mills |
| | | Attorneys for Defendants |
| 4 | | EDUCATIONAL COMMISSION FOR |
| 5 | | FOREIGN MEDICAL GRADUATES AND |
| 6 | | FOUNDATION FOR ADVANCEMENT OF MECICAL EDUCATION AND RESEARCH |

5

LEGAL02/33017800