2    Larry D. Walls SBN 646969
3    Attorney At Law
     3250 Wilshire Boulevard, Suite 708
4    Los Angeles, California 90010
     Telephone: (213) 480-6220
5    Facsimile: (213) 480-6225

6    Attorneys for Plaintiffs

7          THE UNITED STATES DISTRICT COURT

8       FOR THE CENTRAL DISTRICT OF CALIFORNIA

9         WESTERN DIVISION - LOS ANGELES

10

| | |
|---|---|
| 11   JERROLL B.R. DOLPHIN, | Case No. 2:11-cv-06322-RGK-SH |
| 12        Plaintiff, | NOTICE OF [PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS MORE THAN 30 DAYS; TO CONSOLIDATE ALL MOTIONS TO DISMISS HEARINGS ON A SINGLE DATE; and TO RESCHEDULE SCHEDULING CONFERENCE |
| 13   v. | |
| 14   REPUBLIC OF LIBERIA, ET AL, | |
| 15        Defendants. | |
| 16 | |
| 17 | DATE:   April 30, 2012 |
| | TIME:   9:00 a.m. |
| 18 | JUDGE: Honorable R. Gary Klausner |

19

20

21      TO:    DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

22   PLEASE TAKE NOTICE that Plaintiffs are lodging herewith a Proposed Order in

23   support of their Notice of Stipulation and Stipulation to Extend Time to Respond to

24   Motions to Dismiss more than 30 days; to Consolidate all Motions to Dismiss

25   Hearings on a Single Date; and To Reschedule Scheduling Conference.

26

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSE;
CONSOLIDATE HEARING AND CONTINUE SCHEDULING CONFERENCE
Page 1

1

2    DATED March 16 , 2012.

3

4                                        Respectfully submitted,

5                                        Larry D. Walls
                                         LAW OFFICES OF LARRY D. WALLS
6

7                                        Larry Walls

8                                        Larry D. Walls
                                         Attorney for Plaintiffs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSE;
CONSOLIDATE HEARING AND CONTINUE SCHEDULING CONFERENCE
Page 2

1

2
Larry D. Walls SBN 64696
Attorney At Law
3
3250 Wilshire Blvd., Suite 708
Los Angeles, California 90010
4
Telephone: (213) 480-6220
Facsimile: (213) 480-6225
5

6
Attorneys for Plaintiffs

7
IN THE UNITED STATES DISTRICT COURT

8
FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
WESTERN DIVISION - LOS ANGELES

10

11
Case No. 2:11-cv-06322-RGK-SH

12
JERROLL B.R. DOLPHIN,

13
Plaintiff,
[PROPOSED] ORDER ON
STIPULATION TO EXTEND TIME
TO RESPOND TO MOTION TO

14
v.
DISMISS MORE THAN 30 DAYS; TO
CONSOLIDATE ALL MOTIONS TO

15
REPUBLIC OF LIBERIA, ET AL,
DISMISS HEARINGS ON A SINGLE
DATE; and TO RESCHEDULE

16
Defendants.
SCHEDULING CONFERENCE

17

18
DATE:     April 30, 2012
TIME:     9:00 a.m.

19
JUDGE:  Honorable R. Gary Klausner

20

21

22
        On  or about March 16, 2012 Plaintiffs lodged a Notice of  a Proposed Order

23
in support of their Notice of Stipulation to Extend Time to Respond to Motion to

24
Dismiss More than 30 Days; To consolidate all Motion to Dismiss hearings on A

25
Single Date; and To Reschedule Scheduling Conference.

26

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSE;
CONSOLIDATE HEARING AND CONTINUE SCHEDULING CONFERENCE
Page 3

1

2        After considering the papers submitted in support of Plaintiffs and

3   defendants' Stipulation to Extend Time to Respond to Motion to Dismiss More

4   than 30 Days; To Consolidate all Motions to Dismiss Hearings on A Single Day;

5   and to Reschedule Scheduling Conference, and for good cause shown,

6        It is hereby ORDERED, ADJUDGED AND DECREED as follows:

7        That the current Hearing Dates of 3/26/12, 4/2/12 and 4/16/12 are

8   consolidated to be heard on 4/30/12 and the current Scheduling Conference date of

9   4/16/12 is continued to 5/2/12 and Plaintiffs shall have up to and including 4/20/12

10  to file appropriate responses to all Motions to Dismiss the First Amended

11  Complaint.

12        IT IS SO ORDERED

13

14

15  Dated: _____        _____

16                                        The Honorable R. Gary Klausner

17

18

19

20

21

22

23

24

25

26


[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSE;
CONSOLIDATE HEARING AND CONTINUE SCHEDULING CONFERENCE
Page 4