1  MARTHA S. DOTY (State Bar No. 143287)
   NICOLE C. RIVAS (State Bar No. 179337)
2  **ALSTON & BIRD, LLP**
   333 South Hope Street
3  Sixteenth Floor
   Los Angeles, California 90071
4  Telephone:  (213) 576-1000
   Facsimile:   (213) 576-1100
5  martha.doty@alston.com
   nicole.rivas@alston.com
6
   Attorneys for Defendants THE BOARD OF TRUSTEES
7  OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
   THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN
8  and DR. GEORGE GOLLIN

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**
11

12 ST. LUKE SCHOOL OF MEDICINE -          Case No.:  11-CV-06322 RGK (SHx)
   GHANA, a Ghanain corporation, ST. LUKE
13 SCHOOL OF MEDICINE–LIBERIA, a          [Honorable R. Gary Klausner]
   Liberian corporation, DR. JERROLL B.R.
14 DOLPHIN, on behalf of himself, Robert   **DEFENDANTS THE UNIVERSITY**
   Farmer, on behalf of a class action     **OF ILLINOIS' AND DR. GEORGE**
15                                          **GOLLIN'S NOTICE OF MOTION**
              Plaintiff,                    **AND MOTION TO DISMISS**
16                                          **PLAINTIFF'S FIRST AMENDED**
       vs.                                  **COMPLAINT OR, IN THE**
17                                          **ALTERNATIVE, FOR A MORE**
   REPUBLIC OF LIBERIA; MINISTRY OF         **DEFINITE STATEMENT**
18 HEALTH, a Liberian Governmental
   Agency; MINISTRY OF EDUCATION, a         **[FRCP 8(a)(2), 12(b)(1) & 12(e),**
19 Liberian Governmental Agency; LIBERIAN   **41(b).]**
   MEDICAL BOARD, a Liberian
20 Governmental Agency; NATIONAL           [Filed Concurrently With Memorandum
   COMMISSION ON HIGHER                     of Points & Authorities; Declaration Of
21 EDUCATION, a Liberian Governmental       Nicole C. Rivas; and [Proposed] Order]
   Agency; NATIONAL TRANSITIONAL
22 LEGISLATIVE ASSEMBLY, a Liberian        DATE:           April 30, 2012
   Governmental Agency; DR. ISAAC          TIME:           9:00 a.m.
23 ROLAND as official and individual;      COURTROOM:      850
   MOHAMMED SHARIFF as official and
24 individual; DR. BENSON BARH as official
   and individual; DR. GEORGE GOLLIN as
25 official and individual; DR. BRAD
   SCHWARTZ as official and individual,
26 ALAN CONTRERAS as official and
   individual, UNIVERSITY OF ILLINOIS-
27

28
                                        1

LEGAL02/33193694v1

URBANA CHAMPAIGN, an Illinois
Institution of Higher Learning; STATE OF
OREGON, Office of Degree Authorization,
the NATIONAL ACCREDITATION
BOARD OF THE REPUBLIC OF GHANA,
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES, a
Pennsylvania non-profit corporation,
FOUNDATION FOR ADVANCEMENT
OF MEDICAL EDUCATION AND
RESEARCH, a Pennsylvania non-profit
organization,

            Defendants.

## **NOTICE OF MOTION AND MOTION**

**TO PLAINTIFFS AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 30, 2012, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 850 of the above-entitled court located at 255 East Temple Street, Los Angeles, California 90012, before the Honorable R. Gary Klausner, the Board of Trustees of the University Of Illinois, erroneously sued as the University Of Illinois-Urbana Champaign, and Dr. George Gollin will and hereby do move the Court as follows:

1.    For an order dismissing Plaintiff's First Amended Complaint (the "Complaint") on the ground that it improperly asserts claims on behalf of parties that were previously dismissed by order of this Court and who are not represented by Larry Walls, counsel for Plaintiff Jerroll Dolphin;

2.    For an order dismissing Plaintiff's Complaint *with prejudice* as to the University of Illinois for lack of subject matter jurisdiction under the Federal Rules of Civil Procedure 12(b)(1) on the ground that the University is immune from suit in federal court under the Eleventh Amendment to the U.S. Constitution;

LEGAL02/33193694v1

2

3.     For an order dismissing Plaintiff's Complaint *with prejudice* as to Dr. Gollin for lack of subject matter jurisdiction under the Federal Rules of Civil Procedure 12(b)(1) on the ground that Dr. Gollin has been sued in his official capacity as an agent of the State of Illinois, and is thus, likewise, immune from suit in federal court under the Eleventh Amendment;

4.     Alternatively, for an order dismissing the Complaint under Federal Rules of Civil Procedure 41(b) for failure to comply with Rule 8, which requires that the Complaint set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" [FRCP 8(a)(2)], or, at a minimum, for an order requiring Plaintiff to file a more definite statement under Rule 12(e), stating against which defendant(s) each claim is being brought, by whom and on what basis.

This Motion is based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Nicole C. Rivas filed concurrently herewith, the papers and pleadings on file in this matter, and any such other written or oral argument as may be presented prior to or at the time of the hearing on this matter.

As set forth in the Declaration of Nicole C. Rivas, this motion is filed only after making a good faith effort to meet and confer with Plaintiff's counsel, Larry Walls, in an effort to resolve this matter without the necessity of a motion as required by Local Rule 7-3.

Respectfully Submitted,

DATED: March 19, 2012

MARTHA S. DOTY
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

/s/

_____
Nicole C. Rivas
Attorneys for Defendants THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, erroneously sued as THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN and DR. GEORGE GOLLIN

3

LEGAL02/33193694v1