| | |
|---|---|
| 1 | MARTHA S. DOTY (SBN 143287) |
| 2 | NICOLE C. RIVAS (SBN 179337)<br>**ALSTON & BIRD LLP** |
| 3 | 333 South Hope Street, Sixteenth Floor<br>Los Angeles, California 90071 |
| 4 | Telephone:  (213) 576-1000<br>Facsimile:   (213) 576-1100 |
| 5 | Email:  martha.doty@alston.com<br>          nicole.rivas@alston.com |
| 6 | Attorneys for Defendants THE BOARD OF TRUSTEES |
| 7 | OF THE UNIVERSITY OF ILLINOIS, erroneously sued as<br>THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN |
| 8 | and DR. GEORGE GOLLIN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE–LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action<br><br>             Plaintiff,<br><br>     vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION | Case No.: 11-CV-06322 RGK (SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**DECLARATION OF NICOLE C. RIVAS IN SUPPORT OF DEFENDANTS THE UNIVERSITY OF ILLINOIS' AND DR. GEORGE GOLLIN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>[FRCP 8(a)(2), 12(b)(1) & 12(e), 41(b).]<br><br>[Filed Concurrently With Notice Of Motion and Motion; Memorandum of Points & Authorities; and [Proposed] Order]<br><br>DATE:           April 30, 2012<br>TIME:            9:00 a.m.<br>COURTROOM:  850 |

1

BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,

Defendants.

## DECLARATION OF NICOLE C. RIVAS

I, Nicole C. Rivas, declare:

1. I am an attorney at Alston & Bird LLP, attorneys of record for Defendants Dr. George Gollin and the Board of Trustees of the University of Illinois, erroneously sued as The University of Illinois-Urbana Champaign. I make this declaration in support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, or, Alternatively for a More Definite Statement. I have personal knowledge of the following facts and if called as a witness could testify competently thereto.

2. On March 15, 2012, I attempted to contact counsel for Plaintiff Dr. Jerroll Dolphin, Larry Walls, via telephone in an effort to meet and confer regarding the present motion to dismiss in accordance with Local Rule 7-3. Mr. Walls did not answer his telephone and there was no mechanism for leaving a message. I, therefore, sent Mr. Walls an email the same day, outlining the basis for the motion to dismiss and requesting that he contact me if he wished to discuss the matter further. I also indicated that if I did not hear from him, I would assume that he intended to oppose the motion. Mr. Walls never responded to my email, and made no other efforts to contact me.

///
///
///
///
///

1  I declare under penalty of perjury under the laws of the United States and the
2  State of California that the foregoing is true and correct of my personal knowledge.
3  Executed on this 19th day of March, 2012, at Los Angeles, California.

/s/

_____
Nicole C. Rivas