1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

ST. LUKE SCHOOL OF MEDICINE -
GHANA, a Ghanain corporation, ST. LUKE
SCHOOL OF MEDICINE–LIBERIA, a
Liberian corporation, DR. JERROLL B.R.
DOLPHIN, on behalf of himself, Robert
Farmer, on behalf of a class action

12

13

Plaintiff,

14

15

vs.

16

REPUBLIC OF LIBERIA; MINISTRY OF
HEALTH, a Liberian Governmental
Agency; MINISTRY OF EDUCATION, a
Liberian Governmental Agency; LIBERIAN
MEDICAL BOARD, a Liberian
Governmental Agency; NATIONAL
COMMISSION ON HIGHER
EDUCATION, a Liberian Governmental
Agency; NATIONAL TRANSITIONAL
LEGISLATIVE ASSEMBLY, a Liberian
Governmental Agency; DR. ISAAC
ROLAND as official and individual;
MOHAMMED SHARIFF as official and
individual; DR. BENSON BARH as official
and individual; DR. GEORGE GOLLIN as
official and individual; DR. BRAD
SCHWARTZ as official and individual,
ALAN CONTRERAS as official and
individual, UNIVERSITY OF ILLINOIS-
URBANA CHAMPAIGN, an Illinois
Institution of Higher Learning; STATE OF
OREGON, Office of Degree Authorization,
the NATIONAL ACCREDITATION
BOARD OF THE REPUBLIC OF GHANA,
EDUCATIONAL COMMISSION FOR

17

18

19

20

21

22

23

24

25

26

27

28

Case No.:  11-CV-06322 RGK (SHx)

[Honorable R. Gary Klausner]

**[PROPOSED] ORDER GRANTING
DEFENDANTS THE UNIVERSITY
OF ILLINOIS' AND DR. GEORGE
GOLLIN'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED
COMPLAINT**

1

LEGAL02/33193707v1

1
2
3
4
5
6

FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,

Defendants.

7        On April 30, 2012, Defendants the Board of Trustees of the University of

8  Illinois' and Dr. George Gollin's Motion to Dismiss Plaintiff's First Amended

9  Complaint came on regularly for hearing before this Court.  After considering the

10  papers submitted in support of and in opposition to Defendants' motion and having

11  heard the oral argument of counsel thereon, and for good cause shown,

12        IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

13        1.    This Court lacks subject matter jurisdiction over Plaintiff's Complaint as

14  it pertains to the University of Illinois and Dr. Gollin because both are entitled to

15  immunity under the Eleventh Amendment;

16        2.    Defendants' Motion to Dismiss the First Amended Complaint is,

17  therefore, granted.

18        3.    The First Amended Complaint is hereby dismissed *with prejudice* as to

19  Defendants the University of Illinois and Dr. Gollin.

20

21        IT IS SO ORDERED.

22

23

24  DATED: _____          _____

25                                          The Honorable R. Gary Klausner

26

27

28

2

LEGAL02/33193707v1

1

2      Respectfully Submitted,          MARTHA S. DOTY
                                        NICOLE C. RIVAS
3      DATED:  March 19, 2012          **ALSTON & BIRD LLP**

4

5                                                        /s/

6                                       _____
                                                 Nicole C. Rivas
7                                       Attorneys for Defendants THE BOARD OF
                                        TRUSTEES OF THE UNIVERSITY OF ILLINOIS,
                                        erroneously sued as THE UNIVERSITY OF
8                                       ILLINOIS-URBANA CHAMPAIGN and DR.
                                        GEORGE GOLLIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3