1

2  Larry D. Walls SBN 64696
3  Attorney At Law
   3250 Wilshire Blvd., Suite 708
4  Los Angeles, California 90010
   Telephone: (213) 480-6220
5  Facsimile: (213) 480-6225

6  Attorneys for Plaintiffs

**DENIED**

7          IN THE UNITED STATES DISTRICT COURT
8         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9            WESTERN DIVISION - LOS ANGELES
10

11 | Case No. 2:11-cv-06322-RGK-SH
12 JERROLL B.R. DOLPHIN,
13     Plaintiff,                | [PROPOSED] ORDER ON
                                    STIPULATION TO EXTEND TIME
14  v.                              TO RESPOND TO MOTION TO
                                    DISMISS MORE THAN 30 DAYS; TO
15 REPUBLIC OF LIBERIA, ET AL,     CONSOLIDATE ALL MOTIONS TO
                                    DISMISS HEARINGS ON A SINGLE
16     Defendants.                  DATE; and TO RESCHEDULE
                                    SCHEDULING CONFERENCE
17
18                               | DATE: April 30, 2012
                                   TIME: 9:00 a.m.
19                                 JUDGE: Honorable R. Gary Klausner
20
21
22   On or about March 16, 2012 Plaintiffs lodged a Notice of a Proposed Order
23 in support of their Notice of Stipulation to Extend Time to Respond to Motion to
24 Dismiss More than 30 Days; To consolidate all Motion to Dismiss hearings on A
25 Single Date; and To Reschedule Scheduling Conference.
26

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSE;
CONSOLIDATE HEARING AND CONTINUE SCHEDULING CONFERENCE
Page 3

1
2   After considering the papers submitted in support of Plaintiffs and
3   defendants' Stipulation to Extend Time to Respond to Motion to Dismiss More
4   than 30 Days; To Consolidate all Motions to Dismiss Hearings on A Single Day;
5   and to Reschedule Scheduling Conference, ~~and for good cause shown,~~
6   It is hereby ORDERED, ADJUDGED AND DECREED as follows:
7   ~~That the current Hearing Dates of 3/26/12, 4/2/12 and 4/16/12 are~~
8   ~~consolidated to be heard on 4/30/12 and the current Scheduling Conference date of~~
9   ~~4/16/12 is continued to 5/2/12 and Plaintiffs shall have up to and including 4/20/12~~
10  ~~to file appropriate responses to all Motions to Dismiss the First Amended~~
11  ~~Complaint.~~ Plaintiffs' and Defendants' Stipulation is
12  IT IS SO ORDERED denied. The parties' request
13  was untimely made on March 12,
14  2012 and March 18, 2012, and Court
    resources have already been expended
15  Dated: 03·20·2012 in considering the Motion to Dismiss (DE 56)
16  The Honorable R. Gary Klausner

[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSE;
CONSOLIDATE HEARING AND CONTINUE SCHEDULING CONFERENCE
Page 4