UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-06322-RGK (SHx) | Date | March 21, 2012 |
|---|---|---|---|
| Title | St. Luke School of Medicine-Ghana, et al. v. Republic of Liberia, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**   **(IN CHAMBERS)** Defendants Alan Contreras, State of Oregon of Degree Authorization's Motion to Dismiss Plaintiff's First Amended Complaint (DE 55)

　　　　The Court hereby advises counsel that the above-referenced motion, noticed for hearing on March 26, 2012, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

　　　　**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |