1  Larry D. Walls SBN 64696
   Attorney at Law
2  3250 Wilshire Boulevard Suite 708
   Los Angeles California 90010
3  Telephone: (213) 480-6220
   Facsimile: (213) 480-6225
4  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B. R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class-Action<br><br>                    Plaintiffs,<br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF | Case No.  CV:11-06322-RGK-(SHx)<br><br>[Honorable R. Gary Klausner]<br><br>**REQUEST FOR COURT TO RECIND ORDER STRIKING PLAINTIFF'S OPPOSITON AND MEMORANDUM  IN OPPOSITON TO DEFENDANTS STATE OF OREGON OFFICE OF DEGREE AUTHORIZATION AND ALAN CONTRERAS MOTION TO DISMISS**<br><br>DATE:         March 26, 2012<br>TIME:         9:00 a.m.<br>COURTROOM:         850 |

- 1

| | |
|---|---|
| | THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,<br><br>          Defendants. |

On March 22, 2012, I received an electronic notice that the Court had stricken Plaintiff's Opposition and Memorandum of Points and Authorities to Defendants State of Oregon Office of Degree Authorization and Alan Contras Motion to Dismiss, on timeliness grounds. The Plaintiff is requesting that this Honorable Court rescind this order and issue a new order accepting Plaintiff's late filing.

Federal Rule of Civil Procedure 6(b)(1)(A) and (B) on Computing and Extending time, for good cause shown, based upon excusable neglect, gives the court discretion to extend time for a party to file a pleading. California Code of Civil Procedure section 473(a) is in accord. The Plaintiff had good cause to file the late Opposition.

This complaint is extensive and complex. The Defendants had filed three Motions to Dismiss on Three different dates. There are at least five different attorneys representing the various defendants. On March 9, 2012, recognizing this daunting task, I contacted all attorneys to attempt to get a stipulation to consolidate all hearings and extend the time to file Plaintiff's Oppositions to the three different Motions to Dismiss. On March 16, 2012, I was, finally able to file the proper Stipulation, setting all three motions to Dismiss for April 30, 2012.  I thought this would be judicially economical and save the Court and all parties' time and resources. Therefore, believing the stipulation would be accepted, I did not get the Opposition to the motion in question filed timely.

Federal Rule of Civil Procedure 7-11, Continuance of Hearing Date, allows, if it is granted, the responding party 21 days from the date of the new hearing date to file an opposition.

- 2

This would have given Plaintiff until April 10, 2012 to file this Opposition. Clearly, I was wrong, but acted in good faith, in presupposing the Court would accept the stipulation of the parties. However, the Plaintiff should not be barred from opposing this motion when there is no prejudice to the two defendants. Your Honor it would be unjust and unfair to not allow his opposition and decide this motion without all parties being heard.

March 22, 2012               LAW OFFICE OF LARRY D. WALLS


                             _____

                             LARRY D. WALLS

                             Attorneys for PLAINTIFFS