UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-06322-RGK (SHx) | | Date | March 27, 2012 |
|---|---|---|---|---|
| Title | St Luke School of Medicine-Ghana et al v. Republic of Liberia et al | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

Plaintiff's "Request for Court to Recind Order Striking Plaintiff's Opposition and Memorandum in Opposition to Defendants State of Oregon Office of Degree Authorization and Alan Contreras Motion to Dismiss" is denied.

Further, all filings that see relief or order of the Court must be accompanied by a proposed order.  See General Order 10-07.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   slw