UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-06322-RGK (SHx) | Date | March 28, 2012 |
|---|---|---|---|
| Title | St Luke School of Medicine-Ghana, et al. v. Republic of Liberia, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:** **(IN CHAMBERS)** Defendants Educational Commission for Foreign Medical Graduates, Foundation for Advancement of Medical Education and Research's Motion to Dismiss for Lack of Personal Jurisdiction (DE 60)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on April 2, 2012, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|   | : |   |
|---|---|---|
| Initials of Preparer | | slw |