```
Robert  Farmer
Larry D Walls
The Law Office of Larry D Walls
9025 Wilshire Boulevard Penthouse Suite
Los Angeles, CA 90043
```



FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

RGK



Date Transmitted: 2/23/2012 9:11:37 AM

2:11-cv-06322   Doc: 58

Robert Farmer
Larry D Walls
The Law Office of Larry D Walls
9025 Wilshire Boulevard Penthouse Suite
Los Angeles, CA 90043

Number of Pages:   1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:11-cv-06322-RGK-SH St Luke School
 of Medicine-Ghana et al v. Republic of Liberia et al Notice
 of Deficiency in Electronically Filed Documents (G-112)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing.  However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered  on 2/23/2012 at 9:04 AM PST and filed on 2/23/2012

Case Name: St Luke School of Medicine-Ghana et al v. Republic of Liberia et al
Case Number:2:11-cv-06322-RGK-SH

Filer:

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031114040176?case

Docket Text:

NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Memorandum
in Support of Motion, [56]. The following error(s) was found: Other error(s)
with document(s) are specified below. Other error(s) with document(s): Plaintiff
erroneously included as a filer of the document along with defendant (actual
filer). Plaintiff has been removed as filer. In response to this notice the
court may order (1) an amended or correct document to be filed (2) the document
stricken or (3) take other action as the court deems appropriate. You need
not take any action in response to this notice unless and until the court
directs you to do so. (rne)

2:11-cv-06322-RGK-SH Notice has been electronically mailed to:

Seth T Karpinski    jessica.l.mckie@doj.state.or.us, seth.t.karpinski@doj.state.or.us, danyelle.d.cole@doj.state.or.us

Nicole C Rivas    nicole.rivas@alston.com

Larry D Walls    larrywalls@sbcglobal.net

Martha S Doty        martha.doty@alston.com, nora.fernandez@alston.com

James R Rogers       jrogers@jrrlaw.net

2:11-cv-06322-RGK-SH Notice has been delivered by First Class U. S. Mail
or by other means to: :

Robert Farmer
Larry D Walls
The Law Office of Larry D Walls
9025 Wilshire Boulevard Penthouse Suite
Los Angeles, CA 90043

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ST. LUKE OF MEDICINE-GHANA, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 11-06322-RGK (SHx) |
| v. | |
| REPUBLIC OF LIBERIA, et al., | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

Pursuant to General Order 10-07, Local Rule 5-4 and/or the Federal Rules of Civil Procedure, the following deficiency(ies) has been found with your electronically filed document:

| 2/22/12 | 56 | Memorandum in Support of Motion |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERRORS WITH DOCUMENT**

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event to be used is _____
- ☐ Case number is incorrect or missing.
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ A Certificate of Good Standing is not attached to pro hac vice application.
- ☑ Other: Plaintiff erroneously included as a filer of the document along with defendant (actual filer). Plaintiff has been removed as filer.

Note: In response to this notice the court may order 1) an amended or correct document to be filed 2) the document stricken or 3) take other action as the court deems appropriate.

You need not take any action in response to this notice unless and until the court directs you to do so.

Clerk, U.S. District Court

Dated: 2/23/12

By: R. Neal 213-894-2833
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*