NICOLE C. RIVAS (SBN) 179337, ALSTON & BIRD
333 South Hope Street, 16th Floor, Los Angeles, CA 90071 Telephone: (213) 576-1000;
nicole.rivas@alston.com  Attorneys for Defendants UI BOARD OF TRUSTEES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al.<br><br>v.<br>Plaintiff(s)<br><br>REPUBLIC OF LIBERIA, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>11-CV-06322 RGK (SHx)<br><br><br>REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear
  ☐ district judge   ☐ magistrate judge assigned to the case for such proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private resolution proceeding.

: April 9, 2012           /s/ Larry Walls

                          Attorney for Plaintiff  Dr. Jerroll Dolphin

:  _____        _____

                          Attorney for Plaintiff

: April 9, 2012           /s/ Nicole C. Rivas

                          Defendant   University of Illinois; Dr. Gollin

:  _____        _____

                          Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I caused a copy of **REQUEST: ADR PROCEDURE SELECTION** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:

Larry D. Walls, Esq.
3250 Wilshire Boulevard, #708
Los Angeles, CA 90010
Telephone: (213) 480-6220
Facsimile: (213) 480-6225
larrywalls@sbcglobal.net


            /s/    Nicole C. Rivas

LEGAL02/33234596v1