1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanain corporation, ST. LUKE SCHOOL OF MEDICINE–LIBERIA, a Liberian corporation, DR. JERROLL B.R. DOLPHIN, on behalf of himself, Robert Farmer, on behalf of a class action<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, EDUCATIONAL COMMISSION FOR | Case No.: 11-CV-06322 RGK (SHx)<br><br>**[PROPOSED] ORDER RE ADR PROCEDURE SELECTION**<br><br>Honorable R. Gary Klausner<br><br>COURTROOM: 850 |

1

| | |
|---|---|
| 1 | FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation, |
| 2 | FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND |
| 3 | RESEARCH, a Pennsylvania non-profit organization, |
| 4 | Defendants. |

The Court, having reviewed the Joint ADR-1 Form submitted by counsel for the Plaintiff Jerroll Dolphin and Defendants the Board of Trustees of the University Of Illinois, erroneously sued as the University of Illinois-Urbana Champaign, and Dr. George Gollin, HEREBY APPROVES the parties' selection of ADR PROCEDURE No. 2 pursuant to Local Rule 16-15 and ORDERS that the parties complete such ADR Procedure by no later than _____.

IT IS SO ORDERED.

DATED: _____

The Honorable R. Gary Klausner

2

LEGAL02/33234408v1     [PROPOSED] ORDER RE ADR PROCEDURE SELECTION

1
2  Respectfully Submitted,
3
4  DATED:  April 9, 2012        MARTHA S. DOTY
                                NICOLE C. RIVAS
5                               **ALSTON & BIRD LLP**
6
7                                        /s/ Nicole C. Rivas
                                 _____
8                                        Nicole C. Rivas
                                Attorneys for Defendants THE BOARD OF
9                               TRUSTEES OF THE UNIVERSITY OF ILLINOIS,
                                erroneously sued as THE UNIVERSITY OF
10                              ILLINOIS-URBANA CHAMPAIGN and DR.
11                              GEORGE GOLLIN
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2012, I caused a copy of **[PROPOSED] ORDER RE ADR PROCEDURE SELECTION** to be served upon the following counsel in the manner described below:

Via the Court's CM/ECF system:

Larry D. Walls, Esq.
3250 Wilshire Boulevard, #708
Los Angeles, CA 90010
Telephone: (213) 480-6220
Facsimile: (213) 480-6225
larrywalls@sbcglobal.net

          /s/   Nicole C. Rivas