Larry D. Walls SBN 64696
Attorney at Law
3250 Wilshire Boulevard Suite 708
Los Angeles California 90010
Telephone: (213) 480-6220

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanaian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B. R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class-Action<br><br>Plaintiffs,<br><br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, | Case No. CV:11-06322-RGK-(SHx)<br><br>[Honorable R. Gary Klausner]<br><br>NOTICE OF EX PARTE APPLICATION AND PROPOSED ORDER REQUESTING FOR COURT TO RESCIND ORDER STRIKING PLAINTIFF'S OPPOSITON AND MEMORANDUM IN OPPOSITON TO DEFENDANTS STATE OF ILLINIOS AND GEORGE GOLLIN'S MOTION TO DISMISS AND REQUEST FOR SANCTIONS<br><br>DATE:        April 12, 2012<br>TIME:         9:00 a.m.<br>COURTROOM: 850 |

TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE OF EX PARTE APPLICATION,APPLICATION AND PROPOSED ORDER ON APPLICATION TO RECIND ORDER TO STRIKE  - 1

PLEASE TAKE NOTICE that Plaintiffs are filing an Ex Parte Application requesting that the court rescind its orders striking their original Opposition and documents and Amended Opposition and documents, to Defendants Motion to Dismiss and Request for Sanctions. Further, lodging herewith a Proposed Order in support of their Ex Parte Application requesting that the court rescind its order striking Plaintiffs Opposition, Memorandum of Points and Authorities and Declarations, filed in opposition to Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 7-19.1, the defense counsel information is as follows:

   Martha S. Doty and Nicole Rivas of Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California 90071, 213-576-1000. On April 11, 2012, Defense Counsel was telephonically notified of this application. I was informed by Defense Attorney Nicole Rivas, that the Defense had no position on the request.

**PETITION FOR PERMISSION TO FILE AMENDED OPPOSITION**

   On April 9, 2012, Plaintiffs filed their Opposition, Memorandum of Points and Authorities and Declarations in opposition to Defendants State of Illinois and George Gollin's Motion to Dismiss and Request for Sanctions. On April 10, 2012, a Notice of Deficiency in filing the Opposition and an Order to Strike same was entered on the record. The Notice stated the Plaintiff's filing was deficient in that the Opposition did not contain a Table of Contents. On April 10, 2012, Plaintiffs then filed an Amended Opposition with the appropriate Table of

Contents. The Court then stroke the Amended filing. The Plaintiffs and counsel are requesting that this Honorable Court rescind these orders and issue a new order accepting Plaintiff's and counsel's filing of the Amended Opposition, filed on April 10, 2012.

Federal Rule of Civil Procedure 6(b)(1)(A) and (B) on Computing and Extending time, for good cause shown, based upon excusable neglect, gives the court discretion to extend time for a party to file a pleading. California Code of Civil Procedure section 473(a) is in accord.[i] The Plaintiffs and counsel have good cause for filing the Amended Opposition.

Plaintiffs counsel, as an officer of the court, informs this court that when the original Opposition and supporting documents were prepared it contained the Table of Contents. How the Table of Contents was omitted from the documents filed is a mystery to me. I submit to this court that said oversight was excusable neglect on my part and a curable mistake. Federal Rule of Civil Procedure 7-9, Opposing Papers, gives the responding party 21 days from the date of the motion hearing date to file an opposition. The Opposition was filed timely, albeit missing the Table of Contents. The Plaintiff's filed the Amended Opposition on the 20th day prior to the scheduled hearing. Therefore, there is no prejudice to defendants. The Plaintiffs have acted in good faith. The Plaintiffs should not be barred from opposing this motion when there is no prejudice to the two defendants. Your Honor it would be unjust and unfair to not allow this opposition and decide this motion without all parties being heard.

April 10, 2012                    LAW OFFICE OF LARRY D. WALLS

_____
LARRY D. WALLS

Attorneys for PLAINTIFFS

[i] California Code of Civil Procedure section 473(b) states "The court may upon any terms as may be just, relieve a party or his…legal representative from a… order, or other proceeding taken against him or her through his or her mistake, inadvertence, surprise, or excusable neglect.