Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al, <br><br> Plaintiff, <br><br> vs. <br><br> REPUBLIC OF LIBERIA, et al, <br><br> Defendant | Case No.: 11-CV-06322 RGK (SHx) <br><br> DECLARATION OF DR. ROBERT FARMER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM <br><br> DATE: APRIL 30, 2012 <br> TIME: 9:00 AM <br> CRT: 850 |

# DECLARATION OF DR. ROBERT FARMER IN SUPPORT OF PLAINTIFFS' OPPOSITITION

I, Dr. ROBERT FARMER, do hereby declare the following:

1. I completed all pre-medicine requirements before attending St. Luke School of Medicine – Liberia (hereinafter "SLSOM-Liberia")
2. I enrolled at SLSOM-Liberia in 2002 with advanced standing because I had already completed basic sciences.
3. I completed clinical rotations in Kentucky, Maryland, and Washington DC over a two year period until I graduated in 2004.

4. I took numerous examinations while studying basic sciences and clinical sciences at SLSOM-Liberia, from 2002 through 2004.

5. I had to pass a 3-step examination, approximately 600 questions to move from SLSOM-Liberia's basic science curriculum to its clinical science rotations at hospitals.

6. I studied clinical sciences in Kentucky, Maryland, and Washington DC for more than 80 weeks, more than 8 hours/day weekdays on average.

7. There were other SLSOM-Liberia students studying clinical sciences in some of the same hospitals while I was there studying clinical sciences in Kentucky, and Washington DC.

   *I had to transfer to another school*

8. ~~I have not been able to further take the USMLE examinations~~ since the decertification and slander of St. Luke School of Medicine in 2005. — RF

9. When Dr. Jerroll Dolphin returned to California, in 2010, it was then that I discovered the numerous false statements by George Gollin on the Internet, while I was in Maryland.

   *Graduation delayed due to decertification of school, to avoid transfer problems.*

10. ~~When I received my diploma~~ from SLSOM-Liberia in 2006. Dr. Jerroll Dolphin's original signature was on my diploma issued by St. Luke School of Medicine – Liberia. — RF

11. At no time did I know of or observe Dr. Jerroll Dolphin or SLSOM-Liberia officials award Medical Doctor (MD) degrees to anyone who did not study and complete their studies.

12. To the best of my knowledge, all MD graduates of St. Luke School of Medicine that I know have successfully completed the required classwork as well as completed the required clinical training in accredited hospitals and clinics and not on the internet.

13. I completed my public service projects in the USA.

14. I personally successfully completed my required examinations for graduation, a 3-set series of 600 questions that is automatically graded.

15. To the best of my knowledge, I know No MD graduates of St. Luke School of Medicine to have received a degree by way of a "diploma Mill", as that term is defined by George Gollin. All SLSOM-Liberia students that I have known, including myself, have had to study, take and pass numerous examinations (most of which are automatically graded) in basic sciences and clinical sciences.

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT
UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS - 2

1 | I declare under penalty of perjury that all of the information stated above is true and correct.
2 | April 10, 2012

*Robert S. Farmer, Jr.*

Dr. ROBERT FARMER,    not a doctor yet,
Member of the Class   officially

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS - 3