Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al,<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>Defendant | Case No.: 11-CV-06322 RGK (SHx)<br><br>DECLARATION OF DR. MATHEW SKARIA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM<br><br>DATE: APRIL 30, 2012<br>TIME: 9:00 AM<br>CRT: 850 |

## DECLARATION OF DR. MATHEW SKARIA IN SUPPORT OF PLAINTIFFS' OPPOSITITION

I, Dr. Mathew Skaria, doe hereby declare the following:

1. I completed all pre-medicine requirements before attending St. Luke School of Medicine – Liberia (hereinafter "SLSOM-Liberia")

2. I enrolled at SLSOM-Liberia in June or July 2001, at the SLSOM-Liberia business office in Inglewood, California.

3. I arrived in Monrovia, Liberia in September 2001 to attend classes and laboratories at SLSOM-Liberia.

4. I studied in Monrovia, Liberia until February 2002, when my studies in Liberia were disrupted by civil war.
5. While in Monrovia, I observed approximately sixteen SLSOM-Liberia students studying in Liberia, in basic sciences and clinical sciences from 2000 until 2002, when they fled from the civil war.
6. In February 2002, I left Liberia, and stayed in Ghana for many months to recover from tropical illnesses I acquired while in Liberia.
7. I successfully completed my basic science training while in West Africa SLSOM-Liberia.
8. I took numerous examinations while studying basic sciences and clinical sciences at SLSOM-Liberia, from 2001 through 2003 [handwritten correction over "2006"].
9. I had to pass a 3-step examination, approximately 600 questions to move from SLSOM-Liberia's basic science curriculum to its clinical science rotations at hospitals.
10. I studied clinical sciences in South Dakota, for more than 50 weeks, more than hours/day week days.
11. There were other SLSOM-Liberia students studying clinical sciences in South Dakota while I was there studying.
12. I went to Kenya to complete my clinical science training at MOI Teaching Hospital, 2005 [handwritten].
13. I studied clinical sciences in MOI Teaching Hospital more than 8 hours/ weekday until I completed more than 90 weeks total of clinical sciences at accredited hospitals in the USA and Kenya.
14. I completed my internship (house job) at MOI Teaching Hospital in Kenya in 2007.
15. I qualified for licensure in Kenya, after my internship in 2004 and 2005 [handwritten corrections]. However, I was denied my license because Kenyan officials were disturbed by hostile statements about SLSOM-Liberia on the Internet. Therefore, was not grant a license to practice. I have not been able to be licensed since decertification and slander of St. Luke School of Medicine.
16. When I returned to California in 2010, it was then that I discovered the numerous false statements by George Gollin on the Internet.

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS - 2

17. While in California in 2010, Dr. Jerroll Dolphin, the President and Founder of SLSOM-Liberia showed me a faxed version of the 91-paged document written by George Gollin and the University of Illinois-Urbana.

18. I went to East Timor, Indonesia, where I assisted for approximately four months before visiting Kenya and India.

19. When I received my diploma from SLSOM-Liberia in 2006. Dr. Jerroll Dolphin's original signature was on my diploma issued by St. Luke School of Medicine – Liberia.

20. At no time did I know of or observe Dr. Jerroll Dolphin or SLSOM-Liberia officials award Medical Doctor (MD) degrees to anyone who did not study and complete their studies.

21. To the best of my knowledge, all MD graduates of St. Luke School of Medicine that I know have successfully completed the required classwork as well as completed the required clinical training in accredited hospitals and clinics and not on the internet.

22. To the best of my knowledge, all MD graduates of St. Luke School of Medicine that I know personally have successfully completed their required public service projects in the United States, Africa, or Asia, not on the internet. I completed my public service projects in South Dakota as well as in Kenya.

23. To the best of my knowledge, all MD graduates of St. Luke School of Medicine that I personally known successfully completed their required examinations for graduation.

24. To the best of my knowledge, I know No MD graduates of St. Luke School of Medicine to have received a degree by way of a "diploma Mill", as that term is defined by George Gollin. All SLSOM-Liberia students that I have known, including myself, have had to study, take and pass numerous examinations (most of which are automatically graded) in basic sciences and clinical sciences.

I declare under penalty of perjury that all of the information stated above is true and correct.

April 6, 2012

Dr. Mathew Skaria,
Member of the Class

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS - 3