# EXHIBIT 1 - LIST OF STUDENT PLAINTIFFS

Case 2:11-cv-06322-RGK-SH Document 103 Filed 04/13/12 Page 2 of 11 Page ID #:1255

## Brief Narratives of Damages from SLSOM Students & Graduates

| # | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| 1 | Dr. Robert S. Farmer, Jr | USA | Transfer Student | 4 | Y | Passed Part 1&2 | Top-flight student. ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty. |
| 2 | Suleiman Adekunle Omipidan | Nigeria | New | 1 | Pending | N/A | Top-flight student. MD degree will be useless in Nigeria. Nigeria previously recognized SLSOM. |
| 3 | Pauline Ugochi Chilaka | Nigeria | New | 1 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in Nigeria. |
| 4 | Raymond Y Ofori | United Kingdom | New | 1 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in UK. SLSOM was formerly recognized in the UK until 2006. |
| 5 | Dr. Muhammed A.S.M. Al-Anzi | Saudi Arabia | Adv. Standing | 3 | Yes | N/A | Earned MSc simultaneously with MD. Facing extreme difficulty in Saudi Arabia due to SLSOM's non-recognition in UK or USA, or by WHO. SLSOM was formerly recognized in the UK until 2006. |
| 6 | Dr. Sid R. Rogers | USA | Transfer Student | 4 | Yes | Passed Part 1 | Also a practicing chiropractor. Top-flight student. ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. |
| 7 | Dr. Karriem S. Watson | USA | Transfer Student | 5 | Yes | Passed Part 1 | Top-flight student. ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. |
| 8 | Dr Emmanuel Okoye | Canada | Transfer Student | 5 | Yes | Passed Canadia | Top-flight student. Canada canceled his Exam results. MD |

| | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| | | | | | | n Exams | degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status with ECFMG. |
| 9 | Dr. Keith Patrick Steinhurst | USA | Transfer Student | 5 | Yes | Passed USMLE Pt 1 | Top-flight student. ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Texas threatened to prosecute him for displaying his MD and banned the use of SLSOM degrees with consequence of criminal prosecution. |
| 10 | Dr. David Belshaw | USA | Transfer Student | 5 | Yes | Passed USMLE Pt 1 | Top-flight student. ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. |
| 11 | Linda Halisky | USA | New | 1 | No | N/A | Excellent medical student. Finished basic science. Could not take USMLE exams or do clinical rotations because SLSOM's recognition was canceled by ECFMG. |
| 12 | Joseph Aiyegbusi | Nigeria | New | 1 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in Nigeria. |
| 13 | Ken Jordon | USA | New | 1 | No | N/A | Finished basic science. Could not take USMLE exams or do clinical rotations because SLSOM's recognition was canceled by ECFMG. |
| 14 | Larry Lammers | USA | Advanced | 3 | Pending | N/A | Was a chiropractor. Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. |
| 15 | Dr. O. B. G. Nmorsi | Nigeria | New | 1 | Yes | N/A | Had a PhD in Microbiology and Infectious Diseases. Tenured professor and head of Microbiology Department at University of Benin Medical |

| | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| | | | | | | | School. Top-flight researcher and medical student. Nigeria Medical and Dental Council canceled his licensing Exam results, which he passed. His credibility was brought into question at the University of Benin Medical School, where he teaches. MD degree is useless in Nigeria. Nigeria previously recognized SLSOM. |
| 16 | Gbenga Gbayesola | Nigeria | New | 1 | No | N/A | Excellent basic science medical student. Faced difficulty and ridicule because SLSOM's recognition was canceled in Nigeria, |
| 17 | Dr. Pius Ndubisi | Nigeria | Transfer Student | 5 | Yes | N/A | Passed Ghana medical licensing examination in 2004 as top scorer in SLSOM's 1-2-3 top scorers on the Ghana licensing examination. He completed his house-job (residency) then his license was revoked in Ghana due to false charges from Liberia, particularly the Liberian Medical Board. Ghana Medical and Dental Council still refuses to recognize St. Luke School of Medicine-Liberia. Cannot work as a medical doctor in any country. |
| 18 | Dr. Godwin Okonkwo | Nigeria | Transfer Student | 5 | Yes | N/A | Passed Nigeria medical licensing examination. Then passed Ghana medical licensing examination in 2004 as one of the top scorers in SLSOM's 1-2-3 top scorers on the Ghana licensing examination. He completed his house-job (residency) then his license was revoked in Ghana due to false charges from Liberia, particularly the Liberian Medical Board. Ghana Medical and Dental Council still refuses to recognize St. Luke School of Medicine- |

| | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| | | | | | | | Liberia. Cannot work as a medical doctor in any country. |
| 19 | Chijioke Ejiogu | Nigeria | Transfer Student | 5 | Yes | Passed USMLE Part 1&2 | Passed Nigeria medical licensing examination. Then passed Ghana medical licensing examination in 2004 as one of the top scorers in SLSOM's 1-2-3 top scorers on the Ghana licensing examination. He completed his house-job (residency) then his license was revoked in Ghana due to false charges from Liberia, particularly the Liberian Medical Board. Ghana Medical and Dental Council still refuses to recognize St. Luke School of Medicine-Liberia. Transferred to a Caribbean medical school and passed the USMLE examinations. |
| 20 | Steve Monday | Nigeria | New | 1 | No | N/A | Very good medical student. He is living in Liberia. Suffering because of the bad stigma of St. Luke School of Medicine-Liberia and he faces daily ridicule in Monrovia. |
| 21 | Dr. Robin Ellsworth | USA | Transfer Student | 5 | Yes | Passed USMLE Step 1&2 | Top-flight student. ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. |
| 22 | Dr. Miklos Major, III | USA | New | 1 | Yes | Passed USMLE Step 1 | Top-flight student. ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Transferred to a Caribbean medical school. |
| 23 | Dr. Amin Sain | United Kingdom | Advanced | 4 | Yes | N/A | Practicing podiatric surgeon in UK. Facing ridicule due to SLSOM's non-recognition in UK. SLSOM was formerly recognized in the UK until 2006. |

| | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| 24 | John Toluwani Oladele | Nigeria | New | 1 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in Nigeria. |
| 25 | Dr. Stanley Paul | USA | Transfer Student | 5 | Yes | Passed USMLE Step 1&2 | Top-flight student. ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty. |
| 26 | Darlington Esemuze | South Africa | New | 1 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in South Africa. |
| 27 | Victoria Ofele | Nigeria | Transfer Student | 3 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in Nigeria. |
| 28 | Dr. Mary Hulve | USA | Transfer Student | 5 | Yes | N/A | Also a RN. ECFMG canceled her USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule. |
| 29 | Dr. Michael Hejazi | USA | Transfer Student | 5 | Yes | N/A | Also a PhD. ECFMG canceled his USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 30 | Dr. Peter Kolosky | USA | Transfer Student | 5 | Yes | N/A | Also a Respiratory Therapist. ECFMG canceled his USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 31 | Dr. Laurie Berg | USA | Transfer | 5 | Yes | N/A | Also a RN. ECFMG canceled |

|    | Name                | Country           | Enroll-ment       | Tri | SLSOM Graduate Y/N | USMLE Exam Status          | Brief Narratives |
|----|---------------------|-------------------|-------------------|-----|--------------------|----------------------------|------------------|
|    | Kolosky             |                   | Student           |     |                    |                            | her USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 32 | Dervanna Troy Mckoy | USA               | New               | 1   | No                 | N/A                        | Facing extreme difficulty due to SLSOM's non-recognition in USA. |
| 33 | Armand Dixon        | USA               | Transfer Student  | 5   | No                 | Passed USMLE Step 1        | ECFMG canceled his USMLE Exam results. Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Transferred to another medical school. |
| 34 | Carroll Braddy      | USA               | New               | 1   | No                 | N/A                        | Facing extreme difficulty due to SLSOM's non-recognition in USA. |
| 35 | Christopher Sauda   | Nigeria           | New               | 1   | No                 | N/A                        | Facing extreme difficulty due to SLSOM's non-recognition in Nigeria. |
| 36 | Chukwuyem Obia      | Nigeria           | New               | 1   | No                 | N/A                        | Was studying in the USA. Facing extreme difficulty due to SLSOM's non-recognition in USA and Nigeria. Transferred to another medical school. |
| 37 | Dr. David Fyles     | United Kingdom    | Advanced          | 4   | Yes                | N/A                        | Practicing osteopath in UK. Facing ridicule due to SLSOM's non-recognition in UK. SLSOM was formerly recognized in the UK until 2006. |
| 38 | Debrah Berger       | USA               | New               | 1   | No                 | N/A                        | Facing extreme difficulty due to SLSOM's non-recognition in USA. |
| 39 | Felicia Jatto       | Nigeria           | Transfer          | 4   | Pending            | N/A                        | MD degree will be useless in Nigeria. Nigeria previously recognized SLSOM. |
| 40 | Dr. Robert Hayes    | USA               | Advanced          | 4   | Yes                | N/A                        | Also a Physicians Assistant. ECFMG canceled his USMLE Exam registration and could not take USMLE Steps. MD degree |

7

| | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| | | | | | | | rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 41 | Dr. James Kyle | USA | Transfer Student | 3 | Yes | N/A | ECFMG canceled his USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 42 | Robert Irving | USA | Transfer Student | 2 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in USA. |
| 43 | Dr. Jason Payor | USA | Transfer Student | 6 | Yes | N/A | ECFMG canceled his USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 44 | Dr. Jerry Charles | USA | Transfer Student | 5 | Yes | N/A | ECFMG canceled his USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 45 | Dr. Kenneth Andronico | USA | Advanced | 9 | Yes | N/A | Practicing Opthalmologist (DO). Faced ridicule from SLSOM's non-recognition in USA. |
| 46 | M. C. K. Madubuike | USA | Transfer Student | 4 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in USA. |
| 47 | Dr. Manuel Faria | USA | Advanced | 4 | Yes | N/A | Practicing Chiropractor. Faced ridicule from SLSOM's non-recognition in USA. |
| 48 | Dr. Masilamony | USA | Transfer | 5 | Yes | N/A | ECFMG canceled his USMLE |

8

| | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| | Pauliah | | Student | | | | Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule. |
| 49 | Kathy Menefee | USA | Transfer Student | 5 | No | Passed USMLE Part 1 | ECFMG canceled her USMLE Exam results. Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Transferred to another medical school. |
| 50 | Rebecca Hopkins | USA | New | 1 | No | N/A | Facing extreme difficulty due to SLSOM's non-recognition in USA. |
| 51 | Dr. Alexandra Schick | France | Transfer Student | 5 | Yes | Passed USMLE Step 1&2 | Top-flight student. ECFMG canceled her USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty. Transferred to another medical school. |
| 52 | Dr. Wendy Westbrooks | USA | Transfer Student | 5 | Yes | Passed USMLE Step 1&2 | ECFMG canceled her USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty. Transferred to another medical school. |
| 53 | Dr. Yuri Soyferman | USA | Transfer Student | 5 | Yes | Passed USMLE Step 1&2 | ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty. Transferred to another medical school. |
| 54 | Dr. Antwi Boakye | USA | Transfer Student | 5 | Yes | N/A | ECFMG canceled his USMLE r. MD degree rendered useless Waiting for 5 years for Liberia to |

| | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| | | | | | | | update SLSOM's status to ECFMG. Facing extreme difficulty. Transferred to another medical school. |
| 55 | Dr. Astara Burlingame | USA | Transfer Student | 5 | Yes | N/A | ECFMG canceled her USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 56 | Dr. David Karam | USA | Transfer Student | 5 | Yes | Passed USMLE Step 1&2 | ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty. Transferred to another medical school. |
| 57 | Dr. Joan Nielsen | USA | Advanced | 4 | Yes | N/A | ECFMG canceled her USMLE Exam registration and could not take USMLE Steps. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty and ridicule |
| 58 | Dr. Jonathan Mawere | USA | New | 1 | Yes | Passed USMLE Step 1&2 | ECFMG canceled his USMLE Exam results. MD degree rendered useless Waiting for 5 years for Liberia to update SLSOM's status to ECFMG. Facing extreme difficulty. Transferred to another medical school. |
| 59 | Dr. Mathew Skaria | USA | Advanced | 3 | Yes | N/A | Also PhD. Licensed in Kenya as a surgeon. Facing ridicule and extreme hardship because of Liberia withdrew St. Luke School of Medicine-Liberia's recognition in 2005. |

| | Name | Country | Enroll-ment | Tri | SLSOM Graduate Y/N | USMLE Exam Status | Brief Narratives |
|---|---|---|---|---|---|---|---|
| 60 | Dr. Peace Jessa | USA | Advanced | 9 | Yes | N/A | Practicing osteopath. Facing ridicule because St. Luke School of Medicine-Liberia is not recognized in the USA. |
| 61 | Dr. Rita Patangia | USA | Transfer Student | 5 | Yes | N/A | Licensed nuclear technician. Passed All India Licensing Examination. Facing ridicule and extreme hardship because of Liberia withdrew St. Luke School of Medicine-Liberia's recognition in 2005. |
| 62 | Does 1 through 99 | Worldwide | | | | | Similar circumstances to those narrated above |

Many others