# EXHIBIT 1 - LIST OF STUDENT AND GRADUATE PLAINTIFFS

| No. | Name | Country |
| --- | --- | --- |
| 1 | Dr. Robert S. Farmer, Jr | USA |
| 2 | Suleiman Adekunle Omipidan | Nigeria |
| 3 | Pauline Ugochi Chilaka | Nigeria |
| 4 | Raymond Y Ofori | United Kingdom |
| 5 | Dr. Muhammed A.S.M. Al-Anzi | Saudi Arabia |
| 6 | Dr. Sid R. Rogers | USA |
| 7 | Dr. Karriem S. Watson | USA |
| 8 | Dr Emmanuel Okoye | Canada |
| 9 | Dr. Keith Patrick Steinhurst | USA |
| 10 | Dr. David Belshaw | USA |
| 11 | Linda Halisky | USA |
| 12 | Joseph Aiyegbusi | Nigeria |
| 13 | Ken Jordon | USA |
| 14 | Larry Lammers | USA |
| 15 | Dr. O. B. G. Nmorsi | Nigeria |
| 16 | Gbenga Gbayesola | Nigeria |
| 17 | Dr. Pius Ndubisi | Nigeria |
| 18 | Dr. Godwin Okonkwo | Nigeria |
| 19 | Chijioke Ejiogu | Nigeria |
| 20 | Steve Monday | Nigeria |
| 21 | Dr. Robin Ellsworth | USA |
| 22 | Dr. Miklos Major, III | USA |
| 23 | Dr. Amin Sain | United Kingdom |
| 24 | John Toluwani Oladele | Nigeria |
| 25 | Dr. Stanley Paul | USA |
| 26 | Darlington Esemuze | South Africa |
| 27 | Victoria Ofele | Nigeria |
| 28 | Dr. Mary Hulve | USA |
| 29 | Dr. Michael Hejazi | USA |
| 30 | Dr. Peter Kolosky | USA |
| 31 | Dr. Laurie Berg Kolosky | USA |
| 32 | Dervanna Troy Mckoy | USA |

| No. | Name | Country |
|---|---|---|
| 33 | Armand Dixon | USA |
| 34 | Carroll Braddy | USA |
| 35 | Christopher Sauda | Nigeria |
| 36 | Chukwuyem Obia | Nigeria |
| 37 | Dr. David Fyles | United Kingdom |
| 38 | Debrah Berger | USA |
| 39 | Felicia Jatto | Nigeria |
| 40 | Dr. Robert Hayes | USA |
| 41 | Dr. James Kyle | USA |
| 42 | Robert Irving | USA |
| 43 | Dr. Jason Payor | USA |
| 44 | Dr. Jerry Charles | USA |
| 45 | Dr. Kenneth Andronico | USA |
| 46 | M. C. K. Madubuike | USA |
| 47 | Dr. Manuel Faria | USA |
| 48 | Dr. Masilamony Pauliah | USA |
| 49 | Kathy Menefee | USA |
| 50 | Rebecca Hopkins | USA |
| 51 | Dr. Alexandra Schick | France |
| 52 | Dr. Wendy Westbrooks | USA |
| 53 | Dr. Yuri Soyferman | USA |
| 54 | Dr. Antwi Boakye | USA |
| 55 | Dr. Astara Burlingame | USA |
| 56 | Dr. David Karam | USA |
| 57 | Dr. Joan Nielsen | USA |
| 58 | Dr. Jonathan Mawere | USA |
| 59 | Dr. Mathew Skaria | USA |
| 60 | Dr. Peace Jessa | USA |
| 61 | Dr. Rita Patangia | USA |
|  | Does 1 through 99 | Worldwide |