A G6

1

# An Analysis of the Practices and Policies of The St. Luke School of Medicine in Recent Years

George Gollin[1]
Professor of Physics
University of Illinois at Urbana-Champaign

November 5, 2009

Filed on 15-12-2009
2155
Registrar Court of Appeal

Introduction .................................................................................................. 4

Immediate disqualifications ........................................................................... 5

Past practices as predictors of future conduct ............................................... 6

The international stake in quality assurance and postsecondary oversight .................... 6

The St. Luke School of Medicine's approach to Ghana gives cause for concern .......... 7

The current presentation of the St. Luke School of Medicine ........................... 8

An overview of the current St. Luke School of Medicine .................................. 8

Jerroll Dolphin and Susana Dolphin are SLSOM's California-based principals ........... 9

The Dolphins' request for Ghanaian accreditation of SLSOM and their history of
claiming SLSOM is accredited ...................................................................... 11

Jerroll Dolphin, MD is unlicensed ................................................................. 12

Jerroll Dolphin is the primary provider of curriculum and training ....................... 12

The ongoing award of MD degrees to previously matriculated SLSOM students? ..... 15

SLSOM is a California entity, operating in the jurisdiction of the State of California  15

SLSOM is not registered as a California corporation ......................................... 16

The St. Luke Medical Foundation is associated with SLSOM and the Dolphins ......... 17

The internet domain registration for SLSOM specifies a Ghanaian postal address ..... 19

The physical location of SLSOM in Ghana ...................................................... 20

---

[1] G-gollin@illinois.edu

2

Summary: SLSOM now.................................................................................... 21

Vital International Foundation and its connection to SLSOM ......................................... 22

An overview of the Vital International Foundation ...................................................... 22

Susana Mitchell Dolphin heads VIF and Jerroll Dolphin runs its training programs... 23

Medical/clinical/instructional tourism run by VIF ...................................................... 24

Corporate and nonprofit registrations of VIF in California ........................................... 25

The Vital International Foundation shares infrastructure and personnel with SLSOM 26

VIF's California and Ghana addresses ...................................................................... 27

Is there a VIF – SLSOM – Earthcare International connection? ................................... 29

Other VIF personnel ............................................................................................ 31

Summary: the Vital International Foundation .............................................................. 31

The St. Luke School of Medicine, from 2000 to the present........................................... 32

The St. Luke School of Medicine appears to have been created in 1999 or 2000........ 32

The troubling rosters of SLSOM faculty and administration ....................................... 33

June 2001 SLSOM faculty................................................................................. 33

More about Professor Taliaferro Harris, MD: connection to Jerroll Dolphin .......... 34

More about Professor Taliaferro Harris, MD: practicing medicine without a license
in Ghana in collaboration with Jerroll Dolphin ...................................................... 36

More about Professor Taliaferro Harris, MD: conviction for felony medical fraud in
2009 for his activities in 2005 and earlier................................................................ 39

June 2002 SLSOM faculty................................................................................. 40

Professor Egbert Phipps runs unsavory degree providers widely described as
diploma mills ................................................................................................... 40

Steve Arnett is unlicensed and has significant involvement with other medical
diploma mills ................................................................................................... 40

Early registrations of the SLSOM internet domain used a California postal address .. 41

Internet domain registration history......................................................................... 42

3

The changing SLSOM faculty and administration ......................................................... 42

Glory Dolphin was SLSOM "CEO" and "Chief Business Development Officer" in
2001 .................................................................................................................................. 42

Self-presentation: brochure with Dogliotti school photo (mention author property);
course catalog ................................................................................................................... 44

Glory Dolphin is named in a 2001 SLSOM brochure's "properties" as the
document's author ............................................................................................................. 44

Physical locations associated with SLSOM infrastructure ........................................... 46

Inglewood, California ....................................................................................................... 46

SLSOM identifies a Ghanaian address for its finance and admissions officers ....... 46

David Karam's El Paso, Texas address received surface mail for SLSOM in 2006 47

Outcomes in medical education: the SLSOM classes of 2002 ......................................... 48

The standard for comparison: U.S. medical education ................................................... 48

The classes .......................................................................................................................... 49

David W. Karam ................................................................................................................. 49

Karam operates the "Institute for Adaptogenic Science" ........................................... 49

David Karam claims an SLSOM MD and also a LaSalle University diploma mill
degree .................................................................................................................................. 50

Personnel of the St. Luke School of Medicine faculty and administration ...................... 51

"Students' who immediately assumed leadership roles in SLSOM ............................... 51

Dolphin and Harris appear to arrange medical tours of western Africa ...................... 51

Disturbing connections to other organizations ................................................................. 53

Southern Graduate Institute ............................................................................................. 53

University of Science Arts and Technology Medical College of London .................... 53

Lady Malina Memorial Medical College .......................................................................... 53

The St. Luke School of Medicine in November 2009, and before .................................... 53

St. Luke School of Medicine students ................................................................................ 59

4

Larry Lammers..................................................................................................... 59

Connected organizations......................................................................................... 59

St. Luke Medical Foundation.................................................................................... 59

Project Africa 2000................................................................................................ 61

The Economic Development Fund Foundation ............................................................ 62

Edwin Muniz.......................................................................................................... 63

Herbert W. Winstead .............................................................................................. 65

Early version of SLSOM on pacbell.net ...................................................................... 68

Medical tourism ..................................................................................................... 68

## Introduction

The insufficient capacity of postsecondary institutions in the developing world to place students in local facilities, in combination with the economic advantage afforded to those who obtain university degrees, generates an attractive market for foreign degree providers.[2] Most of these foreign schools create legitimate programs featuring instruction by qualified faculty who teach college-level material to engaged students. But government oversight of universities that are international in extent is a challenging task, even when all the stakeholders—students, the university faculty and administration, and the governmental oversight agency—share the common goal of providing students with a quality education. When one of the participants is not acting in good faith, it can be fiercely difficult to detect and suppress the activity. Sometimes there is a dishonest degree provider. Sometimes an accreditor lacks the skill to detect misrepresentations.[3] Sometimes there are structural problems that prevent an agency from responding, even when it is aware that it appears to bestow legitimacy on an entirely fraudulent entity posing as a university.[4] Quality assurance is not a simple matter.

---

[2] This subject has been discussed extensively in the higher education literature. See, for example, "The Private Nature of Cross-Border Higher Education," Jason E. Lane and Kevin Kinser, *International Higher Education*, 53, Fall 2008.

[3] For example, "Accreditation of College in Former Soviet Republic Raises Questions of Oversight," Burton Bollag, *Chronicle of Higher Education*, September 8, 2006. See also "When Criminals Control the Ministry of Education," George D. Gollin, *International Higher Education*, 53, Fall 2008.

[4] "Wolves in Chancellors' Clothing," George D. Gollin, *International Higher Education*, 55, Spring 2009.

Last saved 10/31/2009 9:31 AM

5

*Immediate disqualifications*

Central to any effort at suppression of bogus schools is the accumulation of clear, irrefutable evidence documenting the unsavory practices and willful misrepresentations of an illegitimate degree provider. Some of the attributes that are warning flags are discussed in the best practices document *Toward Effective Practice: Discouraging Degree Mills in Higher Education* released by the Council for Higher Education Accreditation (CHEA) and the United Nations Educational, Scientific and Cultural Organization (UNESCO).[5]

The list of findings that should immediately disqualify a degree provider from receiving an operating license is long. A single determination of any of the following is likely to provide adequate grounds for immediate rejection of a school's application for licensure:

- The school's catalog misrepresents its physical facilities, either through inaccurate descriptions in text, or deliberately misleading photographs of buildings and grounds that could reasonably be thought to represent a campus, but do not;

- A significant number of the school's instructors or administrators do not hold the academic credentials appropriate for successful discharge of their responsibilities, or claim bogus credentials from unrecognized degree providers;

- The school operates, or has a history of operating, without legal authority from the appropriate government agency in its home jurisdiction;

- In the case of the licensed professions, the school's graduates fail to obtain licenses, or fail to thrive as practitioners, with unusually large probability;

- A significant portion of the school's graduates use their credentials for commercially deceptive or criminally fraudulent activities, indicating that the school is complicit in their deceptions;

- The school awards academic credit without requiring demonstration of mastery of the subject matter for which the credits are awarded;

- The school's articulation agreements with other schools reveal that the school awards transfer credits regardless of the level of mastery of the subject matter associated with the transferred credits;

- The school masks its internet domain registration information behind a privacy service, hiding the identities of its administrative officers;

---

[5] *Toward Effective Practice: Discouraging Degree Mills in Higher Education*, Council for Higher Education Accreditation and the United Nations Educational, Scientific and Cultural Organization, 2009, http://www.chea.org/pdf/degree_mills_effective_practice.pdf.

Last saved 10/31/2009 9:31 AM

6

- The school will not reveal the names of its instructors or the identities of its senior administrators;

- The school shares a significant number of instructors or administrators with other schools known to hold any of the attributes listed above.

## Past practices as predictors of future conduct

Recent history shows that the past practices of the principals of a degree provider can be good predictors of how they will operate a new school. The owners of the "St. Regis group" of diploma mills repeatedly claimed they were revamping their practices and policies. In spite of this, they continued to sell degrees to unqualified customers without providing meaningful instruction or portfolio evaluation. Over time the owners of St. Regis ran through 66 differently named "universities" of their own invention, only stopping when their computers and supplies used in fabricating diplomas were seized by U.S. federal authorities.[6] James Kirk, the owner of the Louisiana-based "LaSalle University" diploma mill was imprisoned for his LaSalle business. Within weeks of the start of his prison term, Kirk and his wife had launched a new diploma mill named "Edison University" whose promotional material was mailed to customers from the city in which Kirk was incarcerated.[7]

## The international stake in quality assurance and postsecondary oversight

It is becoming increasingly common for academic credentials earned in one country to be used in seeking employment in another country. In the European Union the Bologna Accords are intended to facilitate this by easing the transfer of academic credentials across national boundaries.[8] In the case of foreign medical credentials to be used inside the United States, one avenue for cross-border acceptance is provided by the Foundation for Advancement of International Medical Education and Research:

> The Foundation for Advancement of International Medical Education and Research maintains the barrier between the United States Medical Licensing Exam and students from non-US medical schools. Only graduates from schools in the foundation's International Medical Education Directory can take the exam. The directory is compiled from information provided by national ministries of health.[9]

But there is a fundamental structural problem in the FAIMER wall at the border of the United States, with examples of its breach discussed in the higher education literature:

---

[6] See the large volume of material associated with *United States of America vs. Dixie Ellen Randock et al.*, some of which is available online at http://www.hep-uiuc.edu/home/g-gollin/pigeons/#sru_ussg.

[7] *Degree Mills: the Billion Dollar Industry That Has Sold Over a Million Fake Diplomas*, Allen Ezell and John Bear, Prometheus Books, Amherst, New York, 2005, page 52.

[8] A great deal of material discussing the Bologna Accords can be found in articles carried by *International Higher Education*, available online at http://www.bc.edu/bc_org/avp/soe/cihe/newsletter/.

[9] Op. cit., "Wolves in Chancellors' Clothing."

Last saved 10/31/2009 9:31 AM

7

...without an independent means to verify received information, the directory can be no more accurate than its input data.

The American owners of the "St. Luke School of School of Medicine" took advantage of the catastrophic civil war in Liberia to claim, without governmental challenge, to be training medical students in Monrovia. (They weren't.) In 2004 the Liberian government declared St. Luke to be operating illegally. In 2005 US embassy personnel in Liberia visited St. Luke and found "no evidence of anything resembling a functioning, credible medical school." Even so, St. Luke remained in the International Medical Education Directory database at least through 2005, entitling its customers to sit for the licensing exam.

The "University of Science Arts and Technology" pretends to teach medicine in Montserrat and sports an imaginary pseudopod named the "Medical College of London." The owner holds an MD from a diploma mill, while the "dean" also works for the St. Luke School of Medicine. In spite of this, the "university" retains its directory listing.

The International Medical Education Directory suffers the linked problems of unreliable input information and inadequate investigative capacity. The Foundation of International Medical Education and Research could develop an early warning system that would raise flags for further action. A mechanism to receive unsolicited expert information, in combination with sensible metrics for reliability ("is the country in the throes of a horrific civil war?") would improve the directory's accuracy.[10]

The United States clearly has an interest in keeping untrained physicians from attempting to practice medicine in this country. This is true for other countries as well: all nations have a strong interest in preventing untrained health care workers from assuming clinical responsibilities through the acquisition of bogus medical degrees. The cross-border portability of academic credentials makes the events pertaining to accreditation and licensure of postsecondary programs in one country of direct interest to the authorities (and residents) of another country.

*The St. Luke School of Medicine's approach to Ghana gives cause for concern*

The St. Luke School of Medicine (SLSOM), mentioned in the material quoted above, is currently seeking accreditation in Ghana to operate as a medical school authorized to award M.D. degrees. This is a disturbing turn of events, based on the past history and practices of the school and its owners. At least three SLSOM customers in the United States have been imprisoned for their "medical" activities. One of the American owners of SLSOM, who is not licensed to practice medicine in the United States, has described practicing medicine (including giving injections and prescribing medication) on trips to Africa with an American colleague, described as a "professor" at SLSOM, who also lacks a physician's license. This same colleague was convicted of felony medical fraud in California in July 2009. In addition, some members of the senior administration of SLSOM have participated in the operation of other medical diploma mills.

---

[10] Op. cit., "Wolves in Chancellors' Clothing."

8

In this report I discuss the historical record for the St. Luke School of Medicine and describe the activities of some of the members of its faculty, administration, and student body. In order to assay the outcomes of the education delivered by St. Luke to its students, I will describe the professional paths taken by members of its March 2002 and July 2002 graduating classes. The information is rich in complexity due to the tangled interconnections between the various personnel and organizations.

## The current presentation of the St. Luke School of Medicine

### An overview of the current St. Luke School of Medicine

In late 2009 the SLSOM web site informed visitors that it was "founded in 1998, and chartered in Liberia as 'St. Luke School of Medicine (SLSOM)'" to provide "professional doctoral training in allopathic medicine. St. Luke School of Medicine offers a four-year Doctor of Medicine curriculum." A screen shot of the school's home page on the internet domain www.stluke.edu is shown in the following screen shot.



The home page informs visitors that SLSOM is not accepting students into its academic programs at the present time. It is apparent that SLSOM is referring to its MD-granting activity when it refers to "academic programs."

Even though it has paused its award of MD degrees, SLSOM continues to offer a variety of training courses, most notably for the United States Medical Licensing Exam (USMLE).

8

9

The SLSOM web site contains a small number of links to pages elsewhere in the web site, though pages previously available through a chain of links that would begin at the home page are still present in the site's directories.

*Jerroll Dolphin and Susana Dolphin are SLSOM's California-based principals*

Jerroll Bahruck Rudolph Dolphin grew up in the United States, graduating from Dorsey High School in Los Angeles in 1967[11] and, according to Dolphin, obtaining an undergraduate degree in physics and mathematics from San Jose State University (in 1973) and an MD degree from Spartan Health Sciences University, St Lucia, West Indies.[12]

Susana Ofori-Atta Mitchell Dolphin is Ghanaian-born, and Jerroll Dolphin's wife.[13] She has considerably less presence on the worldwide web than does her husband. She is sometimes referenced as "Susana Mitchell" and sometimes as "Susana Mitchell Dolphin" in instances where it is clear that the references are to the person associated with Jerroll Dolphin's activities. She is the head of "Vital International Foundation," to be discussed below.[14]

A large amount of information available on the worldwide web indicates that the Dolphins' principal residence is almost certainly in, or near Los Angeles County. One of many indications comes from the *California Crusader News*, a "multicultural community newspaper" with an Inglewood, California postal address. The February 5, 2009 edition of the newspaper[15] carried legal notices including one for a public lien sale in which a number of items belonging to Jerroll Dolphin were sold. The 2009 date and Inglewood location suggest that Dolphin resided in, or near Inglewood. Considerably more material is available to reinforce this Southern California presence for the Dolphins.

---

[11] http://www.classmates.com/profile/user/view?registrationId=221010121

[12] http://web.archive.org/web/20010712004809/http://www.stluke.edu/faculty.html and http://74.125.95.132/search?q=cache:ih4gAYTQbuoJ:www.classmates.com/directory/public/memberprofile/list.htm%3FregId%3D221010121+jerroll+dolphin+1973&cd=1&hl=en&ct=clnk&gl=us

[13] Op. cit., information from Nancy Keteku.

[14] http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html

[15] http://calcrusnews.com/CC/PUBLICATIONS/archives/2-5-2009.swf

Last saved 10/31/2009 9:31 AM

10

NOTICE OF PUBLIC LIEN SALE
Notice is hereby given by the undersigned that a public lien sale in accordance with the provisions of Section 21700 et seq, of the Business & Professional Code of the State of California of the following described personal property will be held at the hour of 9:00 A.M., on the 19th day of Feb, 2009, on the premises where said property has been stored and which is located at A-AMERICAN SELF STORAGE, 10833 S. Prairie Avenue, Inglewood, CA 90303, County of Los Angeles, State of California.

Unit # Name Description

148, Delores M. Yarbrough, 15 + boxes, chair, mattress; 335, Wilhelmina Barnes, tool box, speakers, mattress; 96, Oralia G. Cortez, 6 boxes, 2 suitcases, clothes; 225, Green G. Cross, Tools, entcenter, printer; 52, April Smith, 5 Bags, vacuum, 1 plastic tub; 150, Hector F. Gutierrez, TV, Kitchen set, 10 boxes; 176, Edgard Geussan, Desk, bed, tool box; 300, Sergio Martinez, Bike, washer 2 cabinets; 325, Jarroll Dolphin, 3 file cabinets, 35 + boxes, 3 chairs; 300, Juan Antonio Urrutia, 13 + boxes, 3 crates, clothes; 34, Stephanie Johnson, TV, bags, plastic tubs; 252, Laverne Scruggs, bed, table, dresser; 289, Essence Ashton, clothing, 2 + bags, tub; 340, Gregory Pittman, table, sofa, boxes; 124, Martin Silva, tools, 50 + boxes; 220, Keith Crawford, desk, chair, bed, computer; 332, Tia Dixon, toys, bike, bags; 345, Shelly Stephenson, speakers, vacuum, ice chest; 167, Jose Gutierrez, stove, trunk, plastic tubs; 161, Victor Yates, 10 + boxes, 2 TV, stereo; 201, Moises Aguiler, 15 + boxes, 3 plastic tubs; 247, Albert L. Parker, power tools, tool box, 9 + boxes; 267, Larry Ware, sofa, dresser, sewing machine

Auction Conducted by A-American Storage Management Co., Inc.  Bond #72BSBBU5400
Dated: 2-7-09
Signed: Gloria Cline - Manager/s
California Crusader News
CN813438 72BSBBU5400 Feb 5,12, 2009

A phonenumber.com search for people with last name "Dolphin" in Inglewood produces a hit to Glory Dolphin as the CEO of SLSOM.

| WORK LISTING | |
|---|---|
| **Dolphin, Glory** | SPONSORED LINKS |
| | View More Records for Glory Dolphin |
| Job title:   Chief Executive Officer | |
| Company:   St Luke School of Medicine | Glory Dolphin, Age 34 |
| | Glory Dolphin, Age 34 |
| 8516 S 11th Ave, Fl 2 | Glory Dolphin, Age 34 |
| Inglewood, CA 90305-1988 | |

It is possible that Glory is the daughter of Jerroll and Susana (see material below).

Last saved 10/31/2009 9:31 AM

11

*The Dolphins' request for Ghanaian accreditation of SLSOM and their history of claiming SLSOM is accredited*

Jerroll Bahruck Rudolph Dolphin and Susana Ofori-Atta Mitchell Dolphin have approached the Ghanaian National Accreditation Board (NAB)[16] requesting that it issue accreditation to the St. Luke School of Medicine to function as an MD-granting institution. In Ghana, "accreditation" corresponds most closely to postsecondary licensure in the United States: a school cannot hire faculty or begin its programs of instruction before it is accredited. Fully aware of St. Luke's history, NAB has been unwilling to accredit SLSOM. A Ghanaian court has ordered NAB to grant accreditation to SLSOM within 30 days of its recent ruling; the deadline corresponds approximately to the end of November. Note that SLSOM is not accredited by Ghana at the present time, and was not accredited by Ghana in the past.[17]

In spite of its current lack of accreditation, SLSOM has frequently claimed that it is (or had been) accredited, or operates an instructional facility in Ghana, or is actively hiring staff for such a facility. This is evident in archives of the SLSOM site, with screenshots below.[18]

| | | |
|---|---|---|
| St. Luke School of Medicine is a private medical school established in June 1998 and accredited in Liberia and Ghana. St. Luke School of Medicine offers solely a medical curriculum.<br><br>July 12, 2001 | St. Luke School of Medicine offers a four-year Doctor of Medicine curriculum. The first two years of Basic Science is conducted in Liberia, in conjuction with A.M. Dogliotti School of Medicine, University of Liberia, or at Cape Coast, Ghana, or, online for advanced students only, in conjuction with our professors and staff.<br><br>June 4, 2002 | St. Luke School of Medicine offers a four-year Doctor of Medicine curriculum. The first two years of Basic Science is conducted in Montrovia, Liberia, or near East Lagon, Accra, Ghana, or Lagos, Nigeria, or Duna, India. The online course is reserved for advanced students only, preferably students with more than 10 years of clinical experience in medically related fields, or Master of Science, or Ph.D. in a medically related field. The online course is identical to the curriculum of those courses taught onsite.<br><br>August 6, 2003 |

---

[16] http://nab.gov.gh/nabsite/

[17] Information about the status of the SLSOM accreditation process from Nancy Keteku, Regional Educational Advising Coordinator for Africa, Bureau of Educational and Cultural Affairs, United States Department of State.

[18] July 12, 2001: http://web.archive.org/web/20010712004848/www.stluke.edu/index.html

June 4, 2002: http://web.archive.org/web/20020604074536/stluke.edu/index.html

August 6, 2003: http://web.archive.org/web/20030806100755/www.stluke.edu/index.html

May 15, 2004: http://web.archive.org/web/20040515094444/stluke.edu/campuses.html

May 1, 2007: http://web.archive.org/web/20070501140842/http://www.stluke.edu/

March 8, 2008: http://web.archive.org/web/20080308194219/http://www.stluke.edu/

Last saved 10/31/2009 9:31 AM

12



May 15, 2004

May 1, 2007

March 8, 2008

*Jerroll Dolphin, MD is unlicensed*

If Dolphin were to hold a physician's license it would have been issued by California.
However, according to the Medical Board of California's "Physician License Lookup"
facility, no licensed allopathic physician in California has the last name "Dolphin." In
addition, there are no licensed osteopathic physicians in California with last name
"Dolphin." [19]

*Jerroll Dolphin is the primary provider of curriculum and training*

Jerroll Dolphin's name appears frequently in the SLSOM web pages. He is the
owner/operator of SLSOM. For example, in the "learning and test center" page accessible
through the path "Students & Staff" → "Nursing & PreMed" we find him listed as
"Instructor"[20]

---

[19] http://www.medbd.ca.gov/lookup.html
[20] http://www.gvtestcenter.com/student/testselect.php?instructorid=JBDolphin

13.

 **Learning & Test Center**

STUDENT LOGIN (Specify Test/Study Guide)

► Select a test/study guide and then click **OK** to take it.

**Instructor:** Jerroll Dolphin (St Luke School of Medicine)

**Tests/StudyGuides:**

*** No Tests Available ***

In the "SLSOM Booklist" page some of the volumes are identified as "Dr. Dolphin's recommendations." [21]

---

[21] http://www.stluke.edu/booklist.html

Last saved 10/31/2009 9:31 AM

14



**ST. LUKE SCHOOL OF MEDICINE**

Information Office, 1010 11th Ave, Inglewood, CA 90003

(323) 565-0704 3784, 3737. P Fax: 201-741-1477, Fax: (323) 565-0704

Website Line: 1777 Atlanta 620

E-mail: info@stluke.620

## Official Book List

| **First Semester** |
|---|

* Optional. Bold: Dr. Dolphin's recommendations

| 1. ATLAS OF HUMAN ANATOMY, Frank H. Netter, 2nd edition, Novartis, ISBN 0-914168-81-9 | $99.95 |
|---|---|
| or | |
| 2. ESSENTIAL CLINICAL ANATOMY, Keith Moore, 1st edition, Lippincott William Wilkins, ISBN 0-7817-2831-2 | $45.00 |
| 3. *ANATOMY COLORING BOOK, Wynn Papit, et al, 2nd edition, Addison Wesley, ISBN 0-06-0455016-8 | $19.99 |

Jerroll Dolphin is also the "Medical Training Director" of the Dolphins' "Vital International Foundation,"[22] to be discussed below.

It is curious that he conducts training session to prepare students for the US Medical Licensing Exam, even though he is not licensed.

---

[22] http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html

Last saved 10/31/2009 9:31 AM

15

*The ongoing award of MD degrees to previously matriculated SLSOM students?*

Though it is not enrolling new students, the SLSOM home page makes clear that
currently enrolled students are permitted to continue their academic work: "SLSOM will
allow its current students to continue their academic work online, and elsewhere." It is
reasonable to assume that currently enrolled students who fulfill St. Luke's requirements
for the award of an MD degree will receive the degree, even if SLSOM is not admitting
new students. If this is true, then the St. Luke School of Medicine presently operates as
an institution that awards MD degrees in addition to offering UMLE preparatory classes.

*SLSOM is a California entity, operating in the jurisdiction of the State of California*

"Dr. Dolphin" is the contact person for enrollment in USMLE training courses offered by
St. Luke. The SLSOM home page has an active link to the training program, which
initially brings visitors to an "SLSOM Online Agreement."[23] Dolphin's email address,
jdolphin@stluke.edu, is visible in the next screen shot.



Towards the end of the same page is a clear declaration of the jurisdiction in which
SLSOM considers itself to operate, as shown in the following screen shot.

---

[23] http://www.stluke.edu/Online_Agreement_A.html.

Last saved 10/31/2009 9:31 AM

16



St. Luke identifies itself as based in the United States: "The Site is controlled, operated and administered by St. Luke School of Medicine from its offices within the United States of America. St. Luke School of Medicine makes no representation that materials at Stluke.edu are appropriate or available for use outside of the United States…"

The school's "online student agreement" carried on this web page identifies SLSOM as a California entity, operating under the color of California law: "This Agreement shall be governed by the laws of the State of California, without giving effect to its conflict of laws provisions. Any dispute which arises from the use of this Site shall be heard by a court of competent jurisdiction sitting in and for the State of California." It is reasonable to assume that the MD-issuing portion of SLSOM is also operating subject to California law, so that SLSOM's program for currently enrolled students who will receive SLSOM MD degrees is in California's jurisdiction.

*SLSOM is not registered as a California corporation*

A search in the California Business Portal[24] maintained by the California Secretary of State for a California corporation which includes "St. Luke" or "Saint Luke" in its name returns no records for the St. Luke School of Medicine. The same is true for a search of LP/LLC entities known to California. The closest entry is to a "St. Luke Medical Center, Inc," formerly of Torrance, California, whose registration was suspended.[25]

---

[24] http://kepler.sos.ca.gov/

[25] http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2832122

Last saved 10/31/2009 9:31 AM

17

*The St. Luke Medical Foundation is associated with SLSOM and the Dolphins*

The GuideStar web site,[26] which carries information about nonprofit organizations, knows of a "St. Luke Medical Foundation" founded in 1990, and using the address 101 North La Brea Avenue, Suite 305, Inglewood, California."[27] This appears to be related to the St. Luke School of Medicine: the www.watchdog.net web site identifies its contact person as "John Dolphin."[28]

## St Luke Medical Foundation

This is a description of a US tax-exempt organization, based on IRS records.

| | |
|---|---|
| EIN | 943119561 |
| IRS approved on | 1990/08 |
| Last filed | |
| Contact | % John Dolphin |
| Address | 101 N La Brea Ave Ste 305 |
| | Inglewood CA 90301-1790 |
| Filing month | 12 |
| Assets | $ |
| Income | $ |
| Revenue | $ |
| Category | Charitable Organization |
| Activity | Described in section 170(b)1)(a)(vi) of the Code |
| Activity | Care and housing of children (orphanage, etc) |
| Filing | 990 - Not required to file (all other) |
| Filing | 990-PF return |
| Foundation | Private non-operating foundation |
| Affiliation | Independent |
| Exemption | Unconditional Exemption |
| Organization | Corporation |

Contributions are deductible.

More information about John Dolphin is available in a Zoominfo.com archive of an early SLSOM faculty page that dates from June 13, 2000, before SLSOM had acquired its stluke.edu domain.[29] In it we see the following:

---

[26] http://www2.guidestar.org/

[27] http://www2.guidestar.org/ReportNonProfit.aspx?ein=94-3119561&Mode=NonGx&lid=39727&dl=True

[28] http://watchdog.net/cin/943119561/st-luke-medical-foundation

[29] http://www.zoominfo.com/people/Dolphin_John_39091077.aspx. The archived faculty roster was from http://stlukesom.edu.hosting.pacbell.net/docs/faculty.html.

17                                                      Last saved 10/31/2009 9:31 AM

18



This is the same SLSOM run by Jerroll Dolphin: both Ayeni and Bristol appear on later faculty rosters, though John Dolphin does not.

The California Department of Real Estate lists a broker named Yahyaa Bari John G Dolphin, now deceased, who had used an Oakland address.[30] He first obtained a broker's license in 1988. According to his daughter, John Dolphin died September 26, 2005.[31] It is likely that John was Jerroll's brother: John's daughter refers to Glory Dolphin (see below) as her cousin.

A June 2, 2001 archive of the faculty roster from the SLSOM web site[32] shows the same address as used by the Foundation:

> St. Luke School of Medicine
> 310-419-3900 or
> 323-293-6575
> E-FAX: 801-751-1477
> FAX: 310-419-3904
> E-mail: scommand@pacbell.net
> Information Office. 101 N. La Brea Ave, Suite 305,
> Inglewood, CA 90301, or
> P.O. Box 8390, Los Angeles, CA 90008
>
> Curriculum | Faculty | Admission Information | Tuition and Fees
> View Liberia & Campus | View Proposed Cape Coast Campus | View
> News Articles about SLSOM
> Email | Home | Online Courses | Download Brochure or Application
> Two Days Experience at a Refugee Camp in Ghana

---

[20] http://www2.dre.ca.gov/PublicASP/pplinfo.asp?License_id=00996377

[31] http://sunshinelia.deviantart.com/journal/?offset=5

[32] http://web.archive.org/web/20010602092105/www.stlukesom.edu.hosting.pacbell.net/docs/faculty.html

19

*The internet domain registration for SLSOM specifies a Ghanaian postal address*

The internet domain registration for stluke.edu names Dolphin as both the administrative and technical contact for the school, but specifies an address in Ghana for the organization, as shown in the following image of part of the web page http://whois.domaintools.com/stluke.edu.



Note that the stluke.edu domain for SLSOM was first activated June 11, 2001.

The server data for stluke.edu reveals that the web site is hosted by a server in San Antonio, Texas:

20

*The physical location of SLSOM in Ghana*

It is likely that the building identified as the site of SLSOM is at 567 Koowulu Street in
Accra. Though no longer linked into the SLSOM home page, photographs are still
available on the web site here: http://stluke.edu/slsomghanapics.html. Here are two
exterior pictures from the site. They do not appear to correspond to the same building.



21



## Summary: SLSOM now

SLSOM appears to be a family operation run by Jerroll and Susana Dolphin. It appears that they had worked with Jerroll's deceased brother John through the creation of a charitable foundation called the "St. Luke Medical Foundation" which used the same mailing address as SLSOM. Another family member, Glory Dolphin (perhaps the daughter of Jerroll) was associated with SLSOM in its first years of operation. The Dolphins also run the Vital International Foundation.

In the past, St. Luke has falsely claimed to be an accredited degree-granting institution in Ghana.

SLSOM is a California entity, though not registered as a corporation. The Dolphins have a significant physical presence in southern California, though they appear to have close ties to Ghana, perhaps through Susana's family.

Jerroll Dolphin is not licensed as a doctor of medicine or as a doctor of osteopathy.

22

SLSOM has stopped admitting new students, perhaps in association with its attempt to obtain accreditation: it would almost certainly be operating illegally (as it has done in the past) to enroll students in a degree-granting program without permission from the Ghanaian authorities.

SLSOM claims that it continues to offer instruction in non-degree programs such as a USMLE-preparation course. Jerroll Dolphin appears to be the primary provider of these programs.

It is likely that students already enrolled in SLSOM will still be awarded MD degrees upon completion of any remaining requirements imposed on them by SLSOM.

The present version of the SLSOM internet domain registration specifies a post office box in Accra, Ghana as the SLSOM mailing address.

## Vital International Foundation and its connection to SLSOM

*An overview of the Vital International Foundation*

The Vital International Foundation engages in fundraising for what it identifies as "HIV/AIDS Prevention, Care, Testing, Support and Out-Reach." It claims to offer the following services:

- Information and education on HIV/AIDS/STDs
- Confidential HIV counseling and testing
- Help in finding health care and other supportive services for people living with AIDS
- The only HIV/AIDS Hotline in Ghana for counseling and information
- Counselor training
- Out-reach programs for high-risk groups
- Support groups, which help infected people live positively with HIV and AIDS. [33]

VIF claims to have a goal of raising $1 million in donor support this year. [34]

---

[33] http://www.vitalinternational.org/does/brochure.pdf
[34] http://www.vitalinternational.org/donation.html

Last saved 10/31/2009 9:31 AM

23

CONTRIBUTE, MAKE A DIFFERENCE, RECEIVE A FREE GIFT

Vital International Foundation has set a goal to raise $1,000,000 this year for its programs. WE NEED YOUR HELP! Our fundraising projects provide free gifts to people who donate $50.00 or more to our programs. In addition, when you purchase a product from our store, 10% of your payment will be donated to vital's programs.

An individual, a group, or an organization can earn money or receive free gifts by raising funds for our organization (please see document on fundraiser incentive).

The organization offers incentives to volunteer fundraisers:

As a token of our appreciation for your fundraising efforts, and to recognize your valuable contribution to our organization, we would like to offer the following rewards for fundraising:

$75.00 Beaded necklace or Bracelet

$100.00: Vital International Foundation baseball cap or hat.

$300.00: Vital International Foundation t-shirt

$500.00: African Leather bag

$1000.00: African wood carving (Art work) [35]

*Susana Mitchell Dolphin heads VIF and Jerroll Dolphin runs its training programs*

VIF is run by Susana Mitchell Dolphin; the VIF "Medical Training Director" is Jerroll Dolphin. [36]

| Main Contact |
| --- |
| (Authorized to sign agreements on behalf of your company) |
| Name: Susana Mitchell Dolphin |
| Telephone Number: +233-21-675638 or +233-24-3251965 |
| Email Address: smitchell@vitalinternational.org or medsthke@yahoo.com |
| **Medical Training Director:** |
| Name: Jerroll B. R. Dolphin, M.D. |
| Telephone Number: +233-21-675639 |
| Email Address: jdolphin@vitalinternational.org |
| Or jdolphin@slake.edu |

---

[35] http://www.vitalinternational.org/docs/VolIncentive.pdf

[36] http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html

Last saved 10/31/2009 9:31 AM

24

Even though Jerroll Dolphin has no license, he teaches USMLE classes through VIF.

The VIF web site states that it offers training programs in a number of areas, as shown in the following screen shot from
http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html.

TRAINING INFORMATION

Which training programs do you offer?

HIV/AIDS Counselor Training

NCLEX exam preparation (starting September 2006)

USMLE exam preparation (starting September 2006)

TOEFL exam preparation (starting September 2006)

SAT exam preparation (starting September 2006)

*Medical/clinical/instructional tourism run by VIF*

VIF arranges visits to Ghana of two week's duration for volunteers who are interested in teaching or providing clinical services, though none appear to have been scheduled since late 2005.[37] This appears to be a sort of medical/volunteer tourism, also to be found in some of the St. Luke School of Medicine web pages as a service offered by SLSOM. The fee to VIF is $1,985 which covers "accommodations, meals, and transportation to and from project sites, program expenses, administrative costs, travel insurance and trained staff" but not round trip transportation between the volunteer's home country and Ghana.

As is the case with VIF's fund raising, incentives are offered for individuals who help organize group trips to Ghana: "You can travel for free when you recruit 9 people to participate in our volunteer program. You will earn full credit of $1,985 to cover your two weeks expenses in Ghana. Additional $1,000 credit can be earned towards your airfare if you recruit 8 more people."[38]

TRAVEL FOR FREE!

You can travel for free when you recruit 9 people to participate in our volunteer program. You will earn full credit of $1,985 to cover your two weeks expenses in Ghana. Additional $1,000 credit can be earned towards your airfare if you recruit 8 more people.

---

[37] http://www.vitalinternational.org/testprepapply.html

[38] http://www.vitalinternational.org/volunteer_fundraise.html

Last saved 10/31/2009 9:31 AM

25

*Corporate and nonprofit registrations of VIF in California*

"Vital International Health & Education Services, Inc." is a suspended California corporation listing Susana Mitchell as agent (almost certainly the same person as "Main Contact Susana Mitchell Dolphin"):[39]

> ### Corporation
>
> VITAL INTERNATIONAL HEALTH & EDUCATION SERVICES INC.
>
> Number: C2137456  Date Filed: 4/27/1999  Status: suspended
>
> Jurisdiction: California
>
> **Address**
>
> 6709 LA TIJERA BLVD PMB 272
>
> LOS ANGELES  CA 90045
>
> **Agent for Service of Process**
>
> SUSANA MITCHELL
>
> 3481 STANCREST DR NO 331
>
> GLENDALE, CA 91208-1300

The California Secretary of State defines the "suspended" status for a corporation this way:[40] "The business entity's powers, rights and privileges were suspended or forfeited in California 1) by the Franchise Tax Board for failure to file a return and/or failure to pay taxes, penalties, or interest; and/or 2) by the Secretary of State for failure to file the required Statement of Information and, if applicable, the required Statement by Common Interest Development Association."

The website "idealist.org" has a listing for Vital International:[41]

> VITAL INTERNATIONAL HEALTH & EDUCATION SERVICES INC.
> ▸ Click here to view the email address
>
> o Location: 6709 La Tijera Blvd #146, Los angeles, California, 90045, United States
> o Contact person: susana mitchell Dolphin
> o Website: http://www.vitalinternational.org
>
> o Sector: Nonprofit                        o Phone: 310 568 0887
> o Fax: 310680 0185                         o Last updated: July 2  2009
>
> · Mission:
>
> To help improve the sexual reproductive health of people living in Africa.
>
> (www.vitalinternational.org)
>
> http://www.idealist.org/if/en/av/Org/103824-287/c

---

[39] http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2137456

[40] http://www.sos.ca.gov/business/be/ebs-field-status-definitions.htm

[41] http://www.idealist.org/if/i/en/av/Org/103824-287/c

25

26

*The Vital International Foundation shares infrastructure and personnel with SLSOM*

The VIF web site shows a US fax number (323) 372-3757 and Ghanaian post office box as part of the information displayed with its "company information" data:[42]

| |
|---|
| Company Name: Vital International Foundation |
| Registered Legal Name: Vital International Foundation |
| Email Address: switchell@vitalinternational.org or medstluke@yahoo.com |
| Address: No. 567 Kaawmu Street |
| Zon, Latebiokorshie |
| Accra, Ghana |
| Or |
| P.O. Box M241 |
| Accra, Ghana |
| Telephone Number: +233-21-676638 or +233-24-3251965 |
| Fax Number: +233-21-676637 or +1-323-372-3757 |
| Web Address: www.vitalinternational.org |

These are the same coordinates used in the current internet domain registration for www.stluke.edu, shown earlier.

The VIF and SLSOM web sites show photographs of the two organizations' facilities that indicate shared space, though a certain amount of repainting seems to have taken place between the photographs displayed on the two web sites. Compare the following screen shots from the VIF and SLSOM web pages http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html (on the left) and http://stluke.edu/slsomghanapics.html (on the right):

---

[42] http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html

27



*VIF's California and Ghana addresses*

A brochure for VIF at http://www.vitalinternational.org/vitalbrochure.pdf provides a map to the facility.



28

The VIF contact information on its web site[43] specifies locations in Accra, Ghana and Inglewood, California:



The zip code is incorrect: proper zip codes for Inglewood are 90301 – 90313, 90397, and 90398. In reality 90045 a Los Angeles zip code valid for the address 6709 La Tijera Blvd., among other locations.

Apparently the Evergreen Street address is an apartment building whose pool was closed briefly because its water was improperly chlorinated:[44]

---

[43] http://www.vitalinternational.org/contact.html

[44] http://la.everyblock.com/pool-closures/by-date/2009/10/7/739750/

Last saved 10/31/2009 9:31 AM

29



*Is there a VIF – SLSOM – Earthcare International connection?*

The 544 Evergreen St. address is also the address associated with a tax exempt organization named "Earthcare International, Inc." The contact person for this organization is "Kofi M. Ladzekpo." There is only minimal internet presence for Earthcare known to Google. [45]

---

[45] http://www.taxexemptworld.com/organization.asp?rn=1271752

30

| | EARTHCARE INTERNATIONAL INC 544 EVERGREEN ST APT 11 |
|---|---|
| Organization Name/ Address | INGLEWOOD, CA 90302-4196 |
| **Asset Amount** | n/r |
| **Income Amount** | n/r |
| **Form 990 Revenue Amount** | n/r |
| Employer Identification Number (nine digit number assigned by the IRS to identify a company) | (available with membership or data download) |
| In Care Of Name (the officer, director, etc. to whose attention any correspondence should be directed) | KOFI M LADZEKPO |
| Classification (category under which an organization may be tax exempt) | Educational Organization |
| Filing Requirement (the primary return(s) the organization is required to file) | Form 990 - Not required to file(all other) |
| Taxonomy (classifies an exempt Internal Revenue Code 501 (c)(3) organization) | Remedial Reading, Reading Encouragement |
| Secondary Name (another name under which this nonprofit organization does business. Also used for trade names, chapter names, or local numbers for subordinate organizations of group rulings) | n/r |
| Affiliation (defines the organizational grouping) | This organization is an independent organization or an independent auxiliary (i.e., not affiliated with a National, Regional, or Geographic grouping of organizations). |
| Deductibility Status | Contributions are deductible |
| Foundation Type | Private non-operating foundation |
| Tax Period (the date of the latest return filed) | n/r |

Last saved 10/31/2009 9:31 AM

31

Kofi Ladzekpo had also been the agent for "Redeemed Home Health Corporation,"[46] an organization that appeared in some online directories of home healthcare providers. Note that the corporation was dissolved.

| Corporation |
|---|
| REDEEMED HOME HEALTH CORPORATION |
| Number: C2683802  Date Filed: 11/18/2004  Status: dissolved |
| Jurisdiction: California |
| Address |
| 13332 GOLDEN VALLEY LN |
| GRANADA HILLS, CA 91344 |
| Agent for Service of Process |
| KOFI LADZEKPO |
| 13332 GOLDEN VALLEY LN |
| GRANADA HILLS, CA 91344 |

## Other VIF personnel

There is little mention of VIF staff on the web site. Besides Jerroll and Susana Dolphin, there are "Testing Administrator Contact/Proctor Contact" Stephen Boateng and "Finance/Billing Contact" Stephen Mensah. Both have Ghanaian phone numbers.

## Summary: the Vital International Foundation

I am left with the general sense that VIF cannot be an effective force for good in Ghana.

VIF appears to have minimal staff, claims to offer training courses probably taught by the unlicensed Jerroll Dolphin, and organizes visits for volunteers, apparently providing little more than food and shelter for a price that seems high by Ghanaian standards. (The VIF web site describes the costs of spending time in Ghana to be low, recommending that travelers budget $20 to $30 per week "to moderately shop, take taxis, and use the internet cafes, etc."[47]

The clear connection between VIF and SLSOM is worrisome.

I am curious to know how much of the money brought in by VIF is actually used to pay anything other than the salaries and expenses of its staff.

---

[46] http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2683802

[47] http://www.vitalinternational.org/volunteer_money.html

32

## The St. Luke School of Medicine, from 2000 to the present

*The St. Luke School of Medicine appears to have been created in 1999 or 2000*

The domain registration shown previously for stluke.edu indicates that the domain was first created June 11, 2001. Before then, SLSOM used stlukesom.edu.hosting.pacbell.net, a subdomain hosted by PacBell.

The first of the PacBell SLSOM sites archived by the Internet Archive was captured March 5, 2001.[48] It is simple in structure and content in comparison to the SLSOM sites from a few years later, giving the visitor a clear sense that the web site was young, rather than one that had been neglected by the Internet Archive. The home page described SLSOM as accredited by both Liberia and Ghana.[49]

> St. Luke School of Medicine is a private medical school accredited in both the Republic of Ghana and the Republic of Liberia, in West Africa. The Basic Science campus is located in Cape Coast, Ghana. It was established in June 1998 and accredited in January 1999 in Ghana, and August 2000 in Liberia. St. Luke's is registered with the World Health Organization in Geneva, Switzerland. Students and graduates of St. Luke's will be eligible to take the United States Medical Licensing Examination (USMLE), administered by the Educational Committee for Foreign Medical Graduates (ECFMG). St. Luke School of Medicine schedules three semesters each calendar year, each called a trimester. The trimesters are scheduled to begin the second or third Monday of January, May, and September, each year. Clinical science students can begin rotations on any working Monday at any time of the year.
>
> St. Luke's offers a medical curriculum only. The medical curriculum is an nine or ten trimester, 140-152 week, curriculum leading to Doctor of Medicine degree

An ad posted online for SLSOM announced that

> St. Luke School of Medicine, Ghana and Liberia, West Africa, is now accepting applications for students wishing to study medicine online. The Basic Science curriculum (the first two years of medical school) will be presented online starting with Human Anatomy. This course is scheduled to be begin May 14, 2001, leading to a Doctor of Medicine degree (M.D.). St. Luke SOM is only one of a few schools in the world to present this curriculum.
>
> St. Luke SOM is developing this curriculum to meet the needs of its African constituency. It is trying to develop ways to educate African peoples using the latest in modern technology. It says that he curriculum is rigorous and comprehensive. Some scheduled onsite visits to its campuses in Africa is required. After successful completion of the online basic science program, the medical students must complete at least two years of clinical training in approved

---

[48] http://web.archive.org/web/*/stlukesom.edu.hosting.pacbell.net

[49] http://web.archive.org/web/20010305141844/http://stlukesom.edu.hosting.pacbell.net/

*33*

> hospitals. For further information, please contact Dr. Jerroll Dolphin at
> scommand@pacbell.net or link to the St. Luke School of Medicine website at
> http://www.stlukesom.edu.hosting.pacbell.net.[50]

So it is clear that SLSOM was claiming to offer instruction in 2001.

A June 2003 update of the *WHO World Directory of Medical Schools: Base Year 2000*[51] lists SLSOM in Cape Coast, Ghana, stating instruction began there in September 1999. The update also lists SLSOM in Monrovia, Liberia at 206 Broad Street, with an August 2000 accreditation date.

But it is a different matter as to whether or not it was actually teaching classes offered by competent faculty.

### *The troubling rosters of SLSOM faculty and administration*

No faculty roster was available on the web site in March 2001: the faculty.html page stated "This page is being updated." However, Zoominfo.com did find a June 13, 2000 version, a portion of which was reproduced earlier.

**June 2001 SLSOM faculty**

The faculty/administrative roster on June 2, 2001 was

- Kodwo Ahlijah, BS, Chief Financial Officer
- Richard Akoto, M.D., Adjunct Professor of Family Medicine
- Akwasi Asiama Amponsah, M.D., MPH, Adjunct Professor of Internal Medicine & Psychiatry
- Ajibola Ayeni, M.D., Assistant Director of Medical School, Board Member
- Emmanuel Blankson, BS, CPA, Comptroller, Liberia
- Jyogi Bristol, M.D., Basic Sciences Curriculum Advisor
- Jerroll B. R. Dolphin, M.D., President of Medical School & Board Member
- Glory Z. Dolphin, BS, Vice President, Chief Business Development Officer
- Meimei Dukuly, M.D., MPH, Dean of Academic Affairs, Liberia
- Victoria Ettinger, M.D., Professor of Pathology and Surgery
- Taliaferro Harris, M.D., Professor of Anatomy and Physiology
- Charles Jogwe, M.D., Ph.D.
- Francis Katch, M.D., B.Sc.
- Frank Teah, Jr., BS, Vice President, Liberia

According to the SLSOM web page, at the time

- Akoto was a resident in Family Medicine in Virginia;

---

[50] http://www.balancingact-africa.com/news/back/balancing-act52d.html

[51] http://www.teach.uni.cc/update.pdf

Last saved 10/31/2009 9:31 AM

34

- Bristol was a resident in Neurology in Wisconsin.

Jerroll Dolphin is unlicensed.

Taliaferro Harris obtained his MD degree from Ross University School of Medicine and served for a time as an adjunct faculty member in Nutrition at Southeast Arkansas College.[52] He does not hold a license as an MD in Arkansas, California, Tennessee, or Illinois. Harris is listed as a professor in all the St. Luke faculty rosters that are available on the Internet Archive, spanning the period July 12, 2001 through June 6, 2004.[53]

Note that the initial roster of SLSOM faculty, showing ten MD's, included two who were working as residents and two more who were unlicensed.

### More about Professor Taliaferro Harris, MD: connection to Jerroll Dolphin

There is more information about Harris that is of interest. He probably knew Jerroll Dolphin from high school. Dolphin is a 1967 graduate of Dorsey High School, in Los Angeles. He has a classmates.com web page indicating this.[54] Harris is a 1968 graduate from the same school.[55] Images from classmates.com for the two men follow. Harris describes himself as a medical doctor in his classmates submissions.

---

[52] https://www.seark.edu/student/2006-07SEARKCollegeCatalog.pdf
[53] http://web.archive.org/web/*/www.stluke.edu/faculty.html
[54] http://www.classmates.com/profile/user/view?registrationId=221010121
[55] http://www.classmates.com/profile/user/view?registrationId=202633101#profileMain

35



Harris is shown in the next two images.



36



Taliaferro's story so far:
I have been to half of the planet and hope to see the other half. I'm a
medical doctor. I have had many great experiences in life...
Keep reading »

**More about Professor Taliaferro Harris, MD: practicing medicine without a license in Ghana in collaboration with Jerroll Dolphin**

The SLSOM web site currently carries an account titled "Two Days Experience At A Refugee Camp In Ghana" above the byline "Jerroll Dolphin, M.D."[56] In it, Dolphin describes working with "Dr. T. W. Harris" at the "Bora-Bora Liberian Refugee Camp about 30 miles west of the Capitol City, Accra, Ghana" in 1998. Dolphin is probably referring to the Buduburam camp.[57] His coworker was "Taliaferro Harris, M.D., Professor of Anatomy and Physiology, Doctor of Medicine, Ross University School of Medicine, Dominica, Biology, Tennessee State University, Former Professor Anatomy and Physiology, Arkansas State University, Pine Bluff." The Medical Board of California does not show a Taliaferro Harris (or anyone with a similar name) in its list of licensed MD's.[58] Neither Tennessee's[59] nor Arkansas'[60] nor Illinois' boards show a license for Harris. It is probable that Harris is not licensed to practice medicine in the United States.

[56] http://stluke.edu/refugeeep.html
[57] http://en.wikipedia.org/wiki/Buduburam
[58] http://licenselookup.mbc.ca.gov/licenselookup/search.php
[59] http://health.state.tn.us/Licensure/index.htm
[60] http://www.armedicalboard.org/directory/

Last saved 10/31/2009 9:31 AM

37

Dolphin's account of treating Liberian refugees in Ghana would suggest that he was practicing medicine: prescribing medication, giving injections, and giving antibiotics to patients. It is worth reproducing his account of his activities in its entirety.

> Our day started several days earlier after our first visit to the Bora-Bora Liberian Refugee Camp about 30 miles west of the Capitol City, Accra, Ghana. That day Dr. T. W. Harris and I examined over 160 patients during a three-hour visit, at night. When we arrived in late October 1998, the sun was setting and we asked that the "Word" be spread that two American doctors were at the camp and would examine those people needing treatment. It took 10 minutes to find a single light bulb and candles were lit to illuminate the waiting room, which was already full of patients.

> It took another thirty minutes for two gallons of water to arrive so that Dr. Harris and I could wash our hands after each examination. We were equipped with exam gloves, otoscopes, and tongue depressors. Nurses set up triage in the waiting room and we were told that there were a hundred people in line before we started examining patients.

> We worked at a frantic pace. Inexperienced in Africa, we wrote patients prescriptions after we examined them, based on our clinical judgement alone. The patients kindly took our prescriptions and thanked us. We provided simple explanations of our diagnosis. After about twenty minutes, some of them came back, kindly excusing themselves, and telling us that they would not be able to fill the prescriptions because they did not have money or work.

> We realized that we had been working as the "great American Doctors", diagnosing and prescribing medicine and giving advice to people needing more than good advice. If we were to make a difference at this refugee camp, we would have to provide the medicine we prescribed to aid these suffering people.

> Working under the light of a sixty-watt bulb, Dr. Harris and I continued. Several children were brought in looking like the starved poster children you see on American television. One elderly woman was brought into our dim examining room in a wheelbarrow listless and unresponsive. After much examination and discussion we determined that she was in a hypoglycemic diabetic coma and after we administered sugar water to her, she woke up. Another woman had spinal injury, which was untreated for several years. More than a dozen children had marasmus determined from the reddened hair and swollen bellies. A half dozen had kwashiorkor and were crying for the want of food. More than half of the patients we saw were in dyer need of food and water. Malnutrition was rampant.

> After four hours, we quit for the night. There were more than 450 people in the line. So we had our assistants number little tags and hand those out so that the people standing in line would not loose their place the next time we came.

> The next day, we voted to purchase medicine instead of food because we did not have enough money to feed the whole camp. We could provide enough prototype medicines to supply the camp for at least a month. With about $900 USD, we purchased a sizeable quantity of prototype medicines based on the disease distribution we saw the night before. We went back to the Bora-Bora Refugee Camp that Saturday determined to make a difference.

38

We arrived at the camp at 7:00 AM. We were going to use a larger facility and we had 4 Liberian nurses and a Physicians Assistant we called Dr. Andrew. There were two experience pharmacy technicians, also Liberians, whose dark distribution room was next to my examining room. Dr. Harris also had an exam room, and Andrew was assigned to clean the patients' ears with hydrogen peroxide and inject medicines as prescribe by him, Dr. Harris and myself. All people entering the facility had to wash their extremities in bleach-water to prevent inadvertent infection. It took two hours to bring enough water to start examining the patients. When we started there were 650 people in line at 9:00 AM.

Again we all worked at a feverish pace. The difference this time was our ability to dispense medicine, both pills and injectables by needle and IV. Malnutrition was the most prominent problem. Every patient was also given chloramphenicol eyewash and about 90% were treated with mebendazole or metronidazole for worm infections. Seven children were brought into the clinic listless with fever of undetermined origin. They were all treated with antibiotic/lemon/sugar water mixture for infection and re-hydration. They all recovered some strength within 30 minutes of treatment were moving and smiling. We treated more than 40 patients for malaria with injections of chloroquine. 20 children and 8 adults had scabies and other topical skin parasites. They were treated with Lindane shampoo that I brought over from the USA by coincidence. 40 adult patients had hypertension. They were treated with beta-blockers mostly and calcium-channel blockers which were bought a very inexpensive price. They were each given a 30 to 60 day supply. Bronchitis was common and we had TMP-SMZ for all patients with those problems. We encountered three cases of pneumonia, which we treated very aggressively, with combinations of antibiotics. We had a variety of penicillins and cephalosporins that we dispensed according to our clinical judgement of the patients' conditions. We were unable to do blood tests. Indeed we were so overwhelmed that it would not be expedient or productive, nor did we have the equipment to do so anyway.

We encountered more than 20 cases of STDs. Children and adults were brought in with ENT infections, asthma, bronchitis, possibly botulism and dysentery, impetigo, dermatitis, myalgia, eye infections, diabetes type II, parasitic infections including gastrointestinal worms, cystircercosis, trichinosis, schistosomiasis, etc. Many elderly were treated for diabetes.

Most adults had symptoms of depression, and by the way, 70% of the adults were women. Most of the adult men had been killed during the Liberian civil war. Many families were not genetic families. The older women picked up abandoned and orphaned children on the road from Liberia to Ghana. These children knew no other mother than the kind woman who has acted as a mother for them since their separation from their natural families. At 3:00 PM, we were told there was more than 900 people in line.

We worked 9:00 PM that night. We attended more than 400 patients and families. Sometime during the afternoon, we asked the experienced nurses to recommend drugs and treatment for the masses of people asking to be seen. Only the most severe would be seen by Dr. Harris and Dr. Dolphin, and some of the less suffering, asked to see a doctor, just for their own well being and gratification. We were told that we were the first doctors in the seven-year history of the refugee camp who actually put their hands on the patients, and the first to dispense medicine.

39

We came back for a follow-up visit that Monday. We did not announce our arrival
and we only stayed a few hours. None of our patients complained of feeling
worse. Most said they felt better and some said it was miraculous. None of our
patients died. All of the children recovered. My only regret was that we couldn't
distribute food as well as medicine.

Although Ghanaians do not suffer like the Liberian refugees, they do have
common environmental problems that are endemic to that region such as
malaria, parasitic infections, hypertension, etc.

You will find that a clinical rotation in Ghana or Liberia will be very demanding
and rewarding. You will use all of what you learned in medical school and more[81]

**More about Professor Taliaferro Harris, MD: conviction for felony medical fraud in 2009 for his
activities in 2005 and earlier.**

In 2008 Taliaferro Harris was indicted for felony health care fraud. He was convicted in
2009. The illegal activities appear to have been going on while he was a "professor" at
SLSOM. From the indictment:

Beginning on an unknown date and continuing to in or about May 2005, in Los
Angeles County...defendants TALIAFERRO HARRIS... and SUSANNA
ARTSRUNI...., together with other co-schemers known and unknown to the
Grand Jury, knowingly and willfully, and with intent to defraud, executed and
attempted to execute a scheme: (a) to defraud a health care benefit program,
that is, Medicare, in connection with the delivery of and payment for health care
benefits, items, and services; and (b) to obtain, by means of materially false and
fraudulent pretenses, representations, and promises, money and property owned
by and under the control of Medicare, in connection with the delivery of and
payment for health care benefits, items, and services...

Defendant HARRIS, representing himself to be a licensed physician or a licensed
physician assistant, interviewed and/or examined the Medicare beneficiaries and
signed medical charts and records for services that were either medically
unnecessary or were not provided at all. Because defendant HARRIS did not
have a provider number that could be used to bill Medicare for his services,
defendant HARRIS's services were billed using the provider numbers of
physicians who had also been hired to work at the clinic, but who generally were
not there on a day-to-day basis.

The medical clinic caused claims to be submitted to Medicare reflecting that a
physician and/or a physician assistant had provided the recruited patients with
necessary medical services when, in reality, the medical services were not
medically necessary or were not provided at all.

During the course of the scheme, defendants HARRIS and ARTSRUNI, and their
co-schemers, billed Medicare for at least $178,000 in medical services
purportedly rendered, and obtained at least $88,000. [82]

---

[81] http://stluke.edu/refugeecp.html

[82] *United States of America vs. Taliaferro Harris, aka Robert Newman, and Susanna Artsruni*, February
2008

40

### June 2002 SLSOM faculty

Omitting the non-medical personnel, the list of medical faculty was somewhat different
on June 4, 2002. Ettinger and Kateh were gone, but there were eleven new members:

- Marian Ewurama Addy, Ph.D., MS, B.Sc.
- Stephen J. Arnett, M.D., N.M.D.
- Michel Dioubate, M.D. Professor
- E. Esteban, M.D., N.M.D.
- Hoyt Harris, M.D., N.M.D.
- Dowell Kelley, D.C.
- Thomas J. Mulvi, M.D., N.M.D.
- Edwin Muniz, M.D., N.M.D.
- Egbert G. Phipps, M.D. (M.A.), N.M.D.
- Stephanie West, N.M.D.
- Herbert W. Winstead, D.M.D., M.D.

Several of them—Arnett, Esteban, Harris, Kelley, Mulvi, Muniz, West, and Winstead—
were Americans.

### Professor Egbert Phipps runs unsavory degree providers widely described as diploma mills

Egbert Phipps is the "Founder and CEO" of "Weston Reserve University,"[63] a degree-
providing entity widely described in tremendously unflattering terms inside the higher
education community. Its name is confusingly similar to the fine, properly accredited
"Case Western Reserve University." Phipps is also the "Founder and Chair" of the
malodorous degree-granting "Alternative Medicines Research Institute."[64] He holds a
variety of advanced degrees, some honorary, from scrofulous organizations such as
"Bircham International University"[65]

### Steve Arnett is unlicensed and has significant involvement with other medical diploma mills

Arnett had held a Kentucky surgical assistant's license but was pressured to surrender it
voluntarily in 2008.[66] A resident of Kentucky, he does not hold a valid Kentucky
physician's license.

---

[63] http://westonreserve.org/message.htm
[64] http://www.altmedresearch.org/AMRI/faculty.htm
[65]
http://www.bircham.net/index.php?option=com_content&view=category&layout=blog&id=45&Itemid=68
[66] Information from a Kentucky official familiar with this incident.

Last saved 10/31/2009 9:31 AM

41

*Early registrations of the SLSOM internet domain used a California postal address*

The details of the domain registration of St. Luke have changed over time. An archive of the registration from February 5, 2004 is shown in the next image.[67]



Based on the domain registration history available at http://domain-history.domaintools.com/, the St. Luke registration began using a Ghanaian postal address sometime between May 5, 2005 and July 24, 2007.

The fact that the SLSOM domain stluke.edu is in the "edu" top level domain (TLD) does not attest to the legitimacy of the organization. EDUCAUSE, which manages the edu TLD, only requires entities receiving domains after October 2002 to be accredited schools. In fact, over 2000 of the ~7000 domain in the edu TLD belong to organizations that are not legitimate colleges or universities. (One of the domains belongs to a firehouse!)

---

[67] http://domain-history.domaintools.com/?page=details&domain=stluke.edu&date=2004-02-05

Last saved 10/31/2009 9:31 AM

42

*Internet domain registration history*

Addresses and administrator names

*The changing SLSOM faculty and administration*

List the faculty in 2001 and later...

**Glory Dolphin was  SLSOM "CEO" and "Chief Business Development Officer" in 2001**

A reverse address search on www.phonenumber.com for the Inglewood address used in
the 2004 stluke.edu domain registration returns three hits, as shown below.



Note the presence of "Glory Dolphin," listed as the "Chief Executive Officer" for
SLSOM. Selecting the single record for her yields three "sponsored links" which identify
her age as 34. Perhaps she is Jerroll Dolphin's daughter: with his 1967 graduation date
from high school he would be approximately 26 years her senior.

43

WORK LISTING ████████████████████

**Dolphin, Glory**

Job title:    Chief Executive Officer
Company:   St Luke School of
             Medicine

8516 S 11th Ave, Fl 2
Inglewood, CA 90305-1988

SPONSORED LINKS

View More Records
for Glory Dolphin

Glory Dolphin  Age 34

Glory Dolphin  Age 33

Glory Dolphin  Age 34

"Glory Dolphin" is also probably the same person as Glory Dolphin-Hammes, the subject of "Women Increasingly Take Top Roles in Family Businesses," a May 9, 2004 article in the *San Jose Mercury News* written by Michelle Chandler. An extract from the article:

> Glory Dolphin became executive director of a business that distributes air purifiers in 2000 in part because of family ties: Her fiancé was the son of the company's founder.

> But during the Silicon Valley native's first years at the Southern California company, IQAir North America, Dolphin so impressed the company's skeptical patriarch that she recently was promoted to chief executive officer of U.S. operations for the firm -- replacing her husband...

> Dolphin, who married Frank Hammes in 2001, quickly showed her ability...

> ...at her father-in-law's request, Dolphin has changed her surname to Dolphin-Hammes.

Glory Dolphin was listed on the SLSOM faculty page in 2001 as the "Chief Business Development Officer":[68]

---

[68] July 12, 2001 archive of www.stluke.edu/faculty.html

Last saved 10/31/2009 9:31 AM

44



Self-presentation: brochure with Dogliotti school photo (mention author property); course catalog

Glory Dolphin is named in a 2001 SLSOM brochure's "properties" as the document's author

The July 11, 2001 brochure for St. Luke, produced at a time when SLSOM identified itself as a Liberian school, names Glory Dolphin as the brochure's author in the PDF file's document properties, as shown below.[69] The file is still present on the SLSOM web site, though there are no links to it accessible through the current home page.

---

[69] March 9, 2003 archive of http://www.stluke.edu/slsm_brochure.pdf .

45



The upper photograph of the three on the cover of the SLSOM brochure is almost certainly an image of the A.M. Dogliotti College of Medicine, a professional school of the University of Liberia.

Jerroll Dolphin is also listed on the 2001 SLSOM faculty page as SLSOM president and an "ECFMG Certified Chief Advisory Physician."

Jerroll B. R. Dolphin, M.D.
President of Medical School &
Board Member
Doctor of Medicine, Spartan
Health Sciences University, St.
Lucia
BS Physics and Mathematics,
San Jose State University
ECFMG Certified
Chief Advisory Physician,
African Development
Foundation

Melmai Dukuly, M.D., M.P.H.
Dean of Academic Affairs,
Liberia
Doctor of Medicine, University
of Liberia, A.M. Dogliotti,
School of Medicine
Former Minister of Health,
Republic of Liberia
Responsible for Academic
Affairs in Liberia.

46

*Physical locations associated with SLSOM infrastructure*

Inglewood, California

The Inglewood address for Glory Dolphin appears in the "Payment Details" file currently
available on the St. Luke web site at http://www.stluke.edu/stluke_payments.doc, as
shown in the two screen images below:



SLSOM identifies a Ghanaian address for its finance and admissions officers

The fax number for obtaining wire transfer instructions is different from the number that
appears earlier in the form. A Google search for (323) 372-3757 shows that it appears on
the currently available SLSOM "Frequently Asked Questions" page
http://www.stluke.edu/faqs.html:

Last saved 10/31/2009 9:31 AM

47



The page is dated June 19, 2006 and specifies Monrovia, Liberia as the school's location, and describes it as offering a Doctor of Medicine degree. Elsewhere in the web page the addresses of the school's "Finance Officer" and "Admissions Officer" are given as a post office box in Ghana.

> St. Luke School of Medicine
> Finance Officer
> P.O. Box M741
> Accra, Ghana

> St. Luke School of Medicine
> Admissions Officer
> P.O. Box M741
> Accra, Ghana

## David Karam's El Paso, Texas address received surface mail for SLSOM in 2006

However, the same page specifies an address in El Paso, Texas for student transcripts that will be sent to SLSOM by surface mail.

> If you have copies of your transcripts please fax them to +1-323-372-3767 or mail copies to
> Admissions, St. Luke School of Medicine
> 2220 Wyoming Ave
> El Paso, TX 79903 USA

That address is also used by the "Southwest Institute for Medical Research," owned by David W. Karam [70] as can be seen in the following screen shot.

---

[70] http://www.manta.com/coms2/dnbcompany_6s3vmc

47                                                    Last saved 10/21/2009 9:31 AM

48



...from my PowerPoint...

Note there is always a Los Angeles area address

Changing country locations

Description from that State Dept. memo

## Outcomes in medical education: the SLSOM classes of 2002

*The standard for comparison: U.S. medical education*

~3% crash and burn

Last saved 10/31/2009 9:31 AM

49

*The classes*

mm

*David W. Karam*

#### Karam operates the "Institute for Adaptogenic Science"

Material posted in 2008 to the "Adaptogens, Miracles of Nature" web site[71] shows that the El Paso address used by SLSOM to receive mail also identified with the "Institute for Adaptogenic Science":



A colleague with an interest in higher education fraud sent me the following photograph taken outside the Southwest Institute. Some of the people whose names appear in the photograph have associations with SLSOM.

---

[71] December 9, 2008 archival copies of ages from adaptogenscience.com.

50



David Karam claims an SLSOM MD and also a LaSalle University diploma mill degree

In the following screen shot, note the degrees claimed from both the St. Luke School of Medicine and the LaSalle University diploma mill.[72] Further, note the appearance of "M.D. 020101" below the heading title "Licensure Information/ Registration Number." Karam does not hold a Texas physician's license and so this cannot be his valid State of Texas medical license number.[73]

A few years ago I saw a copy of Karam's St. Luke transcript; I recall that the SLSOM "student number" appearing on his transcript was 020101. Unfortunately, I haven't been able to find my copy of this document.

---

[72] Op. cit., *Degree Mills: the Billion Dollar Industry That Has Sold Over a Million Fake Diplomas*, p.52.

[73] Texas Medical Board data base: http://reg.tmb.state.tx.us/OnLineVerif/Phys_SearchVerif.asp

Last saved 10/31/2009 9:31 AM