Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>　　　　Defendant | Case No.: 11-CV-06322 RGK (SHx)<br><br>EXHIBIT 44 OF PLAINTIFFS' AMENDED OPPOSITION TO DEFENDANT UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM<br><br>DATE:　APRIL 30, 2012<br>TIME:　9:00 AM<br>CRT:　850 |

## Exhibit 44

　　The Plaintiffs respectfully submit to this court Exhibit 44 of the Plaintiffs' Amended Opposition to Defendant University of Illinois and Dr. George Gollin's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim.

　　Respectfully Submitted this 15th day of April 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Larry D. Walls
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs