Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al,<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>Defendant | Case No.: 11-CV-06322 RGK (SHx)<br><br>EXHIBIT 45 OF PLAINTIFFS' AMENDED OPPOSITION TO DEFENDANT UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM<br><br>DATE: APRIL 30, 2012<br>TIME: 9:00 AM<br>CRT: 850 |

## Exhibit 45

The Plaintiffs respectfully submit to this court Exhibit 45 of the Plaintiffs' Amended Opposition to Defendant University of Illinois and Dr. George Gollin's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim.

Respectfully Submitted this 15th day of April 2012.

_____
Larry D. Walls
Attorney for Plaintiffs