UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-06322-RGK (SHx) | | Date | April 16, 2012 |
|---|---|---|---|---|
| Title | St Luke School of Medicine-Ghana et al v. Republic of Liberia et al | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| R. Neal for Sharon L. Williams | Theresa Lanza | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Nicole Rivas |

**Proceedings:**   **SCHEDULING CONFERENCE (NOT HELD)**

   Case called.  The plaintiff is not present.  Matter to be held for second call.  Case recalled.  The plaintiff is not present.  The Court sets an Order to Show Cause Hearing for April 30, 2012 at 9:00 a.m. to determine why the matter should not be dismissed for lack of prosecution.

   The Scheduling Conference is continued to April 30, 2012 at 9:00 a.m.

   **IT IS SO ORDERED.**

|  | : | 2 |
|---|---|---|
| Initials of Preparer | slw | |