Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al,<br><br>    Plaintiff,<br><br>  vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>    Defendant | Case No.: 11-CV-06322 RGK (SHx)<br><br>NOTICE OF PLAINTIFFS' REPLY TO ORDER TO REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION<br><br>DATE:  APRIL 30, 2012<br>TIME:  9:00 AM<br>CRT:   850 |

**TO THE HONORABLE GARY KLAUSNER, JUDGE OF THE UNITED STATES DISTRICT COURT, AND THE DEFENDANTS AND THEIR ATTORNEY OF RECORD,**

    The Plaintiffs respectfully submit to this court this Notice Of Plaintiffs' Reply To Order To Referral To Alternative Dispute Resolution (Hereby "ADR")

Respectfully Submitted this 17th day of April 2012.

                                                                  _____

                                                                    Larry D. Walls

                                                                    Attorney for Plaintiffs

NOTICE OF PLAINTIFFS' REPLY TO ORDER TO REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION  -  1