1  Larry Walls, SBN 64696
   Attorney at Law
2  3250 Wilshire Blvd, Suite 708
   Los Angeles, CA 90010
3  Telephone:(213) 480-6220
   Facsimile: (213) 480-6225
4  Attorney for Plaintiffs
5
6              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
7
8
   ST. LUKE SCHOOL OF MEDICINE -     Case No.: 11-CV-06322 RGK (SHx)
9  GHANA, et al,
                                     PLAINTIFFS' REPLY TO
10          Plaintiff,                ORDER TO REFERRAL TO
                                     ALTERNATIVE DISPUTE
11      vs.                           RESOLUTION
12 REPUBLIC OF LIBERIA, et al,
13                                    DATE:   APRIL 30, 2012
            Defendant                 TIME:   9:00 AM
14                                    CRT:    850
15
16     REPLY TO ORDER TO REFERRAL TO ALTERNATIVE DISPUTE
17                          RESOLUTION
18
19 **TO THE HONORABLE GARY KLAUSNER, JUDGE OF THE UNITED STATES**
20 **DISTRICT COURT, AND THE DEFENDANTS AND THEIR ATTORNEY OF**
21 **RECORD,**
22
23     The Plaintiffs hereby file their reply to the court ordered Referral to ADR:
       On April 11, 2012, the Court, having considered the parties' Request: ADR Procedure Selection,
24
25 the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to
26 FED. R. Civ. P. 26(f) and Civil L. R. 26-1, ORDERED the Plaintiffs and Defendants to participate in
27 ADR Procedure No.2.
28

       **PLAINTIFFS' REPLY TO ORDER TO REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION  - 1**

1    On April 16, 2012, pursuant to Court Order, plaintiffs contacted, attorney for defendants, and
2    submitted four candidates from the ADR panel to sche~Ule the mediation meeting. On said date,
3    defendant's attorney responded that, at this time, due to the pending Motion to Dismiss, they declined to
4    comply with the Court Order and participate in the ADR program.

6    Respectfully submitted
7    April 17, 2012

_____

Larry D. Walls

Attorney for Plaintiffs

**PLAINTIFFS' REPLY TO ORDER TO REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION - 2**