1  Larry D. Walls SBN 64696
   Attorney At Law
2  3250 Wilshire Blvd., Suite 708
   Los Angeles, California 90010
3  Telephone: (213) 480-6220
   Facsimile:  (213) 480-6225
4
5  Attorneys for Plaintiffs0

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
ON ___APR 2 0 2012___

GARY KLAUSNER

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanaian corporation, ST. LUKE SCHOOL OF MEDICINE -LIBERIA, a Liberian corporation, DR. JERROLL B. R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class-Action<br><br>Plaintiffs,<br>vs.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHARIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual, UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization, the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA, | Case No. **Case No. CV:11-06322-RGK-(SHx)**<br><br>[Honorable R. Gary Klausner]<br><br>[PROPOSED] ORDER ON EX PARTE APPLICATION TO RESCIND ORDER STRIKING PLAINTIFFS OPPOSITON TO DEFENDANTS STATE OF ILLINOIS AND GEORGE GOLLIN'S MOTION TO DISMISS AND REQUEST FOR SANCTIONS AND ALLOW PLAINTIFFS FILING OF AMENDED OPPOSITON, MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS<br><br>DATE:    April 12, 2012<br>TIME:      9:00 a.m.<br>JUDGE:   Honorable R. Gary Klausner |

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT
UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS - 2

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES, a<br>Pennsylvania non-profit corporation,<br>FOUNDATION FOR ADVANCEMENT OF<br>MEDICAL EDUCATION AND RESEARCH,<br>a Pennsylvania non-profit corporation,<br><br>Defendants. |

On or about April 11, 2012 Plaintiffs lodged a Notice of Ex Parte Application and Proposed Order in support of Ex Parte Application to Rescind Order Striking Plaintiffs Opposition and supporting documents, in Opposition to Defendants Motion to Dismiss and Request for Sanctions.

After considering the papers submitted and arguments therein in support of Plaintiffs request, to allow the filing of an Amended Opposition to the Motion to Dismiss and Request for Sanctions, and for good cause shown,

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the current orders of April 10, 2012 and April 11, 2012, striking the April 9, 2012 filing of the Plaintiffs Opposition and supporting documents, and the April 10, 2012 filing of the Plaintiffs Amended Opposition and supporting documents to Defendants Motion to Dismiss and Sanctions, is hereby rescinded, and Plaintiffs shall have up to and including April 13,

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT
UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS - 3

1 | 2012 to file appropriate responses to all Motions to
2 | Dismiss and Request for Sanctions to the First Amended
3 | Complaint.
4 |     IT IS ORDERED
5 |
6 | Dated:_____
7 |
8 | _____
9 | The Honorable R. Gary Klausner

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
ON APR 20 2012

**GARY KLAUSNER**

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT UNIVERSITY OF ILLINOIS AND DR. GEORGE GOLLIN'S MOTION TO DISMISS - 4