UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-06322-RGK (SHx) | Date | April 24, 2012 |
|---|---|---|---|
| Title | St Luke School of Medicine-Ghana et al v. Republic of Liberia et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| R. Neal for Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **(IN CHAMBERS)** Defendants George Gollin, University of Illinois-Urbana Champaign's Motion to Dismiss Plaintiff's First Amended Complaint (DE 76)

The Court hereby advises counsel that the above-referenced motion, set for hearing on April 30, 2012, has been taken **under submission** and off the motion calendar. The Court will issue a ruling after full consideration of properly submitted pleadings.

The Scheduling Conference and OSC Hearing set for the same date at 9:00 a.m. remain on calendar.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |