# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-06322-RGK (SHx) | Date | April 30, 2012 |
| Title | St Luke School of Medicine-Ghana, et al. v. Republic of Liberia, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Theresa Lanza | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Larry Walls | Nicole Rivas |

**Proceedings:**     **ORDER TO SHOW CAUSE AND SCHEDULING CONFERENCE**

    Case called. Court and counsel for plaintiff confer re failure to appear on April 16, 2012. The Order to Show Cause is discharged. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 2-3 days): | January 22, 2013 at 9:00 a.m. |
| Pretrial Conference: | January 7, 2013 at 9:00 a.m. |
| Motion Cut-Off (last day to file): | November 7, 2012 |
| Discovery Cut-Off: | October 24, 2012 |

    Last day to motion the Court to amend complaint or add parties is June 1, 2012. Counsel inform the Court that they have selected Settlement Option 2.

    **IT IS SO ORDERED.**

                                                                                                       :     5

                                               Initials of Preparer    slw