UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6322 RGK (SHx) | Date | May 3, 2012 |
|---|---|---|---|
| Title | ST. LUKE SCHOOL OF MEDICINE et al v. REPUBLIC OF LIBERIA, et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**    (IN CHAMBERS) Order Re: Defendants' Motion to Dismiss (DE 76)

This motion to dismiss has been brought by the Board of Trustees of the University of Illinois - Urbana Champagne ("University") and Dr. George Gollin, a professor of the university. Upon review of the motion, the Court finds that it lacks subject matter jurisdiction over the University and Dr. Gollin, in his official capacity, as both are entitled to immunity under the Eleventh Amendment. *See Regents of the University of California v. John Doe*, 519 U.S. 425, 429 (1996) and *Eaglesmith v. Ward*, 73 F.3d 857, 859 (9th Cir. 1995). To the extent Plaintiff seeks relief from Dr. Gollin in his individual capacity, Plaintiff has not alleged any facts implicating Dr. Gollin in his individual capacity, and has failed to state a claim for such relief.

Based on the foregoing, the Court hereby **grants** Defendants' Motion to Dismiss, and dismisses the University of Illinois and Dr. George Gollin from this action with prejudice.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |