

AIRPORT STATION
LOS ANGELES, California
900099998
0545300129 -0091
11/27/2011 (800)275-8777 05:10:37 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20008 Zone-8 Priority Mail Medium Flat Rate Box 3 lb. 13.70 oz. | | | $10.95 |
| Expected Delivery: Wed 11/30/11 | | | |
| Certified | | | $2.85 |
| Label #: 70110470000056758726 | | | |
| Issue PVI: | | | ======== $13.80 |
| WASHINGTON DC 20011 Zone-8 Priority Mail Medium Flat Rate Box 7 lb. 9.4 oz. | | | $10.95 |
| Expected Delivery: Wed 11/30/11 | | | |
| Certified | | | $2.85 |
| Label #: 70111570000261044351 | | | |
| Issue PVI: | | | ======== $13.80 |
| Total: | | | $27.60 |
| Paid by: Debit Card | | | $27.60 |

Account #: XXXXXXXXXXXX5910
Approval #:
Transaction #: 528
23 903200095
Receipt#: 000615
****************************************
****************************************

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20011

| | | |
|---|---|---|
| Postage | $ $10.95 | 0129 |
| Certified Fee | $2.85 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $13.80 | 11/27/2011 |

AIRPORT STATION 60006 NOV 27 2011

7011 1570 0002 6104 4351

Sent To Embassy Republic of Liberia
Street, Apt. No.; or PO Box No. 5201 16th St NW
City, State, ZIP+4 Washington DC 20011

PS Form 3800, August 2006 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

AIRPORT STATION 60006 NOV 27 2011

7011 0470 0000 5675 8726

Sent To Embassy Republic of Ghana
Street, Apt. No.; or PO Box No. 3512 International Dr NW
City, State, ZIP+4 D.C., 20008

PS Form 3800, August 2006 See Reverse for Instructions

Jerroll Dolphin
PO Box 941009
Los Angeles CA 90064
310-384-4483
In Pro Per

## LETTER ROGATORY
### REGARDING DEFENDANT, Mohammed Shariff
### CV 11-06322-RGK-(SHx)
### CALIFORNIA CENTRAL DISTRICT
### UNITED STATES FEDERAL COURT

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al | Republic of Liberia, et al |
| Plaintiff | |
| | Defendant |

This is regarding a lawsuit filed by the plaintiffs, referenced in the attached complaint, summons and coversheet for damages for wrong, primarily for libel, slander, false imprisonment, and violations of the Liberia – United States Friendship Treaty, and other violations of civil and human rights.

The Republic of Liberia is being sued for $130,000,000 USD.

If attached complaint is not answer within the allowed time, you will lose by default.

Sincerely

*[signature]*

Jerroll Dolphin
Plaintiff in pro per

 
**UNITED STATES POSTAL SERVICE**

LIBERIA-SHERIFF
1

## Track/Confirm - Intranet Item Inquiry - Domestic

**Tracking Label: 7011 1570 0002 6104 4351**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20011 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 90009-9998 | **City:** LOS ANGELES | **State:** CA |

**Class/Service:** Priority Mail Certified Mail

Service Calculation Information

**Service Performance Date**
Scheduled Delivery Date: 11/30/2011

**Weight:** 7 lb(s) 10 oz(s)

**Postage:** $10.95

**Zone:** 08

Record Restored on 05/03/2012: This signature/address image has been archived and is no longer available for viewing.

**Delivery Option Indicator:** Normal Delivery     **PO Box?:** N
**Rate Indicator:** Medium Flat Rate Box

| Special Services | Associated Labels | Amount |
|---|---|---|
| Certified Mail | 7011 1570 0002 6104 4351 | $2.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/02/2011 11:40<br>**Input Method:** Scanned<br>**Finance Number:** 104971<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20011 | 030SHME163 |
| ARRIVAL AT UNIT | 12/02/2011 09:31<br>**Input Method:** Scanned | WASHINGTON, DC 20011 | 030SHW00C3 |
| ENROUTE/PROCESSED | 12/02/2011 05:49<br>**Input Method:** Scanned | WASHINGTON, DC 20066 | PSS-001-8003 |
| DEPART USPS SORT FACILITY | 11/30/2011 06:56<br>**Input Method:** System Generated<br>**Dispatch Label ID:** DS1441303333111130060514 | DULLES, VA 20101 | |
| ENROUTE/PROCESSED | 11/30/2011 05:47<br>**Input Method:** Scanned | DULLES, VA 20101 | APPS-029 |

LIBERIA-SHERIFF

| | | | |
|---|---|---|---|
| DISPATCHED TO SORT FACILITY | 11/28/2011 19:27 | LOS ANGELES, CA 90009 | 2 |
| | **Input Method:** System Generated | | |
| | **Closeout Label ID:** CT13525110000111128214518 | | |
| ACCEPT OR PICKUP | 11/27/2011 17:08 | LOS ANGELES, CA 90009 | |
| | **Input Method:** Scanned | | |
| | **Finance Number:** 054501 | | |

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



**UNITED STATES POSTAL SERVICE**

LIBERIA-SHERIFF
3

Track/Confirm - Intranet Item Inquiry
Item Number: 7011 1570 0002 6104 4351

**This item was delivered on 12/02/2011 at 11:40**



Enter Request Type and Item Number:

Quick Search ⦿      Extensive Search ⦾

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

https://pts.usps.gov/pts/imageView.do                     5/9/2012