


AIRPORT STATION
LOS ANGELES, California
900099998
0545300129 -0091
11/27/2011 (800)275-8777 05:10:37 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20008 Zone-8 Priority Mail Medium Flat Rate Box 3 lb. 13.70 oz. Expected Delivery: Wed 11/30/11 | | | $10.95 |
| Certified Label #: 70110470000056758726 | | | $2.85 |
| Issue PVI: | | | $13.80 |
| WASHINGTON DC 20011 Zone-8 Priority Mail Medium Flat Rate Box 7 lb. 9.4 oz. Expected Delivery: Wed 11/30/11 | | | $10.95 |
| Certified Label #: 70111570000261044351 | | | $2.85 |
| Issue PVI: | | | $13.80 |
| Total: | | | $27.60 |

Paid by:
Debit Card $27.60
Account #: XXXXXXXXXXXX5910
Approval #:
Transaction #: 528
23 903200095
Receipt#: 000615
****************************************
****************************************

7011 1570 0002 6104 4351

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20011

| | | |
|---|---|---|
| Postage | $ $10.95 | 0129 |
| Certified Fee | $2.85 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $13.80 | 11/27/2011 |

Postmark Here: 60006 AIRPORT STATION 27 NOV 2011

Sent To: Embassy Republic of Liberia
Street, Apt. No.; or PO Box No.: 5201 16th St NW
City, State, ZIP+4: Washington DC 20011

PS Form 3800, August 2006 See Reverse for Instructions

7011 0470 0000 5675 8726

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: 60006 AIRPORT STATION 27 NOV 2011

Sent To: Embassy Republic of Ghana
Street, Apt. No.; or PO Box No.: 3512 International Dr NW
City, State, ZIP+4: D.C., 20008

PS Form 3800, August 2006 See Reverse for Instructions

Jerroll Dolphin
PO Box 941009
Los Angeles CA 90064
310-384-4483
In Pro Per

## LETTER ROGATORY
### REGARDING DEFENDANT, NATIONAL ACCREDITATION BOARD, REPUBLIC OF GHANA
### CV 11-06322-RGK-(SHx)
### CALIFORNIA CENTRAL DISTRICT
### UNITED STATES FEDERAL COURT

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al<br>Plaintiff | Republic of Liberia, et al<br><br>Defendant |

This is regarding a lawsuit filed by the plaintiffs, referenced in the attached complaint, summons and coversheet for damages for wrong, primarily for libel, slander, and interference in business advantage – United States Friendship Treaty, and other violations of civil and human rights.

The ~~Republic of Liberia~~ *National Accreditation Board,* is being sued for $22,000,000 USD.

If attached complaint is not answer within the allowed time, you will lose by default.

Sincerely

*[signature]*

Jerroll Dolphin
Plaintiff in pro per



NAB 1

## Track/Confirm - Intranet Item Inquiry - Domestic

**Tracking Label:** 7011 0470 0000 5675 8726

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20008 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 90009-9998 | **City:** LOS ANGELES | **State:** CA |

**Class/Service:** Priority Mail Certified Mail

Service Calculation Information

**Service Performance Date**
Scheduled Delivery Date: 11/30/2011

**Weight:** 3 lb(s) 14 oz(s)                    **Postage:** $10.95

**Zone:** 08

**Record Restored on 05/02/2012:** This signature/address image has been archived and is no longer available for viewing.

**Firm Book ID:** 51030SHU00M855234144

**Delivery Option Indicator:** Normal Delivery              **PO Box?:** N

**Rate Indicator:** Medium Flat Rate Box

| Special Services | Associated Labels | Amount |
|---|---|---|
| Certified Mail | 7011 0470 0000 5675 8726 | $2.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/06/2011 18:22 | WASHINGTON, DC 20008 | 030SGUL744 |
| | **Input Method:** Firm Book | | |
| | **Finance Number:** 104997 | | |
| | **Firm Name:** GHANA | | |
| | **Recipient:** 'K APPIAH' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| DELIVERED | 12/06/2011 13:40 | WASHINGTON, DC 20008 | 030SGUL744 |
| | **Input Method:** Firm Book | | |
| | **Finance Number:** 104997 | | |
| | **Firm Name:** GHANA | | |
| | **Recipient:** 'K APPIAH' | | |
| | Request Delivery Record | | |

NAB 2

### View Delivery Signature and Address

| | | | |
|---|---|---|---|
| BUSINESS CLOSED | 12/05/2011 19:03 | WASHINGTON, DC 20008 | 030SGUL744 |
| | **Input Method:** Firm Book | | |
| BUSINESS CLOSED | 12/02/2011 17:59 | WASHINGTON, DC 20008 | 030SGUL744 |
| | **Input Method:** Scanned | | |
| ARRIVAL AT UNIT | 12/02/2011 11:48 | WASHINGTON, DC 20008 | 030SHU00M8 |
| | **Input Method:** Firm Book | | |
| DEPART USPS SORT FACILITY | 11/30/2011 06:56 | DULLES, VA 20101 | |
| | **Input Method:** System Generated | | |
| | **Dispatch Label ID:** DS1441303333111130060514 | | |
| ENROUTE/PROCESSED | 11/30/2011 05:48 | DULLES, VA 20101 | APPS-029 |
| | **Input Method:** Scanned | | |
| DISPATCHED TO SORT FACILITY | 11/28/2011 19:27 | LOS ANGELES, CA 90009 | |
| | **Input Method:** System Generated | | |
| | **Closeout Label ID:** CT1352511000111128214518 | | |
| ACCEPT OR PICKUP | 11/27/2011 17:07 | LOS ANGELES, CA 90009 | |
| | **Input Method:** Scanned | | |
| | **Finance Number:** 054501 | | |

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



# UNITED STATES POSTAL SERVICE

NAB3

## Track/Confirm - Intranet Item Inquiry
## Item Number: 7011 0470 0000 5675 8726

### This item was delivered on 12/06/2011 at 18:22



Signature: Kenneth Appich

Address: 3512 Int Dr.

Enter Request Type and Item Number:

Quick Search ⊙   Extensive Search ○

[Explanation of Quick and Extensive Searches]

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

```
              AIRPORT STATION
              LOS ANGELES, California
                   900099998
                 0545300129 -0091
11/27/2011         (800)275-8777         05:10:37 PM

                    Sales Receipt
Product          Sale    Unit          Final
Description      Qty     Price         Price

WASHINGTON DC 20008                    $10.95
Zone-8 Priority Mail
Medium Flat Rate Box
3 lb. 13.70 oz.
Expected Delivery: Wed 11/30/11
Certified                              $2.85
Label #:
             70110470000056758726
                                     =========
    Issue PVI:                         $13.80

WASHINGTON DC 20011                    $10.95
Zone-8 Priority Mail
Medium Flat Rate Box
7 lb.  9.4 oz.
Expected Delivery: Wed 11/30/11
Certified                              $2.85
Label #:
             70111570000261044351
                                     =========
    Issue PVI:                         $13.80

Total:                                 $27.60

Paid by:
Debit Card                             $27.60
   Account #:       XXXXXXXXXXXX5910
   Approval #:
   Transaction #:    528
   23 903200095
   Receipt#:         000615
```

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

WASHINGTON DC 20011

| | |
|---|---|
| Postage | $10.95 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $13.80 |

Sent To: Embassy Republic of Liberia
Street, Apt. No.: 5201 16th St NW
City, State, ZIP+4: Washington DC 20011

PS Form 3800, August 2006

7011 1570 0002 6104 4351

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Sent To: Embassy Republic of Ghana
Street, Apt. No.: 3517 International Dr NW
City, State, ZIP+4: DC 20008

PS Form 3800, August 2006

7011 0470 0000 5675 8726