MARTHA S. DOTY (State Bar No. 143287)
NICOLE C. RIVAS (State Bar No. 179337)
**ALSTON & BIRD, LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
Martha.doty@alston.com
Nicole.rivas@alston.com

Attorneys for Defendants
THE BOARD OF TRUSTEES
OF THE UNIVERSITY OF ILLINOIS, erroneously sued as
THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN;
and DR. GEORGE GOLLIN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself; DR. ROBERT FARMER, on behalf of a class action, <br><br>    Plaintiffs, <br><br>  v. <br><br> REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHERIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and | Case No.:  11-CV-06322-RGK (SHx) <br><br> [Honorable R. Gary Klausner] <br><br> **STIPULATION FOR JUDGMENT FOR COSTS OF SUIT** |

1

**STIPULATION FOR JUDGMENT FOR COSTS OF SUIT**

individual; UNIVERSITY OF ILLINOIS-
URBANA CHAMPAIGN, an Illinois
Institution of Higher Learning; STATE OF
OREGON, Office of Degree Authorization;
the NATIONAL ACCREDITATION
BOARD OF THE REPUBLIC OF GHANA,
EDUCATION COMMISSION FOR
FOREIGN MEDICAL GRADUATES; a
Pennsylvania non-profit corporation;
FOUNDATION FOR ADVANCEMENT
OF MEDICAL EDUCATION AND
RESEARCH, a Pennsylvania non-profit
organization,

        Defendants.

Plaintiff Dr. Jerroll Dolphin ("Plaintiff") and Defendants Dr. George Gollin and the Board of Trustees of the University of Illinois, erroneously sued as University of Illinois Urbana Champaign, (collectively "Defendants") hereby agree and stipulate as follows:

1.    WHEREAS, Defendants moved to dismiss Plaintiff's First Amended Complaint ("Complaint") on the ground that the claims stated therein were barred by the Eleventh Amendment, and thus this Court lacked jurisdiction to hear such claims;

2.    WHEREAS, the Court on May 3, 2012 granted Defendant's motion and dismissed Plaintiff's Complaint on the ground that the Court lacked jurisdiction because the claims stated in the Complaint against the Defendants were barred by the Eleventh Amendment;

3.    WHEREAS, 28 U.S.C. § 1919 provides for an award of just costs whenever an action is dismissed for want of jurisdiction;

1     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the

2  parties, through their counsel of record, that a Judgment should be entered forthwith

3  by the Court in favor of Defendants for costs of suit in the amount of $849 pursuant to

4  28 U.S.C. § 1919.

5

6  DATED:  May 18, 2012          LARRY D. WALLS
                                 **LAW OFFICES OF LARRY D. WALLS**

7

8                                        _____/s/_____
                                         Larry D. Walls
9                                Attorneys for Plaintiff DR. JERROLL B.R.
                                 DOLPHIN
10

11 DATED:  May 18, 2012          MARTH S. DOTY
                                 NICOLE C. RIVAS
12                               **ALSTON & BIRD LLP**

13

14                                       _____/s/_____
                                         Nicole C. Rivas
15                               Attorneys for Defendants
                                 THE BOARD OF TRUSTEES OF THE
16                               UNIVERSITY OF ILLINOIS; and DR. GEORGE
                                 GOLLIN
17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR JUDGMENT FOR COSTS OF SUIT**
LEGAL02/33318282V1