**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ST. LUKE SCHOOL OF MEDICINE - GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself; DR. ROBERT FARMER, on behalf of a class action,

Plaintiffs,

v.

REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND as official and individual; MOHAMMED SHERIFF as official and individual; DR. BENSON BARH as official and individual; DR. GEORGE GOLLIN as official and individual; DR. BRAD SCHWARTZ as official and individual, ALAN CONTRERAS as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION

Case No.: 11-CV-06322-RGK (SHx)

[Honorable R. Gary Klausner]

**[PROPOSED] STIPULATED JUDGMENT FOR COSTS OF SUIT**

BOARD OF THE REPUBLIC OF GHANA, EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES; a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit organization,

Defendants.

Pursuant to the Stipulation for Judgment for Costs of Suit jointly submitted by the parties and good cause appearing therefor, IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against the Plaintiff Dr. Jerroll Dolphin and in favor of Defendants Dr. George Gollin and the Board of Trustees of the University of Illinois, erroneously sued as the University of Illinois, for the costs of suit in the amount of $849 pursuant to 28 U.S. C. § 1919.

DATED: ____________________ ____________________________________

The Honorable R. Gary Klausner

Respectfully Submitted,

DATED: May 18, 2012

MARTHA S. DOTY
NICOLE C. RIVAS
**ALSTON & BIRD LLP**

/s/

Nicole C. Rivas
Attorneys for Defendants THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, erroneously sued as THE UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN and DR. GEORGE GOLLIN