Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220 Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JERROLL DOLPHIN,<br><br>             Plaintiff,<br><br>      vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>             Defendant | Case No: 11-CV-06322 RGK (SHx)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

   I, Larry D. Walls, hereby certify that I am the Plaintiffs' Attorney of Record and am of such age and discretion as to be competent to serve papers.

   I further certify that on this date I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

   Addressee:   REPUBLIC OF LIBERIA
                EMBASSY OF THE REPUBLIC OF LIBERIA
                5201 16TH STREET, NW, WASHINGTON DC 20011

Dated this 21st day of May, 2012

                              _____
                              Larry D. Walls
                              Attorney for Plaintiffs

CERTIFICATE OF SERVICE – Republic of Liberia - 1