Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220 Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DR. JERROLL DOLPHIN,

    Plaintiff,

  vs.

REPUBLIC OF LIBERIA, et al,

    Defendant

Case No: 11-CV-06322 RGK (SHx)

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Dr. Jerroll Dolphin, requests that entry of judgment by default be entered against defendant REPUBLIC OF LIBERIA pursuant to Federal Rule of Civil Procedure 55(a) and (b). In support of this request plaintiffs rely upon the record in this case and the affidavit submitted herein.

Dated this 16th day of May, 2012

                                                                                 _____

                                                                                 Larry D. Walls

                                                                                 Attorney for Plaintiffs