Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220 Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JERROLL DOLPHIN,<br><br>        Plaintiff,<br><br>   vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>        Defendant | Case No: 11-CV-06322 RGK (SHx)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

I, Larry D. Walls, being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were served upon the defendant, Republic of Liberia, on November 27, 2011.

3. An answer to the complaint was due on February 6, 2012. No response was served within the time allowed by law nor has the defendant, Republic of Liberia, sought additional time within which to respond.

4. The default of defendant REPUBLIC OF LIBERIA was entered on _____.

5. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the defendant is not currently in active military service.

6. To my best information and belief, defendant, Republic of Liberia, is not an infant or incompetent person.

7. The claim of the plaintiffs is for:

AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT – Republic of Liberia - 1

Actual Damages for loss of income of $25, 000,000.

General Damages for Pain and Suffering of $50,000,000.

Punitive Damages for malicious conduct of $25,000,000

Attorney Fees and Cost of $1,000,000.

The total Damages claim is for $101, 000,000.

Dated this 14th day of May, 2012

_____
Larry D. Walls
Attorney for Plaintiffs

_____

Sworn to and subscribed before me this \_17\_ day of \_May\_, 2012

_____
Notary Public

My Commission Expires: July 31, 2015

L. ISAS
Commission # 1946286
Notary Public - California
Los Angeles County
My Comm. Expires Jul 31, 2015