Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220 Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JERROLL DOLPHIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>    Defendant | Case No: 11-CV-06322 RGK (SHx)<br><br>**[PROPOSED] DEFAULT JUDGMENT**<br><br>DATE:  MAY   , 2012<br>TIME:  9:00 AM<br>CRT:   850 |

## DEFAULT JUDGMENT

The defendant, REPUBLIC OF LIBERIA, having failed to appear, plead or otherwise defend in this action, and default having been entered on (date), and counsel for plaintiffs having requested judgment against the defaulted defendant, REPUBLIC OF LIBERIA, and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff, Dr. Jerroll Dolphin, against defendant REPUBLIC OF LIBERIA as follows:

   Actual Damages for loss of income of $25,000,000.

   General Damages for Pain and Suffering of $50,000,000.

   Punitive Damages for malicious conduct of $25,000,000

   Attorney Fees and Cost of $1,000,000

   The total Damages claim is for $101, 000 000

Plus interest on the judgment at the legal rate until the judgment is satisfied.

_____
   Clerk of Court (if sum certain)
   District Judge (in all other instances)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28