Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220 Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JERROLL DOLPHIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>    Defendant | Case No: 11-CV-06322 RGK (SHx)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

   I, Larry D. Walls, hereby certify that I am the Plaintiff's Attorney of Record and am of such age and discretion as to be competent to serve papers.

   I further certify that on this date I caused a copy of the Motion for Entry of Default Judgment, Affidavit in Support of Motion for Entry of Default Judgment and proposed Default Judgment to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

   Addressee:   REPUBLIC OF LIBERIA

              EMBASSY OF THE REPUBLIC OF LIBERIA

              5201 16TH STREET, NW, WASHINGTON DC 20011

Dated this 21st day of May, 2012

                                    _____

                                    Larry D. Walls, Attorney for Plaintiffs

CERTIFICATE OF SERVICE – Republic of Liberia   -   1