Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. JERROLL DOLPHIN<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>　　　　Defendant | Case No: 11-CV-06322 RGK (SHx)<br><br>[PROPOSED] ENTRY OF DEFAULT |

## ENTRY OF DEFAULT

　　Plaintiff, Dr. Jerroll Dolphin, request that the clerk of court enter default against defendant, the National Accreditation Board of the Republic of Ghana, pursuant to Federal Rule of Civil Procedure 55(a) and (b)(1).  It appearing from the record that defendant, National Accreditation Board of the Republic of Ghana, has failed to appear, plead or otherwise defend, the default of defendant National Accreditation Board of Republic of Ghana is hereby entered pursuant to Federal Rule of Civil Procedure 55(a) and (b).

　　Dated this _____ day of _____, 2012
.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Terry Nafisi, Clerk of Court
　　　　　　　　　　　　　　　　In The United States District Court
　　　　　　　　　　　　　　　　for The Central District Of California