Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220 Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JERROLL DOLPHIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>        Defendant | Case No: 11-CV-06322 RGK (SHx)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

    I, Larry D. Walls, hereby certify that I am the Plaintiffs' Attorney of Record and am of such age and discretion as to be competent to serve papers.

    I further certify that on this date I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant, National Accreditation Board of Republic of Ghana, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

    Addressee:    National Accreditation Board of Republic of Ghana

            Embassy of the Republic of Ghana

            3512 International Dr. NW, Washington DC 20008

Dated this 21st day of May, 2012

                                    _____

                                    Larry D. Walls

                                    Attorney for Plaintiffs

CERTIFICATE OF SERVICE - National Accreditation Board - 1