Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JERROLL DOLPHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>    Defendant | Case No: 11-CV-06322 RGK (SHx)<br><br>MOTION FOR ENTRY OF DEFAULT |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Dr. Jerroll Dolphin requests that the clerk of court enter default against defendant, MOHAMMED SHARIFF, pursuant to Federal Rule of Civil Procedure 55(a) and (b)(1). In support of this request plaintiffs rely upon the record in this case and the affidavit submitted herein.

Dated this 21st day of May 2012.

                                                                                              _____

                                                                           Larry Walls, SBN 64696

                                                                           Attorney for Plaintiff