Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DR. JERROLL DOLPHIN,

    Plaintiff,

  vs.

REPUBLIC OF LIBERIA, et al,

    Defendant

Case No: 11-CV-06322 RGK (SHx)

AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

## AFFIDAVIT IN SUPPOR OF
## MOTION FOR ENTRY OF DEFAULT

I, Larry D. Walls, being duly sworn, state as follows:

1.    I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2.    The summons and complaint were filed on August 1, 2011

3.    Defendant, MOHAMMED SHARIFF was served with a copy of the summons and complaint on November 27, 2011 as reflected on the docket sheet by the proof of service filed on May 21, 2012.

4.    An answer to the complaint was due on February 6, 2012.

5.    Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of court enter default against the defendant MOHAMMED SHARIFF.

*Larry D. Walls*

Larry D. Walls

Attorney for Plaintiffs

Sworn to and subscribed before me this 14th day of May, 2012

Notary Public

My Commission Expires: July 31, 2015

L. ISAS
Commission # 1946286
Notary Public - California
Los Angeles County
My Comm. Expires Jul 31, 2015

AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT - MOHAMMED SHARIFF - 2