Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JERROLL DOLPHIN,<br><br>       Plaintiff,<br><br>    vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>       Defendant | Case No: 11-CV-06322 RGK (SHx)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Larry D. Walls, hereby certify that I am the Plaintiffs' Attorney of Record and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant, Mohammed Shariff, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

Addressee:   MOHAMMED SHARIFF, AMBASSADOR AT LARGE
             REPUBLIC OF LIBERIA
             EMBASSY OF THE REPUBLIC OF LIBERIA
             5201 16TH STREET, NW, WASHINGTON DC 20011

Dated this 21st day of May, 2012

_____
Larry D. Walls
Attorney for Plaintiff

CERTIFICATE OF SERVICE – DEFAULT – MOHAMMED SHARIFF - 1