1 | JUAN C. BASOMBRIO (CA#150703)
  | DORSEY & WHITNEY LLP
2 | 600 Anton Boulevard, Suite 2000
  | Costa Mesa, California 92626
3 | Telephone: (714) 800-1405
  | Facsimile:  (714) 800-1499
4 | Email: basombrio.juan@dorsey.com

Attorneys for Defendant
NATIONAL ACCREDITATION
BOARD OF THE REPUBLIC OF
GHANA

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, et al., | NO.: CV:11-06322-RGK-(SHX) |
| Plaintiff, | |
| v. | **DEFENDANT NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA'S NOTICE OF APPEARANCE** |
| REPUBLIC OF LIBERIA, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendant National Accreditation Board of the Republic of Ghana hereby makes a special appearance, through its undersigned counsel of record, in this action.  Said Defendant disputes that service of the Summons and Complaint on it has been proper, and will move to dismiss the Complaint based on, *inter alia*, foreign sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 *et seq.*

Respectfully submitted,

DATED:  May 21, 2012    DORSEY & WHITNEY LLP

BY:   /s/ Juan C. Basombrio
JUAN C. BASOMBRIO
Attorneys for Defendant
NATIONAL ACCREDITATION BOARD
OF THE REPUBLIC OF GHANA

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3

/s/ Juan C. Basombrio
Juan C. Basombrio