# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br>Defendant(s). | CASE NUMBER:<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _____Mohammed Shariff, Palal Jusuhua_____ for the following reason(s)  Proof of service improper under 29 USC Sect 1608.

☐ No declaration as required by F.R.Civ.P 55(a)
☐ No proof of service/waiver of service on file
☐ The name of the person served does not exactly match the complaint
☐ Proof of Service is lacking required information
☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
☐ Time to respond has not expired
☐ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
  ☐ Request forwarded to assigned Judge for consideration
☐ Party dismissed from action on _____
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

☐ No Entry of Default on file
☐ No declaration of as required by F.R.Civ.P 55(b)
☐ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
☐ An Affidavit of the amount due must accompany the plaintiff's request for default judgment
☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
☐ Attorney Fees sought not in compliance with Local Rule 55-3
☐ Amount sought for costs is incorrect
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

By: _____
Deputy Clerk

CV-52B (12/03)    NOTICE OF DEFICIENCY - DEFAULT/DEFAULT JUDGMENT