1  JUAN C. BASOMBRIO (CA#150703)
   DORSEY & WHITNEY LLP
2  600 Anton Blvd., Suite 2000
   Costa Mesa, CA  92626
3  Telephone:  (714) 800-1400
   Facsimile:  (714) 800-1499
4  Email:  basombrio.juan@dorsey.com

5  Attorneys for Defendant
   NATIONAL  ACCREDITATION BOARD
6  OF THE REPUBLIC OF GHANA

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  ST. LUKE SCHOOL OF MEDICINE-GHANA, et al., | NO.:  CV:11-CV-06322-RGK(SHx) |
| 11 | |
| 12              Plaintiff, | **DEFENDANT NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA'S CERTIFICATION OF INTERESTED PARTIES** |
| 13  v. | |
| 14  REPUBLIC OF LIBERIA, et al., | |
| 15              Defendants. | |

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1  Defendant, the National Accreditation Board of the Republic of Ghana,
2  hereby submits this Certification of Interested Parties pursuant to Central District
3  Local Rule 7.1-1.  The undersigned, counsel of record for Defendant, certify that
4  the following listed parties may have a pecuniary interest in the outcome of this
5  case.  These representations are made to enable the Court to evaluate possible
6  disqualification or recusal:
7      1.  The National Accreditation Board of the Republic of Ghana;
8      2.  The Republic of Ghana.

DATED:  June 5, 2012

Respectfully submitted,
DORSEY & WHITNEY LLP

BY:/s/ Juan C. Basombrio
    JUAN C. BASOMBRIO
    Attorneys for Defendant National
    Accreditation Board of the Republic of
    Ghana

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3

/s/ Juan C. Basombrio
Juan C. Basombrio