1 | JUAN C. BASOMBRIO (CA#150703)
DORSEY & WHITNEY LLP
2 | 600 Anton Blvd., Suite 2000
Costa Mesa, CA  92626
3 | Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499
4 | Email:  basombrio.juan@dorsey.com

5 | Attorneys for Defendant
NATIONAL  ACCREDITATION BOARD
6 | OF THE REPUBLIC OF GHANA

7 |

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, et al., | NO.:  CV:11-CV-06322-RGK(SHx) |
| Plaintiff, | **DEFENDANT NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| REPUBLIC OF LIBERIA, et al., | |
| Defendants. | HEARING: |
| | DATE:  July 23, 2012.
TIME: 9:00 a.m.
COURTROOM 850 |

1

### NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), and the inherent powers of this Court, on **July 23, 2012**, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850 of the United States District Court for the Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, the Honorable Judge R. Gary Klausner, judge presiding, Defendant National Accreditation Board of the Republic of Ghana (hereinafter, "Ghana NAB") will move to dismiss the First Amended Complaint ("FAC"), and each purported cause of action alleged therein against Ghana NAB, of Plaintiffs St. Luke School of Medicine-Ghana, St. Luke School of Medicine-Liberia, Dr. Jerroll Dolphin, and Robert Farmer on behalf of an alleged class (collectively hereafter, the "Plaintiffs"), based on each of the following, alternative grounds:

1.      The FAC against Ghana NAB must be dismissed because the Court lacks subject matter jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§1602 et seq. ("FSIA").  Ghana NAB is an instrumentality of the Republic of Ghana and, as such, is entitled to FSIA immunity.  No exception to FSIA immunity applies:  (1) Ghana NAB has not waived immunity but has instead asserted it; (2) the commercial activity exception does not apply because Ghana NAB has not engaged in commercial activity – its actions have been governmental acts; and (3) the tort exception does not apply because no tort is alleged to have been committed by Ghana NAB in the United States.

2.      The FAC against Ghana NAB must be dismissed because there is a lack of personal jurisdiction over the Ghana NAB.  Ghana NAB has no minimum contacts with California, and it would be unreasonable to subject it to jurisdiction here.  The claims against Ghana NAB related to its decision not to provide accreditation to the St. Luke School of Medicine-Ghana, which is an entity formed

in Ghana.  Plaintiffs merely allege that Ghana NAB submitted in Ghana court proceedings letters it received from American institutions basically stating that the St. Luke School of Medicine-Ghana should not receive accreditation in Ghana.

3.     The FAC against Ghana NAB should be dismissed under the Act of State Doctrine.  Ghana NAB is alleged to have acted as a governmental agency and, under this doctrine, this Court should not sit in judgment of the public acts of a foreign sovereign power committed within its own territory.

4.     The FAC against Ghana NAB should be dismissed based on inconvenient forum grounds.  Prior to filing this action, the St. Luke School of Medicine-Ghana filed suit against Ghana NAB in Ghana courts challenging the decision not to provide accreditation.  That lawsuit is pending.  The claims in the Ghana lawsuit are intertwined with the claims asserted here.  In fact, the Plaintiffs are suing because of certain evidence that Ghana NAB presented in the Ghana case.  Thus, this action should be dismissed in favor of the Ghana forum.

5.     The FAC against Ghana NAB should be dismissed based on international comity grounds.  California has no interest in this action.  The Republic of Ghana has a strong interest in regulating the practice of medicine in Ghana, which is the issue at the heart of this action.  Even if it had jurisdiction, this Court should abstain and dismiss the action based on international comity grounds.

6.     And, the FAC against Ghana NAB is barred by the litigation privilege, Cal. Civ. Code § 47.  The FAC against Ghana NAB is based on actions that Ghana NAB took within a judicial proceeding in Ghana.  Because the litigation privilege applies to foreign actions, the FAC fails to state a claim.

Ghana NAB seeks such other relief as the Court deems proper.

This motion is based on this notice of motion, motion and attached memorandum of law, the declaration of Richard K. Adjei, the declaration of Amma A. Gaisie, the notice of intent to rely on foreign law, the proposed order, all records in the action, and the arguments of defense counsel.

1    Pursuant to Rule 7-3 of the Local Rules of the United States District Court

2 for the Central District of California, Ghana NAB states:

3    This motion is made following the conference of counsel pursuant to L.R. 7-

4 3 which took place on June 6, 2012.

5                                    Respectfully submitted,

6

7 DATED:  June 11, 2012.          DORSEY & WHITNEY LLP

8                                 BY:/s/ Juan C. Basombrio
                                      JUAN C. BASOMBRIO
9                                     Attorneys for Defendant National
                                      Accreditation Board of the Republic of
10                                    Ghana

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. CV:11-06322-RGK(SHx)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3

/s/ Juan C. Basombrio
Juan C. Basombrio