1 | JUAN C. BASOMBRIO (CA#150703)
DORSEY & WHITNEY LLP
2 | 600 Anton Blvd., Suite 2000
Costa Mesa, CA  92626
3 | Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499
4 | Email:  basombrio.juan@dorsey.com

5 | Attorneys for Defendant
NATIONAL  ACCREDITATION BOARD
6 | OF THE REPUBLIC OF GHANA

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, et al., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC OF LIBERIA, et al., <br><br> Defendants. | NO.:  CV:11-CV-06322-RGK(SHx) <br><br> **NOTICE OF INTENT TO RELY ON FOREIGN LAW IN SUPPORT OF DEFENDANT NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** <br><br> HEARING: <br><br> DATE:  July 23, 2012. <br> TIME: 9:00 a.m. <br> COURTROOM 850 |

Please take notice that Defendant, the National Accreditation Board of the Republic of Ghana, intends to rely on the laws of Ghana in connection with its Motion to Dismiss the First Amended Complaint.

                                      Respectfully submitted,

DATED: June 11, 2012.         DORSEY & WHITNEY LLP

                                  BY:/s/ Juan C. Basombrio
                                     JUAN C. BASOMBRIO
                                     Attorneys for Defendant National Accreditation Board of the Republic of Ghana

---

1
NOTICE OF INTENT TO RELY ON FOREIGN LAW IN SUPPORT OF MOTION TO DISMISS
CASE NO. CV:11-06322-RGK(SHx)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3

/s/ Juan C. Basombrio
Juan C. Basombrio