

FILED
CLERK, U.S. DISTRICT COURT

6-8-12

CENTRAL DISTRICT OF CALIFORNIA
BY: sb              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| St. Luke School of Medicine- Ghana et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 11-cv-6322 RGK (SHx) |
| v. Republic of Liberia et al | **RECEIPT FOR FOREIGN SERVICE FROM UNTIED STATED POST OFFICE RE COMPLAINT** |
| DEFENDANT(S). | |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

see attached

CV-75 (06/07)    RECEIPT FOR FOREIGN SERVICE FROM U.S. POST OFFICE RE COMPLAINT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X                                                      ☐ Agent<br>                                                          ☐ Addressee |
| 1. Article Addressed to:<br><br>Mohammed Shariff<br>Liberia Ambassador-at-Large<br>c/o His Excellency, Mr. Jeremiah C. Sulunteh<br>Embassy of Republic of Liberia<br>5201 16th Street Northwest<br>Washington, DC 20011 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number  | 7004 2510 0003 2921 3953 |

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •   CV Intake

United States District Court
312 N. Spring Street
Los Angeles, CA 90012

Case # 11-CV-6322 RGK

---

Court Name: U.S. District Court
Division: 2
Receipt Number: LA045561
Cashier ID: llcash
Transaction Date: 06/14/2012
Payer Name: st luke school of med ghana

MISCELLANEOUS FEES
For: st luke school of med ghana
Amount:         $15.00

CASH
Amt Tendered:   $15.00

Total Due:       $15.00
Total Tendered:  $15.00
Change Amt:      $0.00

No refunds without original receipt. Returned checks will be assessed a fee of $53.00.

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage                            $
Certified Fee
Return Receipt Fee
(Endorsement Required)             Postmark
                                   Here
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $ 14.92

Sent To: Mohammed Shariff Liberia Ambassador at Large
Street, Apt. No.;
or PO Box No. 5201 16th St Northwest
City, State, ZIP+4 Washington, DC 20011

7004 2510 0003 2921 3953

PS Form 3800, June 2002         See Reverse for Instructions

CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012



Mohammed Shariff
Liberia Ambassador-at-Large
c/o His Excellency Mr. Jeremiah C. Sulunteh
Embassy of Republic of Liberia
5201 16th Street Northwest
Washington, DC 20011