FILED
2012 JUN 14 PM 2:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St Luke School of Medicine-Ghana et al<br><br>PLAINTIFF(S)<br>v.<br>Republic of Liberia et al<br><br>DEFENDANT(S). | CASE NUMBER<br>11CV6322<br>2: 11-6322 RGK (SHx)<br><br>**RECEIPT FOR FOREIGN SERVICE FROM UNTIED STATED POST OFFICE RE COMPLAINT** |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here 6-7-12
Total Postage & Fees $ 14.92

Sent To: Republic of Liberia c/o His Excellency
Street, Apt. No.; M. T_____ Sulunteh
or PO Box No. 5201 16th St. N.W.
City, State, ZIP+4 Washington DC 20011

PS Form 3800, January 2001    See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here 6-7-12
Total Postage & Fees $ 14.92

Sent To: National accreditation Board Republic of Ghana
Street, Apt. No.; 3512 International Drive N.W.
City, State, ZIP+4 Washington DC 20008

PS Form 3800, January 2001    See Reverse for Instructions

Court Name: U.S. District Court
Division: 2
Receipt Number: LA045593
Cashier ID: 11cash
Transaction Date: 06/14/2012
Payer Name: st luke school of med ghana

MISCELLANEOUS FEES
For: st luke school of med ghana
Case/Party: D-CAC-2-11-CV-006322-001
Amount:          $30.00

CASH
  Amt Tendered:  $30.00

Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00

No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.

CV-75 (06/07)    **RECEIPT FOR FOREIGN SERVICE FROM U.S. POST OFFICE RE COMPLAINT**

Larry Walls, SBN 64696<br>
3250 Wilshire Blvd, Suite 708<br>
Los Angeles, CA 90010<br>
Telephone:(213) 480-6220<br>
Facsimile: (213) 480-6225<br>
Attorney for Plaintiffs<br>
June 5, 2012

Clerk of US Federal Court
Central District
California

# INSTRUCTIONS FOR FOREIGN SERVICE

## REGARDING DEFENDANT, REPUBLIC OF LIBERIA

CV 11-06322-RGK-(SHx)
CALIFORNIA CENTRAL DISTRICT
UNITED STATES FEDERAL COURT

St. Luke School of Medicine-Ghana, et al       vs.    Republic of Liberia, et al
                 Plaintiffs                                                   Defendants

This is regarding a lawsuit filed by the plaintiffs, referenced in the attached complaint, summons and coversheet for damages for wrong, primarily for libel, slander, and interference in business advantage, false imprisonment, violations of United States Friendship Treaty, and other violations of civil and human rights.

**The Republic of Liberia** is being sued for damages. The attached complaint, summons and cover sheet must be mailed by June 6, 2012, and addressed to:.

Republic of Liberia
c/o His Excellency Mr. Jeremiah C. Sulunteh, Ambassador
Embassy of Republic of Liberia
5201 16th Street Northwest
Washington, DC 20011

Thank you, sincerely

Dated June 5, 2012

**Larry D. Walls**

Digitally signed by Larry D. Walls
DN: CN = Larry D. Walls, C = US, O = Law Office of Larry Walls, OU = Attorney-at-Law
Reason: Instructions for Foreign Service to Clerk of Court - Liberia
Location: Los Angeles CA
Date: 2012.06.05 14:29:51 -07'00'

Larry D. Walls
Attorney for Plaintiffs

Larry Walls, SBN 64696<br>
3250 Wilshire Blvd, Suite 708<br>
Los Angeles, CA 90010<br>
Telephone:(213) 480-6220<br>
Facsimile: (213) 480-6225<br>
Attorney for Plaintiffs<br>
June 5, 2012

Clerk of US Federal Court
Central District
California

# INSTRUCTIONS FOR FOREIGN SERVICE

## REGARDING DEFENDANT, NATIONAL ACCREDITATION BOARD, REPUBLIC OF GHANA

CV 11-06322-RGK-(SHx)
CALIFORNIA CENTRAL DISTRICT
UNITED STATES FEDERAL COURT

St. Luke School of Medicine-Ghana, et al    vs.    Republic of Liberia, et al
                    Plaintiffs                                        Defendants

This is regarding a lawsuit filed by the plaintiffs, referenced in the attached complaint, summons and coversheet for damages for wrong, primarily for libel, slander, and interference in business advantage, conspiracy, and other violations of civil and human rights.

**The National Accreditation Board of the Republic of Ghana** is being sued for damages. The attached complaint must be mailed by June 6, 2012, and addressed to:.

National Accreditation Board
Republic of Ghana
c/o Embassy of Republic of Ghana
3512 International Drive Northwest
Washington, DC 20008
(202) 686-4520

Thank you, sincerely

Dated June 5, 2012

**Larry D. Walls**

Digitally signed by Larry D. Walls
DN: CN = Larry D. Walls, C = US, O = Law Office of Larry Walls, OU = Attorney-at-Law
Reason: Instructions for Foreign Service to Clerk of Court - NAB
Location: Los Angeles CA
Date: 2012.06.05 14:31:19 -07'00'

Larry D. Walls
Attorney for Plaintiffs