**FILED**
CLERK, U.S. DISTRICT COURT
JUN 1 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2:11-cv-06322 RGK (SHx)
Service Returned executed

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Central District of California
Office of the Clerk
US Courthouse
Los Angeles, California

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Republic of Liberia
c/o His Excellency Mr Jeremiah C Sulunteh Ambassador
Embassy of Republic of Liberia
5201 16th St Northwest
Wash DC 20011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Clement   ☑ Agent  ☐ Addressee

B. Received by (Printed Name): D. Clement
C. Date of Delivery: 6-11-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540