

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| St Luke School of Medicine-Ghana et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 11-6322 RGK (SHx) |
| v. | |
| Republic of Liberia et al | **RECEIPT FOR FOREIGN SERVICE FROM UNTIED STATED POST OFFICE RE COMPLAINT** |
| DEFENDANT(S). | |

**(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)**

Lynda Pham

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Republic of Liberia
c/o His Excellency
Mr. Jeremiah C. Sulunteh
5201 16th Street N.W
Washington DC 20011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0510 0003 2904 8782

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

CV-75 (06/07)   **RECEIPT FOR FOREIGN SERVICE FROM U.S. POST OFFICE RE COMPLAINT**