UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CV Intake

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
312 N. Spring Street
Los Angeles, CA 90012

Case # 11-CV-6322 RGK

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 18 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 19 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

11-cv-06322 RGK (SHx)
service returned execute

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mohammed Shariff
Liberia Ambassador-at-Large
c/o His Excellency Mr. Jeremiah C. Sulunteh
Embassy of Republic of Liberia
5201 16th Street Northwest
Washington, DC 20011

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [signature]
B. Date of Delivery: 6-13-12
C. Signature: X Sulu V. Marshall ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7004 2510 0003 2921 3953

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952