Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al, <br><br> Plaintiff, <br><br> vs. <br><br> REPUBLIC OF LIBERIA, et al, <br><br> Defendant | Case No.: 11-CV-06322 RGK (SHx) <br><br> DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT NATIONAL ACCREDITATION BOARD'S MOTION TO DISMISS FIRST AMENDED COMPLAINT <br><br> DATE: AUGUST 23, 2012 <br> TIME: 9:00 AM <br> CRT: 850 |

## DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITITION

I, Dr. Jerroll Dolphin, doe hereby declare the following.

1. I am a citizen of the United States and a resident of the State of California.
2. I am the president, majority owner and founder of SLSOM-Liberia, a Liberian corporation.
3. I am the president, majority owner and founder of SLSOM-Ghana, a Ghanaian corporation.
4. SLSOM-Liberia maintained a campus is Liberia since 2000.
5. I resided in Accra, Ghana from January 2006 until June 2009.

6. SLSOM-Liberia maintained a business office in Inglewood, California since 2000 until 2006. St. Luke School of Medicine still maintains an office in Los Angeles County, in the State of California.

7. I was in Liberia on two occasions in 2001.

8. I signed a cooperative agreement with the University of Liberia A.M. Dogliotti Medical School and SLSOM-Liberia in 2001.

9. I met with and authorized clinical science students to study at different hospitals inside and outside of Monrovia, Montserrado County, in the Republic of Liberia in 2001.

10. I authorized SLSOM-Liberia students to study at SLSOM-Liberia's facilities in Monrovia, Liberia in 2001 when AMD was not readily available at the end of 2001.

11. I and SLSOM-Liberia officers organized the corporation in September or October 2001.

12. SLSOM-Liberia students studied in Liberia, in basic sciences and clinical sciences from 2000 until 2002, when they fled from the civil war.

13. The SLSOM-Liberia campus was destroyed in February and March 2002 from civil war.

14. I personally observed the destruction done to the SLSOM-Liberia campus in Monrovia, Liberia during August and September 2002.

15. SLSOM-Liberia officers in Liberia obtained a permit to operate in 2002, after the campus was cleaned, rebuilt and refurbished.

16. SLSOM-Liberia officers in Liberia obtain a charter from the Congress of the Republic of Liberia, signed by the President of the Republic of Liberia, in 2003.

17. The SLSOM campus was again destroyed by civil unrest in 2003.

18. I personally visited and observed the destroyed campus in Monrovia, Liberia on or about September, October, and November of 2003.

19. I was present in Monrovia when SLSOM-Liberia obtained its site at Gaye Town, Monrovia, Liberia in 2004.

20. I signed the lease document for SLSOM-Liberia's Gaye Town campus in November 2004 and made payment for it's lease.

21. I was present when the renovations and refurbishing were done at the Gaye Town site in 2004 through 2005.

22. I never observed George Gollin nor anyone else from the University of Illinois to be present in Liberia from 2001 until my last visit to Liberia in September 2006.

23. I personally witnessed the decertification of three licensed doctors in Ghana, three licensed doctors in Nigeria, the refusal to grant licenses to qualified doctors in the UK, Canada, Kenya, and India, as a result of the decertification, libel and slander of St. Luke School of Medicine since 2005.

24. I have personally witnessed the decertification of USMLE test results by ECFMG – FAIMER in 2005 for approximately 14 members of the Class that I have known to have passed one or more steps of the USMLE.

25. I personally know of at least ten SLSOM-Liberia students who were active in California, and members of the Class. who came to the SLSOM-Liberia business office in Inglewood, California from 2002 through 2007, who questioned me about false claims on the Internet by unknown persons.

26. I was present in Ghana during the developmental phase of SLSOM-Ghana in which a 42,000 square foot campus, that included but not limited to:

    a.    30 new microscopes

    b.    numerous centrifuges

    c.    2000 pieces of chemical and microbial glassware

    d.    12 anatomy tables

    e.    two-dozen Internet linked computers with current medical educational software approximately 10,000 pages of online curriculum developed to assist the instruction of medical students at SLSOM-Ghana

    f.    a library of approximtely 3000 new books, and,

    g.    numerous other equipment that satisfied the World Health Organization's standard for medical school equipment, for medical schools of up to 400 students

27. In December 2009, when I was in California, I was alerted to George Gollin when a former student, REDACTED, specifically told me that Gollin had been writing lots of false information about SLSOM. At that time, I noticed, while I was resident in California, hundreds of false statements that he and he alone had placed on the Internet defaming me, SLSOM-Liberia, SLSOM-Ghana, and the Class.

28. I was in California, when my wife, Susana Dolphin a California resident living in Ghana, told me she had received a published 91-paged document document authored by George Gollin and the University of Illinois-Urbana, that was sent to the Ghana National Accreditation Board, that was full of lies about me, Dr. Jerroll Dolphin, herself, SLSOM-Liberia, SLSOM-Ghana, and the Class. Then my wife asked me for a divorce.

29. I obtained the 91-paged document in March 2010, while I was in California, along with the letters presented by Brad Schwartz, Dean of the College of Medicine of the University of Illinois, and Alan Contreras of the Oregon Office of Degree Authorization from the St. Luke School of Medicine – Ghana attorney in Ghana, Exhibit 42 through 51 (excluding Exhibit 46).

30. I observed on George Gollin's University of Illinois-Urbana's website the entirety of his 91-paged document in October or November 2010 while I was resident in California.

31. I observed on George Gollin's University of Illinois-Urbana's website the entirety of Gollin's version of docket of the previous lawsuit, CV-01791-RGK, of which many documents were forgeries and falsely presented in October or November 2010, while I was resident in California.

32. I observed in October 2010 or November 2010, while I was in California, that George Gollin had stolen "Exhibit 1" from my computer and placed it on his University of Illinois-Urbana website, falsely claiming that it was submitted during the course of CV-01791-RGK.

33. In January 2011, while I was in California, I showed my Daughter, (Name Redacted) the false information on George Gollin's website.my daughter asked the University of Illinois-Urbana and George Gollin to remove the false statements he made about her in

the 91-paged document. To which in February or March 2011, the University of Illinois-Urbana or Gollin removed the entirety of his "docket" for CV-01791-RGK. Exhibits 55 and 56 (reserved).

34. From March 2011 until now, again, while I was in California, I observed (where) that George Gollin has removed his false statements about St. Luke School of Medicine, Dr. Jerroll Dolphin, and the class, bit-by-bit.

35. I never gave George Gollin or the University of Illinois-Urbana access to my personal computer located in California.

36. I never sent Gollin or the University of Illinois-Urbana the infamous "Exhibit 1" that was published on George Gollin's University of Illinois-Urbana website as part of his personal "docket:" of CV-01791-RGK, a Federal District Nine (California) court lawsuit.

37. Since 2000, my original signature has been on every diploma issued by St. Luke School of Medicine.

38. A past student of SLSOM-Liberia (Name Redacted) in October 2010, told me while I was in California, that he was frightened and intimidated by George Gollin's posting of "Exhibit 1" on George Gollin's University of Illinois-Urbana website. That same person (redacted) said he was a practicing physician and did not want to subject to George Gollin's intimidation online or by other means.

39. At no time did I nor SLSOM-Liberia award Medical Doctor (MD) degrees to anyone who did not attend classes.

40. All MD graduates of St. Luke School of Medicine successfully completed the required classwork as well as completed the required clinical training in accredited hospitals and clinics, not on the internet.

41. All MD graduates of St. Luke School of Medicine successfully completed their required public service projects in the United States, Africa, or Asia, not on the internet.

42. All MD graduates of St. Luke School of Medicine successfully completed their required examinations for graduation.

43. No MD graduates of St. Luke School of Medicine received a degree by way of a "diploma Mill", as that term is defined by George Gollin.

44. I personally know of more than 2 dozen prominent USA accredited medical schools that offer entire basic science courses online. I also know of a half dozen of the same prominent medical schools that do not require attendance in the classroom.

I do hereby swear under the penalty of perjury that all of the information stated above is true and correct.

July 1, 2012

*[signature]*

Dr. Jerroll Dolphin
Plaintiff

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT
NATIONAL ACCREDITATION BOARD'S MOTION TO DISMISS FIRST AMENDED COMPLAINT   -  6