| Section #  & Panel Statement | Factual Statement | Opinion | Correct | Incorrect | Purpose of Statement or Action |
|---|---|---|---|---|---|
| Programme is modelled to train and provide doctors for the American market 1.1 | No | X |  | X | Derogation |
| **1.2 Curriculum** |  |  |  |  |  |
| Discrepancy between curriculum and outline of lectures | No | X |  | X | To cause doubt |
| Programme is to be run like an assemble line | No | X |  | X | To cause doubt |
| Physiology course content needed | No |  |  | X | False Statement.  Physiology course content was provided. |
| Anatomy: Course content needed for Gross Anatomy, Histology and Embryology, Biochemistry | No |  |  | X | False Statement.  Anatomy course content was provided. |
| Course outlines in Medical Biochemistry, Medical Genetics and Molecular Biology | No |  |  | X | False Statement.  All course content was provided online, as well as online access codes. |
| Biology is based on the United States Medical Licensing Examination | No |  |  | X | False Statement. |
| Pathology: Syllabus not given | No |  |  | X | False Statement.  All course content was provided online, as well as online access codes. |
| Teaching time does not allow for self study | No | X |  | X | To cause doubt |
| Difficult to understand three intakes per year |  | X |  |  | To cause doubt |
| **1.3 Admission Requirements** |  |  |  |  |  |
| Ambiguity regarding English |  | X |  | X | To cause doubt.  There is no ambiguity in the requirement. |

| Section # & Panel Statement | Factual Statement | Opinion | Correct | Incorrect | Purpose of Statement or Action |
|---|---|---|---|---|---|
| Ambiguity regarding passport | No | | X | | To cause doubt. There is no ambiguity in the requirement. |
| Requiring GMAT & GRE is bias for North American graduates | No | X | | X | To cause doubt. There is no ambiguity in the requirement. GMAT is not a requirement. |
| Transfer policy not well defined | No | X | | X | To cause doubt. There is no ambiguity in the requirement. |
| Admission minimum requirements not clearly stated | No | X | | X | To cause doubt. There is no ambiguity in the requirement. |
| | | | | | |
| **1.5 Internal Course Assessment** | | | | | |
| Mode of assessment is not yet clear | No | X | | X | False Statement. To cause doubt. There is no ambiguity in the assessment modalities. The mode of assessment is computerized, accessable, demonstratable, and active. |
| | | | | | |
| **1.6 Practical Work/Field Trips** | | | | | |
| No practical schedules for Physiology, Anatomy, Pathology and Biochemistry | No | X | | X | False Statement. To cause doubt. The hour-by-hour, day-by-day schedule was given to the panel. There was no ambiguity in the Schedule. |
| | | | | | |
| **1.8 Mandatory Courses** | | | | | |

| Section # & Panel Statement | Factual Statement | Opinion | Correct | Incorrect | Purpose of Statement or Action |
|---|---|---|---|---|---|
| Training in communicative skills and information communication technology | No | | | X | False Statement. To cause doubt. SLSOM provides 20-hour courses in IT and Internet use for its students during registration week. |
| **1.9 Student Assessment of Course Content and Teaching** | | | | | |
| No policy for students' assessment of course content and teaching | No | X | | X | False Statement. To cause doubt. The students' assessment of content and teaching was given to the panel. |
| **2.4 Moderation/External Examination System/Marking of Scripts** | | | | | |
| The program will rely heavily on the USMLE | No | X | | X | False Statement. To cause doubt. |
| **3.1 Teaching Staff** | | | | | |

| Section #  & Panel Statement | Factual Statement | Opinion | Correct | Incorrect | Purpose of Statement or Action |
|---|---|---|---|---|---|
| Staffing positions, teaching load, and staff/student ratio | No | | | X | False Statement. To cause doubt.<br><br>The panel deliberately ignored SLSOM's documents for instructors, teaching loads, and staff/student ratios, which was provided to the panel and previous documentation to the NAB. |
| | | | | | |
| **4.0 Students** | | | | | |
| Students are expected to have a 40 hour week | No | | X | | False Statement. To cause doubt. The students will be in classroom or laboratory 28.5 hours a week. |
| | | | | | |
| **5.0 Physical Facilities** | | | | | |
| **5.1 Laboratory space and equipment** | | | | | |
| The Panel highlights several areas of concern for Physiology, Anatomy and Pathology | No | X | X | X | No. All areas that need to be addressed prior to opening will be completed |

| Section #  & Panel Statement | Factual Statement | Opinion | Correct | Incorrect | Purpose of Statement or Action |
|---|---|---|---|---|---|
| **5.2 Safety** | | | | | |
| General lack of fire escape exits and fire extinguishers | No | | | X | False Statement. To cause doubt. The NFS report was provided to the panel to which there were no current deficiencies. The report was ignored by the panel. |
| No backup power | No | | | X | False Statement. To cause doubt. Several backup generators were present during the inspection. |
| **6.0 Library** | | | | | |
| Textbooks are dated | No | | | X | False Statement. To cause doubt. Most all textbooks and reference books are the latest edition. Average date of printing is 2003. UGMS most current book in their library is 1997 and their median book is 1970's |
| More books in Histology, Embryology, Pathology and Biochemistry need to be purchased | No | | X | | No objection. However, histology, embryology will be internet supported courses because of the abundance of slides, video, and 3-D study material |

| Section # & Panel Statement | Factual Statement | Opinion | Correct | Incorrect | Purpose of Statement or Action |
|---|---|---|---|---|---|
| Grading | No | X | | X | The panel did not use the grading system authorized by the National Accreditation Board, and created their own grading system. This caused confusion with the NAB. The report should have been disqualified base on the panels grading assessment. |

The Panel Accreditation Report contained 28 Statements of fact provided by National Accreditation Board for panel assessment

The Panel Accreditation Report contained 26 Mistatements of Fact that were provided to the panel and National Accreditation Board before or during the assessment, 93% misstatements of facts.

The Panel Accreditation Report contained 24 False statements of facts that were provided to the panel and the National Accreditation Board before or during the assessment, 86% false statements of facts .

**This is clearly a False Report which violates Ghana Criminal Code sections:**

| Criminal Code Section | Section Title |
|---|---|
| 140 | Falsification of Accounts |
| 145 | Fraud by Agents |
| 208 | Publication of False New with Intent to Cause Fear and Alarm to Public |
| 213 | Fabrication of Evidence |
| 239 | Corruption, etc., of and by Public Officer |
| 246 | Oppression by Public Officer |