# EXHIBIT H



# St. Luke School of Medicine

## RESPONSE TO

## MEDICAL AND DENTAL COUNCIL
### REPORT ON ASSESSMENT OF FACILITIES AT THE ST. LUKE SCHOOL OF MEDICINE, GHANA ON 17TH AND 18TH JULY, 2008
Dated December 14, 2008

SUBMITTED May 30, 2009

# MEDICAL AND DENTAL COUNCIL
## REPORT ON ASSESSMENT OF FACILITIES AT THE ST. LUKE SCHOOL OF MEDICINE, GHANA ON 17TH AND 18TH JULY, 2008

## INTRODUCTION

The Medical and Dental Council (MDC) is the statutory government agency that regulates the standards of training and practice of medicine and dentistry in Ghana. It was established under the Medical and Dental Decree 1972 (NRCD 91), specifically Section 4(2) (a) states:

"ensure that courses of study and training in medicine or dentistry at any Medical School or University in Ghana are such as can sufficiently guarantee possession of the knowledge and skill needed for the efficient practice of medicine or dentistry".

There is general acceptance that some external process of evaluation for educational programs and the quality of graduates of medical schools is required to ensure that the educational standards of any medical school do not fall below acceptable standards and that graduates are suitable for registration as interns under supervision.

The Medical and Dental Council appointed an Assessment Team comprising:

Prof. H. Amonoo-Kuofi - Chairman (Dean, UCC-SMS)
Prof. S.B. Naaeder - Member (UGMS)
Dr. E. K. Sory - Member (Director General, GHS)
Dr. Francis Adu-Ababio - Member (UGDS, Korle Bu)
Dr. S. Y. Bimpong-Buta - Member (Sch. of Arts & Sciences)
Dr. E. K. Atikpui - Secretary, (Registrar, MDC)
Ms. Gladys Bulley - Recorder
Mrs. Adelaide Ashie – Recorder

to visit the St. Luke School of Medicine, Ghana. The assessment Team's visit was to inspect facilities to be used by the school and the school's program of work for MDC to grant the school accreditation for the training in medicine or otherwise.

### Meeting of Assessment Team at the Council's Secretariat

The team met briefly on 17th July, 2008 at 9.00 a.m. at the Council's Secretariat to discuss the accreditation programme and the mode of assessment as stated below:

Guidelines for the Team
o How much space
o The Physical facilities
o Library Books
o Laboratory
o Safety and Security (in case of fire outbreak — fire fighting equipment, toilet facilities etc.)
o Administrative staff (how departments have been set up)
o Information Brochure
o Information given to Council
o The number of students in a class (the facilities available for teaching)
o How can teaching be effective with the noise in the area without sound proofing
o Restroom for students after lectures
o List of Academic Staff — Part time and Full time lecturers
o Evidence that they can get the number required by the school.

## BRIEFING OF SCHOOL AUTHORITIES ON MODALITIES OF ASSESSMENT

The team was met at the school at about 10.00 a.m. and led to the school's library by Dr. William A. Ankobiah, Dr. Jerroll B. R. Dolphin, Susan Mitchell Dolphin and others. The Chairman of the team, Prof. H. Amonoo-Kuofi after the official welcome by Dr. Dolphin and introduction, stated that Council or the impression was that the school was to train foreign students in Ghana and after the training send them back to the United States of America. Dr. William A. Ankobiah in his response stated that it was abstract thinking because that is not the aim of the school. Prof. Amonoo-Kuofi further stated that the Medical and Dental Council being the regulatory body that oversees the study and training in medicine and dentistry at any medical school in Ghana thought it prudent to visit the school and familiarize itself with what was on the ground and to know at first hand the preparations made so far by the school for commencement of the programme. Questions and answers were provided on the Guidelines for the Team.

# INSPECTION OF FACILITIES & INTERVIEWS AT THE SCHOOL

## *MDC REPORT*

On the 18th July, 2008, the team paid its second visit to the school for the inspection of the facilities and interviews at the school. The team was conducted round the various facilities. The first place of call was at the library, the Dean's office and the Dean's Secretary's office which are on the first floor of the two storey building. It was noted that most of the books in the libraries were outmoded, insufficient subject areas and the library space were inadequate. There is no catalogue of books in the library and no medical journals. It also has a library with 7 outmoded computers which have been networked with internet facility.

## SLSOM RESPONSE:

### Library Book Inventory

Please find below SLSOM's inventory of books, by category, for the first year.

The list below details current medical books on display at SLSOM 'S library (list provided by SLSOM).

## 1st Year Text Book Accounting Summary

| Category | Number of Volumes | Most Recent Edition | 2nd Most Recent Edition | More than 10 years old? | Books : Student Ratio |
|---|---|---|---|---|---|
| Anatomy, Neuroanatomy, Embryology, Histology | 345 | 334 | 11 | 63 | 7 |
| Physiology | 101 | 86 | 15 | 15 | 2 |
| Biochemistry & Molecular Biology | 110 | 108 | 2 | 35 | 2 |
| Genetics | 92 | 86 | 6 | 17 | 2 |
| Microbiology | 45 | 40 | 5 | 45 | 1 |
| Nutrition | 42 | 42 | 0 | 0 | 1 |
| Public Health | 72 | 72 | 0 | 0 | 1.5 |
| Pathology | 46 | 26 | 16 | 46 | 1 |
| Legal Medicine | 50 | 50 | 0 | 0 | 1 |
| **TOTAL** | **903** | **844** | **55** | **221** | **18.5 textbooks per student** |

Also find comments regarding SLSOM catalogue of books and medical journal from **Mr. D.B Addo** the only medical librarian in Ghana and a foremost library expert for the National Accreditation Board.

He stated in his report for the NAB on the second assessment of SLSOM on page 1 last paragraph # 4.0 **Collections**

*'SLSOM claims it has 3,400 volumes of books in Ghana and in its warehouse in the United States of America. A list indicating available titles was produced in evidence. The collection available for the inspection at the School's site is about 800 volumes. In collections are books relevant to the first and second year courses of the medical curriculum. In the collections are:*

- *Guyton's Medical Physiology*
- *Stryer's Biochemistry*
- *Montgomery's Biochemistry with Clinical Correlation*
- *Keith's Clinically Oriented Anatomy*
- *McMinn's Functional and Clinical Anatomy*
- *Snell's Clinical Neuroanatomy*
- *Carpenter's neuroanatomy for Medical Student; and*
- *Kantz's Clinical Pharmacology*

*The core text books for Basic Sciences courses in medicines are therefore available. The problem is that, having been acquired three to four years ago, they have been superseded by newer editions.*

*The School indicated in an answer to a question in the NAB questionnaire that it has paid attention to the requirements of the first two years of instruction in selecting and purchasing books. This is a reasonable approach as medical books are revised more frequently than other disciplines.'*

## Journals
Concerning Journals (reference page 2 paragraph 6) he stated that

*'SLSOM library has no current journals. **THIS SHOULD NOT BE A PROBLEM**. The school relying on its efficient internet link, can take advantage of the WHO sponsored free online access to over three thousand four hundred(3400) current biomedical journals offered to developing countries under the HINARI project.'*

## Computers
Most of SLSOM's computer (25) were purchased in 2004 almost 5 years ago during the proposed school's first inspection with the National Accreditation Board for Authorisation. Even though, the computers are not the latest models, all are functional and operational.

After the school receives accreditation and before students arrive on campus the school plans to purchase 30 brand new computers for the school library.

## Library & Computer Laboratory


Library – Left Wing




Library – Right Wing



## SLSOM Digital Technology

Currently, SLSOM uses the digital serial line (DSL) which Ghana Telecom Broadband 4U provides to link and utilize internet based learning resources of over two dozen accredited medical institutions in the United States and Britain. (D. B Addo)

*"SLSOM technology allows students and professors to link up with renowned medical schools such as Leeds University, University of Texas Medical School, George Washington University, Loyola's University, Center for Disease Control and many more.*

*By linking up with various accredited medical institutions SLSOM is able to keep up with the fast pace of modern medicine and latest technology in the delivery of medical education.*

*All computers have DVD/CD players, with antivirus protection, MS Office 2003, Internet Explorer, and other important software.*

*The study hall computers have more than a dozen interactive medical software programs installed including, Anatomy, Neuroanatomy, Physiology, Microbiology, Biochemistry, Genetics, Emergency Medicine, Clinical Medicine, Cardiology, and others."* . (Please read Mr. D.B Addo's NAB Library Report)

## MDC REPORT

The team visited the 2nd floor of the building that contains the reception, offices for the President and the Project Coordinator. There is also a reception for the administration. One computer and 9 chairs were seen at the reception for the guest. On the same floor are the offices of the Dean of Business and Legal Affairs, the Business office, the Human Resource office and a **lecture hall with 25 student chairs very close to each other with a white board. The chairs have a lot of splinters and were unpolished.**

## SLSOM RESPONSE:

SLSOM has four buildings situated in an upper middle class neighborhood of Lartebiokorshie-Zoti. The two-storey building being described by the MDC team was introduced to them as building # 4.




## SLSOM Classrooms

Building #4 has two floors and a ground floor. On each floor there are two separate wings. Each wing consisting of a large room measuring 51.4 square meters with three other rooms also measuring 17.8, 15.2, and 15.4 square meters. There are two complete bathrooms. Each wing also houses a modern kitchen and a storeroom measuring 8 square meters combined.

The accurate information provided to the MDC team regarding the usage of the second floor, left wing is as follows:

"The biggest room in the left wing is designated as a conferences room. There are three additional rooms to be used by the president, project coordinator and secretaries. The kitchens will be used as a lunch room for staff who work in that wing."

"The opposite wing consists of the reception area and the additional three rooms to be used by Dean of Business and Legal Affairs, Human Resources office and a copy room. The Kitchen is to be used by the staff working on that wing of the floor."

### No Lecture Halls on the 2nd Floor

PLEASE NOTE THAT THERE ARE NO LECTURES HALLS ON THE SECOND FLOOR OF BUILDING # 4 AS STATED BY THE MEDICAL AND DENTAL COUNCIL TEAM. Please note and reference NAB physical facility report by Mr. Felix Abbey a foremost architect

## MDC REPORT

The Ground floor contains one lecture hall with 22 student chairs very close to each other with a white board. Thee chairs also have a lot of splinters and were unpolished.

Looking at the sitting arrangement, it will be difficult to ensure that students do not cheat during examination. On the same floor is the office of the Dean of Basic Sciences, the Associate Dean/Education Services and a Professor's office. There is a store, a kitchenette which is to be converted to students' common room. There is no control of sound from outside. There is poor lighting, poor ventilation and also the room too small to contain even half of the students.

Asked how students could attend lectures, Dr. Ankobiah stated that there would be a school bus to pick students at vantage points.

There are two toilet facilities on each block. One for the administration staff and the other for students (both male and female)

## SLSOM RESPONSE

The Dean of Educational Services and Professors will use the three rooms on the left wing of the ground floor when the school is in operations. The large room which measure at 51.4 square meters is designated as a lecture hall for 25 students. The kitchen will be converted to a staff lounge and store. The right wing kitchen will be used for student services.

### Noise Problem?

Lartebiokorshie-Zoti is a quiet upper middle class neighborhood only 3 minutes away from Korle Teaching Hospital. There is **NO NOISE PROBLEM** at St. Luke School of Medicine's Lartebiokorshie - Zoti campus.

Please note that the MDC panel brought this up as at its 9 AM July 18, 2008 meeting even before it had ever seen the SLSOM campus.

### Classroom Space

The NAB expert architect Mr. Felix D Abbey in his report on SLSOM physical facilities dated April 23, 2008 that stated on page 3 that

*"enough lecture space in the three story building to take 30 students each. The general washroom is enough for the initial intake of 120 students."*

Architect F.D. Abbey rated SLSOM overall classroom and bathrooms nearly 70 % out of 100. (Please see relevant pages in the NAB physical facilities report attached)

### Examinations & Cheating

Examinations for SLSOM students are computerized. Examinations will be conducted in an examination room, not classrooms. Each student is presented same questions but in different order, this makes it difficult for students to cheat.

### Whiteboards and Projectors

All classrooms have white boards with projectors.

### Polished and lacquered Chairs

All chairs are lacquered and polished with cushioned seats, and therefore they can not be splintered (Please see pictures)

The opposite wing of the ground floor consists of another classroom with projector and white board. There is an office for the Dean of Basic Science and professors.

## MDC REPORT

## LABORATORIES

The team visited the premises of the Vital International Foundation which has been allocated to the school. In this facility is the laboratory which has 24 outmoded microscopes with no condensers, Poor lighting system, no fire extinguishers, no dissection tables, no benches, no gas, poor ventilation and no drainage system.

There were 3 other very small rooms with a slightly big room to be used as offices and conference room for departmental heads instead of 6 departmental offices and 6 administrative offices

## SLSOM'S RESPONSE

### New Microscopes

The Panel is mistaken regarding the microscopes. Our 30 monocular microscopes are 1,600 power, oil immersion research microscopes with 4 magnifications for the secondary lenses. Each has condensers (a lens or mirror that concentrates light on the specimen from the light source). These microscopes are only used for first trimester students in Histology. All SLSOM microscopes are built to ISO 9000 standards. They were purchased brand new in August 2007 and they have been sitting unused in the laboratory since then.

### Missing Light Source

**The Panel did not see a light source because the manufacturer failed to ship them.** We will receive the illumination pieces prior to the start of the first trimester, when the manufacturer ships us 36 more binocular microscopes of the type below.

All other classes will use a binocular self-illuminated research microscope, 1,600 power, and oil immersion. SLSOM already has 4 binocular microscopes. We plan to order another 36 binocular microscopes of the same type, below.

### Microscope Technical Specifications
Student Medical Microscope

**Stand**
Stable and Robust, assembled from Aluminum DIE-CAST parts.

**Nosepiece**
Quadruple nosepiece with accurate centering and positive click stops

**Stage**
Detachable horizontal graduated mechanical stage size 120 X 120mm with adjustment for slide manipulation upto 45 x 75mm.

**Illumination**
Plano-Concave 50mm adjustable mirror on gimble mount.
Interchangeable with sub-stage illuminator (Optional).

**Objectives**
Achromatic 10X, 40X SL and 100X SL Oil immersion.



Model RM-3

**Eyepieces**

Huygenian 10X-15X or WF 10X.

**1500 Power (Magnification)**

### 1500x oil immersion microscope – monocular.

### Binocular Research Microscope

**Observation Head**

45-degrees inclined Binocular head rotatable through 360-degrees.

**Nosepiece**

Quadruple nosepiece with accurate centering and positive click stops

**Stage**

Mechanical stage of 135 x 140-mm. Low co-axial drive controls for X-Y movement and cross movement 50 X 70 mm, fully graduated vernier scale.

**Illumination**

6V-20W halogen lamp, 220/110 Volts. Mirror attachment for working in day light

**Objectives**

Achromatic DIN 4X - 10X- 40X SL and 100X SL Oil immersion

**Eyepieces**

DIN Size Wide field (WF) 10X and H5x or H6X or H16X (any two pairs).



Model RXL-4B

### 1600x oil immersion microscope – binocular.

The monocular microscope has similar magnification specifications, nosepiece and eyepiece specifications; however, it has a separate light source.

## Future Library & Current Combination Laboratory



Building 1 – Combination Laboratory and Future Library & Computer Laboratory.

Building 1 has three offices while Building 2 has three standard rooms with a bigger room, which is about one and half of a standard room. Between Buildings 1 & 2 there are a total of six offices.

Each department office is situated at close proximity to the laboratories thus the Biochemistry office is close to the Biochemistry laboratory, the Physiology office is close to the Physiology laboratory, and Anatomy office is close to the Anatomy laboratory. The administrative offices are located in Building 4.

## Combination Laboratory – Building 1

 



The St. Luke School of Medicine - Ghana combination laboratory (in Building 1) will be used for only one year. After the first year, all laboratories will be specialized and moved to Building 3.



The specialized laboratories will include anatomy, biochemistry, physiology & neuroanatomy, histology, microbiology, pathology, and clinical medicine.





The combination laboratory shows some of the medical charts, large whiteboard, air conditioner, and windows. Aside from brilliant sunlight, the anatomy lab rooms are well lighted with six 4-foot 40-watt energy bulbs, and 4 22-watt energy bulbs, one in each corner. The side of the glass window can be seen on the right.





Some of the Anatomy models are demonstrated in the pictures above. The large whiteboard is also visible, on the right.

# MDC REPORT

## *PATHOLOGY LABORATORY*

This is situated in another building which looks like a warehouse. It has no benches, no power supply and poorly ventilated. The team's impression was that the school does not know what a dissecting laboratory should be.

There is no fridge for keeping cadavers. In the same room is the Physiotherapy department

Above this is another big room which has been partitioned with glass as the pathology laboratory. It was noted that the school has no fire evacuation plan.

## SLSOM RESPONSE

The esteemed panel members seem to have forgotten the arrangements of the laboratories. The laboratory referred to here as the "pathology laboratory" is in fact the Gross Anatomy dissection laboratory. Please view the pictures below.

### Warehouse? It is the Gross Anatomy Laboratory and Other Laboratories

Regarding the comment *"another building which looks like a warehouse"*, SLSOM asks the MDC panel, what should the building of a gross anatomy look like? In fact, gross anatomy laboratories are warehouses for cadavers. Perhaps it is a fitting comment.



**Building 3 – Building for Gross Anatomy Lab, Physiology Lab, and other future labs.**

SLSOM staff is at a loss to what the MDC meant by the statement. The NAB requirement for establishing a school is that buildings of different types could be adapted. The building is

already built and therefore is only adapted to suit the purpose of the school. Any description of the building's appearance does not necessarily imply its unsuitability to fulfill its purpose.

As per the comment *"it has no benches, no power supply and poorly ventilated. It was the teams impression that the school does not know what a dissecting laboratory should be."*

## Lack of Benches

Gross anatomy laboratories do not commonly have benches. The cadavers rest on the dissecting tables. Students are standing around each cadaver either dissecting or observing. There is a water supply close to each table for cleaning and hand washing. There are showers for emergencies. The laboratory has a small library for reference.

## Anatomy Laboratory – Building 3




St. Luke School of Medicine – Ghana's anatomy laboratory is large enough to hold more that 100 medical students. It will be used for 60 students.

## Design of Dissection Areas

Each dissection table has a computer with wireless LAN and Internet connection to review complete online dissections available, and is equipped with CD-ROM/DVD players for interactive dissection assistance. Perhaps, the introduction of modern anatomy laboratory has confused members of the MDC panel.