# Educational Resources and Infrastructure

| Specific | Observations | Rating 1 | 2 | 3 | 4 | 5 | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| Budgets and supporting financial resources for the first operation | The school is being supported by volunteers and friends from the united states | X | | | | | No names of those people were given. | There was no time during our discussion with the MDC team did SLSOM state that volunteers, or friends, from the United States funded SLSOM. |
| | | | | | | | | This observation made is quite unfortunate since it could have been clarified with questions, a phone call or a letter. |
| | | | | | | | | Since 2004 SLSOM has raised $3,000,000 to establish its proposed medical programme. During the inspection of July 18th 2008, Dr Ababio had inquired how the school was been funded and he never a any time requested for a list of our funders. |
| | | | | | | | | In replying SLSOM officials mentioned that the school was been funded by social entrepreneurs with an explanation that social entrepreneurs are investors interested in assisting people to realized their highest potentials hence their interest in our program. |
| | | | | | | | | A foremost financial expert had done financial analysis of SLSOM projects from the NAB with many years of accounting experience. SLSOM has also submitted a copy of NAB financial questionnaire to the MDC, please review. |
| Classroom space and supporting educational infrastructures for first year of instruction | This room **does not look spacious** enough to even contain 15 students. | | X | | | | | This statement is an assumption and it creates a false impression of the actual situation. |
| | | | | | | | | The MDC inspectors did not measure SLSOM classrooms to know exactly the number of chairs that will fit in comfortably. |
| | | | | | | | | However, thorough measurement of the classroom space had been |

| Specific | Observations | 1 | 2 | 3 | 4 | 5 | S | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | warehouse room. | | | | | | | The MDC mistakenly called skill laboratory is a part of the physiology laboratory (for Cardio-Pulmonary Physiology). SLSOM's skill laboratory is actually its Clinical Medicine Laboratory, which will be on the top floor of Building 3. it will not be completed until the beginning of the 2nd year of operation. |
| Hospital-What is available; Diagnostics | Nil | X | | | | | | The MDC registrar Dr. Eli Atikpui informed SLSOM the Inspection to be conducted on July 17th & 18th only pertains to the Basic Sciences of St. Luke program. Officials are surprise that Hospital facilities are been graded, which is a requisite for clinical Science, three years away from the time of utilization. furthermore, when SLSOM requested for standards for upgrade of hospitals to a teaching status, Dr. Eli Atikpui informed officials of SLSOM the MDC don't have a current criteria for upgrade of hospitals and that it was been updated. Please see letter. |
| Transport | Nil | X | | | | | | SLSOM is not operational and can not purchase vehicles for conveying of students when there are no students on ground. The School have it in their plans and budget to make available vehicles to transports its students and staff. |
| Equipment in the hospital for training | Nil | X | | | | | | The inspection was for the Basic sciences and not Clinical sciences. Moreover, the campus visited is strictly for Basic sciences. However criteria for upgrade of hospital to a teaching hospital standard had been requested to which the Medical and Dental Council until now has refused to provide. |
| Faculty and support staff-quality of staff | Nil | X | | | | | | SLSOM is a proposed medical school and does not have a full complement of staff until accredited and operations begin. Currently, it has 10 staff members and consultants coordinating the project. Additionally, it is against National Accreditation Board regulations for a tertiary to hire full-time staff until after it is accredited. |

| Specific | Observations | Rating | | | | | | REMARK | SLSOM Response |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | S | | |
| Hostels | Kanishie and Eat Legon but not ready for use. | X | | | | | | | There is no hostel in East Legon. SLSOM's student hospice is at Kinishie. |
| Staff Accommodation | Nil | X | | | | | | | Staff accommodations are at Gbawe. When accreditation is granted SLSOM will secure additional staff accommodations. |

**Key**
1-Poor     2-Fair     3-Satisfactory     4-Very Good     5-Excellent

# Clinical Care

| Specific | Observation | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| **Bed state**<br>• Number of Beds | | | | | | | | **NOTE: This portion of the MDC's report demonstrates the MDC's predisposition against SLSOM. The Inspection was intended to be solely for Basic Science.** |
| • Occupancy Rate | | | | | | | | **However, this portion of the report is solely to evaluate a hospital.** |
| **Medical/Dental Staff**<br>• Medical and Dental staff | | | | | | | | **There is nothing in this section that deals with the training of medical students.** |
| • Nursing staff | | | | | | | | |
| • Ancillary staff | | | | | | | | |
| **Theatre Facilities**<br>• Number of theatres | | | | | | | | |
| • Equipment<br>(a) Lighting<br>(b) Operating Table | | | | | | | | |
| **Pharmacy Department**<br>• Pharmacist | | | | | | | | |
| • Dispensing Assistants/Technicians | | | | | | | | |
| • Compounding capability | | | | | | | | |
| **Blood Bank**<br>• Storage Facilities | | | | | | | | |
| **Laboratory**<br>• Capacities | | | | | | | | |

| Specific | Observation | Rating 1 | 2 | 3 | 4 | 5 | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| • Pathologist | | | | | | | | |
| • Technologist etc | | | | | | | | |
| • Laboratory Capability<br>(a) Haematology<br>(b) Biochemistry<br>(c) Bacteriologist<br>(d) Parasitology<br>(e) Histopathology<br>(f) Cytology | | | | | | | | |
| • Space | | | | | | | | |
| • Scientist/Technologist | | | | | | | | |
| **Records Department**<br>• Staff | | | | | | | | |
| • Equipment | | | | | | | | |
| • Mode of storage of records | | | | | | | | |
| • Analysis | | | | | | | | |
| • Annual Report | | | | | | | | |
| **Transport and Communication**<br>• Telephone<br>(a) Internal<br>(b) External | | | | | | | | |
| • Paging | | | | | | | | |
| • Ambulance<br>(a) Number<br>(b) Capacity | | | | | | | | |
| **Common Diseases seen and** | Nil | | | | | | | |

## Numerous Medical Quality Models

SLSOM also has 26 new medical quality anatomy models for demonstration and review for its future medical students. It also has hundreds of full-size anatomy and physiology charts (3 ft x 4 ft) for its students to study.

## Anatomy Laboratory was Re-wired and Re-lighted Only Weeks before the Inspection

Additionally, the gross anatomy laboratory was rewired only two weeks before the Medical and Dental Council inspection. Each table has its own power supply and there are more than twenty 40-watt lamps on the ceiling. SLSOM has plans for additional high power droplights to hang from the ceiling over each dissection table, as required.

## Cadaver Storage Area

There is a provision for a room in the anatomy lab to be the cadaver storage room, which will also have a refrigerator. However, due to the expense of installation, SLSOM thought it prudent that this addition should be done after accreditation, but before instruction begins. Delays in accreditation and inaccurate reporting by agencies such as the Medical and Dental Council makes SLSOM cautious. SLSOM fears that the MDC may mistake the cadaver room for a cold store.



**Building 3 - Future Cadaver Storage Room. This room also has a door from the inside of the Anatomy Lab.**

The Anatomy laboratory will be air-conditioned. The air-conditioning and existing fans will provide sufficient ventilation within the lab building.

## Drainage and Cleanup

We agree we will need to add drainage for the cadavers and clean up. SLSOM's permanent stainless steel dissection tables will have drainage holes, which are used by more than half of the medical schools worldwide. Clean up of the concrete floor is a simple task and does not require much description.

## No Cadavers at SLSOM

Currently, there are no cadavers at SLSOM. SLSOM cannot receive a permit to receive and store cadaverous material, nor formalize an agreement to do so, until we have accreditation.

## Wooden Dissection Tables

With the exception of the marble top for the dissection tables, the current wood dissection tables are on par with the tables used in the UG-SMS's gross anatomy laboratory, which are also wooden. In the meanwhile, the wooden tables for cadavers will be covered with marble tops to address the corrosive nature of embalming material.

## Physiology Laboratory

The part labeled as physiotherapy department is part of the physiology laboratory still under renovation. As of the time of the MDC's visit it had exercise machines which would be used for exercise-cardiopulmonary physiology.



Building 3 Renovations - Physiology Laboratory. The Physiology laboratory will be developed by removing the left wall (not frame or beams) and joining the large rooms on the left side of this space. It will be about 140 sq. mt. when complete, and will have an entrance on the front of Building 3. It will accommodate more than 50 students.

Page 23 of 52

## SLSOM RESPONSE

The truth is that at the debriefing the MDC asked SLSOM to submit the items requested. SLSOM did submit all documents requested to the Medical and Dental Council, twice. They never replied to SLSOM. They never sent any written letter of any kind to SLSOM since the inspection until their October 15, 2008 rejection. Dr. Atikpui avoided meeting with SLSOM representatives on three occasions before October 15, 2008. Each time he misinformed SLSOM staff. The SLSOM representatives felt they had been swindled by the Medical and Dental Council and Dr. Atikpui.

### Documents Submitted on July 23, 2008

Five documents were submitted to the Medical and Dental Council on July 23, 2008 that was requested by the Education Committee:

1. Professor Résumés, Appointment, & Acceptances
2. Student Handbook
3. Book-List
4. Equipment List
5. Fire Report.

This was documented in the attached letter, dated July 23, 2008, to the Medical and Dental Council.

### Documents Submitted on August 4, 2008

Six (6) of the remaining document requested by the Team of Inspectors from the Medical and Dental Council Educational Committee were delivered to the MDC Secretariat on August 4, 2008:

1. Organization and Governance
2. Campus Utilization Plan, Part 1
3. Campus Utilization Plan, Part 2
4. Physical Facilities Summary
5. Roadmap For Accreditation
6. Letter of Interest from Kunta Kinte Orthopaedic Hospital

This was documented in the attached letter, dated August 4, 2008, to the Medical and Dental Council.

### Documents Submitted on September 17, 2008

St. Luke School of Medicine delivered to the Medical and Dental Council, on September 17, 2008, three other documents:

1. Re-delivered the Roadmap for Accreditation
2. Timeframe to complete and other documents
3. Start date between January and May 2009 pending completion of the areas mentioned above.

This was document in the attached letter, dated October 8, 2008, to the Medical and Dental Council.