### The Medical and Dental Council Apparently Lost All SLSOM Documents

SLSOM has handwritten receipts for the documents delivered to the Medical and Dental Council. Apparently, the MDC lost the documents submitted, or, the documents were never read by the writers of the "Assessment Report"

### The MDC Assessment Report was Written in December 2008

The "Assessment Report was written in December 2008, and delivered to SLSOM on December 15, 2008, two months after the MDC rejected SLSOM, stating that SLSOM's "facilities and documentation did not meet " its minimum standards in its letter to SLSOM dated October 15, 2008, which is attached. No inspection report was available on October 15th.

### Where are the Medical and Dental Council's Standards

Although SLSOM has formally requested the MDC provide inspection standards and procedures, the MDC has consistently not provided SLSOM any information regarding its "standards."

### The Medical and Dental Council's "Standards" are Arbitrary

Without a set of approved written standards, the Medical and Dental Council's standards are completely arbitrary and without merit.

### Cape Coast Medical School Could Not Have Met Any Standard

The University of Cape Coast – School of Medical Sciences could not have possibly met any standard for physical facilities as it did not have any facilities of its own and they were advertising for professors after they were granted "accreditation" by the Medical and Dental Council in November 2007.

### Terms of Reference

The request for Terms of Reference was placed only on the Assessment Report. No one and nothing was said, or agreed about Terms of Reference at the debriefing. Where is UCC-SMS's Terms of Reference? Why should a non-operational school be required to produce such large documentation? Under what authority is the MDC given to oversee the administration of tertiary institutions?

## RECOMMENDATIONS

The team recommends that:
- the school should not be accredited until all identified deficiencies have been addressed including affiliation with a recognized university in Ghana.

## CONCLUSION

The team after thoroughly discussing their findings inspection concluded that the school does not meet the criteria for accreditation.

..................................
Prof. H. Amonoo-Kuofi
Dean, UCC-SMS

..................................
Prof. S.B. Nageder
Dept. of Surgery
Korle Bu Teach Hospital

..................................
Dr. E. K. Sory
Director General, GHS

..................................
Dr. Francis Adu-Ababio
UGDS, Korle Bu

..................................
Dr. S. Y. Bimpong-Buta
Sch. of Arts & Sciences

## SLSOM RESPONSE

The Medical and Dental Council has been

# MEDICAL AND DENTAL COUNCIL - TABLES

INSPECTION AND ACCREDITATION OF FACILITIES AT THE ST. LUKE SCHOOL OF MEDICINE, GHANA FOR POSSIBLE ACCREDITATION, 17TH AND 18TH JULY, 2008

## Institutional Setting

| Specific | Observations and discussions | Rating 1 | 2 | 3 | 4 | 5 | REMARK | SLSOM RESPONSE |
|---|---|---|---|---|---|---|---|---|
| For Medical/Dental schools operating as part of a university, formal delineation of the relationship between the Medical/Dental school and the parent university | No Affiliation. Should continue to discuss with institutions based in Ghana. | X | | | | | | The NAB requirement for affiliation is not restricted to a Ghanaian institution. The NAB review panel of April 25, 2008 requested SLSOM to seek affiliation with institution outside Ghana, which offers programs similar to the one proposed by SLSOM since Ghanaian medical schools do not offer M.D. program.<br><br>SLSOM has received a letter of interest to affiliation from The University of Science, Art and Technology, Montserrat, British West Indies, an IMED and WHO listed medical school.<br><br>In addition, SLSOM has criteria for affiliation from the University of Ghana Medical School, which **requires** "**evidence of accreditation**" as a pre-requisite for affiliation negotiations. Please see criteria.<br><br>Criteria for affiliation from the National Accreditation Board conflicts with the recommendation from the Medical and Dental Council. |

| Specific | Observations and discussions | Rating | | | | | REMARK | SLSOM RESPONSE |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Definition of the governance structure of the Medical/Dental school, including the composition and terms of membership of any governing board. | Organogram exists. Terms of membership not stated. The document submitted to Council is out of date. There is the need for update of document to help committee write its report | X | | | | | | An updated organogram together with other documents was submitted to the MDC in August 2008 and September 2008. It was received by Mrs. Adelaide Ashie, acknowledged and confirmed by Dr Eli Atikpui in the presence of Dr. Ankrah and is resubmitted with this report. |
| Development of a job description for the Dean, with approval of the description from the appropriate university authorities. | There should be a well-defined job description for the Dean. | X | | | | | | There is a well defined job description for the Dean of the medical school and is re-submitted in this response |

| Specific | Observations and discussions | 1 | 2 | 3 | 4 | 5 | REMARK | SLSOM RESPONSE |
|---|---|---|---|---|---|---|---|---|
| Appointment of Dean | Copies of appointment letter, CV and acceptance letter should be submitted to Council. | | X | | | | | Copies of appointment letter, CV and acceptance letter is submitted in this response |
| Appointment of the senior leadership within the Dean's staff, particularly in the areas of academic affairs, student affairs, hospital relationships, administration and finance | CVs submitted to Council does include acceptance letters | | X | | | | | CVs and acceptance letters have already been submitted to Council |

| Specific | Observations and discussions | 1 | 2 | 3 | 4 | 5 | REMARK | SLSOM RESPONSE |
|---|---|---|---|---|---|---|---|---|
| Appointment of administrative leadership (e.g., department heads) for academic units that will have major responsibilities for Medical/Dental student education, especially those disciplines to be taught during prescribed years of curriculum | | X | | | | | | Departmental chairs had been appointed in all first year courses-Anatomy, Physiology, Biochemistry, Public health, Microbiology, and Pathology. Please find résumés and acceptance letters.<br><br>The prescribed period for this program is ten trimesters, five academic years, and four calendar years.<br><br>It is unrealistic for a proposed medical school to hire teaching staff while waiting for an undeterminable period of time before accreditation.<br><br>Also, the National Accreditation Board Law (2002) forbids the hiring of permanent staff and professors until after accreditation. This contradicts the request of the Medical and Dental Council. |
| Chartering of the major standing committees of the Medical/Dental school, particularly those dealing with the curriculum, student, admissions, and faculty promotion & tenure | Terms of Reference were not given. Need to Submit a TOR to the Committee | | X | | | | | SLSOM is a proposed medical school and is yet to start. After accreditation and before operation begins specific committees with specific roles and functions would be constituted and empowered to perform relevant assignments as the need arises.<br><br>Is the Medical and Dental Council empowered by law to approve the internal structure of tertiary academic institutions, or is it the National Accreditation Board's responsibility? |

Key    1-Poor    2-Fair    3-Satisfactory    4-Very Good    5-Excellent

## Educational Programme

| Specific Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | |
| Definition of overall objectives for the educational programme | | | X | | | The Overall objective is satisfactory and clear but 4 year programme will be accredited if the affiliated institution in Ghana accepts the programme. | The four year programme since they do not have an affiliation with any medical school |

SLSOM is doing a 10 trimester programme (5 academic years but is a 4 calendar year programme). Five academic years are completed in four calender years because the the teaching is continuous, with only one or two week breaks following each trimester.

SLSOM has received a letter of interest to affiliate with the University of Arts, Science and Technology Montserrat, British West Indies per the request of the National Accreditation Board. The Medical and Dental Council request is in conflict with the National Accreditation Board requirement.

The MDC report has stated that SLSOM should affiliate with a university in Ghana or it will not be accredited is in conflict with the requirement of the National Accreditation Board.

This dual accreditation process by both the NAB and the MDC is an unlawful, confusing, uncoordinated and contradictory process. This justifies why SLSOM has consistently insisted the NAB clarifies this dual accreditation process since it has the exclusive responsibility to accredit any tertiary institution including medical, engineering and pharmacy schools.

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | When the process is this contradictory who suffers the most is the school |
| | | | | | | | | The Medical and Dental council decree NRCD 91 provides that council may appoint persons, not being members of the council, to visit places where instruction is given to medical and dental students by or under the directions of any medical school or university. |
| | | | | | | | | SLSOM is proposed medical school. It is not accredited and therefore it is not offering instructions or examination in its campus. The role of the MDC in medical education is one of evaluation and monitoring after accreditation has been issued by the NAB. |
| Creation of a working plan for the curriculum as a whole consistent with the educational objectives | | x | | | | | Council to conduct a study to revise intended programme. It was too intensive. | As council is aware curriculum evolves especially in modern medicine. SLSOM appreciates the advice of the MDC and would work in consultation with its full faculty to review the program before operations begin at the school. |
| | 40 hours of instruction that comes out to be 28 units, it is an intensive programme | | | | | | | The fact that the MDC considers SLSOM's curriculum too intensive speaks for the rigor and comprehensiveness of its academic program. |

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| A detail layout of the year of study, including courses and hours, identification of the resources needed for the delivery of required courses | 180 hours in 1st trimester that is 640 hours. No anatomy in 2nd trimester.180 hours — 12 hrs a week in gross anatomy laboratory. 16 weeks per trimester. 5 hours Week in neuroanatomy anatomy. 5 1/2 hours histology. 2 hours urology. 19 hours a week for 16 weeks. 380 hours of anatomy of 640 hours. | | | | | | Four year programme needed to be studied | SLSOM's curriculum is designed so that most of Anatomy is completed in the 1st trimester, with the exception of hematology, which is completed in the 2nd trimester.<br><br>Gross Anatomy - 180 hrs<br>Neuroanatomy - 80 hrs<br>Histology - 80 hrs<br>Embryology - 40 hrs<br>**Total Anatomy - 380 hrs - 1st Trimester**<br>Hematology - 60 hrs - 2nd Trimester<br>**Total Anatomy - 420 hrs** |

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Specification of the types of teaching and student evaluation methods best suited for the achievement of educational objectives. | All courses have lectures. PowerPoint presentation in each lecture on an area net work which will be available to Student. Education podium (Dr. Mariam) Online reference for courses Traditional Teaching - 50% Computer -Seminar, long-distance, central computer, PowerPoint and online School starts at 8 and closes at 4 after which they cannot do their research. They have done it else where and it worked. 60% lectures 30% lab depending on class 5% the time will be occasional patient demonstration maybe 5% on seminar. | | X | | | | It is an unworkable arrangement | PowerPoint lectures are recommended for consistency of handout materials, but are not required. Lecture notes should accompany each lectures for the medical students. Instruction is mainly by the traditional teaching method but with other complimentary methods. There is no online school as depicted here. The online resources are additional materials for the students. Computer simulations in clinical medicine and patient care are standard to assure the medical student knows, understands, and adheres to approved medical procedures before entering clinical rotations. Other computer generated medical programmes are all to compliment the traditional teachings. The esteemed panel members do not seem to understand the programme nor do they appreciate the benefits of computer modeling and patient simulation. Classroom hours are 8 AM - 12 PM, with one hour lunch break, and 1 PM to 5 PM, Monday through Friday. Classrooms and laboratories are open until 8 PM Monday through Friday for the convenience of the medical students. Library hours are 8 AM to 10 PM, Monday through Saturday. 12 hours a week, about 2-1/2 hours daily, from 8 AM to 5 PM is FREE TIME for the medical student. The medical |

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | Sometimes after lunch there will be no class. 28.5 hrs 2/3 of the time will be unoccupied. 5% patient demonstration | | | | | | | The SLSOM medical student is not under pressure as depicted by the MDC's description. student can study, or research, or use it for leisure time. |
| | Students' evaluation forms not available. Questionnaires of assessment by students submitted | X | | | | | | Student evaluation forms were delivered to the MDC's secretariat in August 2008 and in September 2008, to which SLSOM has not seen a reply by the MDC. It is attached. |
| Design of a system for educational programme evaluation, including the designation of outcome measures to indicate the achievement if overall educational objectives | | | | | | | | |

Key
1-Poor   2-Fair   3-Satisfactory   4-Very Good   5-Excellent

## Medical/Dental Students

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Clearly defined admissions' policies and selection criteria | Three admissions per year of a total of 75 students. 25 students per trimester | | | X | | | The policy does not appear to be workable in view of the infrastructure. | This remark from the MDC report on SLSOM infrastructure contradicts the NAB architect's physical facilities report of 23 April 2008. It rated the adequacy of SLSOM classroom and library close to 70% out of 100%.<br><br>For the classroom he stated; *"there is enough lecture halls in the three story building to take 30 students each."*<br><br>The adequacy of the laboratories was rated by the architect at close to 70% out of 100%.<br><br>(Please see the physical facility ratings report |
| Adequate resources to assure essential student services in the areas of academic counseling, financial aid, health services and personal counseling | Library, Rest areas are still in the process of completion. | | X | | | | | This contradicts the NAB Librarian and physical facility reports. On page 3 #6.0 the NAB expert librarian D.A Addo states; *"currently the library which consists of two separate rooms occupies 102.5 square meters. It provides seats for 70 users. This number as been achieved through providing furniture of sub-standard dimensions. The rooms are quite well lighted and generally comfortable but for under size tables."*<br><br>*"The librarian has an office of his/her own and there are two other offices which may serve as store and process rooms where photocopying, scanning and book repairs could take place."* (Please note since this report came out on April 23rd and before the visit of the MDC team all furniture of sub-standard dimensions were changed to standard dimensions. by SLSOM) |

| | 1 | 2 | 3 | 4 | 5 | Comments |
|---|---|---|---|---|---|---|
| Written standards and procedures for the evaluation, advancement, and graduation of students and for disciplinary action including appeal mechanism to assure due process | | X | | | | It does not come out clearly in the booklet submitted to Council. In addition, Page #3 of the physical facility report by the foremost architect F.D Abbey of the NAB states: *"Library space is adequacy to cater for initial in take of 33% of 120 students."* He rated the library at nearly 70% out of a 100 % (please see ratings of report). SLSOM would be grateful if the specific area that did not come out clear in the booklet submitted to council be communicated to the school. It will be helpful if the MDC team would state the title of the booklet or booklets and refer the school to pages and topics unclear regarding, evaluation, graduation and disciplinary information. |
| Standard of conduct for the teacher-student relationship, including written policies for addressing violations of such standard | | X | | | | Assessment of students with regard to regulation for student examinations procedure, grading, referral process etc does not come out clearly. SLSOM would be grateful to receive specific recommendations on how to make it clear. (Please see the SLSOM ethic policies that address student relationships including written policies for addressing violations of such standard.) |

**Key**
1-Poor   2-Fair   3-Satisfactory   4-Very Good   5-Excellent

# Faculty

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Written policies and procedures for faculty appointment, promotion and tenure | There was only one faculty in each department | X | | | | | | SLSOM has a well spelt out written policies and procedures for faculty appointment, promotion and tenure. ( See document on written policies for faculty) <br><br> SLSOM is a proposed medical school, yet to be accredited and therefore it is unrealistic to appoint a full faculty when the school is not providing instructions. <br><br> Further more, since department heads will be responsible for the smooth operations of their departments SLSOM instead of hiring staff for various departments will work in conjunction with department heads to recruit staff for their department after accreditation has been awarded by the NAB. |
| Hiring of sufficient faculty to provide instruction for the Medical/Dental education programme, and other faculty as needed for the implementation of institutional plans regarding Medical/Dental | Nil | | | X | | | | SLSOM has contracted all professors, lecturers, and laboratory staff it needs for its first year of operation. All lecturers will have at least one doctorate and many will have two doctorates. All laboratory staff holds a minimum M.Sc. <br><br> The laws pertaining to the NAB allows a proposed institution to provide a list of lecturers with acceptance letters, which has been submitted, to both the MDC and the NAB. It is not prudent at this time for a proposed school with no accreditation to employ a full faculty for the school. <br><br> Also, according to the National Accreditaton Board Law (2002) |

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| student admissions, curriculum planning and management, and achievement of other missions or goals | | | X | | | | | tertiary should not hire full-time staff or faculty until after accreditation. This contradicts the request by the Medical and Dental Council. This contradiction also illustrates the problem of two accreditations being done at the same time by two different agencies. |
| A recruitment plan and timetable for hiring faculty to deliver the educational programme | There seems to be no definite recruitment plan. | | | | | | | SLSOM has contracted all required teaching personnel for the first year. Why is a recruitment plan needed when SLSOM has contracted all lecturers it needs for its first year of operation? The CV's, contracts, and other documents pertaining to the lecturers have already been submitted to the Medical and Dental Council, in August and September 2008, to which SLSOM has not received any reply or correspondence. In light of the fact that the MDC wrote this report in December 2008 demonstrates the perfidy of the MDC to concepts of fairness and equality. There is a shortage of medical lecturers in Ghana (for example, there are 4 medical physiologists and 4 psychiatrists). To complement the part-time lecturers that SLSOM would hire here in Ghana, it has contracted a recruitment agency which will provide any lecturer needed within 30 working days for the school. Name of the agency would be provided upon request. |

Key
1-Poor   2-Fair   3-Satisfactory   4-Very Good   5-Excellent