# EXHIBIT I

# THE ROADMAP

## NATIONAL ACCREDITATION BOARD (NAB) ESTABLISHMENT AND ACCREDITATION OF TERTIARY INSTITUTIONS IN GHANA

### REQUIREMENT FOR AUTHORISATION, ACCREDITATION, AFFILIATION AND GRANTING OF PRESIDENTIAL CHARTETR

A person/ organization applying to establish a tertiary institution shall be required to follow the procedures set out in this document to facilitate the process of accreditation and operation of the institution.

The Board shall charge appropriate fees for all services rendered by/ on behalf of the Board.

### Part1

### Requirements for Institutional Authorization

1. Incorporation of the institution at the Registrar General's Department. The choice of name of the institution shall be in consultation with the National Accreditation Board (NAB).

2. Purchase and completion of Institutional Accreditation Questionnaire (NAB/INFO BP. A.2)

3. Submission of a Business Plan according to NAB Format (NAB/INFO BP. A.2).

4. A Preliminary meeting with the relevant Sub-Committee of the Board on the completed questionnaire (NAB/INFO A.1) and the Business Plan (NAB/INFO BP. A.2).

5. Institutional Visit by the relevant NAB Sub-committee where facilities are in place.

6. Decision by the Accreditation Committee.

7. Communication of decision within 60 calendar days of communication.

8. Application for review, if any, within 15 calendar days of communication.

9. Appeal to Minister responsible for Education within 30 calendar days (LI 1700(20)).

**Part II**

**Requirements for Programme Accreditation**

1. Submission of relevant NAB Questionnaire on Institution Accreditation (NAB/INFO A.1).

2. Institutional Visit by the NAB Sub-committee where facilities are in place.

3. Decision on the visit report by the Accreditation Committee.

4. Communication of decision within 60 calendar days of institutional visit.

5. Application for review, if any, within 15 calendar days of communication.

6. Review.

7. Appeal to Minister responsible for Education within 30 calendar days (LI 1700(20)).

**Part III**

**Requirements for Programme Accreditation**

1. Submission of relevant NAB Questionnaire on Programme Accreditation (NAB/INFO A.2A).

2. Constitution of Programme Accreditation Panels by the Board to assess Programme(s) offered / to be offered.

3. Panel Assessment Reports to be referred to the institutions for their comments.

4. Consideration of Assessment Reports and the comments from the institution by the Accreditation Committee.

5. Communication of decision within 60 calendar days of panel visit.

6. Application for review, if any, within 15 calendar days of communication.

7. Review

8. Appeal to Minister responsible for Education within 30 calendar days (LI 1700(20)).

## Part IV

### Affiliation

A. With reference to part III (5), where the decision by the Board is positive, the applicant institution must seek affiliation to operate under the supervision of a degree awarding institution which shall award its degrees.

B. Responsibilities of Mentor/ Mentored Institutions

i. Both the Mentor (institution) and the Mentored (institution) must be accredited or recognized in the countries in which they are established.

ii. The Mentor institution must have Faculty/ Department that offers the Programme to be supervised.

iii. There must be at least one member of staff not below the rank of Senior Lecturer in the Mentor Faculty/Department who possesses relevant qualification in the area of the Programme to be supervised.

iv. The appointment of External Examiners for the Programme(s) should be done in consultation with the Mentor institution.

v. Accredited institutions must submit to NAB the Programme for supervision of the institution approved by the mentor institutions.

vi. The Mentor Faculty/Department shall appoint a Coordinator for the purposes of maintaining an active linkage with the mentor institution.

vii. Mentor institutions must submit to NAB annual report on the state of their mentored institutions.

viii. NAB shall refer the annual reports from the mentor institutions to the mentored institutions for their comments.

**Part V**

**Procedures for the Granting of Presidential Charter**

1. Application from an accredited institution.

2. The applicant institution should have operated under the supervision of a recognized supervisory institution for a minimum period of four (4) years (LI. 1700)

3. The applicant institution shall obtain an appraisal from the supervisory institution and submit to NAB.

4. NAB shall undertake a comprehensive assessment within 120 calendar days to assure itself that the applicant institution was well prepared for autonomy.

5. Appropriate recommendations to be made by NAB to the President through the Minister of Education.

6. Decision by President.

7. Presentation (Charter Certificate- when granted).

**BUSINESS PLAN FOR TERTIARY EDUCATION INSTITUTIONS**

A format to elicit information on the business plan of applicant institutions

i. Sources of Funds (in percentage terms):

- Shareholders' contributions (where applicable)
- Government of Ghana funding (where applicable)
- Internally Generated Funds (e.g. fees, returns on investments, etc)
- Personal Funds
- Endowment Fund
- Loans – Banks, organizations, individuals, etc.
- Donations
- Others – Please specify

ii. Budget for 3-years period. (next three years)

- How much of various funds (projected/justified) is proposed
- Expenditure to be incurred (stated by different lines of expenditure)
- Cash Flow projections (state salaries and emoluments of staff)
- Projected capital expenditure plan.

iii. Projection for student enrolment for the intended Programmes for the next three (3) years (Does this projection involve parallel admissions – day and night?)

iv. Physical Structures

- How do you intend to acquire premises for the proposed Institution?
    a. Leasing
    b. Outright Purchase,
    c. Construction of own building (provide an approved master plan)

- How many classrooms/laboratories/ workshops and how much of office floor space (sq. metres) will be available for the first three years?

- How many academic departments and programmes do you intend to operate for the first three year period?

- Are the students of the institution going to be residential or non residential? If they will be residential, what provision has been made for halls of residents/hostel facilities?

V. <u>Staffing</u>

- Provide the projected number of **Full-time** Academic staff for the 3-year period.

| Year | Prof./ Assoc. Prof. principal lecturer | Senior Lecturer | Lecturer/ Tech. Instructor | Assist. Lecturer/Tutor | Senior Instructor | Instructor | Assist. Instructor | Assist. Instructor | Total staff |
|---|---|---|---|---|---|---|---|---|---|
| Year1 | | | | | | | | | |
| Year2 | | | | | | | | | |
| Year3 | | | | | | | | | |

- Indicate the number of administrative staff (Supporting Staff) to be employed for the 3-year projected period.

- Provide a list and qualifications of Principal Officers of the Institution.

v. Library

What measures are in place for the establishment of a Library/ e-Library? Provide information on the projected Library holdings (books, journals, CD ROMs, etc) for the 3- year period

**CHECKLIST ON AFFILIATION**

A. **MENTOR INSTITUTION**.

    i. Name of Institution……………..

    ii. Date of Establishment………….

    iii. Name of Head of Institution…………..

    iv. Name of Relevant Department…………

    v. Name of Head of Department, qualification and rank
……………………………………………………………………………
……………………………………………………………………………
……………………………………………………………………………
……………………………………………………………………………
……………………………………………………………………………
…………………………………………………………………………..

    vi. Name of Coordinator of Programme, highest qualification and rank
……………………………………………………………………………
……………………………………………………………………………
……………………………………………………………………………
……………………………………………………………………………
…………………………………………………………………………..

    vii. Attach a copy of last annual report on the mentored institution to NAB.

B. **MENTORED INSTITUTION**

    i. Name of Institution……………….

    ii. Date of Establishment……………….

    iii. Name of Head of Institution………………….

    iv. Name of Relevant Department……………….

v. Name of Head of Department, qualification and rank

……………………………………………………………………………………
……………………………………………………………………………………
……………………………………………………………………………………
……………………………………………………………………………………
……………………………….

vi. No of contact hours for the programmme …………………………..

vii. Percentage coverage of syllabus by the end of semester/trimester………………………………………………..

- Any provision for external examiners for the Programme(s)?

- Type of Internal Course Assessment put in place (indicate the ration of continuous assessment to end- of- semester/trimester examination)

- Is the mentoring institution involved in the setting of questions/moderation of semester exams? And at what level(s)?

viii. How are certificates awarded?

 a. By mentoring institution
 *Or*
 b. By mentored institution

ix. <u>Student Performance</u>

Student state the number and percentages of cohorts of students from one year/level to the next year/higher level for the past 3 years

| Year | | | | | | |
|---|---|---|---|---|---|---|
| | No | % | No | % | No | % |
| Male | | | | | | |
| Female | | | | | | |
| Total | | | | | | |

**Graduate Output to date**

Please give details of graduate in the last 3 years by Faculty and level of Programme offered:- Cert/Dip/HND/BA/B.Sc./M.Ph.D etc

| Academic year | | | | | | | |
|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | Total |
| | | | | | | | |

**DEFINITIONS**

i. **Authorization**

   **Authorization** entitles an applicant to take the following steps towards establishing an institution:-

   a. to set up a governing body for the Institution;
   b. commence or continue with the mobilization of financial resources needed;
   c. commence or continue the development of physical facilities; and
   d. commence or continue assembling academic facilities

An applicant who has granted **Authorization may neither advertise nor admit students.**

ii. **Accreditation**

   a. **Accreditation** includes the status accorded a tertiary institution or Programme as satisfying acceptable defined standards set by the Board.

   b. **Full Accreditation** is given for a period of 5 years.

   c. Any period of accreditation less than the 5- year period can be considered as **Interim Accreditation.**