# EXHIBIT L-2

25

*Corporate and nonprofit registrations of VIF in California*

"Vital International Health & Education Services, Inc." is a suspended California corporation listing Susana Mitchell as agent (almost certainly the same person as "Main Contact Susana Mitchell Dolphin"):[39]

> **Corporation**
>
> VITAL INTERNATIONAL HEALTH & EDUCATION SERVICES INC
>
> **Number:** C2137456  **Date Filed:** 4/27/1999  **Status:** suspended
>
> **Jurisdiction:** California
>
> **Address**
>
> 6709 LA TUERA BLVD PMB 272
>
> LOS ANGELES  CA 90045
>
> **Agent for Service of Process**
>
> SUSANA MITCHELL
>
> 3481 STANCREST DR NO 331
>
> GLENDALE, CA 91208-1300

The California Secretary of State defines the "suspended" status for a corporation this way:[40] "The business entity's powers, rights and privileges were suspended or forfeited in California 1) by the Franchise Tax Board for failure to file a return and/or failure to pay taxes, penalties, or interest; and/or 2) by the Secretary of State for failure to file the required Statement of Information and, if applicable, the required Statement by Common Interest Development Association."

The website "idealist.org" has a listing for Vital International:[41]

> VITAL INTERNATIONAL HEALTH & EDUCATION SERVICES INC
> ⊁ Click here to view the email address
>
> ○ Location: ███████ blvd #146, Los angeles, California, 90045, United States
> ○ Contact person: susana mitchell Dolphin
> ○ Website: http://www.vitalinternational.org
>
> ○ Sector: Nonprofit                  ○ Phone: 310 568 9887
> ○ Fax: 310680 0165                   ○ Last updated: July 2, 2009
>
> · Mission
>
> To help improve the sexual reproductive health of people living in Africa.
>
> (www.vitalinternational.org)
>
>    http://www.idealist.org/if/i/en/av/Org/103824-287/c

---

[39] http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2137456

[40] http://www.sos.ca.gov/business/be/ebs-field-status-definitions.htm

[41] http://www.idealist.org/if/i/en/av/Org/103824-287/c

25

26

*The Vital International Foundation shares infrastructure and personnel with SLSOM*

The VIF web site shows a US fax number (323) 372-3757 and Ghanaian post office box as part of the information displayed with its "company information" data:[47]

| |
|---|
| Company Name: Vital International Foundation |
| Registered Legal Name: Vital International Foundation |
| Email Address: ststdchell@vitalinternational.org or medstluke@yahoo.com |
| Address: No. 567 Koswniu Street |
| Zoti, Latebiokorshie |
| Accra, Ghana |
| Or |
| P.O. Box M241 |
| Accra, Ghana |
| Telephone Number: +233-21-676638 or +233-24-3251965 |
| Fax Number: +233-21-676637 or +1-323-372-3757 |
| Web Address: www.vitalinternational.org |

These are the same coordinates used in the current internet domain registration for www.stluke.edu, shown earlier.

The VIF and SLSOM web sites show photographs of the two organizations' facilities that indicate shared space, though a certain amount of repainting seems to have taken place between the photographs displayed on the two web sites. Compare the following screen shots from the VIF and SLSOM web pages
http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html (on the left) and
http://stluke.edu/slsomghanapics.html (on the right):

---

[47] http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html

Last saved 10/31/2009 9:31 AM

27



*VIF's California and Ghana addresses*

A brochure for VIF at http://www.vitalinternational.org/vitalbrochure.pdf provides a map to the facility.



Last saved 10/31/2009 9:31 AM

28

The VIF contact information on its web site[43] specifies locations in Accra, Ghana and Inglewood, California:



The zip code is incorrect: proper zip codes for Inglewood are 90301 – 90313, 90397, and 90398. In reality 90045 a Los Angeles zip code valid for the address 6709 La Tijera Blvd., among other locations.

Apparently the Evergreen Street address is an apartment building whose pool was closed briefly because its water was improperly chlorinated:[44]

---

[43] http://www.vitalinternational.org/contact.html

[44] http://la.everyblock.com/pool-closures/by-date/2009/10/7/739750/

Last saved 10/31/2009 9:31 AM

29



*Is there a VIF – SLSOM – Earthcare International connection?*

The 544 Evergreen St. address is also the address associated with a tax exempt organization named "Earthcare International, Inc." The contact person for this organization is "Kofi M. Ladzekpo." There is only minimal internet presence for Earthcare known to Google. [45]

---

[45] http://www.taxexemptworld.com/organization.asp?rn=1271752

30

| Organization Name/ Address | EARTHCARE INTERNATIONAL INC 544 EVERGREEN ST APT 11 INGLEWOOD, CA 90302-4196 |
|---|---|
| Asset Amount | n/r |
| Income Amount | n/r |
| Form 990 Revenue Amount | n/r |
| Employer Identification Number (nine digit number assigned by the IRS to identify a company) | (available with membership or data download) |
| In Care Of Name (the officer, director, etc. to whose attention any correspondence should be directed) | KOFI M LADZEKPO |
| Classification (category under which an organization may be tax exempt) | Educational Organization |
| Filing Requirement (the primary return(s) the organization is required to file) | Form 990 - Not required to file(all other) |
| Taxonomy (classifies an exempt Internal Revenue Code 501 (c)(3) organization) | Remedial Reading, Reading Encouragement |
| Secondary Name (another name under which this nonprofit organization does business. Also used for trade names, chapter names, or local numbers for subordinate organizations of group rulings) | n/r |
| Affiliation (defines the organizational grouping) | This organization is an independent organization or an independent auxiliary (i.e., not affiliated with a National, Regional, or Geographic grouping of organizations). |
| Deductibility Status | Contributions are deductible |
| Foundation Type | Private non-operating foundation |
| Tax Period (the date of the latest return filed) | n/r |

31

Kofi Ladzekpo had also been the agent for "Redeemed Home Health Corporation,"[46] an organization that appeared in some online directories of home healthcare providers. Note that the corporation was dissolved.

| Corporation |
| --- |
| REDEEMED HOME HEALTH CORPORATION |
| Number: C2683802  Date Filed: 11/18/2004  Status: dissolved |
| Jurisdiction: California |
| Address |
| 13332 GOLDEN VALLEY LN |
| GRANADA HILLS, CA 91344 |
| Agent for Service of Process |
| KOFI LADZEKPO |
| 13332 GOLDEN VALLEY LN |
| GRANADA HILLS, CA 91344 |

## Other VIF personnel

There is little mention of VIF staff on the web site. Besides Jerroll and Susana Dolphin, there are "Testing Administrator Contact/Proctor Contact" Stephen Boateng and "Finance/Billing Contact" Stephen Mensah. Both have Ghanaian phone numbers.

## Summary: the Vital International Foundation

I am left with the general sense that VIF cannot be an effective force for good in Ghana.

VIF appears to have minimal staff, claims to offer training courses probably taught by the unlicensed Jerroll Dolphin, and organizes visits for volunteers, apparently providing little more than food and shelter for a price that seems high by Ghanaian standards. (The VIF web site describes the costs of spending time in Ghana to be low, recommending that travelers budget $20 to $30 per week "to moderately shop, take taxis, and use the internet cafes, etc."[47]

The clear connection between VIF and SLSOM is worrisome.

I am curious to know how much of the money brought in by VIF is actually used to pay anything other than the salaries and expenses of its staff.

---

[46] http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2683802

[47] http://www.vitalinternational.org/volunteer_money.html

32

## The St. Luke School of Medicine, from 2000 to the present

*The St. Luke School of Medicine appears to have been created in 1999 or 2000*

The domain registration shown previously for stluke.edu indicates that the domain was first created June 11, 2001. Before then, SLSOM used stlukesom.edu.hosting.pacbell.net, a subdomain hosted by PacBell.

The first of the PacBell SLSOM sites archived by the Internet Archive was captured March 5, 2001.[48] It is simple in structure and content in comparison to the SLSOM sites from a few years later, giving the visitor a clear sense that the web site was young, rather than one that had been neglected by the Internet Archive. The home page described SLSOM as accredited by both Liberia and Ghana.[49]

> St. Luke School of Medicine is a private medical school accredited in both the Republic of Ghana and the Republic of Liberia, in West Africa. The Basic Science campus is located in Cape Coast, Ghana. It was established in June 1998 and accredited in January 1999 in Ghana, and August 2000 in Liberia. St. Luke's is registered with the World Health Organization in Geneva, Switzerland. Students and graduates of St. Luke's will be eligible to take the United States Medical Licensing Examination (USMLE), administered by the Educational Committee for Foreign Medical Graduates (ECFMG). St. Luke School of Medicine schedules three semesters each calendar year, each called a trimester. The trimesters are scheduled to begin the second or third Monday of January, May, and September, each year. Clinical science students can begin rotations on any working Monday at any time of the year.
>
> St. Luke's offers a medical curriculum only. The medical curriculum is an nine or ten trimester, 140-152 week, curriculum leading to Doctor of Medicine degree

An ad posted online for SLSOM announced that

> St. Luke School of Medicine, Ghana and Liberia, West Africa, is now accepting applications for students wishing to study medicine online. The Basic Science curriculum (the first two years of medical school) will be presented online starting with Human Anatomy. This course is scheduled to be begin May 14, 2001, leading to a Doctor of Medicine degree (M.D.). St. Luke SOM is only one of a few schools in the world to present this curriculum.
>
> St. Luke SOM is developing this curriculum to meet the needs of its African constituency. It is trying to develop ways to educate African peoples using the latest in modern technology. It says that he curriculum is rigorous and comprehensive. Some scheduled onsite visits to its campuses in Africa is required. After successful completion of the online basic science program, the medical students must complete at least two years of clinical training in approved

---

[48] http://web.archive.org/web/*/stlukesom.edu.hosting.pacbell.net

[49] http://web.archive.org/web/20010305141844/http://stlukesom.edu.hosting.pacbell.net/

33

> hospitals. For further information, please contact Dr. Jerroll Dolphin at
> scommand@pacbell.net or link to the St. Luke School of Medicine website at
> http://www.stlukesom.edu.hosting.pacbell.net.[50]

So it is clear that SLSOM was claiming to offer instruction in 2001.

A June 2003 update of the *WHO World Directory of Medical Schools: Base Year 2000*[51]
lists SLSOM in Cape Coast, Ghana, stating instruction began there in September 1999.
The update also lists SLSOM in Monrovia, Liberia at 206 Broad Street, with an August
2000 accreditation date.

But it is a different matter as to whether or not it was actually teaching classes offered by
competent faculty.

### The troubling rosters of SLSOM faculty and administration

No faculty roster was available on the web site in March 2001: the faculty.html page
stated "This page is being updated." However, Zoominfo.com did find a June 13, 2000
version, a portion of which was reproduced earlier.

**June 2001 SLSOM faculty**

The faculty/administrative roster on June 2, 2001 was

- Kodwo Ahlijah, BS, Chief Financial Officer
- Richard Akoto, M.D., Adjunct Professor of Family Medicine
- Akwasi Asiama Amponsah, M.D., MPH, Adjunct Professor of Internal Medicine & Psychiatry
- Ajibola Ayeni, M.D., Assistant Director of Medical School, Board Member
- Emmanuel Blankson, BS, CPA, Comptroller, Liberia
- Jyogi Bristol, M.D., Basic Sciences Curriculum Advisor
- Jerroll B. R. Dolphin, M.D., President of Medical School & Board Member
- Glory Z. Dolphin, BS, Vice President, Chief Business Development Officer
- Meimei Dukuly, M.D., MPH, Dean of Academic Affairs, Liberia
- Victoria Ettinger, M.D., Professor of Pathology and Surgery
- Taliaferro Harris, M.D., Professor of Anatomy and Physiology
- Charles Jogwe, M.D., Ph.D.
- Francis Katch, M.D., B.Sc.
- Frank Teah, Jr., BS, Vice President, Liberia

According to the SLSOM web page, at the time

- Akoto was a resident in Family Medicine in Virginia;

---

[50] http://www.balancingact-africa.com/news/back/balancing-act52d.html

[51] http://www.teach.uni.cc/update.pdf

34

- Bristol was a resident in Neurology in Wisconsin.

Jerroll Dolphin is unlicensed.

Taliaferro Harris obtained his MD degree from Ross University School of Medicine and served for a time as an adjunct faculty member in Nutrition at Southeast Arkansas College. [52] He does not hold a license as an MD in Arkansas, California, Tennessee, or Illinois. Harris is listed as a professor in all the St. Luke faculty rosters that are available on the Internet Archive, spanning the period July 12, 2001 through June 6, 2004. [53]

Note that the initial roster of SLSOM faculty, showing ten MD's, included two who were working as residents and two more who were unlicensed.

### More about Professor Taliaferro Harris, MD: connection to Jerroll Dolphin

There is more information about Harris that is of interest. He probably knew Jerroll Dolphin from high school. Dolphin is a 1967 graduate of Dorsey High School, in Los Angeles. He has a classmates.com web page indicating this. [54] Harris is a 1968 graduate from the same school. [55] Images from classmates.com for the two men follow. Harris describes himself as a medical doctor in his classmates submissions.

---

[52] https://www.seark.edu/student/2006-07SEARKCollegeCatalog.pdf

[53] http://web.archive.org/web/*/www.stluke.edu/faculty.html

[54] http://www.classmates.com/profile/user/view?registrationId=221010121

[55] http://www.classmates.com/profile/user/view?registrationId=202633101#profileMain

Last saved 10/31/2009 9:31 AM

35



Harris is shown in the next two images.



36



Taliaferro's story so far:
I have been to half of the planet and hope to see the other half. I'm a
medical doctor. I have had many great experiences in life...
Keep reading »

**More about Professor Taliaferro Harris, MD: practicing medicine without a license in Ghana in collaboration with Jerroll Dolphin**

The SLSOM web site currently carries an account titled "Two Days Experience At A Refugee Camp In Ghana" above the byline "Jerroll Dolphin, M.D."[56] In it, Dolphin describes working with "Dr. T. W. Harris" at the "Bora-Bora Liberian Refugee Camp about 30 miles west of the Capitol City, Accra, Ghana" in 1998. Dolphin is probably referring to the Buduburam camp.[57] His coworker was "Taliaferro Harris, M.D., Professor of Anatomy and Physiology, Doctor of Medicine, Ross University School of Medicine, Dominica, Biology, Tennessee State University, Former Professor Anatomy and Physiology, Arkansas State University, Pine Bluff." The Medical Board of California does not show a Taliaferro Harris (or anyone with a similar name) in its list of licensed MD's.[58] Neither Tennessee's[59] nor Arkansas'[60] nor Illinois' boards show a license for Harris. It is probable that Harris is not licensed to practice medicine in the United States.

---

[56] http://stluke.edu/refugeecp.html

[57] http://en.wikipedia.org/wiki/Buduburam

[58] http://licenselookup.mbc.ca.gov/licenselookup/search.php

[59] http://health.state.tn.us/Licensure/index.htm

[60] http://www.armedicalboard.org/directory/

Last saved 10/31/2009 9:31 AM

37

Dolphin's account of treating Liberian refugees in Ghana would suggest that he was practicing medicine: prescribing medication, giving injections, and giving antibiotics to patients. It is worth reproducing his account of his activities in its entirety.

> Our day started several days earlier after our first visit to the Bora-Bora Liberian Refugee Camp about 30 miles west of the Capitol City, Accra, Ghana. That day Dr. T. W. Harris and I examined over 160 patients during a three-hour visit, at night. When we arrived in late October 1998, the sun was setting and we asked that the "Word" be spread that two American doctors were at the camp and would examine those people needing treatment. It took 10 minutes to find a single light bulb and candles were lit to illuminate the waiting room, which was already full of patients.

> It took another thirty minutes for two gallons of water to arrive so that Dr. Harris and I could wash our hands after each examination. We were equipped with exam gloves, otoscopes, and tongue depressors. Nurses set up triage in the waiting room and we were told that there were a hundred people in line before we started examining patients.

> We worked at a frantic pace. Inexperienced in Africa, we wrote patients prescriptions after we examined them, based on our clinical judgement alone. The patients kindly took our prescriptions and thanked us. We provided simple explanations of our diagnosis. After about twenty minutes, some of them came back, kindly excusing themselves, and telling us that they would not be able to fill the prescriptions because they did not have money or work.

> We realized that we had been working as the "great American Doctors", diagnosing and prescribing medicine and giving advice to people needing more than good advice. If we were to make a difference at this refugee camp, we would have to provide the medicine we prescribed to aid these suffering people.

> Working under the light of a sixty-watt bulb, Dr. Harris and I continued. Several children were brought in looking like the starved poster children you see on American television. One elderly woman was brought into our dim examining room in a wheelbarrow listless and unresponsive. After much examination and discussion we determined that she was in a hypoglycemic diabetic coma and after we administered sugar water to her, she woke up. Another woman had spinal injury, which was untreated for several years. More than a dozen children had marasmus determined from the reddened hair and swollen bellies. A half dozen had kwashiorkor and were crying for the want of food. More than half of the patients we saw were in dyer need of food and water. Malnutrition was rampant.

> After four hours, we quit for the night. There were more than 450 people in the line. So we had our assistants number little tags and hand those out so that the people standing in line would not loose their place the next time we came.

> The next day, we voted to purchase medicine instead of food because we did not have enough money to feed the whole camp. We could provide enough prototype medicines to supply the camp for at least a month. With about $900 USD, we purchased a sizeable quantity of prototype medicines based on the disease distribution we saw the night before. We went back to the Bora-Bora Refugee Camp that Saturday determined to make a difference.

38

We arrived at the camp at 7:00 AM. We were going to use a larger facility and we had 4 Liberian nurses and a Physicians Assistant we called Dr. Andrew. There were two experience pharmacy technicians, also Liberians, whose dark distribution room was next to my examining room. Dr. Harris also had an exam room, and Andrew was assigned to clean the patients' ears with hydrogen peroxide and inject medicines as prescribe by him, Dr. Harris and myself. All people entering the facility had to wash their extremities in bleach-water to prevent inadvertent infection. It took two hours to bring enough water to start examining the patients. When we started there were 650 people in line at 9:00 AM.

Again we all worked at a feverish pace. The difference this time was our ability to dispense medicine, both pills and injectables by needle and IV. Malnutrition was the most prominent problem. Every patient was also given chloramphenicol eyewash and about 90% were treated with mebendazole or metronidazole for worm infections. Seven children were brought into the clinic listless with fever of undetermined origin. They were all treated with antibiotic/lemon/sugar water mixture for infection and re-hydration. They all recovered some strength within 30 minutes of treatment were moving and smiling. We treated more than 40 patients for malaria with injections of chloroquine. 20 children and 8 adults had scabies and other topical skin parasites. They were treated with Lindane shampoo that I brought over from the USA by coincidence. 40 adult patients had hypertension. They were treated with beta-blockers mostly and calcium-channel blockers which were bought a very inexpensive price. They were each given a 30 to 60 day supply. Bronchitis was common and we had TMP-SMZ for all patients with those problems. We encountered three cases of pneumonia, which we treated very aggressively, with combinations of antibiotics. We had a variety of penicillins and cephalosporins that we dispensed according to our clinical judgement of the patients' conditions. We were unable to do blood tests. Indeed we were so overwhelmed that it would not be expedient or productive, nor did we have the equipment to do so anyway.

We encountered more than 20 cases of STDs. Children and adults were brought in with ENT infections, asthma, bronchitis, possibly botulism and dysentery, impetigo, dermatitis, myalgia, eye infections, diabetes type II, parasitic infections including gastrointestinal worms, cystircercosis, trichinosis, schistosomiasis, etc. Many elderly were treated for diabetes.

Most adults had symptoms of depression, and by the way, 70% of the adults were women. Most of the adult men had been killed during the Liberian civil war. Many families were not genetic families. The older women picked up abandoned and orphaned children on the road from Liberia to Ghana. These children knew no other mother than the kind woman who has acted as a mother for them since their separation from their natural families. At 3:00 PM, we were told there was more than 900 people in line.

We worked 9:00 PM that night. We attended more than 400 patients and families. Sometime during the afternoon, we asked the experienced nurses to recommend drugs and treatment for the masses of people asking to be seen. Only the most severe would be seen by Dr. Harris and Dr. Dolphin, and some of the less suffering, asked to see a doctor, just for their own well being and gratification. We were told that we were the first doctors in the seven-year history of the refugee camp who actually put their hands on the patients, and the first to dispense medicine.

Last saved 10/31/2009 9:31 AM

39

We came back for a follow-up visit that Monday. We did not announce our arrival and we only stayed a few hours. None of our patients complained of feeling worse. Most said they felt better and some said it was miraculous. None of our patients died. All of the children recovered. My only regret was that we couldn't distribute food as well as medicine.

Although Ghanaians do not suffer like the Liberian refugees, they do have common environmental problems that are endemic to that region such as malaria, parasitic infections, hypertension, etc.

You will find that a clinical rotation in Ghana or Liberia will be very demanding and rewarding. You will use all of what you learned in medical school and more[81]

**More about Professor Taliaferro Harris, MD: conviction for felony medical fraud in 2009 for his activities in 2005 and earlier.**

In 2008 Taliaferro Harris was indicted for felony health care fraud. He was convicted in 2009. The illegal activities appear to have been going on while he was a "professor" at SLSOM. From the indictment:

Beginning on an unknown date and continuing to in or about May 2005, in Los Angeles County...defendants TALIAFERRO HARRIS... and SUSANNA ARTSRUNI...., together with other co-schemers known and unknown to the Grand Jury, knowingly and willfully, and with intent to defraud, executed and attempted to execute a scheme: (a) to defraud a health care benefit program, that is, Medicare, in connection with the delivery of and payment for health care benefits, items, and services; and (b) to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by and under the control of Medicare, in connection with the delivery of and payment for health care benefits, items, and services...

Defendant HARRIS, representing himself to be a licensed physician or a licensed physician assistant, interviewed and/or examined the Medicare beneficiaries and signed medical charts and records for services that were either medically unnecessary or were not provided at all. Because defendant HARRIS did not have a provider number that could be used to bill Medicare for his services, defendant HARRIS's services were billed using the provider numbers of physicians who had also been hired to work at the clinic, but who generally were not there on a day-to-day basis.

The medical clinic caused claims to be submitted to Medicare reflecting that a physician and/or a physician assistant had provided the recruited patients with necessary medical services when, in reality, the medical services were not medically necessary or were not provided at all.

During the course of the scheme, defendants HARRIS and ARTSRUNI, and their co-schemers, billed Medicare for at least $178,000 in medical services purportedly rendered, and obtained at least $88,000.[82]

---

[81] http://stluke.edu/refugeecp.html

[82] *United States of America vs. Taliaferro Harris, aka Robert Newman, and Susanna Artsruni*, February 2008

Last saved 10/31/2009 9.31 AM

40

### June 2002 SLSOM faculty

Omitting the non-medical personnel, the list of medical faculty was somewhat different on June 4, 2002. Ettinger and Kateh were gone, but there were eleven new members:

- Marian Ewurama Addy, Ph.D., MS, B.Sc.
- Stephen J. Arnett, M.D., N.M.D.
- Michel Dioubate, M.D. Professor
- E. Esteban, M.D., N.M.D.
- Hoyt Harris, M.D., N.M.D.
- Dowell Kelley, D.C.
- Thomas J. Mulvi, M.D., N.M.D.
- Edwin Muniz, M.D., N.M.D.
- Egbert G. Phipps, M.D. (M.A.), N.M.D.
- Stephanie West, N.M.D.
- Herbert W. Winstead, D.M.D., M.D.

Several of them—Arnett, Esteban, Harris, Kelley, Mulvi, Muniz, West, and Winstead—were Americans.

### Professor Egbert Phipps runs unsavory degree providers widely described as diploma mills

Egbert Phipps is the "Founder and CEO" of "Weston Reserve University,"[63] a degree-providing entity widely described in tremendously unflattering terms inside the higher education community. Its name is confusingly similar to the fine, properly accredited "Case Western Reserve University." Phipps is also the "Founder and Chair" of the malodorous degree-granting "Alternative Medicines Research Institute."[64] He holds a variety of advanced degrees, some honorary, from scrofulous organizations such as "Bircham International University"[65]

### Steve Arnett is unlicensed and has significant involvement with other medical diploma mills

Arnett had held a Kentucky surgical assistant's license but was pressured to surrender it voluntarily in 2008.[66] A resident of Kentucky, he does not hold a valid Kentucky physician's license.

---

[63] http://westonreserve.org/message.htm
[64] http://www.altmedresearch.org/AMRI/faculty.htm
[65]
http://www.bircham.net/index.php?option=com_content&view=category&layout=blog&id=45&Itemid=68
[66] Information from a Kentucky official familiar with this incident.

41

*Early registrations of the SLSOM internet domain used a California postal address*

The details of the domain registration of St. Luke have changed over time. An archive of the registration from February 5, 2004 is shown in the next image.[67]



Based on the domain registration history available at http://domain-history.domaintools.com/, the St. Luke registration began using a Ghanaian postal address sometime between May 5, 2005 and July 24, 2007.

The fact that the SLSOM domain stluke.edu is in the "edu" top level domain (TLD) does not attest to the legitimacy of the organization. EDUCAUSE, which manages the edu TLD, only requires entities receiving domains after October 2002 to be accredited schools. In fact, over 2000 of the ~7000 domain in the edu TLD belong to organizations that are not legitimate colleges or universities. (One of the domains belongs to a firehouse!)

---

[67] http://domain-history.domaintools.com/?page=details&domain=stluke.edu&date=2004-02-05

Last saved 10/31/2009 9:31 AM

42

*Internet domain registration history*

Addresses and administrator names

*The changing SLSOM faculty and administration*

List the faculty in 2001 and later…

**Glory Dolphin was  SLSOM "CEO" and "Chief Business Development Officer" in 2001**

A reverse address search on www.phonenumber.com for the Inglewood address used in
the 2004 stluke.edu domain registration returns three hits, as shown below.



Note the presence of "Glory Dolphin," listed as the "Chief Executive Officer" for
SLSOM. Selecting the single record for her yields three "sponsored links" which identify
her age as 34. Perhaps she is Jerroll Dolphin's daughter: with his 1967 graduation date
from high school he would be approximately 26 years her senior.

Last saved 10/31/2009 9.31 AM

43

WORK LISTING

**Dolphin, Glory**

Job title:   Chief Executive Officer
Company:   St Luke School of
             Medicine

8516 S 11th Ave, Fl 2
Inglewood, CA 90305-1988

SPONSORED LINK

View More Records
for Glory Dolphin

Glory Dolphin   Age 34

Glory Dolphin   Age 33

Glory Dolphin   Age 34

"Glory Dolphin" is also probably the same person as Glory Dolphin-Hammes, the subject of "Women Increasingly Take Top Roles in Family Businesses," a May 9, 2004 article in the *San Jose Mercury News* written by Michelle Chandler. An extract from the article:

> Glory Dolphin became executive director of a business that distributes air purifiers in 2000 in part because of family ties: Her fiancé was the son of the company's founder.
>
> But during the Silicon Valley native's first years at the Southern California company, IQAir North America, Dolphin so impressed the company's skeptical patriarch that she recently was promoted to chief executive officer of U.S. operations for the firm -- replacing her husband...
>
> Dolphin, who married Frank Hammes in 2001, quickly showed her ability...
>
> ...at her father-in-law's request, Dolphin has changed her surname to Dolphin-Hammes.

Glory Dolphin was listed on the SLSOM faculty page in 2001 as the "Chief Business Development Officer":[68]

---

[68] July 12, 2001 archive of www.stluke.edu/faculty.html

44



Self-presentation: brochure with Dogliotti school photo (mention author property); course catalog

Glory Dolphin is named in a 2001 SLSOM brochure's "properties" as the document's author

The July 11, 2001 brochure for St. Luke, produced at a time when SLSOM identified itself as a Liberian school, names Glory Dolphin as the brochure's author in the PDF file's document properties, as shown below.[69] The file is still present on the SLSOM web site, though there are no links to it accessible through the current home page.

---

[69] March 9, 2003 archive of http://www.stluke.edu/slsm_brochure.pdf .

Last saved 10/31/2009 9:31 AM



The upper photograph of the three on the cover of the SLSOM brochure is almost certainly an image of the A.M. Dogliotti College of Medicine, a professional school of the University of Liberia.

Jerroll Dolphin is also listed on the 2001 SLSOM faculty page as SLSOM president and an "ECFMG Certified Chief Advisory Physician."

Jerroll B. R. Dolphin, M.D.
President of Medical School &
Board Member
Doctor of Medicine, Spartan
Health Sciences University, St.
Lucia
BS Physics and Mathematics,
San Jose State University
ECFMG Certified
Chief Advisory Physician,
African Development
Foundation

Meimei Dukuly, M.D., M.P.H.
Dean of Academic Affairs,
Liberia
Doctor of Medicine, University
of Liberia, A.M. Dogliotti,
School of Medicine
Former Minister of Health,
Republic of Liberia
Responsible for Academic
Affairs in Liberia.

Last saved 10/31/2009 9:31 AM

46

*Physical locations associated with SLSOM infrastructure*

Inglewood, California

The Inglewood address for Glory Dolphin appears in the "Payment Details" file currently available on the St. Luke web site at http://www.stluke.edu/stluke_payments.doc, as shown in the two screen images below:



SLSOM identifies a Ghanaian address for its finance and admissions officers

The fax number for obtaining wire transfer instructions is different from the number that appears earlier in the form. A Google search for (323) 372-3757 shows that it appears on the currently available SLSOM "Frequently Asked Questions" page http://www.stluke.edu/faqs.html:

47



The page is dated June 19, 2006 and specifies Monrovia, Liberia as the school's location, and describes it as offering a Doctor of Medicine degree. Elsewhere in the web page the addresses of the school's "Finance Officer" and "Admissions Officer" are given as a post office box in Ghana.

| | |
|---|---|
| St. Luke School of Medicine<br>Finance Officer<br>P.O. Box M741<br>Accra, Ghana | St. Luke School of Medicine<br>Admissions Officer<br>P.O. Box M741<br>Accra, Ghana |

**David Karam's El Paso, Texas address received surface mail for SLSOM in 2006**

However, the same page specifies an address in El Paso, Texas for student transcripts that will be sent to SLSOM by surface mail.

> If you have copies of your transcripts please fax them to +1-323-372-3767  or mail copies to
>
> Admissions, St. Luke School of Medicine
>
> 2220 Wyoming Ave
>
> El Paso, TX 79903 USA

That address is also used by the "Southwest Institute for Medical Research," owned by David W. Karam [70] as can be seen in the following screen shot.

---

[70] http://www.manta.com/coms2/dnbcompany_6s3vme

47

48



…from my PowerPoint…

Note there is always a Los Angeles area address

Changing country locations

Description from that State Dept. memo

## Outcomes in medical education: the SLSOM classes of 2002

*The standard for comparison: U.S. medical education*

~3% crash and burn

49

*The classes*

mm

*David W. Karam*

**Karam operates the "Institute for Adaptogenic Science"**

Material posted in 2008 to the "Adaptogens, Miracles of Nature" web site[71] shows that the El Paso address used by SLSOM to receive mail also identified with the "Institute for Adaptogenic Science":



A colleague with an interest in higher education fraud sent me the following photograph taken outside the Southwest Institute. Some of the people whose names appear in the photograph have associations with SLSOM.

---

[71] December 9, 2008 archival copies of ages from adaptogenscience.com.