# EXHIBIT L-3

50



**David Karam claims an SLSOM MD and also a LaSalle University diploma mill degree**

In the following screen shot, note the degrees claimed from both the St. Luke School of Medicine and the LaSalle University diploma mill.[72] Further, note the appearance of "M.D. 020101" below the heading title "Licensure Information/ Registration Number." Karam does not hold a Texas physician's license and so this cannot be his valid State of Texas medical license number.[73]

A few years ago I saw a copy of Karam's St. Luke transcript; I recall that the SLSOM "student number" appearing on his transcript was 020101. Unfortunately, I haven't been able to find my copy of this document.

---

[72] Op. cit., *Degree Mills: the Billion Dollar Industry That Has Sold Over a Million Fake Diplomas*, p.52.

[73] Texas Medical Board data base: http://reg.tmb.state.tx.us/OnLineVerif/Phys_SearchVerif.asp

51



David W. Karam
2235 Wyoming St.
El Paso, Texas 79903

El Paso Community College – Instructor Physical Therapist Assistant Program

Technical College of Ohio State University
Canton, Ohio
Physical Therapist Assistant - 1984

La Salle University
Mandeville, Louisiana
B.S. Business Administration - 1986

Shelby State College
Memphis, Tennessee
Graduate Certificate – Orthotics & Prosthetics - 1986

Kennesaw State University
Kennesaw, Georgia
Biological Chemistry/Pre-medical - 1987

Emory University
Atlanta, Georgia
Doctoral Candidate neuroscience - 1989

St. Luke School of Medicine
Los Angeles, California
Doctorate of Medicine M.D. 2002
Doctorate of Philosophy – Medical Biochemistry 2007
Committee Chair – Dr. Jagnue
Dissertation – Glycogen Uptake using Creatine Monohydrate versus Creatine Dihydrate

M.D. 020101

---

**Personnel of the St. Luke School of Medicine faculty and administration**

*"Students" who immediately assumed leadership roles in SLSOM*

*Dolphin and Harris appear to arrange medical tours of western Africa*

In 2008 Taliaferro Harris was indicted for felony health care fraud. He was convicted in

52

Dr. Tollie Harris, mentioned in an announcement for "a ten-day tour to Ghana to treat Liberian refugees and patients at the RFK Hospital in Monrovia, Liberia"[74] In the following screen shot.

---

**Please Foward: Reception/Meeting for Refugee Volunteers**    Jan 16, 2000 20:25 PST

----------------------------------------------------------------
The following message was received at TheBla-@listbot.com
and is being forwarded to you, the list owner.
----------------------------------------------------------------

Greetings to all.

Dr. Jerrell Dolphin, a dedicated brother in California, who specializes in
AIDS, has established a medical school and hospital in Cape Coast Ghana.
If
you are or know any physicians or intermediate healthcare persons, would
you
please forward this message on to them. Thank you - Karen

In a message dated 1/16/00 8:56:19 AM Pacific Standard Time,
scom @pacbell.net writes:

<<
Ladies and Gentlemen and Students:
   St. Luke School of Medicine at Cape Coast, Ghana, and St. Luke Medical
Foundation, in association with the Economic Development Foundation, are
sponsoring a ten-day tour to Ghana to treat Liberian refugees and
patients at
the RFK Hospital in Monrovia, Liberia.

This trip will take place in April 2000.

A celebration, reception and planning meeting is schedule Jan 22 2000
at
the home of Dr. T. W. Harris, in Los Angeles at 2PM. The address is:

   Dr. Tollie Harris
   4004 Kenway Ave
   Los Angeles, Ca. 90008

If you have any questions regarding this trip, and you are unable to
attend,
please feel free to call me at 323-292-3561, in Los Angeles.

Thank you, sincerely.

-- Dr. Dolphin
President, St. Luke School of Medicine at Cape Coast
Cape Coast, Ghana
>>

---

[74] http://lists.topica.com/lists/TheBlackList/read/message.html?sort=a&mid=1300600086

53

## Disturbing connections to other organizations

*Southern Graduate Institute*

*University of Science Arts and Technology Medical College of London*

*Lady Malina Memorial Medical College*

## The St. Luke School of Medicine in November 2009, and before

St. Luke claimed to be opening a branch campus in Lagos, Nigeria in 2004. The following screen shot of a January 10, 2004 archived page indicates that "Dr. Alfred Egedovo" is the contact person for the Nigeria operation,[75] which is scheduled to open the following month. Egedovo had been listed on the SLSOM web site as an August 2002 graduate of the school.

---

[75] January 10, 2004 archive of http://www.stluke.edu/campuses/nigeria/nigeria.html

54



A December 8, 2004 archive of a St. Luke page advertized its Nigerian campus, announcing "ATTEND MEDICAL SCHOOL NOW! ST LUKE SCHOOL OF MEDICINE" and declaring that

> Onsite and online programs are available leading to Doctor of Medicine. Now accepting applications in Lagos, Nigeria campus. We provide AMERICAN-STYLE medical doctor training at affordable fees to student wishing to obtain the following degree under the St Luke University School of Medicine extension campus program. St. Luke graduates are eligible to take the United States medical licensing examination (USMLE) and practice in the USA.
>
> Our students can also participate in the exchange training rotations at our campuses: India, Liberia, and United Kingdom, and clinical rotations in West Africa, USA, UK, India, Philippines, Middle East, Mexico, and the Caribbean. St. Luke currently has graduates practicing in USA, Ghana, Kenya, Nigeria, and India.[76]

The page listed "Jerroll B.R. Dolphin, M.D., President, St. Luke School of Medicine - Worldwide" and "Alfred O. Egedovo, M.D., Academic Officer, St Luke School of Medicine – Nigeria." It further stated that "SLSOM Doctor of Medicine graduates were

---

[76] December 8, 2004 archive of www.stluke.edu/lagoscampus.html

Last saved 10/31/2009 9:31 AM

55

the TOP SCORERS in several West African Licensing Examinations. St. Luke School of Medicine students have a better than 80% pass rate for USMLE.":

| Jerroll B.R. Dolphin, M.D., President | Alfred O. Egedovo, M.D., Academic Officer |
|---|---|
| St. Luke School of Medicine - Worldwide | St Luke School of Medicine - Nigeria |
| U.S.A. Information Office | Lagos Nigeria Campus |
| 8516 13th Avenue, 2nd Floor | Plot 105B Kunle Akinosi Street |
| Inglewood, Ca 90305 U.S.A. | L.S.D.P.C Estate Oshodi |
| Tel. 323-565-2725 | Off Apapa Oshodi Expressway, Lagos |
| Fax (323) 565-2724 | TEL. 01-7927932 4795104, and 080-3472122 |
| EMAIL: jrrp@stluke.edu | E-fax: 44-870-130-4454 (UK) |
| Website: | EMAIL  alfred@stluke.edu |
| http://web.archive.org/web/20041208153616/http://www.stluke.edu | |

SLSOM Doctor of Medicine graduates were the TOP SCORERS in several West African Licensing Examinations. St. Luke School of Medicine students have a better than 80% pass rate for USMLE.

A "Medical Student Catalog" continues to be available on the SLSOM web site with URL http://www.stluke.edu/stluke_catalog.doc, though there are no links to it in the present version of the site. This version of the catalog describes the organization this way:

> St. Luke School of Medicine is a private medical school accredited in the Republic of Liberia, West Africa. The Basic Science campuses are located in Monrovia, Liberia. St. Luke School of Medicine was incorporated in 2001 and chartered in 2003. The National Commission on Higher Education accredited St. Luke School of Medicine in Liberia. St. Luke School of Medicine is registered with the World Health Organization in Geneva, Switzerland.

> Students and graduates of St. Luke are approved and eligible to take the United States Medical Licensing Examination (USMLE), administered by the Educational Committee for Foreign Medical Graduates (ECFMG). Graduates of St. Luke School of Medicine can do internship and residency in the United States and Canada...

> St. Luke School of Medicine (SLSOM) is a legal Liberian educational corporation established in August 2000 and registered in August 2001, in Liberia. It is a private medical school whose campus is located in Monrovia, in the Republic of Liberia.

> Our mission is to improve the healthcare systems in Africa by training competent physicians to provide superior and humane medical care to people living in underprivileged communities in Africa.

> The St. Luke School of Medicine (SLSOM) is a four-year medical school offering a Doctor of Medicine degree.

The Microsoft Word document properties for the catalog show that it was created November 12, 2006 and last saved by "Dolphin." The Company field is "IQAir," the name of the air filter business run by Glory Dolphin-Hammes. Perhaps "CSUF

Last saved 10/31/2009 9:31 AM

56

FACULTY RESEARCH" is inherited from a document originally written by a California State University, Fullerton author.



St. Luke School of Medicine is a private medical school accredited in the Republic of Liberia, West Africa. The Basic Science campuses are located in Monrovia, Liberia. St. Luke School of Medicine was incorporated in 2001 and chartered in 2003. The National Commission on Higher Education accredited St. Luke School of Medicine in Liberia. St. Luke School of Medicine is registered with the World Health Organization in Geneva, Switzerland.

The 2006 claim made in the catalog that St. Luke is accredited in Liberia is untrue. In October 2004, the Liberian Embassy's web site published a statement signed by Isaac Roland, EdD, Director General of Liberia's National Commission for Higher Education, and D. Evelyn Kandakai, EdD, Liberia's Minister of Education, declaring SLSOM to be operating illegally.[77]

---

[77] October 11, 2004 statement posted to http://www.embassyofliberia.org/news/item_a.html

57



The statement further explained

As regards the St. Luke Medical College, evidence also shows that no such
college exists in Liberia ; therefore, it cannot claim to have obtained accreditation
from the Commission. The Commission also nullifies the existence of such an
institution in Liberia , until such time as all pertinent requirements as noted above
are met. It therefore goes without saying that similar notice is being sent our to all
institutions which are making claims similar to St. Regis and St. Luke that have
not met the requirements as herein noted.[78]

The declaration could be found on the embassy web site as recently as May 2008.

---

[78] Op. cit., October 11, 2004 statement posted to http://www.embassyofliberia.org/news/item_a.html

Last saved 10/31/2009 9:31 AM

58

Jerroll Dolphin is listed by classmates.com as a 1967 graduate of Dorsey High School in Los Angeles, and a 1973 graduate from San Jose State University, where he majored in physics.[79]



Dolphin also has a facebook page;[80] his "friends" list[81] includes Larry Lammers,[82] an American who went to prison for a variety of offenses related to using his purchased SLSOM degree.



---

[79] http://www.classmates.com/directory/public/memberprofile/list.htm?regid=721010121
[80]
http://www.facebook.com/search/?q=dolphin%2C+jerroll&init=quick#/profile.php?id=728800954&ref=search&sid=1409667103.2816944381...1
[81] http://www.facebook.com/search/?q=dolphin%2C+jerroll&init=quick#/friends/?id=728800954
[82] Facebook:
http://www.facebook.com/search/?q=dolphin%2C+jerroll&init=quick#/profile.php?id=701571046

60

| ST LUKE MEDICAL FOUNDATION | |
|---|---|
| In Care of Name | JOHN DOLPHIN |
| Address | 101 N LA BREA AVE STE 305 INGLEWOOD, CA 90301-1790 MapG MapY MapV |
| IRS Subsection | 501(c)(3) - A religious, educational, charitable, scientific or literary organization. |
| Type of Foundation | Private nonoperating foundation |
| Type of Organization | Corporation |
| Deductibility | Contributions are deductible |
| Tax I.D. Number | 943119561 |
| Exempt Since | 08-1990 |
| Form 990 Requirement | Required to file 990PF |
| Activity #1 | Activity Code NOT found |
| Activity #2 | Care and housing of children (orphanage, etc) |

| Organization Information | |
|---|---|
| **Download Data** | |
| Download all the information for this tax exempt/nonprofit organization to a Spreadsheet or Other File Type | |
| Organization Name/ Address | ST LUKE MEDICAL FOUNDATION 101 N LA BREA AVE STE 305 INGLEWOOD, CA 90301-1790 |
| Asset Amount | n/r |
| Income Amount | n/r |
| Form 990 Revenue Amount | n/r |
| Employer Identification Number (nine digit number assigned by the IRS to identify a company) | (available with membership or data download) |
| In Care Of Name (the officer, director, etc. to whose attention any correspondence should be directed) | JOHN DOLPHIN |
| Classification (category under which an organization may be tax exempt) | Charitable Organization |
| Filing Requirement (the primary return(s) the organization is required to file) | Form 990 - Not required to file(all other) |

Last saved 10/31/2009 9:31 AM

62

"We saw 1,000 people and treated 800," Griffin said. "Most of them hadn't seen a
doctor in three or four years, and some had lived there for eight years. There's a
tremendous need for assistance."

Griffin's team included Erik Fleischman, MD; Shawn Dillon, DDS; T.W. Harris,
MD; Janice Sivard, RN; Anna Hallowanger, RN; and Anita Williams, RN.
Lonzena Harkless served as a volunteer counselor and support person...

In 1998, Griffin and his colleagues spent $20,000 of their own resources to set up
the foundation and made their first trip under the umbrella of Project Africa. For
the latest trip, the St. Luke Medical Foundation, Ward African Methodist
Episcopal and First African Methodist Episcopal churches, Los Angeles City
Councilman Mark Ridley-Thomas, music executive Clarence Avant, the Roger
and Sheryl Reeves family, and the Economic Development Foundation donated
$10,000 for medicine and supplies. The team also collected $50,000 worth of
HIV/AIDS medicine from private donors.[86]

The web page posts the address of "Project Africa 2000" as 6709 Latijera Blvd., Suite
#122, Los Angeles, CA 90045, phone (310) 840-4597 for those willing to make
donations.

*The Economic Development Fund Foundation*

This uses the 6709 Latijera Blvd. address of Project Africa 2000 and lists Dr. Jerome
Griffin as its head.[87]

[86] http://www.nurseweek.com/features/00-01/ghana.html
[87] http://www.taxexemptworld.com/organization.asp?tn=1262616

This Page Is Missing From the SLSOM Copy

64

Google is unaware of the "Muniz Teaching Institute and Clinic." The "University of the East, School of Medicine" may refer to the "University of the East College of Medicine" in the Philippines. It seems unlikely that Muniz has a legitimate, earned MD degree.

An Edwin Muniz is described in a Wikipedia page. In it Muniz is said to have obtained "a Ph.D. in Bioastronautics and Astrobiology from the International Institute for Advanced Studies" in 1986. If it exists at all, this entity is not accredited in the United States. The article then states "In 1989, he earned his second Ph.D. degree, this time in Aerospace Physiology, from Clayton State University in Morrow, Georgia." The Muniz article also asserts that "he decided to go to medical school and in 2002, he earned his MD degree in Aerospace Medicine, from the St. Luke's University School of Medicine. He subsequently completed a Doctor of Philosophy (Ph.D.) in Pharmaceutical Medicine at St. Luke's University School of Medicine." [89] The link in the Wikipedia article used to document his St. Luke credentials takes visitors to an Internet Archive of a page from Jerroll Dolphin's St. Luke School of Medicine. [90]



[89] http://en.wikipedia.org/wiki/Edwin_Mu%C3%B1iz
[90] http://web.archive.org/web/20020604045614/http://stluke.edu/graduates.html

Last saved 10/31/2009 9:51 AM

65



## Dr Edwin Muniz
## (Edwin Muniz)

Birthday:  June 7

School:  Gabriela Mistral
        High School        Lares,
        PUERTO RICO
        Class of 1973

Interests: Internet
          Musicals
          Rock 'n' roll
          See all »

☺ Meeting new people

Say you were here: Sign Dr Edwin

*Herbert W. Winstead*

On the 2002 SLSOM faculty roster, Winstead is listed as

    Herbert W. Winstead, D.M.D., M.D.

    D.M.D., University of Louisville

    M.D. (M.A.), Open International University

    President, Cedar Grove Wellness Center

    Educational Vice President, Southern Graduate Institute

    Chairman, Department of Manual Medicine

    Chairman, Department of Homeopathic Medicine [91]

Winstead does have a genuine license to practice dentistry in Tennessee. He appears this way in a web site that validates "National Provider Identifiers."[92]

---

[91] http://web.archive.org/web/20020604034735/http://stluke.edu/faculty.html

[92] http://www.npivalidator.com/NPI_Codes_5739.html

Last saved 10/31/2009 9:31 AM

66

1194990937 - DR. HERBERT W. WINSTEAD D.M.D. M.D.
Mailing Address 11765 MCMINNVILLE HWY WALLING TN 38587
Phone 9316575204  Fax 9316572134
Practice Location Address 11765 MCMINNVILLE HWY WALLING , TN , 38587
Practice Phone 9316575204  Practice Fax 9316572134
Read more

In addition, he is listed that way in a provider reference page.[93]

Home / Herbert W. Winstead at Walling, Tennessee

## Dr. Herbert W. Winstead, DMD, MD

Specialty:    Dentist
Gender:       Male
Location:     11765 Mcminnville Hwy
              Walling, TN 38587
              Phone: 931-657-5204
              Fax: 931-657-2134
              top sponsor for: Doctor

However, Tennessee only recognizes his DMD credential.[94]

[93] http://www.dr.com/dr-herbert-winstead.html
[94] http://health.state.tn.us/licensure/Practitioner.ASP?prof=1201&licnum=1997&Filenum=2235

67

This information is provided by the licensee as required by law.

While searching for information on a particular health care professional, consumers should be aware that there are several locations available to aid them with their research. (Licensure Verification, Abuse Registry, Monthly Disciplinary Actions, and Recently Suspended Licenses Due to Failure to Pay Child Support). Links to various internet sites are available from the Department of Health Website home page and from the Health Related Boards Website.

## WINSTEAD DMD, HERBERT W

| PRACTICE ADDRESS: | WALLACE DENTAL CENTER 11755 MCMINNVILLE HWY WALLING, TN 38587 |
|---|---|
| LANGUAGES: (Other than English) | None Reported |
| SUPERVISING PHYSICIAN: | None Reported |

### GRADUATE/POSTGRADUATE MEDICAL/PROFESSIONAL EDUCATION AND TRAINING

| PROGRAM/ INSTITUTION | CITY STATE/ COUNTRY | DATE OF GRADUATION | TYPE OF DEGREE |
|---|---|---|---|
| MIDDLE TENNESSEE STATE UNIV | MURFREESBORO TN | 01/01/1953 | BS |
| GEORGE PEABODY COLLEGE | NASHVILLE TN | 01/01/1959 | MA |
| UNIVERSITY OF LOUISVILLE | LOUISVILLE KY | 01/01/1968 | DMD |

### OTHER EDUCATION AND TRAINING

| PROGRAM/ INSTITUTION | CITY STATE/ COUNTRY | FROM | TO |
|---|---|---|---|
| None Reported | | | |

### SPECIALTY BOARD CERTIFICATIONS

| CERTIFYING BODY/ BOARD/ INSTITUTION | CERTIFICATION/ SPECIALTY/ SUBSPECIALTY | | |
|---|---|---|---|
| None Reported | | | |

### FACULTY APPOINTMENTS

| TITLE | INSTITUTION | CITY/STATE |
|---|---|---|
| None Reported | | |

The Cedar Grove Wellness Center is in Quebeck, Tennessee, [95] only two miles from Walling.

---

[95] http://www.yelp.com/biz/cedar-grove-wellness-center-quebeck

68

## Early version of SLSOM on pacbell.net

SLSOM seems to have gotten started in 2001.

From http://www.balancingact-africa.com/news/back/balancing-act52d.html

---

**WEST AFRICAN MEDICAL SCHOOL OFFERS ONLINE STUDY**

St. Luke School of Medicine, Ghana and Liberia, West Africa, is now accepting
applications for students wishing to study medicine online. The Basic Science
curriculum (the first two years of medical school) will be presented online starting with
Human Anatomy. This course is scheduled to be begin May 14, 2001, leading to a
Doctor of Medicine degree (M.D.).St. Luke SOM is only one of a few schools in the
world to present this curriculum.

St. Luke SOM is developing this curriculum to meet the needs of its African
constituency. It is trying to develop ways to educate African peoples using the latest
in modern technology. It says that he curriculum is rigorous and comprehensive.
Some scheduled onsite visits to its campuses in Africa is required. After successful
completion of the online basic science program, the medical students must complete
at least two years of clinical training in approved hospitals. For further information,
please contact Dr. Jerroll Dolphin at scommand@pacbell.net or link to the St. Luke
School of Medicine website at http://www.stlukesom-edu.hosting.pacbell.net.

---

News Update is a free e-letter produced by Balancing Act that covers African internet
content and infrastructure developments. It goes out to government, the private
sector, education and NGOs. To subscribe, send a message saying "I want to
subscribe" to info@balancingact-africa.com

## Medical tourism

Last saved 10/31/2009 9.31 AM

69

Glory Dolphin became executive director of a business that distributes air
purifiers in 2000 in part because of family ties: Her fiancé was the son of the
company's founder.

But during the Silicon Valley native's first years at the Southern California
company, IQAir North America, Dolphin so impressed the company's skeptical
patriarch that she recently was promoted to chief executive officer of U.S
operations for the firm -- replacing her husband...

Dolphin, who married Frank Hammes in 2001, quickly showed her ability...

...at her father-in-law's request, Dolphin has changed her surname to Dolphin-
Hammes.

Glory Dolphin was listed on the SLSOM faculty page in 2001 as the "Chief Business
Development Officer".[114]



The July 11, 2001 brochure for St. Luke, produced at a time when SLSOM identified
itself as a Liberian school, names Glory Dolphin as the brochure's author in the PDF
file's document properties, as shown below.[115] The file is still present on the SLSOM
web site, though there are no links to it accessible through the current home page.

---

[114] July 12, 2001 archive of www.stluke.edu/faculty.html

[115] March 9, 2003 archive of http://www.stluke.edu/elsmi_brochure.pdf .

70



A "Medical Student Catalog" continues to be available on the SLSOM web site with
URL http://www.stluke.edu/stluke_catalog.doc, though there are no links to it in the
present version of the site. This version of the catalog describes the organization this
way:

> St. Luke School of Medicine is a private medical school accredited in the
> Republic of Liberia, West Africa. The Basic Science campuses are located in
> Monrovia, Liberia. St. Luke School of Medicine was incorporated in 2001 and
> chartered in 2003. The National Commission on Higher Education accredited St.
> Luke School of Medicine in Liberia. St. Luke School of Medicine is registered with
> the World Health Organization in Geneva, Switzerland.

> Students and graduates of St. Luke are approved and eligible to take the United
> States Medical Licensing Examination (USMLE), administered by the
> Educational Committee for Foreign Medical Graduates (ECFMG). Graduates of
> St. Luke School of Medicine can do internship and residency in the United States
> and Canada...

> St. Luke School of Medicine (SLSOM) is a legal Liberian educational corporation
> established in August 2000 and registered in August 2001, in Liberia. It is a
> private medical school whose campus is located in Monrovia, in the Republic of
> Liberia.

> Our mission is to improve the healthcare systems in Africa by training competent
> physicians to provide superior and humane medical care to people living in
> underprivileged communities in Africa.

> The St. Luke School of Medicine (SLSOM) is a four-year medical school offering
> a Doctor of Medicine degree...

71

The Microsoft Word document properties for the catalog show that it was created November 12, 2006 and last saved by "Dolphin." The Company field is "IQAir," the name of the air filter business run by Glory Dolphin-Hammes. Perhaps "CSUF FACULTY RESEARCH" is inherited from a document originally written by a California State University, Fullerton author.



St. Luke School of Medicine is a private medical school accredited in the Republic of Liberia, West Africa. The Basic Science campuses are located in Monrovia, Liberia. St. Luke School of Medicine was incorporated in 2001 and chartered in 2003. The National Commission on Higher Education accredited St. Luke School of Medicine in Liberia. St. Luke School of Medicine is registered with the World Health Organization in Geneva, Switzerland.

*John E. Curran, M.D., class of March 2002, incarcerated for practicing without a license*

Curran does not have a Rhode Island physician's license.[116] He is currently serving a 150 month sentence for his "medical" activities.[117] Here is the text of a news story giving some of the details.

> When prosecutors here talked about the cruelty of John E. Curran, it was the face of Taylor Alves they saw.
>
> The young woman, who, at 18, was a filmmaker, photographer and model, was described by her mother as "born with wings." She was also dying of ovarian cancer.
>
> Curran, who billed himself as a natural healer and physician, told her he could make her healthy with a green drink, a concoction of powdered vegetables in water. The promise of recovery led her to spend her final weeks refusing other food.
>
> "He did so much harm on so many levels," Rhonda Alves, Taylor's mother, said recently. "I don't blame John Curran for Taylor dying. What I blame John Curran for is the anguish he brought to her life."

[116] https://healthri.mylicense.com/Verification/
[117] "Doctored Diplomas: For Some Medical Degrees, It's Log On, Pay Up—A trail of bogus claims and life-threatening consequences," Valarie Honeycutt Spears, Lexington, KY *Herald-Leader*, October 1, 2006.

72

In August, Curran, who charged most patients a standard fee of $10,000 for his treatments, was sentenced to 12 1/2 years in prison on charges of wire fraud and money laundering.

Curran, 41, followed the same course of study as two men who appeared on the Kentucky medical scene: Andrew E. Michael and Larry Lammers.

Michael was welcomed to Lexington's Central Baptist Hospital in 2003 and briefly observed heart specialists there treating patients.

In 2004, Lammers cared for patients at several accident injury clinics in the state. Lammers and Michael have also been convicted of practicing medicine without a license and have received jail sentences.

Curran, Michael and Lammers all worked toward medical degrees from online schools that were promoted from the remote mountain community of Falcon, Ky. There, sitting at a computer, was the man behind the schools -- Stephen J. Arnett, 47, who had been a Free Will Baptist minister before becoming involved in the medical field, court records say.

Arnett first opened several medical clinics in Eastern Kentucky, where he worked without a license as an assistant to the very doctors he hired. When the clinics closed, he moved on to promoting various online schools that offered degrees in medicine and naturopathy -- a system of healing with natural substances. The schools were neither accredited nor licensed.

Yet the people who received degrees from the schools that Arnett promoted opened real clinics, practiced in real offices and treated real patients...

Arnett has been investigated by state officials for more than a decade but never prosecuted. He has been free to open clinics, assist physicians and place would-be doctors in hospitals and clinics...

The most prominent of the schools Arnett has been associated with is St. Luke School of Medicine, which has had a number of incarnations. St. Luke and its Southern Graduate Institute -- a division that focused on naturopathy -- are central to the criminal cases against Curran, Michael and Lammers.

Arnett was also tied to Lady Malina Memorial Medical College; the University of Sciences, Arts and Technology, with an address on the volcanic island of Montserrat in the Caribbean; and the Asian-American University.

Prosecutors say that the degrees that Lammers, Curran and Michael received while Arnett was involved with St. Luke were bogus.

St. Luke President Jerroll Dolphin, contacted in Liberia, West Africa, said Arnett had been affiliated with the school and that, at one point, the two planned to establish a school in Kentucky. However, when Dolphin received calls from people he didn't know were students, he suspected that Arnett was granting St. Luke diplomas without the appropriate course work.

In 2003, the two men severed their relationship and Dolphin said he revoked Arnett's honorary medical degree.

72