# EXHIBIT L-4

73

By 2002, Arnett was forming new Internet medical schools, according to state
records.

He incorporated a company called Foreign Alternative Medical Education, as well
as St. Luke School of Medicine. Both had a Falcon, Ky., address that Arnett
used.

Not long afterward, Robert Irving, a student from one of Arnett's online schools,
was warned by the state medical licensing board to close a medical practice he
had begun in Elizabethtown, according to board documents.

Irving said he received a doctor of naturopathy degree from Southern Graduate
Institute, a division of St. Luke, in 2001. His contact was Arnett. Irving did six-
week rotations for orthopedics, physical rehabilitation and anesthesiology at an
Accident Injury Center in Lexington where Larry Lammers worked.

In 2005, Irving said he was still studying at St. Luke and was pleased with the
education he received.

Irving, Curran, Lammers and Michael have all said they thought they were
receiving a legitimate medical education from schools Arnett was promoting.

Michael's use of his so-called education was particularly egregious. He practiced
medicine without a license for two years in Las Vegas before he came to
Kentucky. He supervised potentially dangerous injections for MRI patients and
told patients he had trained at Johns Hopkins University in Baltimore.

Last year, when Las Vegas District Judge Valorie Vega sentenced Michael to six
months in jail, she had another way of describing the way he had used that
education:

"This was a time bomb ticking," she said.

*Michael Hejazi, M.D., class of August 2001, is unlicensed*

Hejazi lives in New Jersey[118] and served (at least in 2007) as an adjunct instructor at
County College of Morris. He does not have a license to practice medicine in New
Jersey.[119]

*Mary Anthony Julve, M.D., class of August 2001, is unlicensed*

Julve lives in New Jersey.[120] She does not have a license to practice medicine in New
Jersey.[121]

---

[118] Julve and Hejazi cointacted me about the public availability of their SLSOM degree information. They
use the same return address in correspondence.

[119] http://www.state.nj.us/cgi-bin/consumeraffairs/search/searchentry.pl

[120] Op. cit., Julve-Hejazi letter.

[121] Op. cit., http://www.state.nj.us/cgi-bin/consumeraffairs/search/searchentry.pl

Last saved 11/11/2009 1:58:06 PM

74

*Peter Michael Kolosky, M.D., class of August 2001, is unlicensed*

Peter Kolosky lives in Connecticut, according to an Intelius.com search. He does not hold
a Connecticut physician's license.[122]

*Laurie Ann Luisi Kolosky, M.D., class of August 2001, is unlicensed*

Laurie Kolosky also lives in Connecticut, according to an Intelius.com search. She does
not hold a Connecticut physician's license.[123]

*Astara Sunrise Burlingame, M.D., class of August 2001, is unlicensed*

Astara Sunrise Burlingame live in Washington. She does not hold a physician's license
there.[124]

*Brenda C. Arnett, M.D., class of March 2002, is unlicensed*

Brenda Arnett lives in Kentucky. She does not hold a physician's license there.[125]

*Larry Lammers, M.D., class unknown, incarcerated for practicing without a license*

According to the Dundee, Michigan *Independent*, Lammers has been convicted of
practicing medicine without a license in Florida, Kentucky, and Michigan.[126] He has
spent time in prison for these offenses. See the story, above, about Curran, Lammers, and
Michael. Here is a photograph of Lammers at a sentencing hearing in Ohio.[127]

[122] http://www.physicians.dph.state.ct.us/web_public/web_public.show

[123] http://www.physicians.dph.state.ct.us/web_public/web_public.show

[124] https://fortress.wa.gov/doh/providercredentialsearch/SearchResult.aspx

[125] http://web1.ky.gov/GenSearch/LicenseList.aspx?AGY=5&FLD1=arnett&FLD2=&FLD3=&FLD4=&TYP
E=

[126] "Man arrested for treating patients without license," *The Independent*, Dundee, Michigan, October 1,
2004, http://www.dundeeonline.com/articles/10.1.2004.html. "Doctored Diplomas: For Some Medical
Degrees, It's Log On, Pay Up—A trail of bogus claims and life-threatening consequences," Valarie
Honeycutt Spears, Lexington, KY *Herald-Leader*, October 1, 2006.

[127] "Unlicensed practitioner sentenced, unrepentant Defendant could go free despite 1-year jail term,"
George J. Tanber, Toledo, Ohio *Blade*, April 8, 2005.

75



The text of the article from which the photo was taken follows:

The son of a longtime Ida, Mich., doctor was sentenced yesterday in Monroe County Circuit Court to one year in the county jail for practicing medicine without a license.

Because Larry Lammers, 50, has been incarcerated since his arrest in March, 2004, Judge Joseph Costello said Lammers, who also received five years' probation, could be released. The judge also fined Lammers $1,500 and ordered him to pay $900 in court costs.

Lammers is on probation for a similar charge in Pulaski County, Kentucky, and authorities there asked Monroe County officials to hold Lammers for extradition.

He also is wanted in Fayette County, Kentucky, where authorities say Lammers practiced without a license at a medical center from March through August, 2003.

Additionally, Lammers is on probation for a similar conviction in Orange County, Florida, where he once worked as a licensed chiropractor.

In the Monroe case, county prosecutors said Lammers treated at least seven patients at the office of his father, Dr. Gerald Lammers, in December, 2003, while the elder Lammers was in California.

Patricia Galloro and her son were treated by Larry Lammers on three occasions, during which Mrs. Galloro received two injections. Their complaint resulted in the three charges against Lammers, to which he pleaded no contest and was found guilty last month.

Assistant Prosecutor Jack Simms argued that Lammers served enough jail time and that a long probation would be appropriate - and necessary.

"[With that] you have the leverage to get [him] to stop. That's the goal," he said.

Yesterday, Lammers, in a prewritten statement to Judge Costello, declined to apologize for his actions.

Last saved 11/11/2009 1:58:00 PM

76

"I did no harm, and what I did was done with compassion. I learned to love and help and heal sick people. I learned from my father, who I believe is the greatest physician in the county," he said.

Lammers told the judge that he has a chiropractic degree and has completed four years of online study at St. Luke School of Medicine, which is based in Liberia, West Africa.

But Judge Costello was unmoved by Lammers' comments. "I find you have no remorse," he said.

Judge Costello told Lammers his physician father, who has since retired, has a good reputation in the county.

"I'm afraid your actions have put that reputation in great dispute. That is on you."

Further, Judge Costello said, "You have violated the confidence of people who see doctors."

No victims were in court yesterday. Nor were Lammers' parents. Mr. Simms said Mr. Lammers' father is in poor health and currently living in California.

"It is not clear exactly what the father knew and did not know," he said.

Lammers' attorney, Ronald Benore, said he was satisfied with the results of the sentencing.

"Under the circumstances, it was fair," he said. [128]

*Andrew E. Michael, M.D., class unknown, incarcerated for practicing without a license*

Andrew Michael has had a number of collisions with the law. He was indicted in August 2006 for bank fraud after having made (in collaboration with his codefendants) "approximately $2,288,926.72 in fraudulent charges…"

At that time he was still on probation after having spent four months in prison for practicing medicine without a license. [129] Michael is currently in federal prison, having been given a 48 month sentence, and ordered to pay restitution in the amount $3,680,662.61 to the banks he defrauded. [130]

---

[128] "Unlicensed practitioner sentenced, unrepentant Defendant could go free despite 1-year jail term," George J. Tanber. Toledo, Ohio *Blade*, April 8, 2005.

[129] *United States of America vs. Andrew Michael, Bernadette Pagan, and Phyllis Rios,* 2:06-CR-290-KJD-PAL, filed August 8, 2006.

[130] "Las Vegas man enters guilty plea in credit fraud case: Wife, mother join in deal with federal prosecutors," Antonio Planas, Las Vegas *Review-Journal*, January 11, 2008.
http://www.lvrj.com/news/13702877.html

77

*David W. Karam, SLSOM MD, class of June 2002, is unlicensed*

David Karam is based in El Paso Texas. He does not hold a Texas physician's license.[131] He is an organizer of a number of unsavory businesses that give the appearance of pursuing medical research, including one that claims to have a single-application cure for one form of skin cancer. Using his SLSOM credentials to confer an aura of legitimacy to this organization, Karam sold a pair of investors $400,000 in stock, then walked away from the company. See material, below.

In the following screen shot, note the degrees claimed from both the St. Luke School of Medicine and the LaSalle University diploma mill.[132] Further, note the appearance of "M.D. 020101" below the heading title "Licensure Information/ Registration Number." Karam does not hold a Texas physician's license and so this cannot be his valid State of Texas medical license number.[133]

A few years ago I saw a copy of Karam's St. Luke transcript; I recall that the SLSOM "student number" appearing on his transcript was the same as the number under the "Licensure Information/ Registration Number" heading. Unfortunately, I haven't been able to find my copy of this document.

[131] http://reg.tmb.state.tx.us/OnLineVerif/Phys_SearchVerif.asp

[132] Op. cit., *Degree Mills, the Billion Dollar Industry That Has Sold Over a Million Fake Diplomas*, p.52.

[133] Texas Medical Board data base: http://reg.tmb.state.tx.us/OnLineVerif/Phys_SearchVerif.asp

Last saved 13/11/2009 1:58:00 PM

78



David W. Karam
2235 Wyoming St.
El Paso, Texas 79903

El Paso Community College – Instructor Physical Therapist Assistant
Program

TeChurch College of Ohio State University
  Canton, Ohio
  - Physical Therapist Assistant - 1984

La Salle University
  Mandeville, Louisiana
  B.S. Business Administration - 1986

Shelby State College
  Memphis, Tennessee
  - Graduate Certificate Orthotics & Prosthetics - 1988

Kennesaw State University
  Kennesaw, Georgia
  - Biological Chemistry/Pre medical - 1987

Emory University
  Atlanta, Georgia
  - Doctoral Candidate Neuroscience - 1999

St. Luke School of Medicine
  - Los Angeles, California
  - Doctorate of Medicine M.D., 2000
  - Doctorate of Philosophy – Medicinal Biochemistry 2007
  - Committee Chair – Dr. Jegasir
  - Dissertation – Oxygen Uptake using Creatine Monohydrate vitiate)
  - Creatine Dihydrate

MD 020101

Karam operates something called the "Institute for Adaptogenic Science."



**Contact Us**

The Institute for Adaptogenic Science
2235 Wyoming Avenue
El Paso, TX 79903

Last saved 11/11/2004 1:58:00 PM

79

Material posted in 2008 to the "Adaptogens, Miracles of Nature" web site[134] shows that the El Paso address used by SLSOM to receive mail is also identified with the "Institute for Adaptogenic Science" and the address in the c.v. that appears above.

Here is an image from the SLSOM page specifying the address in El Paso, Texas for student transcripts that are sent to SLSOM by surface mail.

> a. If you have copies of your transcripts please fax them to +1 309 272-2757, or mail copies to
>
> Admissions, St. Luke School of Medicine
>
> 2235 Wyoming Ave
>
> El Paso, TX 79903 USA

A colleague with an interest in higher education fraud sent me the following photograph taken outside the Southwest Institute. Some of the people whose names appear in the photograph have associations with SLSOM.



The El Paso address is also used by the "Southwest Institute for Medical Research," owned by David W. Karam[135] as can be seen in the following screen shot.

---

[134] December 9, 2008 archival copies of ages from adaptogenscience.com.

Last saved 11/11/2009 1:58:00 PM

80

Monday, Nov. 2, 2009

## MANTA
Vital info on small businesses (and those that grew)

RESOURCES: Video
BUSINESS CENTER

COMPANIES: U.S., Australia, Canada, U.K., Worldwide

U.S. business name, category, location...    Search

U.S. » El Paso TX » Professional Services » Noncommercial Research Organizations
Research Organizations » South...est Institute For Med

| Add Info | Reports | Map | Company Q... |

### Southwest Institute For Med   [Southwest
Institute For Medical Research*]

2235 Wyoming Ave
El Paso, TX 79903-3806   (El Paso, TX Metro Area)

Phone:   (915) 532-3320
Website:  Information not found (2)

| Company Contacts | Gender |
| --- | --- |
| Contact Name | M |
| David Karam, Owner | |

David Karam was involved with a suspicious business entity named "Bio-Life Labs."
According to a Securities and Exchange Commission filing dated June 3, 2005, "in April
2005, David Karam was appointed to the offices of President, Secretary, and Treasurer,
and to the positions of Chief Executive Officer and Chief Financial Officer. Mr. Karam is
also the Company's sole director."[136] In the SEC filing, Bio-Life Lab's product
"carcinoderm" is described:

Bio-Life Laboratories Corporation acquired exclusive worldwide rights to
Carcinoderm, a topical ointment that in the estimation of the Company's
management destroys skin cancer cells in patients who have been diagnosed
with basal cell carcinoma, squamous cell carcinoma, and malignant melanoma in
a one-time application that does not harm surrounding healthy tissue. Dr. David

[135] http://www.manta.com/coms2/dnbcompany_6s3ymc
[136] UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549. Form
10-QSB, QUARTERLY REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934. For the quarterly period ended: March 31, 2005. Commission file number 000-30546. BIO-
LIFE LABS, INC

80                                               Last saved 11/11/2009 1:53:00 PM

81

Karam, who has been appointed as one of the Registrant's directors, developed the product and is conducting what the Company believes are FDA-conforming clinical trials in the El Paso laboratory facility, where he is currently investigating other possible uses of and delivery systems for Carcinoderm in the treatment of other types of cancer, including tumors of the pancreas and brain.

The filing also describes the company:

We are a research-driven biotechnology company focused on discovery, development, and commercialization of treatments for cancer, diabetes mellitus, hepatitis C, and other diseases for which current treatments have limited efficacy, severe toxicity, and other negative results. Our signature product candidate Carcinoderm(TM) is a topical ointment that destroys skin cancer cells in patients who have been diagnosed with basal cell carcinoma, squamous cell carcinoma, and malignant melanoma, using a single application that does not harm surrounding healthy tissue. Carcinoderm is currently being studied in what we believe are FDA-conforming clinical trials in our laboratory facilities in El Paso, Texas. We are also investigating additional possible uses of and delivery systems for Carcinoderm that target various solid tumor cancers.

In addition to Carcinoderm we have other product candidates in research and pre-clinical development, including a treatment for diabetes mellitus that in our estimation slows the destruction of pancreatic cells, and a product candidate for hepatitis C that we believe has implication in blocking the enzymes responsible for the destruction of tissue. We are not funding this research, however, we have the first right of refusal on any results that we choose to acquire

The information discussed herein is for Bio-Life-Labs' operations for the three and nine months ended March 31, 2005. As of March 31, 2005, our accumulated deficit was approximately $822,289. We may incur losses for the next several years as we continue development and prepare for the commercialization of our skin cancer product candidate Carcinoderm; expand the applications and delivery systems for Carcinoderm; expand in-house manufacturing capability to support the commercialization of Carcinoderm, as well as other product candidates; and expand our research and development programs.

We have a limited history of operations as a biotechnology company. To date, we have funded our operations primarily through sales of equity securities in an exempt private placement.

We have worldwide manufacturing and commercialization rights to Carcinoderm and any derivative products, and plan to market these products through our own sales force or through strategic alliances both in the United States and abroad. Agreements with potential collaborators may include joint marketing or promotion arrangements. Alternatively, we may grant exclusive marketing rights to potential collaborators in exchange for up-front fees, milestones and royalties on future sales, if any. We intend to manufacture Carcinoderm at our manufacturing facility in El Paso, Texas. We believe that our manufacturing facility will have the capacity to satisfy commercial demand for Carcinoderm for several years after the initial product launch.

Hogwash.

In another SEC filing Karam describes his credentials. Note his use of his SLSOM affiliation to foster the illusion of competence.

82

DAVID KARAM, M.D., Ph.D. As of April 8, 2004, Dr. Karam was appointed as a member of our Board of Directors. Dr. Karam is Executive Vice President and Chief Medical Officer, and a member of the Board of Directors of Bio-Life Labs, Inc. In his role as Executive Vice President and Chief Medical Officer Dr. Karam is responsible for Bio-Life's Medical Affairs, Regulatory Affairs, Research and Product Development, Development Sciences, and Quality functions. Prior to joining Bio-Life Labs, Dr. Karam was the Director of Scientific Research for ZDS Center for Human Performance and Biotechnology Labs, L.L.C. in El Paso, Texas. While at ZDS, Dr. Karam's research was centered on continuing development of an adjunctive treatment for basal cell carcinoma, squamous cell carcinoma, and malignant melanoma skin cancers. Dr. Karam's 10-year career in medical research included a focus on CNS regenerative work and receptive field expansion; his research in these areas resulted in the development of a spinal fusion device as well as a publication on the efficacy of implantable spinal stimulation and it's efficacy for the control of intractable pain. In earlier years Dr. Karam was a volunteer assistant through Emory University with the Center for Disease Control in the research of the Ebola virus; he also assisted on the Necrotizing Fasciitis projects.

In addition to his work at Bio-Life Labs, Dr. Karam holds a board position with the St. Luke School of Medicine where he is the Director of Doctoral Programs and Adjunct Professor in Neurosciences. He has also served as an Adjunct Professor in the Physical Therapy Program with El Paso Community College, where he wrote the class text; developed the examination material; and taught Functional Anatomy as well as the Board Review Class for the Physical Therapist Assistant State licensure exam. Dr. Karam was a lead instructor in a course entitled Microsurgical Management of Carpal Tunnel Syndrome, taught in conjunction with the University of Juarez, Mexico, and in earlier years taught as a Graduate Assistant in Organic Chemistry under the direction of Dr. Jack Duff at Kennesaw State University.

Dr. Karam has published two textbooks: Gross Anatomy of the Head and Neck, and Neuroscience – a New Horizon. He has presented papers to the Music Therapy Association in the Anatomic Basis of Hearing and Music Association, and on the Anatomic Basis of Evoked Emotion and the Neuro-Anatomic Basis of Music; to the Chemistry Society on the Utilization of NMR for the Identification of 3D molecular structures; to the Athletic Trainers Association of Texas on Concussion and the Neurophysiologic basis of Concussive Syndrome; and has made additional scientific presentations on Steroids and Sports Medicine to the Ohio Chapter of the American Physical Therapy Association, and Receptive Field Expansion at Emory University. Dr. Karam developed a computer program for the containment of possible Chemical Weapons of Mass Destruction in conjunction with Daniels and Associates of Phoenix, Arizona. Dr. Karam is a member of the American Chemical Society; the International Brain Research Organization; the Cognitive Neuroscience Society; the Royal Society of Neuroscience; the American Physiology Society; the American Academy of Anti-aging; the American Academy of Neurological Surgeons; and the American Academy of Orthopedic and Neurologic Surgeons. In 2004 Dr. Karam was listed in the Empire Who's Who. Dr. Karam holds a Bachelor of Science degree in Business Management and received his Doctor of Medicine degree from St. Luke School of Medicine; he completed post-doctoral work in Neuroscience and Biochemistry. Dr. Karam is not an officer or director of any other reporting company.

82

83

In a July 1, 2005 SEC filing[137] we learn that Margaret and Chaim Stern bought $400,000 worth of Bio-Life Labs stock from Karam's company.

On July 1, 2005, Bio-Life Labs, Inc. (the "Company"), sold an aggregate of 10 million shares of common stock (the "Shares") to Margaret and Chaim Stern for $400,000. The investor also received 5 million warrants (the "Warrants"). The Notes and the Warrants were issued in a private placement transaction pursuant to Section 4(2) under the Securities Act of 1933.

Each Warrant is exercisable for a period of three years at a price of $0.20 per share, subject to certain adjustments. The exercise price of the Warrants is subject to adjustment for stock splits, combinations, dividends and the like. The investors may exercise the warrants on a cashless basis if the shares of common stock underlying the Warrants are registered pursuant to an effective registration statement. The Warrants are callable by the Company should the Company's bid price closes at or above $0.50 per share for 30 consecutive days.

The Company has granted the investor piggy-back registration rights for the Shares and the shares underlying the Warrants, however, in the event that the Company does not file a registration statement registering the Shares and the shares underlying the Warrants by November 30, 2005, the Company is obligated to issue to the investor 50,000 shares of its common stock and 25,000 warrants on the same terms and conditions as the Warrants, for each month that the registration statement is not filed.

In an April 11, 2007 SEC filing for Bio-Life Labs we read[138]

The undersigned believes that the registrant has not engaged in any material business operations for approximately the last two years. The registrant has not filed the periodic reports required by the Securities and Exchange Commission since June, 2005. In addition, on or about June 1, 2006, the registrant's corporate charter was no longer in good standing with the State of Nevada. Accordingly, the undersigned believes that the registrant abandoned its business.

Pursuant to its "Order Appointing David B. Stocker as Custodian of Bio-Life Labs, Inc. Pursuant to NRS 78.347" dated July 17, 2006 (the "Order"), the District Court, Eighth Judicial District, Clark County, Nevada appointed David B. Stocker custodian of the registrant for the purpose of appointing new officers and directors of the registrant and taking all action on behalf of the registrant as permitted by Nevada Revised Statutes Section 78.347. The actions authorized under NRS 78.347 include:

To settle the affairs, collect the outstanding debts, sell and convey the property, real and personal.

To demand, sue for, collect, receive and take into his or their possession all the goods and chattels, rights and credits, moneys and effects, lands and tenements, books, papers, choses in action, bills, notes and property, of every description of the corporation.

---

[137] UNITED STATES SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549, FORM 8-K, July 1, 2005: Bio-Life Labs, Inc.
[138] http://www.secinfo.com/drdv6.ae.htm

Last saved 11/11/2009 1:58:00 PM

84

To institute suits at law or in equity for the recovery of any estate, property, damages or demands existing in favor of the corporation.

Provided that the authority of the custodian is to continue the business of the corporation and not to liquidate its affairs or distribute its assets.

To exercise the rights and authority of a Board of Directors and Officers in accordance with state law, the articles and bylaws.

In accordance with the Order, Mr. Stocker appointed himself as sole interim director and president. In addition, the registrant hired Carrera Capital, Inc., a business consulting firm ("CCI"), for the purpose of assisting the registrant in its efforts to salvage value for the benefit of its shareholders. CCI has also agreed to advise the registrant as to potential business combinations. Mr. Stocker, an attorney, is the president of CCI.

In short, Karam walked away from the business as soon as the stock was sold.

*Summary: the worrisome personnel of the St. Luke School of Medicine*

SLSOM listed the names of students who had received MD degrees from the school in 2001 and 2002. These were presented as earned degrees, not honorary degrees, and were considered credentials adequate to permit the installation of a number of these graduates into senior faculty and administrative positions at SLSOM within a few months of the award of their degrees.

The SLSOM site listed a total of 20 "graduates" who had received (or would receive) MD degrees. I was able to find the states-of-residence for 12 of these alumni. A check of state physician licensure data bases revealed that *none* of them had obtained physician's licenses. One of them is currently in prison for his "medical" activities.

Several other individuals claiming to hold SLSOM MD degrees have also landed in prison.

A large number of the American SLSOM faculty before 2008 were unlicensed. Many of them held MD degrees issued by SLSOM. Some (Dolphin and Harris) practice without licenses on trips abroad.

Harris was convicted of Medicare fraud while on the SLSOM faculty.

# The St. Luke School of Medicine in Liberia

*SLSOM declared illegal in 2004 by Liberia*

The 2006 claim made in the SLSOM catalog that St. Luke is accredited in Liberia is untrue. In October 2004, the Liberian Embassy's web site published a statement signed by Isaac Roland, EdD, Director General of Liberia's National Commission for Higher

Last saved 11/11/2009 1:58:00 PM

Education, and D. Evelyn Kandakai, EdD, Liberia's Minister of Education, declaring SLSOM to be operating illegally.[139]



The statement further explained

As regards the St. Luke Medical College, evidence also shows that no such college exists in Liberia ; therefore, it cannot claim to have obtained accreditation from the Commission. The Commission also nullifies the existence of such an institution in Liberia , until such time as all pertinent requirements as noted above are met. It therefore goes without saying that similar notice is being sent out to all institutions which are making claims similar to St. Regis and St. Luke that have not met the requirements as herein noted.[140]

The declaration could be found on the embassy web site as recently as May 2008.

[139] October 11, 2004 statement posted to http://www.embassyofliberia.org/news/item_a.html
[140] Op. cit., October 11, 2004 statement posted to http://www.embassyofliberia.org/news/item_a.html

Last saved 11/11/2009 1:58:00 PM

86

*SLSOM in the Liberian press*

The St. Luke School of Medicine has received a thorough drubbing in the Liberian press in recent years. The stories include these:

- "Gov't Finally Closes St. Luke," Monrovia, Liberia *The Inquirer*, July 19, 2005:

  The Government of Liberia has ordered the immediate closure of the St. Luke School of Medicine for illegally operating in the country.

  According to an Information Ministry release issued over the weekend, the government's decision is based on the findings and recommendations of a five-member committee constituted last March to probe the existence of St. Luke

  A full criminal investigation is to be conducted against the proprietor of the school and others who may have knowingly aided the process of opening the school.

  All medical degrees issued by St. Luke School of Medicine are nullified and the school pronounced non-existent in Liberia, in keeping with the committee's recommendations approved by the Chairman of the National Transitional Government of Liberia, His Excellency Charles Gyude Bryant...

- "Another Degree Granting Medical College in Liberia?," *The Inquirer*, Monrovia, Liberia March 16, 2005.

  It has been gathered that an entity accredited by the Government of Liberia to run as Medical College has already issued degrees to individuals without running classes.

  According to investigation, the St. Luke School of Medicine said to be located in Gaye Town, Sinkor, was accredited by an Act of the National Legislature to run as a medical college. But report said the school has not officially begun classes, but has already gone go-ahead issuing diplomas to some so-called graduates.

  Investigation revealed that the existence of the school as a degree granting institution came to light recently when some students in Asia called the India Consul to verify the existence of the school, which has been issuing degrees.

  The sources said the school was targeting students in Asia because most of the people in that part of the world want to be doctors, but can not afford the cost of acquiring such education and degree there, and have therefore decided to use the on-line program to get their "documents" since they believed that the St. Luke School of Medicine was operating in Liberia.

  It was also said that the school has an affiliation with the University of Liberia, but this was denied by Dr. Al Hasan Conteh, president of the university when he was approached on the issue yesterday.

  At the same time, some medical doctors contacted over the issue, expressed concern about this latest development because they said it has the potential to further damage the image of the country.

Last saved 11/11/2009 1:58:00 PM

87

Assemblyman Dr. Mohammed Sheriff, chairman of the house standing committee on health, said the whole thing about the school is fake. He blamed some people in government for his situation.

He said, he has received complaints from some graduates of the A.M. Dogliotti College of Medicine of the University of Liberia, who said the issue of St. Like was an embarrassment to them.

He said his committee is investigating the matter as this was serious and must be dealt with accordingly. He said this was a scam that some individuals are using to extort money from people desirous of getting in the medical profession. He said these individuals went to other countries and were thrown out, but some individuals in government are working with them to bring shame to this country.

Also, a statement of attestation issued by the National Commission on Higher Education is said to be raising eyebrows. Investigation revealed that the commission had gone ahead to grant rights and a statement to operate to the institution without it meeting all the requirements, something the school is said to be using.

Health Minister Dr. Peter Coleman who was contacted on the issue yesterday, confirmed that the school has been accredited by an act of the national legislature.

He said the school was now preparing to operate as it has been also accredited by the Commission of Higher Education.

Asked about the issuance of diplomas without classes, Dr. Coleman said the school also runs an "online program." But said he is not aware of the issuance of diplomas. He said the medical authorities in Liberia do not "recognize" such online program, which is said to be existing in Nigeria and Ghana.

Efforts to get a word from Education Minister, Dr. Evelyn Kandakai, the president and chief executive officer of the school, Mr. Jerroll Dolphin, MD, and the Indian Consul proved futile as their cell phones were switched off...

- "Medical Board Threatens to Prosecute Founder of 'Fake' Medical School," Alloycious David, Monrovia, Liberia *The News*, March 31, 2005

Liberia Medical Board has threatened to turn over the founder of the "fake" St. Luke Medical School and his collaborators to the Justice Ministry for prosecution if they continue to "abuse and insult" the integrity and professionalism" of the country's Medical Board.

The Board said it cannot and will not discuss application of any doctor from the Medical School because there is no school in Liberia known as the St.Luke Medical School.

The Board noted that unless the "illegal school" can be accredited, it would not license any doctor that it has given diploma to.

Prof. S. Benson Barh, Chief Medical Officer of Liberia, told reporters Tuesday that the 'counterfeit school' through Dr. Meimei Dukuly presented a list of 19 doctors who reportedly completed studies at St. Luke Medical School for the degree of Doctor of Medicine (MD).

Last saved 11/11/2009 1:58:00 PM

88

Annoyed over dubious existence of the institution, Dr. Barh said it was shameful to have learned that a list of reported trained doctors, who claimed to have passed through the walls of the school, was presented to the Medical Board.

"We are not aware and have no knowledge of the medical school, but we will rather warn representatives of the bogus school to legally and properly apply to operate a medical institution in Liberia," he stressed...

He, amongst many other things noted, that the Medical Broad visited the school's so-called campus and observed that what it saw does not even represent a status of an elementary school's campus, adding in reality, the building is a "run down" dwelling home under major renovation which lacks electricity, laboratory, class rooms, running water among others basic requirements for a representation of a medical institution...

- "Fake Medical College Boss Flees?," Mensiegar Kamga, Monrovia, Liberia *The Analyst*, April 5, 2005.

Dr. Jeroll Dolphin, the proprietor and founder [of] the mysterious St. Luke Medical College, has reportedly left the country for fear of being prosecuted.

Informed sources say Dr. Dolphin has "surreptitiously" abandoned his Metropolitan hotel on Broad Street to return home in the United States of America...

There has been intense controversy over the whereabouts of the medical college.

The A.M. Doglotti College of Medicine had denounced the existence of the alleged fake college in Liberia, even though the school was successful in granting medical degrees to Liberians and other foreign nationals most of whom were Nigerians and Indians.

Defending the existence of St. Luke Medical College in Liberia, the country's Health Minister, Dr. Peter Coleman told reporter at a new conference that the school was not a fake one, added that it met the approval of the 57th national Legislative Assembly during the NPP regime.

Dr. Coleman added that he was unaware whether the institution was registered with the committee on higher institution.

It appeared that the Health Minister's statement further increases tension with his professional colleagues at A.M Doglotti and the Chairman on Health at the NTLA, Dr Mohammed Sheriff who decided to take legal action against Dr. Dolphin [on behalf of] the medical profession...

- "Health Minister Confesses; Says 'My Advisers Misled Me' ", *The Analyst*, Monrovia, Liberia April 22, 2005.

After fiercely defending the existence of a purported medical college which his professional colleagues had rowdily denounced, Health Minister Peter S. Coleman now appears to have realized that he was being "misled" by his "expert advisers"

Last saved 11/11/2000 1:58:00 PM

88

89

Leading members of the Liberia Medical Board had challenged Coleman's claim that the school exists and threatened to "prosecute those attempting to insult the integrity and professionalism of the board."

Two of the board members, Dr. Benson Barh and Dr. Horatius Brown, told reporters at the Health Ministry that the board "has no knowledge of the existence of a medical school named "St. Luke Medical School" in Liberia.

The fiasco about the existence of the college hit the news last January when the Dean of the A.M. Dogliotti College of Medicine, University of Liberia, Dr. Robert Kpoto, who is also a proprietor of the Med-Link Clinic in Monrovia, investigated the entire episode.

After a careful research, Kpoto discovered that the non-existing medical school was "clandestinely issuing diplomas and medical degrees to Liberians and other foreign nationals to form part of the medical labor force..."

[Health Minister Coleman] declared his intention to "suspend all interactions with St. Luke Medical School effective immediately pending the results of the various inquiries currently underway."

Coleman also said the ministry will conduct an independent inquiry "to ensure that the procedures and vetting mechanism by which expert advice is preferred for the Minister of Health is beyond reproach and that another St. Luke fiasco is never again allowed occurring.

bservers say the Health Minister's latest concession that the St' Luke Medical College does not actually exist seems to have ended the intense controversy over doubts about the school's presence in Liberia.

- "NTLA Orders 'Bogus' St. Luke University Closed," James West, *Liberian Observer*, Monrovia, Liberia May 10, 2005.

Lawmaking body of Liberia says it has established that the school of medicine is a fake medicine institute, has endangered the health of Liberians.

Following several weeks of investigation into its operations in Liberia, the National Transitional Legislative Assembly (NTLA) says the management of St. Luke School of Medicine has endangered the health of the public and should be turned over to the Justice Ministry for prosecution.

The transitional assembly said it has been established that St. Luke School of Medicine is a fake medical institute and is not a legal establishment.

The NTLA's Joint Committee on Health and Education which conducted the probe recommended to plenary that the purported medical school be closed down immediately and all banks be instructed to freeze their assets pending the conclusion of the Justice Ministry's inquiry...

## The University of Science Arts and Technology and its SLSOM connection

The University of Science Arts and Technology Medical College of London is not a legitimate school of medicine, in spite of its inclusion in the IMED data base.

Last saved 11/11/2009 1:58:00 PM

90

As discussed earlier, there is no record of any USAT students ever passing the United States Medical Licensing Examination.[141]

The USAT web site has shown faculty rosters featuring St. Luke School of Medicine graduates and faculty, including Steve Arnett ("Chief Academic Officer"), Ernest Esteban, and Edwin Muniz.

A visit to the Medical College of London address specified on the USAT-MCL web site at a time when the web site claimed it was in operation revealed that there was no sign of MCL at that London address.

As shown earlier, Orien Tulp, the owner of USAT, holds an MD degree from the outrageous "International University of Fundamental Studies" diploma mill.

The Caribbean Accreditation Authority for Education in Medicine and other Health Professions (CAAM-HP) performed a review of USAT's "Application for initial provisional accreditation" in February 2007.[142] "The CAAM-HP after examination of the reports determined that it could not grant provisional accreditation for the programme as presented."

> 5. University of Science, Arts and Technology
>
> Application for initial provisional accreditation was received from the University of Science, Arts and Technology (USAT) for the establishment of an offshore medical school on the island of Montserrat. In February 2007, a review was done by the following persons:
>
> 1. Dr. David Hawkins
> 2. Dr. George Mahy
> 3. Professor Phyllis Pitt-Miller
>
> Decision:   The CAAM-HP after examination of the reports determined that it could not grant provisional accreditation for the programme as presented.

Neither USAT-MCL nor SLSOM is legitimate.

The "faculty" of these two entities are intermingled.

## Conclusions

The St. Luke School of Medicine has a long, unsavory history, and the possibility of its receipt of Ghanaian accreditation should be of direct concern to the United States; accreditation will automatically qualify its students to sit for the USMLE.

---

[141] Op. cit., *Medical Education in the Caribbean: Variability in Educational Commission for Foreign Medical Graduate Certification Rates and United States Medical Licensing Examination Attempts*, Marcus van Zanten and John R. Boulet, *Academic Medicine*, Vol. 84, No. 10 / October 2009 Supplement.

[142] http://www.caam-hp.org/assessed_schools.html

Last saved 11/11/2009 1:58:00 PM

91

In the past, SLSOM students were little more than customers, untrained in the medical arts. Of the dozen American SLSOM "students" I could locate, and who were identified on the SLSOM web site as graduates (or near-graduates), none had obtained physician's licenses.

In the past, many SLSOM "faculty" were unqualified, holding neither licenses to practice medicine, nor MD degrees from legitimate schools.

An alarming number of SLSOM students and faculty have been convicted of crimes relating to their "medical" activities. At least three have been imprisoned.

In the past, the St. Luke School of Medicine has been run by a small group of Americans, primarily Jerroll Dolphin in California, Stephen Arnett in Kentucky, and David Karam in Texas. None of them hold medical licenses. Only Dolphin has an earned MD degree, from Spartan Health Sciences University in the West Indies.

The conduct of Jerroll Dolphin as it pertains to SLSOM has been astonishingly inappropriate and irresponsible. There is no reason to believe that his activities as head of a new medical organization will be any different, no matter how firmly he might claim to have changed his ways.

It would be an enormous mistake to allow him to open a St. Luke School of Medicine facility in Ghana.



In case of reply the
number and date of this
letter should be quoted

My Ref. No.  **NAB/A/02/PTE/114**
Tel. No.:   021 – 518630/518570/286013-4
Fax No.:   021 – 518629
E-mail:   nabsec@nab.gov.gh
Website:  www.nab.gov.gh

National Accreditation Board
Ministry of Education
P. O. Box GT 3256
Cantonments Accra

Republic of Ghana

December 11, 2009

THE HON. ATTORNEY-GENERAL &
MINISTER FOR JUSTICE
ATTORNEY-GENERAL'S DEPARTMENT
ACCRA

Dear Madam,

### RE: IN THE MATTER OF THE REPUBLIC VS. NATIONAL ACCREDITATION BOARD & ANOR EXPARTE: ST LUKE SCHOOL OF MEDICINE

We forward herewith, copies of letters we have received from the Dean of the University of Illinois College of Medicine, the Administrator of the Oregon Student Assistance Commission, Office of Degree Authorisation and a covering letter to the latter from the Ministry of Foreign Affairs and Regional Integration with regard to the pending case.

We would be grateful if you consider these letters in your further applications and submissions to the Court.

Yours faithfully,

**RICHARD K. ADJEI**
SENIOR ASSISTANT SECRETARY
*FOR*: EXECUTIVE SECRETARY

In Case of reply the
number and date of this
letter should be quoted

TEL: 664951-3/664970/663750/
676765/664650/675027
FAX: 665363/667823

My Ref. No. **SCR. PO/USA**

Your Ref. No.



REPUBLIC OF GHANA

MINISTRY OF FOREIGN AFFAIRS
AND REGIONAL INTEGRATION,
P. O. BOX M 53,
ACCRA, GHANA.

DATE: **20TH NOVEMBER, 2009.**

## CAUTION AGAINST GRANTING OF APPROVAL/ACCREDITATION TO ST. LUKE SCHOOL OF MEDICINE TO ISSUE MEDICAL DEGRESS IN GHANA

I have been directed to forward, herewith, for your attention and urgent action, letter reference No. WA/INF/4 dated 17th November, 2009 and its attachment received from our Mission in Washington DC.

2.    The Oregon Student Assistance Commission Office of Degree Authorization is by the letter cautioning the National Accreditation Board, (NAB) of Ghana against granting approval to St. Luke "School of Medicine", to enable the latter to issue medical degrees to Ghanaians due to the fact that the activities the school do not confirm with foreign degrees accreditation practices of the U.S.A.

3.    It would be most appreciated if the National Accreditation Board (NAB) could take urgent action to avert possible sanction against Ghanaian educational institutions.

*For:*    MINISTER FOR FOREIGN AFFAIRS
& REGIONAL INTEGRATION
**GLORIA POKU (MRS)**
DEPUTY DIRECTOR/AMERICAS BUREAU

**MR. KWAME DATTEY,
NATIONAL ACCREDITATION BOARD (NAB),
NO. 6 BAMAKO STREET, EAST LEGON,
P. O. BOX CT 3256,
ACCRA.**

Encl.

18-11-89 17:38   Pg: 2

# Oregon

Theodore R. Kulongoski, Governor

Oregon Student Assistance Commission
Office of Degree Authorization
1500 Valley River Drive, Suite 100, Eugene, OR 97401
(541) 687-7452; Fax: (541) 687-7419
www.osac.state.or.us/ODA

October 30, 2009

Mr. Kwame Dattey
Nationa Accreditation Board (NAB)
No. 6 Bumako Street, East Legon
P. O. Box CT 3256
Accra
GHANA



EMBASSY OF THE REPUBLIC OF GHANA
RECEIVED
NOV 1 6 2009
FILE No.
REG. No.
WASHINGTON D.C.

Dear Mr. Dattey:

It has come to our attention that your agency may be about to issue an approval or accreditation to the notorious entity that does business under the name St. Luke "School of Medicine" or the like. We are concerned that an entity with the unsavory history of the St. Luke business might be allowed to issue so-called "medical degrees" that could be used by unscrupulous people around the world to practice medicine on unsuspecting patients.

We are concerned about what such a decision would mean to the reputation of Ghanaian colleges around the world. Oregon banned the use of St. Luke degrees several years ago, and we would have to ban the use of all Ghanaian degrees if St. Luke is approved. The reason for this is that Oregon law requires us to base acceptance of foreign degrees on the accreditation practices of the nation in question.

If the government of Ghana authorizes St. Luke to issue "medical degrees" we will have no choice but to conclude that Ghana does not have a meaningful postsecondary approval process, in which case degrees issued by the 23 colleges now operating in Ghana would no longer be usable in Oregon.

Oregon is a small state far from Ghana and it may be that a ban on all degrees issued in Ghana would not affect your country very much. However, we urge you to consider the consequences of other states and nations making similar decisions if you issue an approval to grant medical degrees to the entity called St. Luke.

It is possible that decision-makers in Ghana simply did not have all of the information about St. Luke's past practices and its desperate search for a government willing to allow it to sell degrees from a site outside the United States, where it began operating illegally in California some years ago. St. Luke is not and has never been a legitimate provider of medical degrees.

Sincerely,

Alan Contreras
Administrator

cc:   Mr. Adelphus K. Arthur, Deputy Chief of Mission, Embassy of Ghana, Washington, D.C.
Akunna Cook, Desk Officer for Ghana, U.S. Department of State, Washington, D.C.
Dr. E. Stephen Hunt, USNEI, International Affairs, U.S. Department of Education, Washington D.C.
Mary Scroll, Public Affairs Officer, Embassy of the United States, Accra, Ghana

Celebrating

50

1959-2009

# Oregon

Theodore R. Kulongoski, Governor

**Oregon Student Assistance Commission**
**Office of Degree Authorization**
1500 Valley River Drive, Suite 100, Eugene, OR  97401
(541) 687-7452; Fax: (541) 687-7419
www.osac.state.or.us/ODA

October 30, 2009

Mr. Kwame Dattey
National Accreditation Board (NAB)
No. 6 Bamako Street, East Legon
P. O. Box CT 3256
Accra
GHANA

Dear Mr. Dattey:

It has come to our attention that your agency may be about to issue an approval or accreditation to the notorious entity that does business under the name St. Luke "School of Medicine" or the like.  We are concerned that an entity with the unsavory history of the St. Luke business might be allowed to issue so-called "medical degrees" that could be used by unscrupulous people around the world to practice medicine on unsuspecting patients.

We are concerned about what such a decision would mean to the reputation of Ghanaian colleges around the world.  Oregon banned the use of St. Luke degrees several years ago, and we would have to ban the use of all Ghanaian degrees if St. Luke is approved. The reason for this is that Oregon law requires us to base acceptance of foreign degrees on the accreditation practices of the nation in question.

If the government of Ghana authorizes St. Luke to issue "medical degrees" we will have no choice but to conclude that Ghana does not have a meaningful postsecondary approval process, in which case degrees issued by the 23 colleges now operating in Ghana would no longer be usable in Oregon.

Oregon is a small state far from Ghana and it may be that a ban on all degrees issued in Ghana would not affect your country very much.  However, we urge you to consider the consequences of other states and nations making similar decisions if you issue an approval to grant medical degrees to the entity called St. Luke.

It is possible that decision-makers in Ghana simply did not have all of the information about St. Luke's past practices and its desperate search for a government willing to allow it to sell degrees from a site outside the United States, where it began operating illegally in California some years ago.  St. Luke is not and has never been a legitimate provider of medical degrees.

Sincerely,

Alan Contreras
Administrator

cc:  Mr. Adolphus K. Arthur, Deputy Chief of Mission, Embassy of Ghana, Washington, D.C.
     Akunna Cook, Desk Officer for Ghana, U.S. Department of State, Washington, D.C.
     Dr. E. Stephen Hunt, USNEI, International Affairs, U.S. Department of Education, Washington D.C.
     Mary Scholl, Public Affairs Officer, Embassy of the United States, Accra, Ghana

Celebrating

**50**

years of serving students

1959-2009

# UNIVERSITY OF ILLINOIS COLLEGE OF MEDICINE

Office of the Regional Dean
at Urbana-Champaign

190 Medical Sciences Building, MC-714
506 South Mathews Avenue
Urbana, IL 61801-3618

November 16, 2009

Mr. Kwame Dattey
National Accreditation Board (NAB)
No. 6 Bamako Street, East Legon
P.O. Box CT 3256
Accra
GHANA

Dear Mr. Dattey:

As the Dean of a medical school that recruits from the most accomplished graduates of non-U.S.
medical schools into its residency, I have concerns about the impending accreditation decision
for what purports to be the St. Luke School of Medicine. I have had the opportunity to review
data in the public domain about this alleged school, and about individuals who claimed to have
earned a medical degree from it. There is no evidence whatsoever that this alleged school really
exists, or that there are adequate facilities for the most rudimentary components of a medical
curriculum. In fact, all evidence says that only a small empty unimproved room is at the location
advertised for the St. Luke's School of Medicine.

Understanding that high quality is not absolutely dependent upon physical structures, I took the
opportunity to review the publicly available records of individuals who claim to have graduated
from this alleged school for evidence of a bona fide education. There are records of twelve
individuals who claim to have degrees from St. Luke's. None of these people are licensed to
practice medicine, and at least two have been incarcerated for practicing medicine without a
license.

I bring this to your attention because accreditation or approval of the alleged St. Luke School of
Medicine by officials in Ghana would make medical schools in the United States worry about the
quality of any medical school in Ghana. As a result, such approval of St. Luke would put the
graduates of legitimate medical schools in your country at a distinct disadvantage when
attempting to gain advanced medical training.

Hence, by denying accreditation to St. Luke School of Medicine you will protect the reputations
of legitimate medical school graduates from Ghana. Moreover, by denying St. Luke any hint of
legitimacy you will protect innocent patients from abuse at the hands of potential pseudo-
graduates.

Telephone: (217) 333-5465 / Fax: (217) 333-8868 / Email: comuc@med.uiuc.edu / www.med.uiuc.edu

UIC • Chicago • Peoria • Rockford • Urbana-Champaign

The entity that passes itself off as the St. Luke School of Medicine has never been a legitimate educator of medical practitioners, and I urge you to make the owners of this entity own up to their dishonesty.

Sincerely,

Brad S. Schwartz, M.D.
Dean
Professor of Biochemistry and Medicine