43. No MD graduates of St. Luke School of Medicine received a degree by way of a "diploma Mill", as that term is defined by George Gollin.

44. I personally know of more than 2 dozen prominent USA accredited medical schools that offer entire basic science courses online. I also know of a half dozen of the same prominent medical schools that do not require attendance in the classroom.

I do hereby swear under the penalty of perjury that all of the information stated above is true and correct.

July 1, 2012

Dr. Jerroll Dolphin
Plaintiff

DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT NATIONAL ACCREDITATION BOARD'S MOTION TO DISMISS FIRST AMENDED COMPLAINT - 6