# EXHIBIT H



RESPONSE TO

# MEDICAL AND DENTAL COUNCIL
**REPORT ON ASSESSMENT OF FACILITIES AT THE ST. LUKE
SCHOOL OF MEDICINE, GHANA ON 17TH AND 18TH JULY, 2008
Dated December 14, 2008**

**SUBMITTED May 30, 2009**

# Table of Contents

INTRODUCTION.................................................................................................................5
Meeting of Assessment Team at the Council's Secretariat.............................................5
BRIEFING OF SCHOOL AUTHORITIES ON MODALITIES OF ASSESSMENT...................6
INSPECTION OF FACILITIES & INTERVIEWS AT THE SCHOOL....................................7
   MDC REPORT.................................................................................................................7
      SLSOM RESPONSE:...................................................................................................7
         Library Book Inventory..........................................................................................7
         1st Year Text Book Accounting Summary...............................................................7
         Journals...............................................................................................................8
         Computers ...........................................................................................................8
         Library & Computer Laboratory............................................................................9
         SLSOM Digital Technology...................................................................................9
   MDC REPORT ...............................................................................................................10
      SLSOM RESPONSE:.................................................................................................10
         SLSOM Classrooms.............................................................................................10
         No Lecture Halls on the 2nd Floor.......................................................................11
   MDC REPORT ...............................................................................................................11
      SLSOM RESPONSE..................................................................................................11
         Noise Problem?...................................................................................................11
         Classroom Space.................................................................................................12
         Examinations & Cheating.....................................................................................12
         Whiteboards and Projectors..................................................................................12
         Polished and lacquered Chairs..............................................................................12
   MDC REPORT................................................................................................................12
   LABORATORIES.............................................................................................................12
      SLSOM'S RESPONSE...............................................................................................13
         New Microscopes................................................................................................13
         Missing Light Source..........................................................................................13
         Microscope Technical Specifications....................................................................13
        Binocular Research Microscope.............................................................................14
         Future Library & Current Combination Laboratory................................................15
         Combination Laboratory – Building 1....................................................................15
   MDC REPORT................................................................................................................17
      PATHOLOGY LABORATORY...................................................................................17
      SLSOM RESPONSE.................................................................................................17
         Warehouse?  It is the Gross Anatomy Laboratory and Other Laboratories....................17
         Lack of Benches.................................................................................................18
         Anatomy Laboratory – Building 3.........................................................................18
         Design of Dissection Areas..................................................................................18
         Numerous Medical Quality Models.......................................................................19
         Anatomy Laboratory was Re-wired and Re-lighted Only Weeks before the Inspection. .19
         Cadaver Storage Area..........................................................................................19
         Drainage and Cleanup.........................................................................................19
         No Cadavers at SLSOM......................................................................................20

Wooden Dissection Tables..........................................................................................20
Physiology Laboratory..............................................................................................20
Ghana National Fire Service Report.........................................................................21
Fire Extinguishers....................................................................................................21
Emergency Exits.......................................................................................................21
Fire Alarms..............................................................................................................21
Future Laboratories..................................................................................................21
DEBRIEFING.................................................................................................................22
SLSOM RESPONSE.................................................................................................23
Documents Submitted on July 23, 2008...................................................................23
Documents Submitted on August 4, 2008................................................................23
Documents Submitted on September 17, 2008.........................................................23
The Medical and Dental Council Apparently Lost All SLSOM Documents...................24
The MDC Assessment Report was Written in December 2008.................................24
Where are the Medical and Dental Council's Standards...........................................24
The Medical and Dental Council's "Standards" are Arbitrary...................................24
Cape Coast Medical School Could Not Have Met Any Standard...............................24
Terms of Reference...................................................................................................24
RECOMMENDATIONS...................................................................................................24
CONCLUSION..........................................................................................................24
SLSOM RESPONSE.............................................................................................26
MEDICAL AND DENTAL COUNCIL - TABLES.............................................................27
Institutional Setting.......................................................................................................27
Educational Programme.................................................................................................31
Medical/Dental Students................................................................................................36
Faculty...........................................................................................................................38
Educational Resources and Infrastructure.....................................................................40
Clinical Care..................................................................................................................49
Road Map.......................................................................................................................52

# MEDICAL AND DENTAL COUNCIL
## REPORT ON ASSESSMENT OF FACILITIES AT THE ST. LUKE SCHOOL OF MEDICINE, GHANA ON 17TH AND 18TH JULY, 2008

## INTRODUCTION

The Medical and Dental Council (MDC) is the statutory government agency that regulates the standards of training and practice of medicine and dentistry in Ghana. It was established under the Medical and Dental Decree 1972 (NRCD 91), specifically Section 4(2) (a) states:

"ensure that courses of study and training in medicine or dentistry at any Medical School or University in Ghana are such as can sufficiently guarantee possession of the knowledge and skill needed for the efficient practice of medicine or dentistry".

There is general acceptance that some external process of evaluation for educational programs and the quality of graduates of medical schools is required to ensure that the educational standards of any medical school do not fall below acceptable standards and that graduates are suitable for registration as interns under supervision.

The Medical and Dental Council appointed an Assessment Team comprising:

Prof. H. Amonoo-Kuofi - Chairman (Dean, UCC-SMS)
Prof. S.B. Naaeder - Member (UGMS)
Dr. E. K. Sory - Member (Director General, GHS)
Dr. Francis Adu-Ababio - Member (UGDS, Korle Bu)
Dr. S. Y. Bimpong-Buta - Member (Sch. of Arts & Sciences)
Dr. E. K. Atikpui - Secretary, (Registrar, MDC)
Ms. Gladys Bulley - Recorder
Mrs. Adelaide Ashie – Recorder

to visit the St. Luke School of Medicine, Ghana. The assessment Team's visit was to inspect facilities to be used by the school and the school's program of work for MDC to grant the school accreditation for the training in medicine or otherwise.

## Meeting of Assessment Team at the Council's Secretariat

The team met briefly on 17th July, 2008 at 9.00 a.m. at the Council's Secretariat to discuss the accreditation programme and the mode of assessment as stated below:

Guidelines for the Team
o How much space
o The Physical facilities
o Library Books
o Laboratory
o Safety and Security (in case of fire outbreak — fire fighting equipment, toilet facilities etc.)
o Administrative staff (how departments have been set up)
o Information Brochure
o Information given to Council
o The number of students in a class (the facilities available for teaching)
o How can teaching be effective with the noise in the area without sound proofing
o Restroom for students after lectures
o List of Academic Staff — Part time and Full time lecturers
o Evidence that they can get the number required by the school.

## BRIEFING OF SCHOOL AUTHORITIES ON MODALITIES OF ASSESSMENT

The team was met at the school at about 10.00 a.m. and led to the school's library by Dr. William A. Ankobiah, Dr. Jerroll B. R. Dolphin, Susan Mitchell Dolphin and others. The Chairman of the team, Prof. H. Amonoo-Kuofi after the official welcome by Dr. Dolphin and introduction, stated that Council or the impression was that the school was to train foreign students in Ghana and after the training send them back to the United States of America. Dr. William A. Ankobiah in his response stated that it was abstract thinking because that is not the aim of the school. Prof. Amonoo-Kuofi further stated that the Medical and Dental Council being the regulatory body that oversees the study and training in medicine and dentistry at any medical school in Ghana thought it prudent to visit the school and familiarize itself with what was on the ground and to know at first hand the preparations made so far by the school for commencement of the programme. Questions and answers were provided on the Guidelines for the Team.

## INSPECTION OF FACILITIES & INTERVIEWS AT THE SCHOOL

### *MDC REPORT*

On the 18th July, 2008, the team paid its second visit to the school for the inspection of the facilities and interviews at the school. The team was conducted round the various facilities. The first place of call was at the library, the Dean's office and the Dean's Secretary's office which are on the first floor of the two storey building. It was noted that most of the books in the libraries were outmoded, insufficient subject areas and the library space were inadequate. There is no catalogue of books in the library and no medical journals. It also has a library with 7 outmoded computers which have been networked with internet facility.

### SLSOM RESPONSE:

### Library Book Inventory

Please find below SLSOM's inventory of books, by category, for the first year.

The list below details  current medical books on display at SLSOM 'S library (list provided by SLSOM).

### 1st Year Text Book Accounting Summary

| Category | Number of Volumes | Most Recent Edition | 2nd Most Recent Edition | More than 10 years old? | Books : Student Ratio |
|---|---|---|---|---|---|
| Anatomy, Neuroanatomy, Embryology, Histology | 345 | 334 | 11 | 63 | 7 |
| Physiology | 101 | 86 | 15 | 15 | 2 |
| Biochemistry & Molecular Biology | 110 | 108 | 2 | 35 | 2 |
| Genetics | 92 | 86 | 6 | 17 | 2 |
| Microbiology | 45 | 40 | 5 | 45 | 1 |
| Nutrition | 42 | 42 | 0 | 0 | 1 |
| Public Health | 72 | 72 | 0 | 0 | 1.5 |
| Pathology | 46 | 26 | 16 | 46 | 1 |
| Legal Medicine | 50 | 50 | 0 | 0 | 1 |
| **TOTAL** | **903** | **844** | **55** | **221** | **18.5 textbooks per student** |

Also find comments regarding SLSOM catalogue of books and medical journal from **Mr**. **D.B Addo** the only medical librarian in Ghana and a foremost library expert for the National Accreditation Board.

He stated in his report for the NAB on the second assessment of SLSOM on page 1 last paragraph # 4.0 **Collections**

*'SLSOM claims it has 3,400 volumes of books in Ghana and in its warehouse in the United States of America. A list indicating available titles was produced in evidence. The collection available for the inspection at the School's site is about 800 volumes. In collections are books relevant to the first and second year courses of the medical curriculum. In the collections are:*

- *Guyton's Medical Physiology*
- *Stryer's Biochemistry*
- *Montgomery's Biochemistry with Clinical Correlation*
- *Keith's Clinically Oriented Anatomy*
- *McMinn's Functional and Clinical Anatomy*
- *Snell's Clinical Neuroanatomy*
- *Carpenter's neuroanatomy for Medical Student; and*
- *Kantz's Clinical Pharmacology*

*The core text books for Basic Sciences courses in medicines are therefore available. The problem is that, having been acquired three to four years ago, they have been superseded by newer editions.*

*The School indicated in an answer to a question in the NAB questionnaire that it has paid attention to the requirements of the first two years of instruction in selecting and purchasing books. This is a reasonable approach as medical books are revised more frequently than other disciplines.'*

## Journals

Concerning Journals (reference page 2 paragraph 6) he stated that

*'SLSOM library has no current journals. **THIS SHOULD NOT BE A PROBLEM**. The school relying on its efficient internet link, can take advantage of the WHO sponsored free online access to over three thousand four hundred(3400) current biomedical journals offered to developing countries under the HINARI project. '*

## Computers

Most of SLSOM's computer (25) were purchased in 2004 almost 5 years ago during the proposed school's first inspection with the National Accreditation Board for Authorisation. Even though, the computers are not the latest models, all are functional and operational.

After the school receives accreditation and before students arrive on campus the school plans to purchase 30 brand new computers for the school library.

## Library & Computer Laboratory

 

**Library – Left Wing**

 

**Library – Right Wing**

## SLSOM Digital Technology

Currently, SLSOM uses the digital serial line (DSL) which Ghana Telecom Broadband 4U provides to link and utilize internet based learning resources of over two dozen accredited medical institutions in the United States and Britain. (D. B Addo)

*"SLSOM technology allows students and professors to link up with renowned medical schools such as Leeds University, University of Texas Medical School, George Washington University, Loyola's University, Center for Disease Control and many more.*

*By linking up with various accredited medical institutions SLSOM is able to keep up with the fast pace of modern medicine and latest technology in the delivery of medical education.*

*All computers have DVD/CD players, with antivirus protection, MS Office 2003, Internet Explorer, and other important software.*

*The study hall computers have more than a dozen interactive medical software programs
installed including, Anatomy, Neuroanatomy, Physiology, Microbiology, Biochemistry, Genetics,
Emergency Medicine, Clinical Medicine, Cardiology, and others."* . (Please read Mr. D.B
Addo's NAB Library Report)

## MDC REPORT

The team visited the 2nd floor of the building that contains the reception, offices for the
President and the Project Coordinator. There is also a reception for the administration. One
computer and 9 chairs were seen at the reception for the guest. On the same floor are the offices
of the Dean of Business and Legal Affairs, the Business office, the Human Resource office and **a
lecture hall with 25 student chairs very close to each other with a white board. The chairs
have a lot of splinters and were unpolished.**

## SLSOM RESPONSE:

SLSOM has four buildings situated in an upper middle class neighborhood of Lartebiokorshie-
Zoti. The two-storey building being described by the MDC team was introduced to them as
building # 4.




## SLSOM Classrooms

Building #4 has two floors and a ground floor.  On each floor there are two separate wings.  Each
wing consisting of a large room measuring 51.4 square meters with three other rooms also
measuring 17.8, 15.2, and 15.4 square meters.  There are two complete bathrooms.  Each wing
also houses a modern kitchen and a storeroom measuring 8 square meters combined.

The accurate information provided to the MDC team regarding the usage of the second floor, left
wing is as follows:

"The biggest room in the left wing is designated as a conferences room. There are three
additional rooms to be used by the president, project coordinator and secretaries. The kitchens
will be used as a lunch room for staff who work in that wing."

"The opposite wing consists of the reception area and the additional three rooms to be used by
Dean of Business and Legal Affairs, Human Resources office and a copy room. The Kitchen is
to be used by the staff working on that wing of the floor."

### No Lecture Halls on the 2nd Floor

**PLEASE NOTE THAT THERE ARE NO LECTURES HALLS ON THE SECOND
FLOOR OF BUILDING # 4 AS STATED BY THE MEDICAL AND DENTAL COUNCIL
TEAM.**  Please note and reference NAB physical facility report by Mr. Felix Abbey a foremost
architect

## MDC REPORT

The Ground floor contains one lecture hall with 22 student chairs very close to
each other with a white board. Thee chairs also have a lot of splinters and were
unpolished.

Looking at the sitting arrangement, it will be difficult to ensure that students do not
cheat during examination. On the same floor is the office of the Dean of Basic
Sciences, the Associate Dean/Education Services and a Professor's office. There is
a store, a kitchenette which is to be converted to students' common room. There is
no control of sound from outside. There is poor lighting, poor ventilation and also
the room too small to contain even half of the students.

Asked how students could attend lectures, Dr. Ankobiah stated that there would be
a school bus to pick students at vantage points.

There are two toilet facilities on each block. One for the administration staff and
the other for students (both male and female)

## SLSOM RESPONSE

The Dean of Educational Services and Professors will use the three rooms on the left wing of the
ground floor when the school is in operations. The large room which measure at 51.4 square
meters is designated as a lecture hall for 25 students. The kitchen will be converted to a staff
lounge and store.  The right wing kitchen will be used for student services.

### Noise Problem?

Lartebiokorshie-Zoti is a quiet upper middle class neighborhood only 3 minutes away from
Korle Teaching Hospital.  There is **NO NOISE PROBLEM** at St. Luke School of Medicine's
Lartebiokorshie - Zoti campus.

Please note that the MDC panel brought this up as at its 9 AM July 18, 2008 meeting even before it had ever seen the SLSOM campus.

## Classroom Space

The NAB expert architect Mr. Felix D Abbey in his report on SLSOM physical facilities dated April 23, 2008 that stated on page 3 that

*"enough lecture space in the three story building to take 30 students each. The general washroom is enough for the initial intake of 120 students."*

Architect F.D. Abbey rated SLSOM overall classroom and bathrooms nearly 70 % out of 100. (Please see relevant pages in the NAB physical facilities report attached)

## Examinations & Cheating

Examinations for SLSOM students are computerized.  Examinations will be conducted in an examination room, not classrooms.  Each student is presented same questions but in different order, this makes it difficult for students to cheat.

## Whiteboards and Projectors

All classrooms have white boards with projectors.

## Polished and lacquered Chairs

All chairs are lacquered and polished with cushioned seats, and therefore they can not be splintered (Please see pictures)

The opposite wing of the ground floor consists of another classroom with projector and white board. There is an office for the Dean of Basic Science and professors.

## MDC REPORT

## LABORATORIES

The team visited the premises of the Vital International Foundation which has been allocated to the school. In this facility is the laboratory which has 24 outmoded microscopes with no condensers, Poor lighting system, no fire extinguishers, no dissection tables, no benches, no gas, poor ventilation and no drainage system.

There were 3 other very small rooms with a slightly big room to be used as offices and conference room for departmental heads instead of 6 departmental offices and 6 administrative offices

## SLSOM'S RESPONSE

## New Microscopes

The Panel is mistaken regarding the microscopes. Our 30 monocular microscopes are 1,600 power, oil immersion research microscopes with 4 magnifications for the secondary lenses. Each has condensers (a lens or mirror that concentrates light on the specimen from the light source).  These microscopes are only used for first trimester students in Histology.   All SLSOM microscopes are built to ISO 9000 standards.  They were purchased brand new in August 2007 and they have been sitting unused in the laboratory since then.

## Missing Light Source

**The Panel did not see a light source because the manufacturer failed to ship them.** We will receive the illumination pieces prior to the start of the first trimester, when the manufacturer ships us 36 more binocular microscopes of the type below.

All other classes will use a binocular self-illuminated research microscope, 1,600 power, and oil immersion.  SLSOM already has 4 binocular microscopes.  We plan to order another 36 binocular microscopes of the same type, below.

## Microscope Technical Specifications

**Student Medical Microscope**

**Stand**

Stable and Robust, assembled from Aluminum DIE-CAST parts.

**Nosepiece**

Quadruple nosepiece with accurate centering and positive click stops

**Stage**

Detachable horizontal graduated mechanical stage size 120 X 120mm with adjustment for slide manipulation upto 45 x 75mm.

**Illumination**

Plano-Concave 50mm adjustable mirror on gimble mount. Interchangeable with sub-stage illuminator (Optional).

**Objectives**

Achromatic 10X, 40X SL and 100X SL Oil immersion.



**Model RM-3**

**Eyepieces**

Huygenian 10X-15X or WF 10X.

**1500 Power (Magnification)**

**1500x oil immersion microscope – monocular.**

## Binocular Research Microscope

**Observation Head**

45-degrees inclined Binocular head rotatable through 360-degrees.

**Nosepiece**

Quadruple nosepiece with accurate centering and positive click stops

**Stage**

Mechanical stage of 135 x 140-mm. Low co-axial drive controls for X-Y movement and cross movement 50 X 70 mm, fully graduated vernier scale.

**Illumination**

6V-20W halogen lamp, 220/110 Volts. Mirror attachment for working in day light

**Objectives**

Achromatic DIN 4X - 10X- 40X SL and **100X SL Oil immersion**

**Eyepieces**

DIN Size Wide field (WF) 10X and H5x or H6X or **H16X** (any two pairs).



**Model RXL-4B**

### 1600x oil immersion microscope – binocular.

The monocular microscope has similar magnification specifications, nosepiece and eyepiece specifications; however, it has a separate light source.

## Future Library & Current Combination Laboratory



Building 1 – Combination Laboratory and Future Library & Computer Laboratory.

Building 1 has three offices while Building 2 has three standard rooms with a bigger room, which is about one and half of a standard room.  Between Buildings 1 & 2 there are a total of six offices.

Each department office is situated at close proximity to the laboratories thus the Biochemistry office is close to the Biochemistry laboratory, the Physiology office is close to the Physiology laboratory, and Anatomy office is close to the Anatomy laboratory.  The administrative offices are located in Building 4.

## Combination Laboratory – Building 1







The St. Luke School of Medicine - Ghana combination laboratory (in Building 1) will be used for only one year.  After the first year, all laboratories will be specialized and moved to Building 3.



The specialized laboratories will include anatomy, biochemistry, physiology & neuroanatomy, histology, microbiology, pathology, and clinical medicine.





The combination laboratory shows some of the medical charts, large whiteboard, air conditioner, and windows.  Aside from brilliant sunlight, the anatomy lab rooms are well lighted with six 4-foot 40-watt energy bulbs, and 4 22-watt energy bulbs, one in each corner.  The side of the glass window can be seen on the right.





Some of the Anatomy models are demonstrated in the pictures above.  The large whiteboard is also visible, on the right.

## MDC REPORT

### *PATHOLOGY LABORATORY*

This is situated in another building which looks like a warehouse. It has no benches, no power supply and poorly ventilated. The team's impression was that the school does not know what a dissecting laboratory should be.

There is no fridge for keeping cadavers. In the same room is the Physiotherapy department

Above this is another big room which has been partitioned with glass as the pathology laboratory. It was noted that the school has no fire evacuation plan.

### SLSOM RESPONSE

The esteemed panel members seem to have forgotten the arrangements of the laboratories.  The laboratory referred to here as the "pathology laboratory" is in fact the Gross Anatomy dissection laboratory.  Please view the pictures below.

### Warehouse?  It is the Gross Anatomy Laboratory and Other Laboratories

Regarding the comment "*another building which looks like a warehouse*", SLSOM asks the MDC panel, what should the building of a gross anatomy look like?  In fact, gross anatomy laboratories are warehouses for cadavers.  Perhaps it is a fitting comment.



**Building 3 – Building for Gross Anatomy Lab, Physiology Lab, and other future labs.**

SLSOM staff is at a loss to what the MDC meant by the statement.  The NAB requirement for establishing a school is that buildings of different types could be adapted.  The building is

already built and therefore is only adapted to suit the purpose of the school.   Any description of the building's appearance does not necessarily imply its unsuitability to fulfill its purpose.

As per the comment "*it has no benches, no power supply and poorly ventilated.  It was the teams impression that the school does not know what a dissecting laboratory should be.*"

## Lack of Benches

Gross anatomy laboratories do not commonly have benches.  The cadavers rest on the dissecting tables.  Students are standing around each cadaver either dissecting or observing.  There is a water supply close to each table for cleaning and hand washing.  There are showers for emergencies.  The laboratory has a small library for reference.

## Anatomy Laboratory – Building 3




**St. Luke School of Medicine – Ghana's anatomy laboratory is large enough to hold more that 100 medical students.  It will be used for 60 students.**

## Design of Dissection Areas

Each dissection table has a computer with wireless LAN and Internet connection to review complete online dissections available, and is equipped with CD-ROM/DVD players for interactive dissection assistance.  Perhaps, the introduction of modern anatomy laboratory has confused members of the MDC panel.

## Numerous Medical Quality Models

SLSOM also has 26 new medical quality anatomy models for demonstration and review for its future medical students.  It also has hundreds of full-size anatomy and physiology charts (3 ft x 4 ft) for its students to study.

## Anatomy Laboratory was Re-wired and Re-lighted Only Weeks before the Inspection

Additionally, the gross anatomy laboratory was rewired only two weeks before the Medical and Dental Council inspection.  Each table has its own power supply and there are more than twenty 40-watt lamps on the ceiling.  SLSOM has plans for additional high power droplights to hang from the ceiling over each dissection table, as required.

## Cadaver Storage Area

There is a provision for a room in the anatomy lab to be the cadaver storage room, which will also have a refrigerator.  However, due to the expense of installation, SLSOM thought it prudent that this addition should be done after accreditation, but before instruction begins.  Delays in accreditation and inaccurate reporting by agencies such as the Medical and Dental Council makes SLSOM cautious.  SLSOM fears that the MDC may mistake the cadaver room for a cold store.



**Building 3 - Future Cadaver Storage Room.  This room also has a door from the inside of the Anatomy Lab.**

The Anatomy laboratory will be air-conditioned.  The air-conditioning and existing fans will provide sufficient ventilation within the lab building.

## Drainage and Cleanup

We agree we will need to add drainage for the cadavers and clean up. SLSOM's permanent stainless steel dissection tables will have drainage holes, which are used by more than half of the medical schools worldwide.  Clean up of the concrete floor is a simple task and does not require much description.

## No Cadavers at SLSOM

Currently, there are no cadavers at SLSOM.  SLSOM cannot receive a permit to receive and store cadaverous material, nor formalize an agreement to do so, until we have accreditation.

## Wooden Dissection Tables

With the exception of the marble top for the dissection tables, the current wood dissection tables are on par with the tables used in the UG-SMS's gross anatomy laboratory, which are also wooden.  In the meanwhile, the wooden tables for cadavers will be covered with marble tops to address the corrosive nature of embalming material.

## Physiology Laboratory

The part labeled as physiotherapy department is part of the physiology laboratory still under renovation. As of the time of the MDC's visit it had exercise machines which would be used for exercise-cardiopulmonary physiology.



**Building 3 Renovations - Physiology Laboratory.  The Physiology laboratory will be developed by removing the left wall (not frame or beams) and joining the large rooms on the left side of this space.  It will be about 140 sq. mt. when complete, and will have an entrance on the front of Building 3.   It will accommodate more than 50 students.**

## Ghana National Fire Service Report

On 25 October 2007 SLSOM had a fire protection inspection by the Ghana National Fire Service, Dansoman Fire Service.

a. Fire-Please comment on fire safety provision and any consultations with the Ghana Fire Service and electricity (National Grid/Generator).

## Fire Extinguishers

The Panel stated "There is a general lack of fire escape exits and fire extinguishers in all the buildings inspected. No fire warning systems installed in any of the laboratories especially in the microbiology laboratory where burners are expected to be used."

SLSOM does have fire extinguishers.  The report, which is also submitted for reference, advises SLSOM to purchase more fire extinguishers of certain types for future use.

## Emergency Exits

The Inspection report from the National Fire Service contradicts the conclusion of the Panel. The Nation Fire Service states that presently

"No additional emergency exits are needed"

## Fire Alarms

Building 1 has fire alarms and fire extinguishers. This building will be used in the first trimester for Anatomy and Combination (Biochemistry, Physiology, Histology, Embryology, and Neuroanatomy) laboratories. There is a front and back exit.

Building 2 will receive more fire alarms and fire extinguishers in the future. This is a small building for three departmental offices. It will not be used for any purpose, except storage until trimester 3.

Building 3 has three floors. The ground and first floor require renovations for the lab requirements needed. The second floor will be made into a library and computer center.   There are fire extinguishers and alarms in the gross anatomy laboratory.

Building 4 will require more fire alarms and extinguishers and a back fire escape. See Physical Facilities in Exhibit 14 for details.    SLSOM has installed some of this equipment.  SLSOM will install the remaining stairways, before the start of trimester 2, when Building 3 will be ready for occupancy.   All classes will be conducted on the ground floor, so there is no urgent need for a back staircase, when the back doors can be used for emergencies.

## Future Laboratories

The laboratories described by the MDC Panel as:

"Above this is another big room which has been partitioned with glass as the pathology laboratory"




**Building 3 – 1ˢᵗ Floor.  A view of the Pathology Lab from the Microbiology Lab.  The proposed Pathology (above) and Microbiology (below) Labs are under renovation in Building 3.**

**The laboratories are side-by side.  This view provides visuals for about one-half of the labs size.  Large sliding glass doors separate the two laboratories.**

**Building 3 – 1ˢᵗ Floor.  A view of the Microbiology Laboratory from the Pathology Laboratory.  Both laboratories are under renovation.**

**The Microbiology and Pathology offices are across a hallway on the left side of the picture above (not shown).  Microbiology and Pathology laboratories can accommodate 60 students, each.  Preparation areas are planned to be included in the finished laboratories on the left side of this picture.**

## DEBRIEFING

The team after the inspection had debriefing with the school authorities. The team expressed their dissatisfaction with what they saw at the school. The team requested for the following documents:

• Affiliation with an institution in Ghana
• Appointment letters, responses and Job Description of various categories of staff
• Updated Organogram
• Terms of Reference
• Students evaluation forms
• Recruitment plan
• Catalogue of Books in library
• Roadmap

Dr. Ankobiah promised to submit these documents to the Team.
After a lengthy discussion with the school authorities, the team was of the view that:
1. The school should visit some of the medical schools in the country to ascertain what pertains there.
2. The school should reorganize itself for a revisit by the inspection team.

**SLSOM RESPONSE**

The truth is that at the debriefing the MDC asked SLSOM to submit the items requested. SLSOM did submit all documents requested to the Medical and Dental Council, twice. They never replied to SLSOM. They never sent any written letter of any kind to SLSOM since the inspection until their October 15, 2008 rejection. Dr. Atikpui avoided meeting with SLSOM representatives on three occasions before October 15, 2008. Each time he misinformed SLSOM staff. The SLSOM representatives felt they had been swindled by the Medical and Dental Council and Dr. Atikpui.

## Documents Submitted on July 23, 2008

Five documents were submitted to the Medical and Dental Council on July 23, 2008 that was requested by the Education Committee:
1. Professor Résumés, Appointment, & Acceptances
2. Student Handbook
3. Book-List
4. Equipment List
5. Fire Report.

This was documented in the attached letter, dated July 23, 2008, to the Medical and Dental Council.

## Documents Submitted on August 4, 2008

Six (6) of the remaining document requested by the Team of Inspectors from the Medical and Dental Council Educational Committee were delivered to the MDC Secretariat on August 4, 2008:

1. Organization and Governance
2. Campus Utilization Plan, Part 1
3. Campus Utilization Plan, Part 2
4. Physical Facilities Summary
5. Roadmap For Accreditation
6. Letter of Interest from Kunta Kinte Orthopaedic Hospital

This was documented in the attached letter, dated August 4, 2008, to the Medical and Dental Council.

## Documents Submitted on September 17, 2008

St. Luke School of Medicine delivered to the Medical and Dental Council, on September 17, 2008, three other documents:
1. Re-delivered the Roadmap for Accreditation
2. Timeframe to complete and other documents
3. Start date between January and May 2009 pending completion of the areas mentioned above.

This was document in the attached letter, dated October 8, 2008, to the Medical and Dental Council.

### The Medical and Dental Council Apparently Lost All SLSOM Documents

SLSOM has handwritten receipts for the documents delivered to the Medical and Dental Council.  Apparently, the MDC lost the documents submitted, or, the documents were never read by the writers of the "Assessment Report"

### The MDC Assessment Report was Written in December 2008

The "Assessment Report was written in December 2008, and delivered to SLSOM on December 15, 2008, two months after the MDC rejected SLSOM, stating that SLSOM's "facilities and documentation did not meet " its minimum standards in its letter to SLSOM dated October 15, 2008, which is attached.  No inspection report was available on October 15th.

### Where are the Medical and Dental Council's Standards

Although SLSOM has formally requested the MDC provide inspection standards and procedures, the MDC has consistently not provided SLSOM any information regarding its "standards."

### The Medical and Dental Council's "Standards" are Arbitrary

Without a set of approved written standards, the Medical and Dental Council's standards are completely arbitrary and without merit.

### Cape Coast Medical School Could Not Have Met Any Standard

The University of Cape Coast – School of Medical Sciences could not have possibly met any standard for physical facilities as it did not have any facilities of its own and they were advertising for professors after they were granted "accreditation" by the Medical and Dental Council in November 2007.

### Terms of Reference

The request for Terms of Reference was placed only on the Assessment Report.  No one and nothing was said, or agreed about Terms of Reference at the debriefing.  Where is UCC-SMS's Terms of Reference?  Why should a non-operational school be required to produce such large documentation?  Under what authority is the MDC given to oversee the administration of tertiary institutions?

## RECOMMENDATIONS

The team recommends that:

- the school should not be accredited until all identified deficiencies have been addressed including affiliation with a recognized university in Ghana.

## *CONCLUSION*

The team after thoroughly discussing their findings inspection concluded that the school does not meet the criteria for accreditation.

**Prof. H. Amonoo-Kuofi**
Dean, UCC-SMS


**Prof. S. B. Naaeder**
Dept. of Surgery
Korle Bu Teach Hospital


**Dr. E. K. Sory**
Director General, GHS


**Dr. Francis Adu-Ababio**
UGDS, Korle Bu


**Dr. S. Y. Bimpong-Buta**
Sch. of Arts & Sciences

## SLSOM RESPONSE

The Medical and Dental Council has been

# MEDICAL AND DENTAL COUNCIL - TABLES

INSPECTION AND ACCREDITATION OF FACILITIES AT THE ST. LUKE SCHOOL OF MEDICINE, GHANA FOR POSSIBLE ACCREDITATION, 17TH AND 18TH JULY, 2008

## Institutional Setting

| Specific | Observations and discussions | Rating | | | | | REMARK | SLSOM RESPONSE |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| For Medical/Dental schools operating as part of a university, formal delineation of the relationship between the Medical/Dental school and the parent university | No Affiliation. Should continue to discuss with institutions based in Ghana. | X | | | | | | The NAB requirement for affiliation is not restricted to a Ghanaian institution. The NAB review panel of April 25, 2008 requested SLSOM to seek affiliation with institution outside Ghana, which offers programs similar to the one proposed by SLSOM since Ghanaian medical schools do not offer M.D. program.<br><br>SLSOM has received a letter of interest to affiliation from The University of Science, Art and Technology, Montserrat, British West Indies, an IMED and WHO listed medical school.<br><br>In addition, SLSOM has criteria for affiliation from the University of Ghana Medical School, which **requires "evidence of accreditation"** as a pre-requisite for affiliation negotiations. Please see criteria.<br><br>Criteria for affiliation from the National Accreditation Board conflicts with the recommendation from the Medical and Dental Council. |

| Specific | Observations and discussions | Rating | | | | | REMARK | SLSOM RESPONSE |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Definition of the governance structure of the Medical/Dental school, including the composition and terms of membership of any governing board. | Organogram exists. Terms of membership not stated. The document submitted to Council is out of date. There is the need for update of document to help committee write its report | X | | | | | | An updated organogram together with other documents was submitted to the MDC in August 2008 and September 2008.  It was received by Mrs. Adelaide Ashie, acknowledged and confirmed by Dr Eli Atikpui in the presence of Dr. Ankrah and is resubmitted with this report. |
| Development of a job description for the Dean, with approval of the description from the appropriate university authorities. | There should be a well-defined job description for the Dean. | X | | | | | | There is a well defined job description for the Dean of the medical school and is re-submitted in this response |

| Specific | Observations and discussions | Rating | | | | | REMARK | SLSOM RESPONSE |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Appointment of Dean | Copies of appointment letter, CV and acceptance letter should be submitted to Council. | | X | | | | | Copies of appointment letter, CV and acceptance letter is submitted in this response |
| Appointment of the senior leadership within the Dean's staff, particularly in the areas of academic affairs, student affairs, hospital relationships, administration and finance | CVs submitted to Council does include acceptance letters | | X | | | | | CVs and acceptance letters have already been submitted to Council |

| Specific | Observations and discussions | Rating 1 | 2 | 3 | 4 | 5 | REMARK | SLSOM RESPONSE |
|---|---|---|---|---|---|---|---|---|
| Appointment of administrative leadership (e.g., department heads) for academic units that will have major responsibilities for Medical/Dental student education, especially those disciplines to be taught during prescribed years of curriculum | | X | | | | | | Departmental chairs had been appointed in all first year courses-Anatomy, Physiology, Biochemistry, Public health, Microbiology, and Pathology.   Please find résumés and acceptance letters.<br><br>The prescribed period for this program is ten trimesters, five academic years, and four calendar years.<br><br>It is unrealistic for a proposed medical school to hire teaching staff while waiting for an undeterminable period of time before accreditation..<br><br>Also, the National Accreditation Board Law (2002) forbids the hiring of permanent staff and professors until after accreditation.  This contradicts the request of the Medical and Dental Council. |
| Chartering of the major standing committees of the Medical/Dental school, particularly those dealing with the curriculum, student, admissions, and faculty promotion & tenure | Terms of Reference were not given. Need to Submit a TOR to the Committee | X | | | | | | SLSOM is a proposed medical school and is yet to start. After accreditation and before operation begins specific committees with specific roles and functions would be constituted and empowered to perform relevant assignments as the need arises.<br><br>Is the Medical and Dental Council empowered by law to approve the internal structure of tertiary academic institutions, or is it the National Accreditation Board's responsibility? |

**Key**    **1-Poor**        **2-Fair**    **3-Satisfactory**    **4-Very Good**        **5-Excellent**

## Educational Programme

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Definition of overall objectives for the educational programme | The Overall objective is satisfactory and clear but 4 year programme will be accredited if the affiliated institution in Ghana accepts the programme. | | | X | | | The four year programme since they do not have an affiliation with any medical school | SLSOM is doing a 10 trimester programme (5 academic years but is a 4 calendar year programme).  Five academic years are completed in four calender years because the the teaching is continuous, with only one or two week breaks following each trimester.<br><br>SLSOM has received a letter of interest to affiliate with the University of Arts, Science and Technology Montserrat, British West Indies per the request of the National Accreditation Board.  The Medical and Dental Council request is in conflict with the National Accreditation Board requirement.<br><br>The MDC report has stated that SLSOM should affiliate with a university in Ghana or it will not be accredited is in conflict with the requirement of the National Accreditation Board.<br><br>This dual accreditation process by both the NAB and the MDC is an unlawful, confusing, uncoordinated and contradictory process. This justifies why SLSOM has consistently insisted the NAB clarifies this dual accreditation process since it has the exclusive responsibility to accredit any tertiary institution including medical, engineering and pharmacy schools.<br><br>When the process is this contradictory who suffers the most is the school |

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | | | | | | | | The Medical and Dental council decree NRCD 91 provides that council may appoint persons, not being members of the council, to visit places **where instruction is given to medical and dental students by or under the directions of any medical school or university**.<br><br>SLSOM is **proposed medical school**. It is not accredited and therefore it is not offering instructions or examination in its campus. The role of the MDC in medical education is one of evaluation and monitoring after accreditation has been issued by the NAB. |
| Creation of a working plan for the curriculum as a whole consistent with the educational objectives | 40 hours of instruction that comes out to be 28 units. it is an intensive programme | X | | | | | Council to conduct a study to revise intended programme. It was too intensive. | As council is aware curriculum evolves especially in modern medicine. SLSOM appreciates the advice of the MDC and would work in consultation with its full faculty to review the program before operations begin at the school.<br><br>The fact that the MDC considers SLSOM's curriculum too intensive speaks for the rigor and comprehensiveness of its academic program. |
| A detail layout of the year of study, including courses and content, and identification of the resources needed for the delivery of required courses | I80 hours in 1st trimester that is 640 hours. No anatomy in 2nd trimester.180 hours — 12 hrs a week in gross anatomy laboratory. 16 weeks per | | | | | | Four year programme needed to be studied | SLSOM's curriculum is designed so that most of Anatomy is completed in the 1st trimester, with the exception of hematology, which is completed in the 2nd trimester.<br><br>Gross Anatomy - 180 hrs<br>Neuroanatomy   - 80 hrs<br>Histology        - 80 hrs<br>Embryology      - 40 hrs |

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | trimester. 5 hours Week in neuroanatomy anatomy. 51/2 hours histology. 2 hours urology. 19 hours a week for 16 weeks. 380 hours of anatomy of 640 hours. | | | | | | | **Total Anatomy  - 380 hrs - 1st Trimester** Hematology     - 60 hrs   - 2nd Trimester **Total Anatomy  - 420 hrs** |
| Specification of the types of teaching and student evaluation methods best suited for the achievement of educational objectives. | All courses have lectures. PowerPoint presentation in each lecture on an area net work which will be available to Student. Education podium (Dr. Mariam) Online reference for courses Traditional Teaching - 50% Computer -Seminar, long-distance, central computer, PowerPoint and online School starts at 8 and closes at 4 after | | X | | | | It is an unworkable arrangement. | PowerPoint lectures are recommended for consistency of handout materials, but are not required.  Lecture notes should accompany each lectures for the medical students. Instruction is mainly by the traditional teaching method but with other complimentary methods.  There is no online school as depicted here. The online resources are additional materials for the students. Computer simulations in clinical medicine and patient care are standard to assure the medical student knows, understands, and adheres to approved medical procedures before entering clinical rotations. Other computer generated medical programmes are all to compliment the traditional teachings. The esteemed panel members do not seem to understand the programme nor do they appreciate the benefits of computer modeling and patient simulation. |

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM's Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | which they cannot do their research. They have done it else where and it worked. 60% lectures 30% lab depending on class 5% the time will be occasional patient demonstration maybe 5% on seminar. Sometimes after lunch there will be no class. 28.5 hrs 2/3 of the time will be unoccupied. 5% patient demonstration | | | | | | | Classroom hours are 8 AM - 12 PM, with one hour lunch break, and 1 PM to 5 PM, Monday through Friday. Classrooms and laboratories are open until 8 PM Monday through Friday for the convenience of the medical students.<br><br>Library hours are 8 AM to 10 PM, Monday through Saturday.<br><br>12 hours a week, about 2-1/2 hours daily, from 8 AM to 5 PM is FREE TIME for the medical student.  The medical student can study, or research, or use it for leisure time.<br><br>The SLSOM medical student is not under pressure as depicted by the MDC's description. |
| Design of a system for educational programme evaluation, including the designation of outcome measures to indicate the achievement  if overall educational objectives | Students' evaluation forms not available. Questionnaires of assessment by students submitted | X | | | | | | Student evaluation forms were delivered to the MDC's secretariat in August 2008 and in September 2008, to which SLSOM has not seen a reply by the MDC.  It is attached. |

**Key**
**1-Poor          2-Fair   3-Satisfactory          4-Very Good          5-Excellent**

## Medical/Dental Students

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Clearly defined admissions' policies and selection criteria | Three admissions per year of a total of 75 students.25 students per trimester | | | X | | | The policy does not appear to be workable in view of the infrastructure. | This remark from the MDC report on SLSOM infrastructure contradicts the NAB architect's physical facilities report of 23 April 2008.  It rated the adequacy of SLSOM classroom and library close to 70% out of 100%.<br><br>For the classroom he stated; "*there is enough lecture halls in the three story building to take 30 students each.*"<br><br>The adequacy of the laboratories was rated by the architect at close to 70% out of 100%.<br><br>(Please see the physical facility ratings report. |
| Adequate resources to assure essential student services in the arrears of academic counseling, financial aid, health services and personal counseling | Library, Rest areas are still in the process of completion. | X | | | | | | This contradicts the NAB Librarian and physical facility reports. On page 3 #6.0 the NAB expert librarian D.A Addo states;<br>"*currently the library which consists of two separate rooms occupies 102.5 square meters. It provides seats for 70 users. This number as been achieved through providing furniture of sub-standard dimensions. The rooms are quite well lighted and generally comfortable but for under size tables.* "<br><br>"*The librarian has an office of his/her own and there are two other offices which may serve as store and process rooms where photocopying, scanning and book repairs could take place.*" (Please note since this report came out on  April 23rd and before the visit of the MDC team all furniture of sub-standard dimensions were changed to standard dimensions. by SLSOM) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | In addition, Page #3 of the physical facility report by the foremost architect F.D Abbey of the NAB states:<br><br>*"Library space is adequacy to cater for initial in take of 33% of 120 students."*<br><br>He rated the library at nearly 70% out of a 100 % (please see ratings of report. |
| Written standards and procedures for the evaluation, advancement, and graduation of students and for disciplinary action including appeal mechanism to assure due process | It does not come out clearly in the booklet submitted to Council | X | | | | | SLSOM would be grateful if the specific area that did not come out clear in the booklet submitted to council be communicated to the school. It will be helpful if the MDC team would state the title of the booklet or booklets and refer the school to pages and topics unclear regarding, evaluation, graduation and disciplinary information. |
| Standard of conduct for the teacher-student relationship, including written policies for addressing violations of such standard | Assessment of students with regard to regulation for student examinations procedure, grading, referral process etc does not come out clearly | X | | | | | SLSOM would be grateful to receive specific recommendations on how to make it clear.<br><br>(Please see the SLSOM ethic policies that address student relationships including written policies for addressing violations of such standard.) |

**Key**
**1-Poor       2-Fair   3-Satisfactory        4-Very Good        5-Excellent**

# Faculty

| Specific | Observations and discussions | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Written policies and procedures for faculty appointment, promotion and tenure | There was only one faculty in each department | X | | | | | | .SLSOM has a well spelt out written policies and procedures for faculty appointment, promotion and tenure. ( See  document on written policies for faculty) SLSOM is a proposed medical school, yet to be accredited and therefore it is unrealistic to appoint a full faculty when the school is not providing instructions. Further more, since department heads will be responsible for the smooth operations of their departments SLSOM instead of hiring staff for various departments will work in conjunction with department heads to recruit staff for their department after accreditation has been awarded by the NAB. |
| Hiring of sufficient faculty to provide instruction for the Medical/Dental education programme, and other faculty as needed for the implementation of institutional plans regarding Medical/Dental | Nil | X | | | | | | SLSOM has contracted all professors, lecturers, and laboratory staff it needs for its first year of operation.  All lecturers will have at least one doctorate and many will have two doctorates.  All laboratory staff holds a minimum M.Sc. The laws pertaining to the NAB allows a proposed institution to provide a list of lecturers with acceptance letters, which has been submitted, to both the MDC and the NAB. It is not prudent at this time for a proposed school with no accreditation to employ a full faculty for the school. Also, according to the National Accreditation Board Law (2002) |

| Specific | Observations and | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| student admissions, curriculum planning and management, and achievement of other missions or goals | | | | | | | | tertiary should not hire full-time staff or faculty until after accreditation.  This contradicts the request by the Medical and Dental Council.<br><br>This contradiction also illustrates the problem of two accreditations being done at the same time by two different agencies. |
| A recruitment plan and timetable for hiring faculty to deliver the educational programme | There seems to be no definite recruitment plan. | X | | | | | | SLSOM has contracted all required teaching personnel for the first year.  Why is a recruitment plan needed when SLSOM has contracted all lecturers it needs for its first year of operation?<br><br>The CV's, contracts, and other documents pertaining to the lecturers have already been submitted to the Medical and Dental Council, in August and September 2008, to which SLSOM has not received any reply or correspondence.  In light of the fact that the MDC wrote this report in December 2008 demonstrates the perfidy of the MDC to concepts of fairness and equality.<br><br>There is a shortage of medical lecturers in Ghana (for example, there are 4 medical physiologists and 4 psychiatrists).<br><br>To complement the part-time lecturers that SLSOM would hire here in Ghana, it has contracted a recruitment agency which will provide any lecturer needed within 30 working days for the school.  Name of the agency would be provided upon request. |

**Key**
**1-Poor      2-Fair   3-Satisfactory      4-Very Good      5-Excellent**

## Educational Resources and Infrastructure

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Budgets and supporting financial resources for the first operation | The school is being supported by volunteers and friends from the united states | X | | | | | No names of these people were given. | There was no time during our discussion with the MDC team did SLSOM state that volunteers, or friends, from the United States funded SLSOM.<br><br>This observation made is quite unfortunate since it could have been clarified with questions, a phone call or a letter.<br><br>Since 2004 SLSOM has raised $3,000,000 to establish its proposed medical programme. During the inspection of July18th 2008, Dr Ababio had inquired how the school was been funded and he never at any time requested for a list of our funders.<br><br>In replying SLSOM officials mentioned that the school was been funded by social entrepreneurs with an explanation that social entrepreneurs are investors interested in assisting people to realized their highest potentials hence their interest in our program.<br><br>A foremost financial expert had done financial analysis of SLSOM projects from the NAB with many years of accounting experience. SLSOM has also submitted a copy of NAB financial questionnaire to the MDC, please review. |
| Classroom space and supporting educational infrastructures for first year of instruction | This room **does not look spacious** enough to even contain 15 students. | X | | | | | | This statement is an assumption and it creates a false impression of the actual situation.<br><br>The MDC inspectors did not measure SLSOM classrooms to know exactly the number of chairs that will fit in comfortably.<br><br>However,  thorough measurement of the classroom space had been |

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | | | | | | | | done by the NAB's expert Architect Mr. F. D Abbey he stated on page # 3 of his 23 APRIL 2008 report that: Enough lecture halls in the three story building will take 30 students each., and rated our classroom setting almost 70% out of 100%<br><br>Please see NAB Physical facilities rating report. |
| Plans for providing classroom space and any supporting educational infrastructure for subsequent years. | The school to vacate present structure and move to a new site which they are still negotiating | X | | | | | | This information is inaccurate.<br><br>The school had submitted building renovation plans with other documentations in August 2008.  Those plans indicated specific renovations were to be made to some of its present buildings.  There was never in any discussion with the MDC team, nor did officials of the school mention a plan to vacate its current structure.<br><br>However, there is a plan to build a full fledge University in Ghana at another location. |
| Library and information technology services appropriate to the needs of the school for education, research and patient care | The books are outdated and inadequate. The place is too small to contain these 25 students per trimester. | X | | | | | | This statement contradicts NAB's medical Librarian Report.<br><br>On page 1 last paragraph 4.0  collection, Mr. A D. Addo states:<br><br>*"SLSOM claims it has 3400 volumes of books in Ghana and in its ware house in the United States of America. A list indicating available titles was produced in evidence."*<br><br>*"The collections available for inspection at the school's site are about 800 volumes. In the collections are books relevant to the first and second year courses of the medical curriculum."* ( see report for book list)<br><br>Regarding the library space: D.A Addo states; on page 3 # 6.0 of his |

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | | | | | | | | report as follows: *"Currently, the library which consists of two separate rooms occupies 102.5 square meters. It provides seats for 70 users."* <br><br> As regards to information technology, Mr. D.A Addo a medical librarian for the NAB comments on SLSOM'S ICT on his report on page 2 paragraph 3 &4 <br><br> *"SLSOM Proposed library embarks on a paradigm shift in the provision of library and information service which is **NOT FOUND IN THE EXISTING MEDICAL SCHOOLS IN THE COUNTRY**."* <br><br> *"The strength of SLSOM'S approach to information lies in its reliance on Computer –aided-learning (CAL). CAL reinforces the educational experience by providing interactive learning and training. It allows a trainee to repeat a lesson many times without the aid of a personal instructor."* <br><br> ---*"The interactive patient simulators provide trainings in protocols and patient management that can be repeated.* <br><br> *The student therefore has the advantage of practicing and perfecting procedures and protocols many times before treating a real patient"* . (librarian report) |
| Identification of clinical teaching sites | Nil | | | | | | | A commitment letter had been issued by the GHS to grant SLSOM the use of its facilities once accreditation is granted. <br><br> There are two more letters of interest from Kunta Kinte Orthopedic hospital and Mercy Medical Center to rotate its students <br><br> SLSOM has requested the Medical and Dental to provide written |

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | | | | | | | | criteria for the upgrade of a hospital to a teaching hospital, to which it has refused to provide.<br><br>Dr. Atikpui, the registrar of the council, informed SLSOM officials in a meeting with him that the criteria is been updated by the council and that it is too soon for SLSOM to make such a request since the council is only interested in the basic sciences instructions at this time. |
| Classrooms/Tutorial Rooms | There are two lecture theatres with 25 student capacity. Ventilation is very poor. No air conditioners. No projector for teaching students. Sound management is very poor. Chairs not polished. Looks so uncomfortable and unsafe to use. | X | | | | | | The MDC had earlier stated that the classrooms can not take 15 students but here states that it has a capacity of 25 which is a contradiction of both this assessment report and the NAB physical facility reports that states that the classroom can take 30 students and rated the classroom setting nearly 70%  out of  100%<br><br>Presently there are no air conditioners fitted in the classrooms. SLSOM has the intention of fitting all classrooms with air conditioners as it has done in some of its laboratories.<br><br>Even though classrooms are currently not fitted with air conditioners they all have operational ceiling fans and spacious windows.  They have all passed the National Accreditation Board physical facilities inspections.<br><br>SLSOM has 4 projectors for teaching, each classroom has one.(see pictures and receipt for purchasing)<br>.<br>Regarding sound management, SLSOM Campus is located in a highly serene upper middle class neighborhood at Zoti, only a few minutes walk from Korle Bu Teaching Hospital.  There is no noise problem. |

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | | | | | | | | The chairs are polished and cushioned and can not be with splinters. Please see the pictures. |
| Laboratories | 24 outdated microscopes with no condenser. Poor lighting system. No fire extinguisher, no dissection tables, no benches, no gas, poor ventilation and no drainage | X | | | | | | The Panel is mistaken regarding the microscopes. Our 30 monocular microscopes are 1,600 power, oil immersion, and research microscopes with 4 magnifications for the secondary lenses.<br><br>Condensers are lenses or mirrors that increase the intensity of light at plane of the specimen being observed.  All of SLSOM's microscopes have condensers, both monocular and binocular microscopes.<br><br>These microscopes are only used for first trimester students in Histology.<br><br>**The Panel did not see a light source because the manufacturer failed to ship them.**<br><br>We will receive the illumination pieces prior to the start of the first trimester, when the manufacturer ships us 36 more binocular microscopes.<br><br>All other classes will use a binocular self-illuminated research microscope, 1,600 power, and oil immersion.  SLSOM already has 4 binocular microscopes<br><br>Despite the observations of an expert librarian and expert architect from the NAB, the MDC has stated that each and every room at SLSOM's campus has poor lighting and ventilation.  Every SLSOM classroom and laboratory was rated at 70% of 100%.  This, again, demonstrates the confusion when two 'accreditations' are being conducted at the same time. |

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | | | | | | | | SLSOM is surprised once again to read the MDC panel's report concerning fire extinguishers.

There are currently 9 extinguishers spread throughout the SLSOM Campus.  The Ghana National Fire Service had inspected all SLSOM buildings and had issued recommendations in their inspection report, The recommendations will be fully implemented after the school has been accredited (please find fire report).

There are separate laboratories with fitted accessories.  not all the laboratories need gas (e.g. dissecting room), dissecting tables (physiology and biochemistry laboratory).

At the time of the MDC visit work was still ongoing in the laboratories.  therefore the definitive laboratories would have all its needed accessories based on the work schedules, as required for each course. |
| Libraries | Outdated | X | | | | | | See the NAB'S librarian report.  The report is by D. A.  Addo the only Medical Librarian in Ghana. |
| ICT Unit | 7 Outdated computers | X | | | | | | The computers were purchased in 2004 during SLSOM first inspection with the NAB. The initial number was 30 over the years it had dwindled to the 15 in which 7 was seen in the computer laboratory and the rest in the anatomy and biochemistry lab.

The school has the intention of purchasing 30 more computers before it commences operation.

SLSOM has invested heavily in the provisions of ICT for medical education. D. A Addo in his comprehensive library report states in page 2 paragraph, |

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | | | | | | | | *"SLSOM PROPOSED LIBRARY EMBARKS ON A PARADIGM SHIFT IN THE PROVISION OF LIBRARY AND INFORMATION SERVICES WHICH IS NOT FOUND IN THE EXISTING MEDICAL SCHOOLS IN THE COUNTRY."*<br><br>On page 4 last paragraph he states:<br><br>*"The SLSOM is adopting an innovative but tested approach in providing teaching and learning resources. SLOMS is building the infrastructure to provide an electronic based library service and this is commendable as it is the direction for the future."* |
| Laboratory | Ventilation poor; floors not washable, poor lighting system, no dissection table, No fridge for keeping of cadavers. N worksheet in the physiology Department. The physiology department and the skills laboratory in one big | X | | | | | | concrete floors are washable under all known and predictable circumstances. All floors in SLSOM's laboratories are made of concrete.  polished concrete has not lost the ability of washability because it graces on the floor of St. Luke School of Medicine.<br><br>All floors at the SLSOM campus in Lartebiokorshie-Zoti are washable.  Some floors are not yet tiled but are washable and adequate for the task for which they will be used.<br><br>For the ventilation see NAB physical facility report.<br><br>Additional lighting would be added as needed to any laboratory, classroom, office, or hallway, as needed.<br>.<br>SLSOM provided a proforma invoice to the MDC in 2008, major purchases like dissection tables and refrigerating unit for cadaver are needed to begin operation of the school.  It would not be wise to make such huge purchases when school does not have accreditation. Instructions are not going on therefore there is no need for a work sheet. |

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| | warehouse room. | | | | | | | The MDC mistakenly called skill laboratory is a part of the physiology laboratory (for Cardio-Pulmonary Physiology). SLSOM's skill laboratory is actually its Clinical Medicine Laboratory, which will be on the top floor of Building 3.   it will not be completed until the beginning of the 2nd year of operation. |
| Hospital-What is available; Diagnostics | Nil | X | | | | | | The MDC registrar Dr. Eli Atikpui informed SLSOM the Inspection to be conducted on July 17th & 18th only pertains to the Basic Sciences of St. Luke program. Officials are surprise that Hospital facilities are been graded, which is a requisite for clinical Science, three years away from the time of utilization.  furthermore, when SLSOM requested for standards for upgrade of hospitals to a teaching status, Dr. Eli Atikpui informed officials of SLSOM the MDC don't have a current criteria for upgrade of hospitals and that it was been updated. Please see letter. |
| Transport | Nil | X | | | | | | SLSOM is not operational and can not purchase vehicles for conveying of students when there are no students on ground. The School have it in their plans and budget to make available vehicles to transports its students and staff. |
| Equipment in the hospital for training | Nil | X | | | | | | The inspection was for the Basic sciences and not Clinical sciences. Moreover, the campus visited is strictly for Basic sciences.  However criteria for upgrade of hospital to a teaching hospital had been requested to which the Medical and Dental Council until now has refused to provide. |
| Faculty and support staff-quality of staff | Nil | X | | | | | | SLSOM is a proposed medical school and does not have a full complement of staff until accredited and operations begin. Currently, it has 10 staff members and consultants coordinating the project.<br><br>Additionally, it is against National Accreditation Board regulations for a tertiary to hire full-time staff until after it is accredited. |

| Specific | Observations | Rating | | | | | REMARKS | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Hostels | Kanishie and Eat Legon but not ready for use. | X | | | | | | There is no hostel in East Legon.  SLSOM's student hospice is at Kinishie. |
| Staff Accommodation | Nil | X | | | | | | Staff accommodations are at Gbawe.  When accreditation is granted SLSOM will secure additional staff accommodations. |

**Key**
**1-Poor        2-Fair   3-Satisfactory        4-Very Good        5-Excellent**

**Clinical Care**

| Specific | Observation | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| **Bed state**<br>• Number of Beds | | | | | | | | **NOTE: This portion of the MDC's report demonstrates the MDC's predisposition against SLSOM. The inspection was intended to be solely for Basic Science.** |
| • Occupancy Rate | | | | | | | | **However, this portion of the report is solely to evaluate a hospital.** |
| **Medical/Dental Staff**<br>• Medical and Dental staff | | | | | | | | **There is nothing in this section that deals with the training of medical students.** |
| • Nursing staff | | | | | | | | |
| • Ancillary staff | | | | | | | | |
| **Threatre Facilities**<br>• Number of threatres | | | | | | | | |
| • Equipment<br>(α) Lighting<br>(β) Operating Table | | | | | | | | |
| **Pharmacy Department**<br>• Pharmacist | | | | | | | | |
| • Dispensing Assistants/Technicians | | | | | | | | |
| • Compounding capability | | | | | | | | |
| **Blood Bank**<br>• Storage Facilities | | | | | | | | |
| • Capacities | | | | | | | | |
| **Laboratory** | | | | | | | | |

| Specific | Observation | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| • Pathologist | | | | | | | | |
| • Technologist etc | | | | | | | | |
| • Laboratory Capability<br>(a) Haematology<br>(b) Biochemistry<br>(c) Bacteriologist<br>(d) Parasitology<br>(e) Histopathology<br>(f) Cytology | | | | | | | | |
| • Space | | | | | | | | |
| • Scientist/Technologist | | | | | | | | |
| **Records Department**<br>• Staff | | | | | | | | |
| • Equipment | | | | | | | | |
| • Mode of storage of records | | | | | | | | |
| • Analysis | | | | | | | | |
| • Annual Report | | | | | | | | |
| **Transport and Communication**<br>• Telephone<br>(a) Internal<br>(b) External | | | | | | | | |
| • Paging | | | | | | | | |
| • Ambulance<br>(a) Number<br>(b) Capacity | | | | | | | | |
| **Common Diseases seen and** | Nil | | | | | | | |

| Specific | Observation | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| **Managed** | | | | | | | | |
| **Disease outcome** | Nil | | | | | | | |

**Key**
**1-Poor**       **2-Fair**   **3-Satisfactory**       **4-Very Good**       **5-Excellent**

**Road Map**

| Specific | Observation and discussions | Rating | | | | | Remarks | SLSOM Response |
|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | |
| Existence of roadmap | Exist. Yet to be submitted | | | | | | | Roadmap was submitted to MDC August and September 2008.  However, it is re-submitted here. |
| Description of overall resource package at least five years | Nil | | | | | | | Can the MDC be specific and provide under what authority it is asking for this information under NRCD 91?<br><br>This is the responsibility of the National Accreditation Board under the 2202 & 2007 acts of law. |
| Records on sustainability of all aspects of programme. Indicating strategies to address key areas indicated in sections above. | Nil | | | | | | | Can the MDC be specific and provide under what authority it is asking for this information under NRCD 91?<br><br>This is the responsibility of the National Accreditation Board under the 2202 & 2007 acts of law. |
| Documented monitoring and evaluation mechanisms. | Nil | | | | | | | Can the MDC be specific and provide under what authority it is asking for this information under NRCD 91?<br><br>This is the responsibility of the National Accreditation Board under the 2202 & 2007 acts of law. |
| Method of addressing financial implications should be well spelt out. | Nil | | | | | | | Can the MDC be specific and provide under what authority it is asking for this information under NRCD 91?<br><br>This is the responsibility of the National Accreditation Board under the 2202 & 2007 acts of law. |

**Key**
**1-Poor          2-Fair    3-Satisfactory          4-Very Good          5-Excellent**