# EXHIBIT L-1

l

# An Analysis of the Practices and Policies of The St. Luke School of Medicine in Recent Years

George Gollin[1]
Professor of Physics
University of Illinois at Urbana-Champaign

November 5, 2009

Filed on. 15-12-2009
2155 __ ____
Registrar Court of Appeal

Introduction ........................................................................................... 4

Immediate disqualifications ................................................................ 5

Past practices as predictors of future conduct ................................ 6

The international stake in quality assurance and postsecondary oversight .................... 6

The St. Luke School of Medicine's approach to Ghana gives cause for concern .......... 7

The current presentation of the St. Luke School of Medicine ........................... 8

An overview of the current St. Luke School of Medicine ................................. 8

Jerroll Dolphin and Susana Dolphin are SLSOM's California-based principals ........... 9

The Dolphins' request for Ghanaian accreditation of SLSOM and their history of
claiming SLSOM is accredited .............................................................. 11

Jerroll Dolphin, MD is unlicensed .......................................................... 12

Jerroll Dolphin is the primary provider of curriculum and training ...................... 12

The ongoing award of MD degrees to previously matriculated SLSOM students? ..... 15

SLSOM is a California entity, operating in the jurisdiction of the State of California  15

SLSOM is not registered as a California corporation ..................................... 16

The St. Luke Medical Foundation is associated with SLSOM and the Dolphins ......... 17

The internet domain registration for SLSOM specifies a Ghanaian postal address ..... 19

The physical location of SLSOM in Ghana ................................................ 20

---

[1] G-gollin@illinois.edu

Last saved 10/31/2009 9:51 AM

2

Summary: SLSOM now.................................................................................... 21

Vital International Foundation and its connection to SLSOM ...................................... 22

An overview of the Vital International Foundation........................................................ 22

Susana Mitchell Dolphin heads VIF and Jerroll Dolphin runs its training programs... 23

Medical/clinical/instructional tourism run by VIF ...................................................... 24

Corporate and nonprofit registrations of VIF in California ......................................... 25

The Vital International Foundation shares infrastructure and personnel with SLSOM 26

VIF's California and Ghana addresses ....................................................................... 27

Is there a VIF – SLSOM – Earthcare International connection? ................................. 29

Other VIF personnel .................................................................................................. 31

Summary: the Vital International Foundation ............................................................. 31

The St. Luke School of Medicine, from 2000 to the present........................................... 32

The St. Luke School of Medicine appears to have been created in 1999 or 2000........ 32

The troubling rosters of SLSOM faculty and administration ....................................... 33

June 2001 SLSOM faculty....................................................................................... 33

More about Professor Taliaferro Harris, MD: connection to Jerroll Dolphin .......... 34

More about Professor Taliaferro Harris, MD: practicing medicine without a license
in Ghana in collaboration with Jerroll Dolphin ....................................................... 36

More about Professor Taliaferro Harris, MD: conviction for felony medical fraud in
2009 for his activities in 2005 and earlier................................................................ 39

June 2002 SLSOM faculty....................................................................................... 40

Professor Egbert Phipps runs unsavory degree providers widely described as
diploma mills .......................................................................................................... 40

Steve Arnett is unlicensed and has significant involvement with other medical
diploma mills .......................................................................................................... 40

Early registrations of the SLSOM internet domain used a California postal address .. 41

Internet domain registration history.......................................................................... 42

The changing SLSOM faculty and administration ........................................................ 42

Glory Dolphin was SLSOM "CEO" and "Chief Business Development Officer" in 2001.......................................................................................................................... 42

Self-presentation: brochure with Dogliotti school photo (mention author property); course catalog............................................................................................................ 44

Glory Dolphin is named in a 2001 SLSOM brochure's "properties" as the document's author.................................................................................................... 44

Physical locations associated with SLSOM infrastructure ........................................... 46

Inglewood, California ................................................................................................ 46

SLSOM identifies a Ghanaian address for its finance and admissions officers ....... 46

David Karam's El Paso, Texas address received surface mail for SLSOM in 2006 47

Outcomes in medical education: the SLSOM classes of 2002 ........................................ 48

The standard for comparison: U.S. medical education .................................................. 48

The classes ................................................................................................................. 49

David W. Karam ........................................................................................................ 49

Karam operates the "Institute for Adaptogenic Science" ........................................... 49

David Karam claims an SLSOM MD and also a LaSalle University diploma mill degree................................................................................................................... 50

Personnel of the St. Luke School of Medicine faculty and administration ...................... 51

"Students' who immediately assumed leadership roles in SLSOM ............................. 51

Dolphin and Harris appear to arrange medical tours of western Africa ...................... 51

Disturbing connections to other organizations ............................................................... 53

Southern Graduate Institute ....................................................................................... 53

University of Science Arts and Technology Medical College of London..................... 53

Lady Malina Memorial Medical College.................................................................... 53

The St. Luke School of Medicine in November 2009, and before ................................... 53

St. Luke School of Medicine students ............................................................................. 59

4

Larry Lammers............................................................................................................59

Connected organizations.............................................................................................59

St. Luke Medical Foundation.......................................................................................59

Project Africa 2000......................................................................................................61

The Economic Development Fund Foundation ............................................................62

Edwin Muniz................................................................................................................63

Herbert W. Winstead ...................................................................................................65

Early version of SLSOM on pacbell.net........................................................................68

Medical tourism ..........................................................................................................68

## Introduction

The insufficient capacity of postsecondary institutions in the developing world to place students in local facilities, in combination with the economic advantage afforded to those who obtain university degrees, generates an attractive market for foreign degree providers.[2] Most of these foreign schools create legitimate programs featuring instruction by qualified faculty who teach college-level material to engaged students. But government oversight of universities that are international in extent is a challenging task, even when all the stakeholders—students, the university faculty and administration, and the governmental oversight agency—share the common goal of providing students with a quality education. When one of the participants is not acting in good faith, it can be fiercely difficult to detect and suppress the activity. Sometimes there is a dishonest degree provider. Sometimes an accreditor lacks the skill to detect misrepresentations.[3] Sometimes there are structural problems that prevent an agency from responding, even when it is aware that it appears to bestow legitimacy on an entirely fraudulent entity posing as a university.[4] Quality assurance is not a simple matter.

---

[2] This subject has been discussed extensively in the higher education literature. See, for example, "The Private Nature of Cross-Border Higher Education," Jason E. Lane and Kevin Kinser, *International Higher Education*, 53, Fall 2008.

[3] For example, "Accreditation of College in Former Soviet Republic Raises Questions of Oversight," Burton Bollag, *Chronicle of Higher Education*, September 8, 2006. See also "When Criminals Control the Ministry of Education," George D. Gollin, *International Higher Education*, 53, Fall 2008.

[4] "Wolves in Chancellors' Clothing," George D. Gollin, *International Higher Education*, 55, Spring 2009.

5

*Immediate disqualifications*

Central to any effort at suppression of bogus schools is the accumulation of clear, irrefutable evidence documenting the unsavory practices and willful misrepresentations of an illegitimate degree provider. Some of the attributes that are warning flags are discussed in the best practices document *Toward Effective Practice: Discouraging Degree Mills in Higher Education* released by the Council for Higher Education Accreditation (CHEA) and the United Nations Educational, Scientific and Cultural Organization (UNESCO).[5]

The list of findings that should immediately disqualify a degree provider from receiving an operating license is long. A single determination of any of the following is likely to provide adequate grounds for immediate rejection of a school's application for licensure:

- The school's catalog misrepresents its physical facilities, either through inaccurate descriptions in text, or deliberately misleading photographs of buildings and grounds that could reasonably be thought to represent a campus, but do not;

- A significant number of the school's instructors or administrators do not hold the academic credentials appropriate for successful discharge of their responsibilities, or claim bogus credentials from unrecognized degree providers;

- The school operates, or has a history of operating, without legal authority from the appropriate government agency in its home jurisdiction;

- In the case of the licensed professions, the school's graduates fail to obtain licenses, or fail to thrive as practitioners, with unusually large probability;

- A significant portion of the school's graduates use their credentials for commercially deceptive or criminally fraudulent activities, indicating that the school is complicit in their deceptions;

- The school awards academic credit without requiring demonstration of mastery of the subject matter for which the credits are awarded;

- The school's articulation agreements with other schools reveal that the school awards transfer credits regardless of the level of mastery of the subject matter associated with the transferred credits;

- The school masks its internet domain registration information behind a privacy service, hiding the identities of its administrative officers;

---

[5] *Toward Effective Practice: Discouraging Degree Mills in Higher Education*, Council for Higher Education Accreditation and the United Nations Educational, Scientific and Cultural Organization, 2009, http://www.chea.org/pdf/degree_mills_effective_practice.pdf.

Last saved 10/31/2009 9:31 AM

6

- The school will not reveal the names of its instructors or the identities of its senior administrators;

- The school shares a significant number of instructors or administrators with other schools known to hold any of the attributes listed above.

## Past practices as predictors of future conduct

Recent history shows that the past practices of the principals of a degree provider can be good predictors of how they will operate a new school. The owners of the "St. Regis group" of diploma mills repeatedly claimed they were revamping their practices and policies. In spite of this, they continued to sell degrees to unqualified customers without providing meaningful instruction or portfolio evaluation. Over time the owners of St. Regis ran through 66 differently named "universities" of their own invention, only stopping when their computers and supplies used in fabricating diplomas were seized by U.S. federal authorities.[6] James Kirk, the owner of the Louisiana-based "LaSalle University" diploma mill was imprisoned for his LaSalle business. Within weeks of the start of his prison term, Kirk and his wife had launched a new diploma mill named "Edison University" whose promotional material was mailed to customers from the city in which Kirk was incarcerated.[7]

## The international stake in quality assurance and postsecondary oversight

It is becoming increasingly common for academic credentials earned in one country to be used in seeking employment in another country. In the European Union the Bologna Accords are intended to facilitate this by easing the transfer of academic credentials across national boundaries.[8] In the case of foreign medical credentials to be used inside the United States, one avenue for cross-border acceptance is provided by the Foundation for Advancement of International Medical Education and Research:

> The Foundation for Advancement of International Medical Education and Research maintains the barrier between the United States Medical Licensing Exam and students from non-US medical schools. Only graduates from schools in the foundation's International Medical Education Directory can take the exam. The directory is compiled from information provided by national ministries of health.[9]

But there is a fundamental structural problem in the FAIMER wall at the border of the United States, with examples of its breach discussed in the higher education literature:

---

[6] See the large volume of material associated with *United States of America vs. Dixie Ellen Randock et al.*, some of which is available online at http://www.hep.uiuc.edu/home/g-gollin/pigeons/#sru_ussg.

[7] *Degree Mills: the Billion Dollar Industry That Has Sold Over a Million Fake Diplomas*, Allen Ezell and John Bear, Prometheus Books, Amherst, New York, 2005, page 52.

[8] A great deal of material discussing the Bologna Accords can be found in articles carried by *International Higher Education*, available online at http://www.bc.edu/bc_org/avp/soe/cihe/newsletter/.

[9] Op. cit., "Wolves in Chancellors' Clothing."

Last saved 10/31/2009 9:31 AM

7

...without an independent means to verify received information, the directory can be no more accurate than its input data.

The American owners of the "St. Luke School of School of Medicine" took advantage of the catastrophic civil war in Liberia to claim, without governmental challenge, to be training medical students in Monrovia. (They weren't.) In 2004 the Liberian government declared St. Luke to be operating illegally. In 2005 US embassy personnel in Liberia visited St. Luke and found "no evidence of anything resembling a functioning, credible medical school." Even so, St. Luke remained in the International Medical Education Directory database at least through 2005, entitling its customers to sit for the licensing exam.

The "University of Science Arts and Technology" pretends to teach medicine in Montserrat and sports an imaginary pseudopod named the "Medical College of London." The owner holds an MD from a diploma mill, while the "dean" also works for the St. Luke School of Medicine. In spite of this, the "university" retains its directory listing.

The International Medical Education Directory suffers the linked problems of unreliable input information and inadequate investigative capacity. The Foundation of International Medical Education and Research could develop an early warning system that would raise flags for further action. A mechanism to receive unsolicited expert information, in combination with sensible metrics for reliability ("is the country in the throes of a horrific civil war?") would improve the directory's accuracy.[10]

The United States clearly has an interest in keeping untrained physicians from attempting to practice medicine in this country. This is true for other countries as well: all nations have a strong interest in preventing untrained health care workers from assuming clinical responsibilities through the acquisition of bogus medical degrees. The cross-border portability of academic credentials makes the events pertaining to accreditation and licensure of postsecondary programs in one country of direct interest to the authorities (and residents) of another country.

*The St. Luke School of Medicine's approach to Ghana gives cause for concern*

The St. Luke School of Medicine (SLSOM), mentioned in the material quoted above, is currently seeking accreditation in Ghana to operate as a medical school authorized to award M.D. degrees. This is a disturbing turn of events, based on the past history and practices of the school and its owners. At least three SLSOM customers in the United States have been imprisoned for their "medical" activities. One of the American owners of SLSOM, who is not licensed to practice medicine in the United States, has described practicing medicine (including giving injections and prescribing medication) on trips to Africa with an American colleague, described as a "professor" at SLSOM, who also lacks a physician's license. This same colleague was convicted of felony medical fraud in California in July 2009. In addition, some members of the senior administration of SLSOM have participated in the operation of other medical diploma mills.

---

[10] Op. cit., "Wolves in Chancellors' Clothing."

Last saved 10/31/2009 9:31 AM

8

In this report I discuss the historical record for the St. Luke School of Medicine and describe the activities of some of the members of its faculty, administration, and student body. In order to assay the outcomes of the education delivered by St. Luke to its students, I will describe the professional paths taken by members of its March 2002 and July 2002 graduating classes. The information is rich in complexity due to the tangled interconnections between the various personnel and organizations.

## The current presentation of the St. Luke School of Medicine

### An overview of the current St. Luke School of Medicine

In late 2009 the SLSOM web site informed visitors that it was "founded in 1998, and chartered in Liberia as 'St. Luke School of Medicine (SLSOM)'" to provide "professional doctoral training in allopathic medicine. St. Luke School of Medicine offers a four-year Doctor of Medicine curriculum." A screen shot of the school's home page on the internet domain www.stluke.edu is shown in the following screen shot.



The home page informs visitors that SLSOM is not accepting students into its academic programs at the present time. It is apparent that SLSOM is referring to its MD-granting activity when it refers to "academic programs."

Even though it has paused its award of MD degrees, SLSOM continues to offer a variety of training courses, most notably for the United States Medical Licensing Exam (USMLE).

9

The SLSOM web site contains a small number of links to pages elsewhere in the web site, though pages previously available through a chain of links that would begin at the home page are still present in the site's directories.

*Jerroll Dolphin and Susana Dolphin are SLSOM's California-based principals*

Jerroll Bahruck Rudolph Dolphin grew up in the United States, graduating from Dorsey High School in Los Angeles in 1967[11] and, according to Dolphin, obtaining an undergraduate degree in physics and mathematics from San Jose State University (in 1973) and an MD degree from Spartan Health Sciences University, St Lucia, West Indies.[12]

Susana Ofori-Atta Mitchell Dolphin is Ghanaian-born, and Jerroll Dolphin's wife.[13] She has considerably less presence on the worldwide web than does her husband. She is sometimes referenced as "Susana Mitchell" and sometimes as "Susana Mitchell Dolphin" in instances where it is clear that the references are to the person associated with Jerroll Dolphin's activities. She is the head of "Vital International Foundation," to be discussed below.[14]

A large amount of information available on the worldwide web indicates that the Dolphins' principal residence is almost certainly in, or near Los Angeles County. One of many indications comes from the *California Crusader News*, a "multicultural community newspaper" with an Inglewood, California postal address. The February 5, 2009 edition of the newspaper[15] carried legal notices including one for a public lien sale in which a number of items belonging to Jerroll Dolphin were sold. The 2009 date and Inglewood location suggest that Dolphin resided in, or near Inglewood. Considerably more material is available to reinforce this Southern California presence for the Dolphins.

---

[11] http://www.classmates.com/profile/user/view?registrationId=221010121

[12] http://web.archive.org/web/20010712004809/http://www.stluke.edu/faculty.html and
http://74.125.95.132/search?q=cache:ih4gAYTQbuoJ:www.classmates.com/directory/public/memberprofile/list.htm%3Fregid%3D221010121+jerroll+dolphin+1973&cd=1&hl=en&ct=clnk&gl=us

[13] Op. cit., information from Nancy Keteku.

[14] http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html

[15] http://calcrusnews.com/CC/PUBLICATIONS/archives/2-5-2009.swf

Last saved 10/31/2009 9:31 AM

10

NOTICE OF PUBLIC LIEN SALE
Notice is hereby given by the undersigned that a public lien sale in accordance with the provisions of Section 21700 et seq, of the Business & Professional Code of the State of California of the following described personal property will be held at the hour of 9:30 A.M., on the 19th day of Feb. 2009, on the premises where said property has been stored and which is located at A-AMERICAN SELF STORAGE, 10833 S. Prairie Avenue, Inglewood, CA 90303, County of Los Angeles, State of California.

Unit # Name Description
148, Delores M. Yarbrough, 15 + boxes, chair, mattress; 335, Wilhelmina Barnes, tool box, speakers, mattress; 95, Oralia G. Cortez, 6 boxes, 2 suitcases, clothes; 225, Green S. Gross, Tools, entcenter, printer; 52, April Smith, 5 Bags, vacuum, 1 plastic tub; 150, Hector F. Gutierrez, TV, Kitchen set, 10 boxes; 176, Edgard Geussan, Desk, bed, tool box; 300, Sergio Martinez, Bike, washer 2 cabinets; 325, Jamal Dolphin, 3 file cabinets, 25 + boxes, 3 chairs; 300, Juan Antonio Urrutia, 13 + boxes, 3 crates, clothes; 34, Stephanie Johnson, TV, bags, plastic tubs; 252, Laverne Scruggs, bed, table, dresser; 289, Essence Ashton, clothing, 2 + bags, tub; 340, Gregory Pittman, table, sofa, boxes; 124, Martin Silva, tools, 50 + boxes; 220, Keith Crawford, desk, chair, bed, computer; 332, Tia Dixon, toys, bike, bags; 345, Shelly Stephenson, speakers, vacuum, ice chest; 167, Jose Gutierrez, stove, trunk, plastic tubs; 161, Victor Yates, 10 + boxes, 2 TV, stereo; 201, Moises Aguilar, 15 + boxes, 3 plastic tubs; 247, Albert L. Parker, power tools, tool box, 9 + boxes; 267, Larry Ware, sofa, dresser, sewing machine
Auction Conducted by A-American Storage Management Co., Inc. Bond #72BSBBU5400
Dated: 2-7-09
Signed: Gina Cline - Manager/s
California Crusader News
CN813438 72BSBBU5400 Feb 5, 12, 2009

A phonenumber.com search for people with last name "Dolphin" in Inglewood produces a hit to Glory Dolphin as the CEO of SLSOM.

WORK LISTING

**Dolphin, Glory**

Job title:   Chief Executive Officer
Company:   St Luke School of Medicine

8516 S 11th Ave, Fl 2
Inglewood, CA 90305-1988

SPONSORED LINKS

View More Records for Glory Dolphin

Glory Dolphin, Age 34

Glory Dolphin, Age 34

Glory Dolphin, Age 34

It is possible that Glory is the daughter of Jerroll and Susana (see material below).

10

11

*The Dolphins' request for Ghanaian accreditation of SLSOM and their history of claiming SLSOM is accredited*

Jerroll Bahruck Rudolph Dolphin and Susana Ofori-Atta Mitchell Dolphin have approached the Ghanaian National Accreditation Board (NAB)[16] requesting that it issue accreditation to the St. Luke School of Medicine to function as an MD-granting institution. In Ghana, "accreditation" corresponds most closely to postsecondary licensure in the United States: a school cannot fire faculty or begin its programs of instruction before it is accredited. Fully aware of St. Luke's history, NAB has been unwilling to accredit SLSOM. A Ghanaian court has ordered NAB to grant accreditation to SLSOM within 30 days of its recent ruling; the deadline corresponds approximately to the end of November. Note that SLSOM is not accredited by Ghana at the present time, and was not accredited by Ghana in the past.[17]

In spite of its current lack of accreditation, SLSOM has frequently claimed that it is (or had been) accredited, or operates an instructional facility in Ghana, or is actively hiring staff for such a facility. This is evident in archives of the SLSOM site, with screenshots below.[18]

| | | |
|---|---|---|
| St. Luke School of Medicine is a private medical school established in June 1998 and accredited in Liberia and Ghana. St. Luke School of Medicine offers solely a medical curriculum.<br><br>July 12, 2001 | St. Luke School of Medicine offers a four-year Doctor of Medicine curriculum. The first two years of Basic Science is conducted in Liberia, in conjuction with A.M. Dogliotti School of Medicine, University of Liberia, or at Cape Coast, Ghana, or, online for advanced students only, in conjuction with our professors and staff.<br><br>June 4, 2002 | St. Luke School of Medicine offers a four-year Doctor of Medicine curriculum. The first two years of Basic Science is conducted in Montrovia, Liberia, or near East Lagon, Accra, Ghana, or Lagos, Nigeria, or Pune, India. The online course is reserved for advanced students only, preferably students with more than 10 years of clinical experience in medically related fields, or Master of Science, or Ph.D. in a medically related field. The online course is identical to the curriculum of those courses taught onsite.<br><br>August 6, 2003 |

---

[16] http://nab.gov.gh/nabsite/

[17] Information about the status of the SLSOM accreditation process from Nancy Keteku, Regional Educational Advising Coordinator for Africa, Bureau of Educational and Cultural Affairs, United States Department of State.

[18] July 12, 2001: http://web.archive.org/web/20010712004848/www.stluke.edu/index.html

June 4, 2002: http://web.archive.org/web/20020604074536/stluke.edu/index.html

August 6, 2003: http://web.archive.org/web/20030806100755/www.stluke.edu/index.html

May 15, 2004: http://web.archive.org/web/20040515094444/stluke.edu/campuses.html

May 1, 2007: http://web.archive.org/web/20070501140842/http://www.stluke.edu/

March 8, 2008: http://web.archive.org/web/20080308194219/http://www.stluke.edu/

Last saved 10/31/2009 9:31 AM

12



*Jerroll Dolphin, MD is unlicensed*

If Dolphin were to hold a physician's license it would have been issued by California. However, according to the Medical Board of California's "Physician License Lookup" facility, no licensed allopathic physician in California has the last name "Dolphin." In addition, there are no licensed osteopathic physicians in California with last name "Dolphin." [19]

*Jerroll Dolphin is the primary provider of curriculum and training*

Jerroll Dolphin's name appears frequently in the SLSOM web pages. He is the owner/operator of SLSOM. For example, in the "learning and test center" page accessible through the path "Students & Staff" → "Nursing & PreMed" we find him listed as "Instructor": [20]

---

[19] http://www.medbd.ca.gov/lookup.html

[20] http://www.gvtestcenter.com/student/testselect.php?instructorid=JBDolphin

13.



## Learning & Test Center

STUDENT LOGIN (Specify Test/Study Guide)

▶ Select a test/study guide and then click **OK** to take it.

**Instructor:** Jerroll Dolphin (St Luke School of Medicine)

**Tests/StudyGuides:**

*** No Tests Available ***

In the "SLSOM Booklist" page some of the volumes are identified as "Dr. Dolphin's recommendations."[21]

---

[21] http://www.stluke.edu/booklist.html

Last saved 10/31/2009 9:31 AM

14



**ST. LUKE SCHOOL OF MEDICINE**

Information Office, 1010 11th Ave, Inglewood, CA 90000

(323) 556-0724, 9754, 9730. P.Fax: 206-741-1477, Fax: (323) 565-0774

Website: http://www.stlukesmedicine.org

E-mail: info@stluke.edu

**Official Book List**

### First Semester

* Optional. Bold: Dr. Dolphin's recommendations

| | |
|---|---|
| 1. ATLAS OF HUMAN ANATOMY, Frank H. Netter, 2nd edition, Novartis, ISBN 0-914168-81-9 | $99.95 |
| or | |
| 2. ESSENTIAL CLINICAL ANATOMY, Keith Moore, 1st edition, Lippincott William Wilkins, ISBN 0-7817-2831-2 | $45.00 |
| 3. *ANATOMY COLORING BOOK, Wynn Pepin, et al, 2nd edition, Addison Wesley, ISBN 0-06-0455016-8 | $19.99 |

Jerroll Dolphin is also the "Medical Training Director" of the Dolphins' "Vital International Foundation,"[22] to be discussed below.

It is curious that he conducts training session to prepare students for the US Medical Licensing Exam, even though he is not licensed.

---

[22] http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html

Last saved 10/31/2009 9:31 AM

15

*The ongoing award of MD degrees to previously matriculated SLSOM students?*

Though it is not enrolling new students, the SLSOM home page makes clear that
currently enrolled students are permitted to continue their academic work: "SLSOM will
allow its current students to continue their academic work online, and elsewhere." It is
reasonable to assume that currently enrolled students who fulfill St. Luke's requirements
for the award of an MD degree will receive the degree, even if SLSOM is not admitting
new students. If this is true, then the St. Luke School of Medicine presently operates as
an institution that awards MD degrees in addition to offering UMLE preparatory classes.

*SLSOM is a California entity, operating in the jurisdiction of the State of California*

"Dr. Dolphin" is the contact person for enrollment in USMLE training courses offered by
St. Luke. The SLSOM home page has an active link to the training program, which
initially brings visitors to an "SLSOM Online Agreement."[23] Dolphin's email address,
jdolphin@stluke.edu, is visible in the next screen shot.



Towards the end of the same page is a clear declaration of the jurisdiction in which
SLSOM considers itself to operate, as shown in the following screen shot.

---

[23] http://www.stluke.edu/Online_Agreement_A.html.

Last saved 10/31/2009 9:31 AM

16



St. Luke identifies itself as based in the United States: "The Site is controlled, operated and administered by St. Luke School of Medicine from its offices within the United States of America. St. Luke School of Medicine makes no representation that materials at Stluke.edu are appropriate or available for use outside of the United States…"

The school's "online student agreement" carried on this web page identifies SLSOM as a California entity, operating under the color of California law: "This Agreement shall be governed by the laws of the State of California, without giving effect to its conflict of laws provisions. Any dispute which arises from the use of this Site shall be heard by a court of competent jurisdiction sitting in and for the State of California." It is reasonable to assume that the MD-issuing portion of SLSOM is also operating subject to California law, so that SLSOM's program for currently enrolled students who will receive SLSOM MD degrees is in California's jurisdiction.

*SLSOM is not registered as a California corporation*

A search in the California Business Portal[24] maintained by the California Secretary of State for a California corporation which includes "St. Luke" or "Saint Luke" in its name returns no records for the St. Luke School of Medicine. The same is true for a search of LP/LLC entities known to California. The closest entry is to a "St. Luke Medical Center, Inc," formerly of Torrance, California, whose registration was suspended.[25]

---

[24] http://kepler.sos.ca.gov/

[25] http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2832122

Last saved 10/31/2009 9:31 AM

17

*The St. Luke Medical Foundation is associated with SLSOM and the Dolphins*

The GuideStar web site,[26] which carries information about nonprofit organizations, knows of a "St. Luke Medical Foundation" founded in 1990, and using the address 101 North La Brea Avenue, Suite 305, Inglewood, California."[27] This appears to be related to the St. Luke School of Medicine: the www.watchdog.net web site identifies its contact person as "John Dolphin."[28]

## St Luke Medical Foundation

This is a description of a US tax-exempt organization, based on IRS records

| | |
|---|---|
| EIN | 943119561 |
| IRS approved on | 1990008 |
| Last filed | |
| Contact | % John Dolphin |
| Address | 101 N La Brea Ave Ste 305 |
| | Inglewood CA 90301-1790 |
| Filing month | 12 |
| Assets | $ |
| Income | $ |
| Revenue | $ |
| Category | Charitable Organization |
| Activity | Described in section 170(b)1)(a)(vi) of the Code |
| Activity | Care and housing of children (orphanage, etc) |
| Filing | 990 - Not required to file (all other) |
| Filing | 990-PF return |
| Foundation | Private non-operating foundation |
| Affiliation | Independent |
| Exemption | Unconditional Exemption |
| Organization | Corporation |

Contributions are deductible.

More information about John Dolphin is available in a Zoominfo.com archive of an early SLSOM faculty page that dates from June 13, 2000, before SLSOM had acquired its stluke.edu domain.[29] In it we see the following:

---

[26] http://www2.guidestar.org/

[27] http://www2.guidestar.org/ReportNonProfit.aspx?ein=94-3119561&Mode=NonGx&lid=397270&dl=True

[28] http://watchdog.net/cin/943119561/st-luke-medical-foundation

[29] http://www.zoominfo.com/people/Dolphin_John_39091077.aspx. The archived faculty roster was from http://stlukesom.edu.hosting.pacbell.net/docs/faculty.html.

Last saved 10/31/2009 9:31 AM

18



This is the same SLSOM run by Jerroll Dolphin: both Ayeni and Bristol appear on later faculty rosters, though John Dolphin does not.

The California Department of Real Estate lists a broker named Yahyaa Bari John G Dolphin, now deceased, who had used an Oakland address.[30] He first obtained a broker's license in 1988. According to his daughter, John Dolphin died September 26, 2005.[31] It is likely that John was Jerroll's brother: John's daughter refers to Glory Dolphin (see below) as her cousin.

A June 2, 2001 archive of the faculty roster from the SLSOM web site[32] shows the same address as used by the Foundation:

> St. Luke School of Medicine
> 310-419-3900 or
> 323-293-6575
> E-FAX: 801-751-1477
> FAX: 310-419-3904
> E-mail: scommand@pacbell.net
> Information Office. 101 N. La Brea Ave, Suite 305,
> Inglewood, CA 90301, or
> P.O. Box 8390, Los Angeles, CA 90008
>
> Curriculum | Faculty | Admission Information | Tuition and Fees
> View Liberia & Campus | View Proposed Cape Coast Campus | View
> News Articles about SLSOM
> Email | Home | Online Courses | Download Brochure or Application
> Two Days Experience at a Refugee Camp in Ghana

---

[20] http://www2.dre.ca.gov/PublicASP/pplinfo.asp?License_id=00996377

[31] http://sunshinelia.deviantart.com/journal/?offset=5

[32] http://web.archive.org/web/20010602092105/www.stlukesom.edu.hosting.pacbell.net/docs/faculty.html

19

*The internet domain registration for SLSOM specifies a Ghanaian postal address*

The internet domain registration for stluke.edu names Dolphin as both the administrative and technical contact for the school, but specifies an address in Ghana for the organization, as shown in the following image of part of the web page http://whois.domaintools.com/stluke.edu.



Note that the stluke.edu domain for SLSOM was first activated June 11, 2001.

The server data for stluke.edu reveals that the web site is hosted by a server in San Antonio, Texas:

20

*The physical location of SLSOM in Ghana*

It is likely that the building identified as the site of SLSOM is at 567 Koowulu Street in
Accra. Though no longer linked into the SLSOM home page, photographs are still
available on the web site here: http://stluke.edu/slsomghanapics.html. Here are two
exterior pictures from the site. They do not appear to correspond to the same building.



21



## Summary: SLSOM now

SLSOM appears to be a family operation run by Jerroll and Susana Dolphin. It appears that they had worked with Jerroll's deceased brother John through the creation of a charitable foundation called the "St. Luke Medical Foundation" which used the same mailing address as SLSOM. Another family member, Glory Dolphin (perhaps the daughter of Jerroll) was associated with SLSOM in its first years of operation. The Dolphins also run the Vital International Foundation.

In the past, St. Luke has falsely claimed to be an accredited degree-granting institution in Ghana.

SLSOM is a California entity, though not registered as a corporation. The Dolphins have a significant physical presence in southern California, though they appear to have close ties to Ghana, perhaps through Susana's family.

Jerroll Dolphin is not licensed as a doctor of medicine or as a doctor of osteopathy.

22

SLSOM has stopped admitting new students, perhaps in association with its attempt to obtain accreditation: it would almost certainly be operating illegally (as it has done in the past) to enroll students in a degree-granting program without permission from the Ghanaian authorities.

SLSOM claims that it continues to offer instruction in non-degree programs such as a USMLE-preparation course. Jerroll Dolphin appears to be the primary provider of these programs.

It is likely that students already enrolled in SLSOM will still be awarded MD degrees upon completion of any remaining requirements imposed on them by SLSOM.

The present version of the SLSOM internet domain registration specifies a post office box in Accra, Ghana as the SLSOM mailing address.

## Vital International Foundation and its connection to SLSOM

*An overview of the Vital International Foundation*

The Vital International Foundation engages in fundraising for what it identifies as "HIV/AIDS Prevention, Care, Testing, Support and Out-Reach." It claims to offer the following services:

- Information and education on HIV/AIDS/STDs
- Confidential HIV counseling and testing
- Help in finding health care and other supportive services for people living with AIDS
- The only HIV/AIDS Hotline in Ghana for counseling and information
- Counselor training
- Out-reach programs for high-risk groups
- Support groups, which help infected people live positively with HIV and AIDS. [33]

VIF claims to have a goal of raising $1 million in donor support this year. [34]

---

[33] http://www.vitalinternational.org/docs/brochure.pdf
[34] http://www.vitalinternational.org/donation.html

23

CONTRIBUTE, MAKE A DIFFERENCE, RECEIVE A FREE GIFT

Vital International Foundation has set a goal to raise $1,000,000 this year for its programs. WE NEED YOUR HELP! Our fundraising projects provide free gifts to people who donate $50.00 or more to our programs. In addition, when you purchase a product from our store, 10% of your payment will be donated to vital's programs.

An individual, a group, or an organization can earn money or receive free gifts by raising funds for our organization (please see document on fundraiser incentive).

The organization offers incentives to volunteer fundraisers:

As a token of our appreciation for your fundraising efforts, and to recognize your valuable contribution to our organization, we would like to offer the following rewards for fundraising:

$75.00 Beaded necklace or Bracelet

$100.00: Vital International Foundation baseball cap or hat.

$300.00: Vital International Foundation t-shirt

$500.00: African Leather bag

$1000.00: African wood carving (Art work) [35]

*Susana Mitchell Dolphin heads VIF and Jerroll Dolphin runs its training programs*

VIF is run by Susana Mitchell Dolphin; the VIF "Medical Training Director" is Jerroll Dolphin. [36]

Main Contact

(Authorized to sign agreements on behalf of your company)

Name: Susana Mitchell Dolphin

Telephone Number: +233-21-675638 or +233-24-3251965

Email Address: smitchell@vitalinternational.org or medsthike@yahoo.com

Medical Training Director:

Name: Jerroll B. R. Dolphin, M.D.

Telephone Number: +233-21-675639

Email Address: jdolphin@vitalinternational.org

Or jdolphin@slake.edu

---

[35] http://www.vitalinternational.org/docs/Vollincentive.pdf

[36] http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html

Last saved 10/31/2009 9:31 AM

24

Even though Jerroll Dolphin has no license, he teaches USMLE classes through VIF.

The VIF web site states that it offers training programs in a number of areas, as shown in the following screen shot from http://www.vitalinternational.org/Vitalcampus/Vitalcampus.html.

> **TRAINING INFORMATION**
>
> Which training programs do you offer?
>
> HIV/AIDS Counselor Training
>
> NCLEX exam preparation (starting September 2006)
>
> USMLE exam preparation (starting September 2006)
>
> TOEFL exam preparation (starting September 2006)
>
> SAT exam preparation (starting September 2006)

*Medical/clinical/instructional tourism run by VIF*

VIF arranges visits to Ghana of two week's duration for volunteers who are interested in teaching or providing clinical services, though none appear to have been scheduled since late 2005.[37] This appears to be a sort of medical/volunteer tourism, also to be found in some of the St. Luke School of Medicine web pages as a service offered by SLSOM. The fee to VIF is $1,985 which covers "accommodations, meals, and transportation to and from project sites, program expenses, administrative costs, travel insurance and trained staff" but not round trip transportation between the volunteer's home country and Ghana.

As is the case with VIF's fund raising, incentives are offered for individuals who help organize group trips to Ghana: "You can travel for free when you recruit 9 people to participate in our volunteer program. You will earn full credit of $1,985 to cover your two weeks expenses in Ghana. Additional $1,000 credit can be earned towards your airfare if you recruit 8 more people."[38]

> **TRAVEL FOR FREE!**
>
> You can travel for free when you recruit 9 people to participate in our volunteer program. You will earn full credit of $1,985 to cover your two weeks expenses in Ghana. Additional $1,000 credit can be earned towards your airfare if you recruit 8 more people.

---

[37] http://www.vitalinternational.org/testprepapply.html

[38] http://www.vitalinternational.org/volunteer_fundraise.html

25

*Corporate and nonprofit registrations of VIF in California*

"Vital International Health & Education Services, Inc." is a suspended California
corporation listing Susana Mitchell as agent (almost certainly the same person as "Main
Contact Susana Mitchell Dolphin"):[39]

| Corporation |
|---|
| VITAL INTERNATIONAL HEALTH & EDUCATION SERVICES INC |
| **Number:** C2137456  **Date Filed:** 4/27/1999  **Status:** suspended |
| **Jurisdiction:** California |
| **Address** |
| 6709 LA TUERA BLVD PMB 272 |
| LOS ANGELES  CA 90045 |
| **Agent for Service of Process** |
| SUSANA MITCHELL |
| 3481 STANCREST DR NO 331 |
| GLENDALE, CA 91208-1300 |

The California Secretary of State defines the "suspended" status for a corporation this
way:[40] "The business entity's powers, rights and privileges were suspended or forfeited in
California 1) by the Franchise Tax Board for failure to file a return and/or failure to pay
taxes, penalties, or interest; and/or 2) by the Secretary of State for failure to file the
required Statement of Information and, if applicable, the required Statement by Common
Interest Development Association."

The website "idealist.org" has a listing for Vital International:[41]

| VITAL INTERNATIONAL HEALTH & EDUCATION SERVICES INC |
|---|
| > Click here to view the email address |
| **Location:** 6709 La Tuera Blvd #146, Los Angeles, California, 90045, United States |
| **Contact person:** susana mitchell Dolphin |
| **Website:** http://www.vitalinternational.org |
| **Sector:** Nonprofit          **Phone:** 310-568-9887 |
| **Fax:** 310-568-9185           **Last updated:** July 2, 2009 |
| - Mission |
| To help improve the sexual reproductive health of people living in Africa |
| (www.vitalinternational.org) |
| http://www.idealist.org/if/i/en/av/Org/103824-287/c |

---

[39] http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2137456

[40] http://www.sos.ca.gov/business/be/ebs-field-status-definitions.htm

[41] http://www.idealist.org/if/i/en/av/Org/103824-287/c

Last saved 10/31/2009 9:31 AM