False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | 01 westonreserve.org/message.htm
02 altmedresearch.org/AMRI/faculty.htm
03 *Bears' Guide to Earning Degrees by Distance Learning*, 5th edition, John B. Bear, PhD and Mariah P. Bear, MA, Ten Speed Press, Berkeley (2003).
04 Bircham University web page: bircham.net/index.php?option=com_content&view=category&layout=blog&id=45&Itemid=68
05 altmedresearch.org/AMRI/contact.htm
Last saved 1/2009 :58:00 PM 64 | | | SLSOM has committed any fraud. |
| 65 | | | | It is another attempt by George Gollin to besmirch and dishonor SLSOM and Dr. Dolphin. |
| | According to the College of Physicians & Surgeons of British Columbia, Phipps does not hold a valid British Columbia physician's license 06 | | | SLSOM has no record of Phipps earning a degree of any kind.

Dr. Dolphin has received numerous emails from Phipps where Phipps asked, and even offered payment of large sums of money, for Dr. Dolphin to validate his "credentials" so that he can sit for Canadian medical exams. Dr. Dolphin refused each and every time.

George Gollin is committing a fraud and deliberately misrepresenting this information in his intention to misrepresent SLSOM and Dr. Dolphin to the public. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 120. | "Glory Dolphin" is also probably the same person as Glory Dolphin-Hammes, the subject of "Women Increasingly Take Top Roles in Family Businesses," a May 9, 2004 article in the *San Jose Mercury News* written by Michelle Chandler. | 68 | | This excerpt from the 91-page document clearly demonstrates George Gollin's speculation and lack of knowledge. |
| | | | | George Gollin is a fraud masquerading as a crusader. He is a liar and a racist. |
| | | | | He will attack anyone or any institution that is private and minority owned. |
| 121. | Note the presence of "Glory Dolphin," listed as the "Chief Executive Officer" for SLSOM. Selecting the single record for her yields three "sponsored links" which identify her age as 34. Perhaps she is Jerroll Dolphin's daughter: with his 967 graduation date from high school he would be approximately 26 years her senior. | 68 | X | This excerpt from the 91-page document clearly demonstrates George Gollin's speculation and lack of knowledge. |
| | | | | George Gollin is a fraud masquerading as a crusader. He is a liar and a racist. |
| | | | | He will attack anyone or any institution that is private and minority owned. |
| 122. | The July, 200 brochure for St. Luke, produced at a time when SLSOM identified itself as a Liberian school, names Glory Dolphin as the brochure's author in the PDF file's document properties, as shown belows The file is still present on the SLSOM web site, though there are no links to it accessible through the current home page. | 69 | X | The information that George Gollin refers to from SLSOM's website was never true. That is why there are no links to it. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | incarnations. St. Luke and its Southern Graduate Institute -- a division that focused on naturopathy -- are central to the criminal cases against Curran, Michael and Lammers. | | | operated by Stephen J. Arnett, not SLSOM. SLSOM had nothing to do with the operation of SGI. |
| 128. | St. Luke President Jerroll Dolphin, contacted in Liberia, West Africa, said Arnett had been affiliated with the school and that, at one point, the two planned to establish a school in Kentucky. However, when Dolphin received calls from people he didn't know were students, he suspected that Arnett was granting St. Luke diplomas without the appropriate course work.

In 2003, the two men severed their relationship and Dolphin said he revoked Arnett's honorary medical degree.... | 70 | X | Dr. Dolphin and SLSOM tried to stop Arnett's corrupt activities. Neither Dr. Dolphin nor SLSOM profited in any amount from Arnett's SGI activities. SLSOM's association with Arnett and the SGI ended in 2003. The newspaper article stated that the relationship was severed in 2003. Dr. Dolphin also reported Arnett's activities to the FBI in 2003, they did nothing to stop it. |
| 129. | He incorporated a company called Foreign Alternative Medical Education, as well as St. Luke School of Medicine. Both had a Falcon, Ky., address that Arnett used. | 73 | | SLSOM was already incorporated in Liberia. The KY incorporation by Arnett was a fraudulent cover for his illegal activities. It was unknown to Dr. Dolphin. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | 8 Julve and Hejazi cointacted me about the public availability of their SLSOM degree information. They use the same return address in correspondence.<br>9 state.nj.us/cgi-bin/consumeraffairs/search/searchentry.pl<br>20 Op. cit., Julve-Hejazi letter.<br>2 Op. cit., state.nj.us/cgi-bin/consumeraffairs/search/searchentry.pl<br>Last saved //2009 :58:00 PM 73<br>74<br>*Peter Michael Kolosky, M.D., class of August 200, is unlicensed* Peter Kolosky lives in Connecticut, according to an Intelius.com search. He does not hold a Connecticut physician's license22<br>*Laurie Ann Luisi Kolosky, M.D., class of August 200, is unlicensed* Laurie Kolosky also lives in Connecticut, according to an Intelius.com search. She does not hold a Connecticut physician's license23<br>*Astara Sunrise Burlingame, M.D., class of August 200, is unlicensed* Astara Sunrise Burlingame live in Washington. She does not hold a physician's license there24 | 74 | | invalidate the USMLE test results of SLSOM students and graduates.<br><br>However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution; to state that its graduates are "unlicensed". |
| 134. | According to the Dundee, Michigan *Independent*, Lammers has been convicted of practicing medicine without a license in Florida, Kentucky, and Michigan26 He has spent time in prison for these offenses. See the story, above, about Curran, Lammers, and Michael. Here is a photograph of Lammers at a sentencing hearing in Ohio27<br>22 physicians.dph.state.ct.us/web_public/web_public.show<br>23 physicians.dph.state.ct.us/web_public/web_public.show<br>24 fortress.wa.gov/doh/providercredentialsearch/SearchResult.aspx<br>25 web.ky.gov/GenSearch/LicenseList.aspx?AGY=5&FLD=arnett&FLD2=&FLD3=&FLD4=&TYP | 75 | | George Gollin is a hypocrite and a bigot of the worst kind. Lammers was already suspended from SLSOM, in 2003, for the same reason he was arrested, practicing medicine without a license in Kentucky. He violated SLSOM's clinical rotation agreement.<br><br>SLSOM did not condone his criminality or conduct. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | *Andrew E. Michael, M.D., class unknown, incarcerated for practicing without a license* | | | SLSOM has taken corrective action since 2003 to assure that its applicants were not criminals or fraudulently using someone's identity. |
| 136. | Andrew Michael has had a number of collisions with the law. He was indicted in August 2006 for bank fraud after having made (in collaboration with his codefendants) "approximately $2,288,926.72 in fraudulent charges..."<br>At that time he was still on probation after having spent four months in prison for practicing medicine without a license. [29] Michael is currently in federal prison, having been given a 48 month sentence, and ordered to pay restitution in the amount $3,680,662.6 to the banks he defrauded.[30]<br>[29] *United States of America vs. Andrew Michael, Bernadette Pagan, and Phyllis Ries*, 2:06-CR-290-KJDPAL, filed August 8, 2006.<br>[30] "Las Vegas man enters guilty plea in credit fraud case: Wife, mother join in deal with federal prosecutors," Antonio Planas, Las Vegas Review-Journal, January, 2008.<br>lvrj.com/news/3702877.html<br>Last saved 1/2009 :58:00 PM 76 | 77 | X | Completely false association.<br><br>Note that Michael is a criminal who has made his living as a con-man. He was arrested for practicing medicine without a license before he applied to SLSOM in late 2002, recruited by Steve Arnett. He submitted false police report to SLSOM for admission.<br><br>Michael was dismissed from SLSOM in 2003. It was discovered that he had submitted a false police report for admission to SLSOM.<br><br>The news articles introduced by George Gollin is dated August 2006 and January 2008, long after he was dismissed from SLSOM for admission |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | prison for avoiding a $45,000 loss, it would certainly have prosecuted Dr. Karam if he had committed any fraud or violated any securities laws. |
| | | | | "Hogwash" George Gollin has no qualifications to denigrate BioLife Labs product. He is not a physician. |
| | | | | At the time of the writing of the 91-page document, Dr. Karam did not hold any position with SLSOM. |
| | | | | George Gollin is a blatant tyrannical bigot who is attempting to manufacture evidence to libel, slander and destroy anyone or any institution that disagrees with him. |
| 138. | *Summary: the worrisome personnel of the St. Luke School of Medicine* SLSOM listed the names of students who had received MD degrees from the school in 200 and 2002. These were presented as earned degrees, not honorary degrees, and were considered credentials adequate to permit the installation of a number of these graduates into senior faculty and | 84 | X | False The list of faculty and recent was generated by Steve Arnett in 2002, and was not |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 139. | The St. Luke School of Medicine in Liberia SLSOM declared illegal in 2004 by Liberia. The 2006 claim made in the SLSOM catalog that St. Luke is accredited in Liberia is untrue. In October 2004, the Liberian Embassy's web site published a statement signed by Isaac Roland, EdD, Director General of Liberia's National Commission for Higher Education, and D. Evelyn Kandakai, EdD, Liberia's Minister of Education, declaring SLSOM to be operating illegally[39] Last saved //2009 :58:00 PM 84 85 | 84 – 85 | X | Gollin is a liar and a fraud. Dr. Dolphin does hold a license. Dr. Harris was not a member of SLSOM faculty since 200_. George Gollin has no idea of the faculty of SLSOM, past or present. All of his statements to the left are factitious. False. The document referred to by George Gollin was never signed by anyone. SLSOM was not operating illegally. SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005. George Gollin asks the reader of the 91-page document to |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
|  | accreditation from the Commission. The Commission also nullifies the existence of such an institution in Liberia, until such time as all pertinent requirements as noted above are met. It therefore goes without saying that similar notice is being sent out to all institutions which are making claims similar to St. Regis and St. Luke that have not met the requirements as herein noted.[40]<br><br>The declaration could be found on the embassy web site as recently as May 2008.<br><br>[39] October, 2004 statement posted to embassyofliberia.org/news/item_a.html<br>[40] Op. cit., October, 2004 statement posted to embassyofliberia.org/news/item_a.html<br>Last saved //2009 :58:00 PM 85 |  |  | Virtually every sentence is false.<br><br>SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order.<br><br>Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin.<br><br>Gollin, himself, conspired with the same corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 142. | ⑦ "Another Degree Granting Medical College in Liberia?," *The Inquirer*, Monrovia, Liberia March 6, 2005.<br><br>It has been gathered that an entity accredited by the Government of Liberia to run as Medical College has already issued degrees to individuals without running classes.<br><br>According to investigation, the St. Luke School of Medicine said to be located in Gaye Town, Sinkor, was accredited by an Act of the National Legislature to run as a medical college. But report said the school has not officially begun classes, but has already gone go-ahead issuing diplomas to some so-called graduates.<br><br>Investigation revealed that the existence of the school as a degree granting institution came to light recently when some students in Asia called the India Consul to verify the existence of the school, which has been issuing degrees. | 87 – 88 | X | Completely false.<br><br>False, false, false.<br><br>Virtually every sentence is false.<br><br>SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order.<br><br>Gollin, himself, conspired with the same corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates.<br><br>newspaper articles to libel SLSOM and Dr. Dolphin. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | individuals are using to extort money from people desirous of getting in the medical profession. He said these individuals went to other countries and were thrown out, but some individuals in government are working with them to bring shame to this country. | | | |
| | Also, a statement of attestation issued by the National Commission on Higher Education is said to be raising eyebrows. Investigation revealed that the commission had gone ahead to grant rights and a statement to operate to the institution without it meeting all the requirements, something the school is said to be using. | | | |
| | Health Minister Dr. Peter Coleman who was contacted on the issue yesterday, confirmed that the school has been accredited by an act of the national legislature. He said the school was now preparing to operate as it has been also accredited by the Commission of Higher Education. | | | |
| | Asked about the issuance of diplomas without classes, Dr. Coleman said the school also runs an "online program." But said he is not aware of the issuance of diplomas. He said the medical authorities in Liberia do not "recognize" such online program, which is said to be existing in Nigeria and Ghana. | | | |
| | Efforts to get a word from Education Minister, Dr. Evelyn Kandakai, the president and chief executive officer of the school, Mr. Jerroll Dolphin, MD, and the Indian Consul proved futile as their cell phones were switched | | | |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | will rather warn representatives of the bogus school to legally and properly apply to operate a medical institution in Liberia," he stressed... | | | the same corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates. |
| | He, amongst many other things noted, that the Medical Board visited the school's so-called campus and observed that what it saw does not even represent a status of an elementary school's campus, adding in reality, the building is a "run down" dwelling home under major renovation which lacks electricity, laboratory, class rooms, running water among others basic requirements for a representation of a medical institution... | | | However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution. |
| 144. | ⊙ "Fake Medical College Boss Flees?," Mensiegar Karnga, Monrovia, Liberia *The Analyst*, April 5, 2005. | | | Completely false. |
| | Dr. Jeroll Dolphin, the proprietor and founder [of] the mysterious St. Luke Medical College, has reportedly left the country for fear of being prosecuted. | | | False, false, false. |
| | Informed sources say Dr. Dolphin has "surreptitiously" abandoned his Metropolitan hotel on Broad Street to return home in the United States of America... | | | Virtually every sentence is false.<br><br>Dr. Dolphin did not flee Liberia. This is a lie. |
| | There has been intense controversy over the whereabouts of the medical college. The A.M. Doglotti College of Medicine had denounced the | | | SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 89 | After fiercely defending the existence of a purported medical college which his professional colleagues had rowdily denounced, Health Minister Peter S. Coleman now appears to have realized that he was being "misled" by his "expert advisers."<br><br>Last saved 1/2009 :58:00 PM 88<br><br>Leading members of the Liberia Medical Board had challenged Coleman's claim that the school exists and threatened to "prosecute those attempting to insult the integrity and professionalism of the board."<br><br>Two of the board members, Dr. Benson Barh and Dr. Horatius Brown, told reporters at the Health Ministry that the board "has no knowledge of the existence of a medical school named "St. Luke Medical School" in Liberia.<br><br>The fiasco about the existence of the college hit the news last January when the Dean of the A.M. Dogliotti College of Medicine, University of Liberia, Dr. Robert Kpoto, who is also a proprietor of the Med-Link Clinic in Monrovia, investigated the entire episode.<br><br>After a careful research, Kpoto discovered that the non-existing medical school was "clandestinely issuing diplomas and medical degrees to Liberians and other foreign nationals to form part of the medical labor force..."<br><br>[Health Minister Coleman] declared his intention to "suspend all interactions with St. Luke Medical School effective immediately pending the results of the various inquiries currently underway."<br><br>Coleman also said the ministry will conduct an independent inquiry "to | | | Virtually every sentence is false.<br><br>SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order.<br><br>Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin.<br><br>Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 147. | The University of Science Arts and Technology and its SLSOM connection<br>The University of Science Arts and Technology Medical College of London is not a legitimate school of medicine, in spite of its inclusion in the IMED data base.<br>Last saved //2009 :58:00 PM 89 | 89 | X | Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin.<br><br>Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates.<br><br>George Gollin wants the reader of the 91-page document to believe the he, George Gollin, is more expert regarding legitimacy of a Montserrat medical school than the government of Montserrat, ECFMG, and the IMED.<br><br>George Gollin is a blatant tyrannical bigot who is attempting to manufacture evidence to libel, slander and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 151. | other Health Professions (CAAM-HP) performed a review of USAT's "Application for initial provisional accreditation" in February 2007. 42 "The CAAM-HP after examination of the reports determined that it could not grant provisional accreditation for the programme as presented." | | | George Gollin is committing fraud. |
| | Neither USAT-MCL nor SLSOM is legitimate. | 90 | X | Completely false. |
| | | | | George Gollin is a blatant tyrannical bigot who manufactures evidence to libel, slander and destroy anyone or any institution that disagrees with him. |
| 152. | The "faculty" of these two entities are intermingled. | 90 | X | Completely false. |
| | | | | George Gollin commingled information from different dates to make false statements. |
| | | | | George Gollin is a blatant tyrannical bigot who manufactures evidence to libel, slander and destroy anyone or any institution that disagrees with him. |
| 153. | **Conclusions** The St. Luke School of Medicine has a long, unsavory history, and the possibility receipt of Ghanaian accreditation should be of direct concern to the United States: accreditation will automatically qualify its students to sit | 9 | X | George Gollin has manufactured his own untrue history of SLSOM to fit his bigot racist purposes. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | graduates. However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution: to state that its graduates are "unlicensed". George Gollin is a hypocrite and a bigot of the worst kind. |
| 156. | An alarming number of SLSOM students and faculty have been convicted of crimes relating to their "medical" activities. At least three have been imprisoned. | 9 | X | False. Those students involved in criminal activities were convicted before they came to SLSOM. They falsified records for admission in 2002. They were dismissed from SLSOM in 2003 (Lammers and Michael). Curran was never a student of SLSOM. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 158. | The conduct of Jerroll Dolphin as it pertains to SLSOM has been astonishingly inappropriate and irresponsible. | 9 | X | liar. George Gollin has not proved that Dr. Dolphin has done anything inappropriate, irresponsible, wrong, or broken any law. George Gollin is counting on racial biases and his confusing hodge-podge presentation of irrelevant and false information to influence readers of the 91-page document against SLSOM and Dr. Dolphin. |
| 159. | There is no reason to believe that his activities as head of a new medical organization will be any different, no matter how firmly he might claim to have changed his ways. | 9 | X | Guilt by outdated associations? George Gollin has not proved that Dr. Dolphin has done anything inappropriate, irresponsible, wrong, or broken any law. What activities of Dr. Dolphin was shown to be harmful? None. George Gollin is counting on racial biases and his confusing hodge-podge presentation of irrelevant and false information to influence readers of the 91- |