False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 1. | When one of the participants is not acting in good faith, it can be fiercely difficult to detect and suppress the activity. | 3 | X | SLSOM did not act in bad faith. |
| 2. 2 | Sometimes there is a dishonest degree provider. | 3 | X | SLSOM is a honest degree provider |
| 3. 3 | Sometimes an accreditor lacks the skill to detect misrepresentations.3 | 3 | X | The Liberia NCHE is qualified to detect misrepresentations. SLSOM never misrepresented any fact to the NCHE.<br><br>This is an example of George Gollin's racism and bias. This |
| 4. | For example, "Accreditation of College in Former Soviet Republic Raises Questions of Oversight,"Burton Bollag, *Chronicle of Higher Education*, September 8, 2006. See also "When Criminals Control the Ministry of Education," George D. Gollin, *International Higher Education*, 53, Fall 2008. | 3 | | No criminal has controlled the Ministry of Education of Republic of Liberia.<br><br>Gollin is author of document. |
| 5. | Even when it is aware that it appears to bestow legitimacy on an entirely fraudulent entity posing as a university. | 3 | | SLSOM was not fraudulent. |
| 6. | "Wolves in Chancellors' Clothing," George D. Gollin, *International Higher Education*, 55, Spring 2009. | 3 | | Gollin is referencing his own document as if he is an authority |
| 7. | Central to any effort at suppression of bogus schools is the accumulation of clear, irrefutable evidence documenting the unsavory practices and willful misrepresentations of an illegitimate degree provider. | 3 | | SLSOM was not a bogus school.<br><br>SLSOM did not make willful |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | Neither SLSOM nor any of its officers have committed any fraud. |
| 14. | The school awards academic credit without requiring demonstration of mastery of the subject matter for which the credits are awarded; | 4 | X | SLSOM has never awarded academic credit without demonstration of mastery of the subject. |
| 15. | The school's articulation agreements with other schools reveal that the school awards transfer credits regardless of the level of mastery of the subject matter associated with the transferred credits; | 4 | X | SLSOM has not articulation agreement that will award transfer credits regardless of the level of mastery of subject matter. SLSOM has no known articulation agreements. |
| 16. | The school masks its internet domain registration information behind a privacy service, hiding the identities of its administrative officers; | 4 | X | SLSOM does not mask its internet domain registration. |
| 17. | The school will not reveal the names of its instructors or the identities of its senior administrators; | 4 | X | |
| 18. | The school shares a significant number of instructors or administrators with other schools known to hold any of the attributes listed above. | 4 | X | SLSOM does not share administrators or instructors with other schools. |
| 19. | The owners of the "St. Regis group" of diploma mills repeatedly claimed they were revamping their practices and policies. In spite of this, they continued to sell degrees to unqualified customers without providing meaningful instruction or portfolio evaluation. Over time the owners of St. Regis ran through 2 differently named "universities" of their own invention, only stopping when their computers and supplies used in fabricating diplomas were seized by | 4 | | SLSOM has nothing to do with St. Regis. Gollin previously stated that St. Regis University operated SLSOM. Gollin is associating SLSOM with St. Regis. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | Director of Vital International Foundation. |
| 49. | It is curious that Dolphin conducts training session to prepare students for the US Medical Licensing Exam, even though he is not licensed. | 2 | X | SLSOM's pass rate on the USMLE is about 85%. It is curious that George Gollin does not address the results of SLSOM's or Dr. Dolphin's instructional techniques. He only uses his disguised racial biases, speculations and fantasies to defame and fraud. |
| 50. | Dolphin also has a facebook page;26 his "friends" list27 includes Larry Lammers,28 an American who went to prison for a variety of offenses related to using his purchased SLSOM degree. | 3 | X | Larry Lammers never obtained a medical degree from SLSOM. Complete falsehood. |
| 51. | classmates.com/directory/public/memberprofile/list.htm?regId=22002 web.archive.org/web/2004052933909/stluke.edu/faculty.html accbook.com/search/?q=dolphin%2C+jerroll&init=quick#/profile.php?id=728800954&ref= arch&sid=40966703.28694438. facebook.com/search/?q=dolphin%2C+jerroll&init=quick#/friends/?id=728800954 Facebook: facebook.com/search/?q=dolphin%2C+jerroll&init=quick#/profile.php?id=7057046 | 3 | | Hearsay from internet, with the intent to besmear. |
| 52. | *SLSOM is a California entity, operating in the jurisdiction of the State of California* "Dr. Dolphin" is the contact person for enrollment in USMLE training courses offered by St. Luke. The SLSOM home page has an active link to | 4 | X | SLSOM - Liberia is a registered Liberia corporation. SLSOM - Ghana is a registered |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | California. The closest entry is to a "St. Luke Medical Center, Inc," formerly of Torrance, California, whose registration was suspended.₃ kepler.sos.ca.gov/ kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C283233 Last saved //2009 :58:00 PM 5 | | | knowledge of SLSOM's operation. |
| 56. | *The St. Luke Medical Foundation is associated with SLSOM and the Dolphins* The GuideStar web site,₃₂ which carries information about nonprofit organizations, knows of a "St. Luke Medical Foundation" founded in 990, and using the address 0 North La Brea Avenue, Suite 305, Inglewood, California.₃₃ This is related to the St. Luke School of Medicine: the watchdog.net web site identifies its contact person as "John Dolphin."₃₄ ₃₂ www2.guidestar.org/ ₃₃ www2.guidestar.org/ReportNonProfit.aspx?ein=94-956&Mode=NonGx&lid=397270&dl=True ₃₄ watchdog.net/ein/943956/st-luke-medical-foundation | 6 | | Hearsay. NB: George Gollin's continual reliance on unreliable outdated internet derived information |
| 57. | More information about John Dolphin is available in a Zoominfo.com archive of an early SLSOM faculty page that dates from June 3, 2000, before SLSOM had acquired its stluke.edu domain.₃₅ ₃₅ zoominfo.com/people/Dolphin_John_3909077.aspx. The archived faculty roster was from stlukesom.edu.hosting.pacbell.net/docs/faculty.html. Last saved //2009 :58:00 PM 6 | 6 | X | Hearsay. NB: George Gollin's continual reliance on unreliable outdated internet derived information |
| 58. | *The physical location of SLSOM in Ghana* It is likely that the building that had been identified in the past by the school as the site of SLSOM is at 567 Koowulu Street in Accra. Though no longer linked into the SLSOM home page, photographs are still available on the web site here: stluke.edu/slsomghanapics.html. Here are two | 9 | X | Complete speculation. George Gollin has never been to either Ghana or Liberia and has no personal knowledge. Therefore his speculation and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | degree-granting program without first obtaining operating permission from the Ghanaian authorities. | | | SLSOM has not issued medical degrees from Ghana |
| 64. | It is likely that students already enrolled in SLSOM will still be awarded MD degrees upon completion of any remaining requirements imposed on them by SLSOM. | 2 | X | Completely false and speculative, intended to besmirch SLSOM |
| 65. | *Susana Mitchell Dolphin heads VIF and Jerroll Dolphin runs its training programs* VIF is run by Susana Mitchell Dolphin; the VIF "Medical Training Director" is Jerroll Dolphin.42 | 22 | X | Completely false. At the time of the writing of the 91-page document, November 2009, Dr. Dolphin had no position with VIF |
| 66. | Even though Jerroll Dolphin has no license, he teaches USMLE classes through VIF. | 22 | | Where is the requirement for licensure a requirement in Ghana, Liberia, or the USA for teaching USMLE training? This statement intended to besmirch Dr. Dolphin. |
| 67. | *The Vital International Foundation shares infrastructure and personnel with SLSOM* The VIF web site shows a US fax number (323) 372-3757 and a Ghanaian post office box as part of the information displayed with its "company information" data:48 46 sos.ca.gov/business/be/cbs-field-status-definitions.htm 47 idealist.org/if/i/en/av/Org/03824-287/c 48 vitalinternational.org/Vitalcampus/Vitalcampus.html Last saved //2009 :58:00 PM 24 | 24 | | There is no law in California, Ghana, or Liberia stating that these corporations cannot share personnel. This is what most non-profit organizations do: borrow expertise and resources from corporations or educational organizations. This statement was intended to besmirch SLSOM. This clearly demonstrates that |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | The date of the George Gollin's data is 2009.<br><br>**George Gollin is attempting to accuse Dr. Dolphin of living in an apartment building whose swimming pool was not properly chlorinated!**<br><br>With no personal knowledge of the actual operations of SLSOM and VIF, George Gollin's statements are fraudulent and defamatory |
| 70. | *Is there a VIF – SLSOM – Earthcare International connection?*<br>The 544 Evergreen St. address is also the address associated with a tax exempt organization named "Earthcare International, Inc." The contact person for this organization is "Kofi M. Ladzekpo." There is only minimal internet presence for Earthcare known to Google. 5<br>5 taxexemptworld.com/organization.asp?tn=27752<br>Last saved //2009 :58:00 PM 28 | 28 | X | Completely false, fantastic and speculative.<br><br>Dr. Dolphin has never heard of Kofi M. Ladzekpo and knows nothing of Earthcare International, Inc.<br><br>With no personal knowledge of the actual operations of SLSOM and VIF, George Gollin's statements are fraudulent and defamatory. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | that the web site was young, rather than one of long standing that had been neglected by the Internet Archive. In 200 the home page described SLSOM as accredited by both Liberia and Ghana. | | | SLSOM had the PacBell internet site since 998. |
| 74. | A June 2003 update of the *WHO World Directory of Medical Schools: Base Year 2000*57 lists SLSOM in Cape Coast, Ghana, stating instruction began there in September 999. The update also lists SLSOM in Monrovia, Liberia at 206 Broad Street, with an August 2000 accreditation date.<br><br>But it is a different matter whether or not the school was actually offering classes taught by competent faculty. | 32 | X | False and speculative.<br><br>George Gollin knows nothing of the operation of SLSOM and is, himself, a fraud |
| 75. | 55 balancingact-africa.com/news/back/balancing-act52d.html<br>57 tcach.uni.cc/update.pdf<br>58 domain-history.domaintools.com/?page=details&domain=stluke.edu&date=2004-02-05<br>Last saved //2009 :58:00 PM 32 | 32 | X | |
| 76. | An Inglewood address for Glory Dolphin appears in the "Payment Details" file currently available on the St. Luke web site at stluke.edu/stluke_payments.doc, as shown in the two screen images below: | 34 | X | |
| 77. | The page is dated June 9, 2006 and specifies Monrovia, Liberia as the school's location, and describes it as offering a Doctor of Medicine degree. Elsewhere in the web page the addresses of the school's "Finance Officer" and "Admissions Officer" are given as a post office box in Ghana. | 35 | X | George Gollin knows nothing of the operation of SLSOM and is, himself, a fraud<br><br>Is there anything wrong about officers of an educational institution having the same post office address?<br><br>Another attempt by George Gollin to besmirch SLSOM. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | Onsite and online programs are available leading to Doctor of Medicine. Now accepting applications in Lagos, Nigeria campus. We provide AMERICAN STYLE medical doctor training at affordable fees to student wishing to obtain the following degree under the St Luke University School of Medicine extension campus program. St. Luke graduates are eligible to take the United States medical licensing examination (USMLE) and practice in the USA. Our students can also participate in the exchange training rotations at our campuses: India, Liberia, and United Kingdom, and clinical rotations in West Africa, USA, UK, India, Philippines, Middle East, Mexico, and the Caribbean. St. Luke currently has graduates practicing in USA, Ghana, Kenya, Nigeria, and India.₆₀ The page listed "Jerroll B.R. Dolphin, M.D., President, St. Luke School of Medicine - Worldwide" and "Alfred O. Egedovo, M.D., Academic Officer, St Luke School of Medicine – Nigeria." It further stated that "SLSOM Doctor of Medicine graduates were ₆₀ December 8, 2004 archive of stluke.edu/lagoscampus.html Last saved //2009 :58:00 PM 36 | | | |
| 81. | *An SLSOM brochure shows Liberia's Dogliotti College of Medicine in a "campus photo"* The top photograph of the three on the cover of the SLSOM brochure created in 200 and shown below is almost certainly an image of the A.M. Dogliotti College of Medicine, a professional school of the University of Liberia. The brochure does not inform the student that the photo is not a St. Luke | 37 | X | SLSOM did have an agreement to conduct classess with A.M. Dogliotti College in 2001 This is just another attempt by George Gollin to besmirch SLSOM |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | o Herbert W. Winstead, M.D.<br>o Edwin Muniz, M.D.<br>o Thomas J. Mulvi, M.D.<br>o Egbert G. Phipps, M.D.<br>o John E. Curran, M.D. | | | and outdated information to libel SLSOM.<br><br>Dr. Dolphin never authorized this information or these people to be posted on the internet as "SLSOM graduates". |
| 85. | Assuming that SLSOM really did begin operating in 999, it awarded at least five MD degrees to students after at most two years of enrollment at St. Luke. The rest of the graduates, who received degrees in 2002, received their credentials after St. Luke had been operating for less than three years. | 40 | X | All authentic SLSOM graduates had completed at least 2 years, some had completed more than 3 years of medical school, **prior** to enrollment at SLSOM and prior to 2005.<br><br>They were all transfer students into the 3rd or 4th year of a 4-year medical curriculum.<br><br>They all completed clinical rotations at accredited hospitals.<br><br>George Gollin, himself, is a liar and a fraud. |
| 86. | *The roster of SLSOM faculty: June 2002*<br>*The list of medical faculty was somewhat different on June 4, 2002.*<br>*Ettinger and Kateh* | 42 | X | The information referred to by George Gollin was always incorrect and never authorized |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | Medicine." | | | likely when he was traveling. |
| 88. | How can a legitimate program be taught by a faculty in which at least two of its professors have limited experience past medical school and at least two of its other professors are unlicensed? | 43 | X | There are many MCAT medical schools that employ or have employment personnel who were unlicensed.<br><br>George Gollin uses incorrect and outdated information to libel SLSOM. |
| 89. | *Professor Taliaferro Harris, M.D., convicted of Medicare fraud*<br>Taliaferro Harris, M.D., is a Professor of Anatomy and Physiology. He does not hold a license as an MD in Arkansas, California, Tennessee, or Illinois. He obtained his MD degree from Ross University School of Medicine and served for a time as an adjunct faculty member in Nutrition at Southeast Arkansas College. 63 Harris is listed as a<br>63 seark.edu/student/2006-07SEARKCollegeCatalog.pdf<br>Last saved //2009 :58:00 PM 43<br>44<br>professor in all the St. Luke faculty rosters that are available on the Internet Archive, spanning the period July 2, 200 through June 6, 2004.64 Harris might have known Jerroll Dolphin from high school. Dolphin is a 967 graduate of Dorsey High School, in Los Angeles. He has a classmates.com web page indicating this.65 Harris is a 968 graduate from the same school.66 Images from classmates.com for Harris follow. He describes himself as a medical doctor in his classmates submissions.<br>64 web.archive.org/web/*/stluke.edu/faculty.html<br>65 classmates.com/profile/user/view?registrationId=22002<br>66 classmates.com/profile/user/view?registrationId=2026330#profileMain | 43 – 47 | X | Dr. Dolphin and Dr. Harris had the permission of the Medical and Dental Council of Ghana to treat the Liberian refugees in 998. There are a dozen witnesses to prove this fact. That is why to this date, the Medical and Dental Council of Ghana has not asked for the prosecution of Dr. Dolphin.<br><br>There many other associate professors of anatomy who have MD degrees teaching anatomy in the USA.<br><br>George Gollin is using his racism to disqualify Dr. Harris as an anatomist, even though |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | setting and we asked that the "Word" be spread that two American doctors were at the camp and would examine those people needing treatment. It took 0 minutes to find a single light bulb and candles were lit to illuminate the waiting room, which was already full of patients.<br><br>It took another thirty minutes for two gallons of water to arrive so that Dr. Harris and I could wash our hands after each examination. We were equipped with exam gloves, otoscopes, and tongue depressors. Nurses set up triage in the waiting room and we were told that there were a hundred people in line before we started examining patients.<br><br>We worked at a frantic pace. Inexperienced in Africa, we wrote patients prescriptions after we examined them, based on our clinical judgement alone. The patients kindly took our prescriptions and thanked us. We provided simple<br>67 stluke.edu/refugeecp.html<br>68 en.wikipedia.org/wiki/Buduburam<br>69 licenselookup.mbc.ca.gov/licenselookup/search.php<br>70 health.state.tn.us/Licensure/index.htm<br>7 armedicalboard.org/directory/<br>Last saved //2009 :58:00 PM 45<br>46<br>explanations of our diagnosis. After about twenty minutes, some of them came<br>back, kindly excusing themselves, and telling us that they would not be able to fill the prescriptions because they did not have money or work.<br><br>We realized that we had been working as the "great American Doctors", diagnosing and prescribing medicine and giving advice to people needing | | | |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | difference. | | | |
| | We arrived at the camp at 7:00 AM. We were going to use a larger facility and we had 4 Liberian nurses and a Physicians Assistant we called Dr. Andrew. There were two experience pharmacy technicians, also Liberians, whose dark distribution room was next to my examining room. Dr. Harris also had an exam room, and Andrew was assigned to clean the patients' ears with hydrogen peroxide and inject medicines as prescribe by him, Dr. Harris and myself. All people entering the facility had to wash their extremities in bleach-water to prevent inadvertent infection. It took two hours to bring enough water to start examining the patients. When we started there were 650 people in line at 9:00 AM.<br><br>Again we all worked at a feverish pace. The difference this time was our ability to dispense medicine, both pills and injectables by needle and IV. Malnutrition was the most prominent problem. Every patient was also given chloramphenicol eyewash and about 90% were treated with mebendazole or metronidazole for worm infections. Seven children were brought into the clinic listless with fever of undetermined origin. They were all treated with antibiotic/lemon/sugar water mixture for infection and re-hydration. They all recovered some strength within 30 minutes of treatment were moving and smiling. We treated more than 40 patients for malaria with injections of chloroquine. 20 children and 8 adults had scabies and other topical skin parasites. They were treated with Lindane shampoo that I brought over from the USA by coincidence. 40 adult patients had hypertension. They were treated with beta-blockers mostly and calcium-channel blockers which were bought a very inexpensive price. They were each given a 30 to 60 day | | | |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | to recommend drugs and treatment for the masses of people asking to be seen. Only the most severe would be seen by Dr. Harris and Dr. Dolphin, and some of the less suffering, asked to see a doctor, just for their own well being and gratification. We were told that we were the first doctors in the seven-year history of the refugee camp who actually put their hands on the patients, and the first to dispense medicine. We came back for a follow-up visit that Monday. We did not announce our arrival and we only stayed a few hours. None of our patients complained of feeling worse. Most said they felt better and some said it was miraculous. None of our patients died. All of the children recovered. My only regret was that we couldn't distribute food as well as medicine. Although Ghanaians do not suffer like the Liberian refugees, they do have common environmental problems that are endemic to that region such as malaria, parasitic infections, hypertension, etc. You will find that a clinical rotation in Ghana or Liberia will be very demanding and rewarding. You will use all of what you learned in medical school ……… | | | |
| 90. | It appears that Jerroll Dolphin and Taliaferro Harris arrange medical tourism trips in western Africa. Keep in mind that neither individual has a license to practice medicine in the United States. "Dr. Tollie Harris" is mentioned in an announcement for "a ten-day tour to Ghana to treat Liberian refugees and patients at the RFK Hospital in Monrovia, Liberia"[73] In the following screen shot. | 47 – 48 | X | All of George Gollin's statements are completely false and fantastic. Dr. Dolphin never arranged "medical tourism trips" |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | 48 <br><br>  | | | |
| 91. | The web page nurseweek.com/features/00-0/ghana.html holds a description | 48 – | X | Dr. Dolphin's name was not |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | In 998, Griffin and his colleagues spent \$20,000 of their own resources to set up the foundation and made their first trip under the umbrella of Project Africa. For the latest trip, the St. Luke Medical Foundation, Ward African Methodist Episcopal and First African Methodist Episcopal churches, Los Angeles City Councilman Mark Ridley-Thomas, music executive Clarence Avant, the Roger and Sheryl Reeves family, and the Economic Development Foundation donated \$0,000 for medicine and supplies. The team also collected \$50,000 worth of HIV/AIDS medicine from private donors.74 | | | |
| 92. | The web page posts the address of "Project Africa 2000" as 6709 Latijera (La Tijera) Blvd., Suite #22, Los Angeles, CA 90045, phone (30) 840-4597 for those willing to make donations. This is also an address mentioned previously for Vital International Foundation | 49 | X | Completely false statement. |
| 93. | Perhaps the Project Africa 2000 trip is the same one described by Jerroll Dolphin, shown earlier | 49 | X | Completely false and speculative statement. |
| 94. | In 2008 Taliaferro Harris was indicted for felony health care fraud. He was convicted in 2009. The illegal activities appear to have been going on while he was a "professor" at SLSOM. From the indictment:

Beginning on an unknown date and continuing to in or about May 2005, in Los Angeles County...defendants TALIAFERRO HARRIS... and SUSANNA ARTSRUNI..., together with other co-schemers known and unknown to the Grand Jury, knowingly and willfully, and with intent to defraud, executed and attempted to execute a scheme: (a) to defraud a health care benefit program, that is, Medicare, in connection with the delivery of and payment for health | 49 & 50 | X | Hearsay.  Gollin does not provide any references.

Dr. Harris has not been employed for SLSOM since 2001

This has nothing to do with SLSOM.  He is trying to infer that Dr. Dolphin and SLSOM had something to do with Medicare fraud.

Dr. Dolphin had nothing to do |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | license but was pressured to surrender it voluntarily in 2008.76 A resident of Kentucky, he does not hold a valid Kentucky physician's license.<br><br>Besides his involvement with SLSOM, Arnett has also been closely connected with the University of Science Arts and Technology Medical College of London and the Lady Malina Memorial Medical College, both owned by Orien Tulp, a retired professor of nutrition from Drexel University with a legitimate PhD from the University of Vermont and an MD from the "International University of Fundamental Studies" diploma mill.77<br>The following April 30, 2005 screen shot of the USAT entry in the ECFMG IMED data base shows Arnett as the USAT-MCL "Dean."78 | | | that he was conning SLSOM.<br><br>SLSOM and Dr. Dolphin admitted that their brief association with Steve Arnett was a mistake.<br><br>Dr. Dolphin reported Arnett's activities to the FBI, Pikeville Kentucky office in 2003, Agent Spaughn.<br><br>Arnett also conned the officials of USAT for a brief period.<br><br>Neither Dr. Dolphin or Dr. Tulp had anything to do with Lady Malina Memorial Medical College. |
| 100. | 76 Information from a Kentucky official familiar with this incident.<br>77 December 30, 2003 archive of mcl-edu.co.uk/44.html . Tulp's PhD was awarded in 974 by the University of Vermont; October 7, 2009 archive of drexel.edu/catalog/archive/pdf/2003/GRAD-2002-2003.pdf and med.uvm.edu/alumni/downlonds/PhD_Class_List.pdf Drexel University Catalog 2002-2003, Graduate Program in Nutrition and Food Science. See also "Medical college kicked off campus," Phil Baty, The Times Higher Education, 7 October 2003. Also: October 7, 2009 archive of usat.ms/contact.htm and wvs.state.wv.us/acupuncture/licensees.html. "Orien L. Tulp (USA), Doctor of Medicine, Diploma DM No. 50736" from | 50 | X | Internet hearsay.<br><br>This is Double internet hearsay that is completely irrelevant to whether Dr. Dolphin or SLSOM has committed any fraud.<br><br>It is another attempt by George Gollin to besmirch and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|----------|-----------------|------|-------|---------------------|
| | the morning to discover the Medical College of London. We found l07 Fleet Street, took a photo as evidence, buzzed our way inside, took the very elegant elevators to the 5th floor—only to find—you'll be happy to know—absolutely nothing. In suite 500-502 a generic career center that had no affiliation with anything you sought. We looked for 505 and it was simply a hidden room, certainly not a suite, and nothing with a name or label. The building is a Business Exchange.<br>Suite 505 was down a darkened, locked hallway. My Illinois colleague and her teaching assistant found a janitor who let them into the hall. They pounded on, then photographed, the unmarked, unopened door. There was no such thing as the Medical College of London at 07 Fleet Street.<br>Last saved //2009 :58.00 PM 5 | | | dishonor SLSOM and Dr. Dolphin. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 103. | London.<br>The "Lady Malina Memorial Medical College" is an appendage of USAT-MCL.79<br>As shown below, in January 2005 its contact page named Steve Arnett as the primary link to the organization.80<br>79 January 0, 2005 archive available at<br>80 January 0, 2005 archive:<br>Last saved //2009 :58:00 PM 53 | 50 – 55 | X | This is Double internet hearsay that is completely irrelevant to whether Dr. Dolphin or SLSOM has committed any fraud.<br><br>It is another attempt by George Gollin to besmirch and dishonor SLSOM and Dr. Dolphin. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 118. | *Professor Herbert W. Winstead, D.M.D., M.D. is not a licensed physician* On the 2002 SLSOM faculty roster, Winstead is listed as Herbert W. Winstead, D.M.D., M.D. D.M.D., University of Louisville M.D. (M.A.), Open International University President, Cedar Grove Wellness Center Educational Vice President, Southern Graduate Institute Chairman, Department of Manual Medicine Chairman, Department of Homeopathic Medicine 67 Winstead is based in Walling, Tennessee. The Cedar Grove Wellness Center is in Quebeck, Tennessee, 68 only two miles from Walling. 66 cpsbc.ca/node/264 67 web.archive.org/web/20020604034735/stluke.edu/faculty.html 68 yelp.com/biz/cedar-grove-wellness-center-quebeck Last saved //2009 :58:00 PM 65 66 Winstead sometimes refers to himself in professional situations as holding both a legitimate DMD degree and a genuine MD degree. 69 However, the Tennessee Department of Health only knows of his license to practice dentistry, not medicine0 Even though Winstead only has a genuine license to practice dentistry in Tennessee, he claims an MD in a web site that validates "National Provider Identifiers." In addition, Winstead is listed that way in a provider reference page2 Tennessee only recognizes his DMD credential3 69 dr.com/dr-herbert-winstead.html 0 health.state.tn.us/licensure/results.asp npivalidator.com/NPI_Codes_5739.html 2 dr.com/dr-herbert-winstead.html | 65 – 67 | X | Dr. Winstead is or was a licensed Dentist. Winstead earned his diploma. He was well over 60 years old when he accomplished that task. It was his choice to not go on to residency, not SLSOM's. George Gollin is committing a fraud and deliberately misrepresenting this information in his intention to misrepresent SLSOM and Dr. Dolphin to the public. Again, this is double internet hearsay. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|----------|-----------------|------|-------|---------------------|
| | 68 | | | |



3 Results matching "3516 11, Inglewood, CA, 90305".

Need More Help With Your Search?

List View    Map View

Display: All(3)   Home (0)   Work(3)    Sort by: Select

F.O.B. International
Job title:   unavailable
Company:  F.O.B. International

8516 S 11th Ave, FL2ND
Inglewood, CA 30305-1987
(323) 750-1801
Listing Detail

Cannon, Louis
Job title:   unavailable
Company:  Cannon Louis

8516 S 11th Ave
Inglewood, CA 30305-1987
(323) 750-4679
Listing Detail

Dolphin, Glory
Job title:   Chief Executive Officer
Company:  St Luke School of Medicine

8516 S 11th Ave, FL2
Inglewood, CA 90305-1988
Listing Detail

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | ₄July 2, 200 archive of stluke.edu/faculty.html<br>₅March 9, 2003 archive of stluke.edu/slsm_brochure.pdf .<br>Last saved //2009 :58:00 PM 69 | | | Gollin is a liar and a cheat. |
| 123. | A "Medical Student Catalog" continues to be available on the SLSOM web site with URL stluke.edu/stluke_catalog.doc, though there are no links to it in the present version of the site. This version of the catalog describes the organization this way: | 70 | X | The information that George Gollin refers to from SLSOM's 2001  website is not true in 2009 or 2011 That is why there are no links to it.<br><br>Gollin is a liar and a cheat. He is using internet links from 2001 to make false assertions in 2009 and 2011. |
| 124. | The Microsoft Word document properties for the catalog show that it was created November 2, 2006 and last saved by "Dolphin." The Company field is "IQAir," the name of the air filter business run by Glory Dolphin-Hammes. Perhaps "CSUF FACULTY RESEARCH" is inherited from a document originally written by a California State University, Fullerton author. | 70 | X | Completely false.<br><br>Glory Dolphin only worked briefly at SLSOM in 200 and never since.<br><br>The original work on that catalog, was done at CSUF by Dr. Dolphin.<br><br>Gollin is a liar and a cheat. He is using outdated and irrelevant internet links from 200 to make false assertions in 2009 and 20. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | him to the Pikeville KY FBI office.

The FBI officials said their priority was "terrorism" and then they turned the investigation of Arnett to the Kentucky State police.

No charges were brought against Arnett by either the FBI or Kentucky police.

Gollin who has no personal knowledge of SLSOM, its operations, or history is alleging that Dr. Dolphin and SLSOM - Liberia was complicit with Arnett, which is a complete lie.

Dr. Dolphin and SLSOM tried to stop Arnett's corrupt activities. Neither Dr. Dolphin nor SLSOM profited in any amount from Arnett's activities. |
| 127. | The most prominent of the schools Arnett has been associated with is St. Luke School of Medicine, which has had a number of | 72 | X | The Southern Graduate Institute was owned and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 130. | Not long afterward, Robert Irving, a student from one of Arnett's online schools, was warned by the state medical licensing board to close a medical practice he had begun in Elizabethtown, according to board documents. Irving said he received a doctor of naturopathy degree from Southern Graduate Institute, a division of St. Luke, in 2001. His contact was Arnett. Irving did six-week rotations for orthopedics, physical rehabilitation and anesthesiology at an Accident Injury Center in Lexington where Larry Lammers worked. | 73 | X | Completely false. The SGI was not a division of SLSOM. Irving received his SGI certificate in 2001. SLSOM was not contacted until 2002 by Arnett and had no relationship with Arnett or SGI. |
| 131. | Irving, Curran, Lammers and Michael have all said they thought they were receiving a legitimate medical education from schools Arnett was promoting. | 73 | | This demonstrates that Arnett and SGI were complicit with Curran, Lammers, and Michael, not Dr. Dolphin nor SLSOM. Dr. Dolphin never heard of these individuals until after meeting with Arnett in 2002. |
| 132. | *Michael Hejazi, M.D., class of August 200, is unlicensed* Hejazi lives in New Jersey8 and served (at least in 2007) as an adjunct instructor at County College of Morris. He does not have a license to practice medicine in New Jersey9 | 73 | | Dr. Hejazi also has a PhD. Gollin is trying to libel and slander Hejazi for Gollin's own deceitful purposes. |
| 133. | *Mary Anthony Julve, M.D., class of August 200, is unlicensed* Julve lives in New Jersey20 She does not have a license to practice medicine in New Jersey2 | 73 – 74 | | Gollin conspired with corrupt Liberian officials to remove SLSOM from the IMED, and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | E=<br>26"Man arrested for treating patients without license," *The Independent*, Dundee, Michigan, October ,<br>2004. dundeeonline.com/articles/0.2004.html. "Doctored Diplomas: For Some Medical<br>Degrees, It's Log On, Pay Up—A trail of bogus claims and life-threatening consequences," Valarie<br>Honeycutt Spears, Lexington, KY *Herald-Leader*, October , 2006.<br>27"Unlicensed practitioner sentenced, unrepentant Defendant could go free despite -year jail term,"<br>George J. Tanber. Toledo, Ohio *Blade*, April 8, 2005.<br>Last saved //2009 :58:00 PM 74 | | | |
| 135. | Lammers told the judge that he has a chiropractic degree and has completed four years of online study at St. Luke School of Medicine, which is based in Liberia, West Africa. | 76 | X | False.<br><br>Lammers did not do 4 years of online study at SLSOM.<br><br>SLSOM does not, nor has it ever offered, 4-years of online study for a medical degree.<br><br>Lammers is not a SLSOM graduate.  He submitted falsified police report for admission.  He was recruited by Steve Arnett in 2002 and dismissed from SLSOM in 2003. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | fraud in 2003. SLSOM was victimized by Michael's con.<br><br>SLSOM has taken corrective action since 2003 to assure that its applicants were not criminals or fraudulently using someone's identity. |
| 137. | *David W. Karam, SLSOM MD, class of June 2002, is unlicensed*<br>David Karam is based in El Paso Texas. He does not hold a Texas physician's license. He is an organizer of a number of unsavory businesses that give the appearance of pursuing medical research, including one that claims to have a single-application cure for one form of skin cancer. Using his SLSOM credentials to confer an aura of legitimacy to this organization, Karam sold a pair of investors $400,000 in stock, then walked away from the company. See material, below. | 77 – 84 | X | This is 3rd rate internet hearsay designed to libel and slander David Karam, SLSOM and Dr. Dolphin.<br><br>Gollin reaches deep into the mud to come up with this garbage.<br><br>The Securities and Exchange Commission (SEC) has the investigative power and authority to prosecute any type of securities fraud. If the suspected that Dr. Karam committed a $400,000 fraud, he certainly would have been prosecuted.<br><br>If the SEC would prosecute Martha Stewart and send her to |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | administrative positions at SLSOM within a few months of the award of their degrees.<br><br>The SLSOM site listed a total of 20 "graduates" who had received (or would receive) MD degrees. I was able to find the states-of-residence for 2 of these alumni. A check of state physician licensure data bases revealed that *none* of them had obtained physician's licenses. One of them is currently in prison for his "medical" activities.<br><br>Several other individuals claiming to hold SLSOM MD degrees have also landed in prison.<br><br>A large number of the American SLSOM faculty before 2008 were unlicensed. Many of them held MD degrees issued by SLSOM. Some (Dolphin and Harris) practice without licenses on trips abroad.<br><br>Harris was convicted of Medicare fraud while on the SLSOM faculty. | | | authorized by Dr. Dolphin. It was removed from the SLSOM website.<br><br>SLSOM did not list 20 graduates at any time.<br><br>Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates.<br><br>However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution: to state that its graduates are "unlicensed".<br><br>George Gollin is a hypocrite and a bigot of the worst kind. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| |  | | | believe that a hearsay internet publication precedes a Liberian Supreme Court order.

Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates.

However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution.

George Gollin is a hypocrite and a bigot of the worst kind. |
| 140. | The statement further explained
As regards the St. Luke Medical College, evidence also shows that no such college exists in Liberia ; therefore, it cannot claim to have obtained | 85 | X | Completely false.

False, false, false. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | and invalidate the USMLE test results of SLSOM students and graduates. |
| 141. | *SLSOM in the Liberian press*<br>The St. Luke School of Medicine has received a thorough drubbing in the Liberian press in recent years. The stories include these:<br>⑦ "Gov't Finally Closes St. Luke," Monrovia, Liberia *The Inquirer*, July 9, 2005:<br>The Government of Liberia has ordered the immediate closure of the St. Luke School of Medicine for illegally operating in the country.<br><br>According to an Information Ministry release issued over the weekend, the government's decision is based on the findings and recommendations of a five-member committee constituted last March to probe the existence of St. Luke. A full criminal investigation is to be conducted against the proprietor of the school and others who may have knowingly aided the process of opening the school.<br><br>All medical degrees issued by St. Luke School of Medicine are nullified and the school pronounced non-existent in Liberia, in keeping with the committee's recommendations approved by the Chairman of the National Transitional Government of Liberia, His Excellency Charles Gyude Bryant... | 86 | X | Completely false.<br><br>False, false, false.<br><br>Virtually every sentence is false.<br><br>SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order.<br><br>Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened.  George Gollin was never in Liberia and he is presenting double hearsay |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | The sources said the school was targeting students in Asia because most of the people in that part of the world want to be doctors, but can not afford the cost of acquiring such education and degree there, and have therefore decided to use the on-line program to get their "documents" since they believed that the St. Luke School of Medicine was operating in Liberia.<br><br>It was also said that the school has an affiliation with the University of Liberia, but this was denied by Dr. Al Hasan Conteh, president of the university when he was approached on the issue yesterday.<br><br>At the same time, some medical doctors contacted over the issue, expressed concern about this latest development because they said it has the potential to further damage the image of the country.<br><br>Last saved //2009 :58:00 PM 86<br>87<br>Assemblyman Dr. Mohammed Sheriff, chairman of the house standing committee on health, said the whole thing about the school is fake. He blamed some people in government for this situation.<br><br>He said, he has received complaints from some graduates of the A.M. Dogliotti College of Medicine of the University of Liberia, who said the issue of St. Like was an embarrassment to them.<br><br>He said his committee is investigating the matter as this was serious and must be dealt with accordingly. He said this was a scam that some | | | Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin.<br><br>Gollin, himself, conspired with the same corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 143. | ⏱ "Medical Board Threatens to Prosecute Founder of 'Fake' Medical School,"<br><br>Alloycious David, Monrovia, Liberia *The News*, March 3, 2005<br>Liberia Medical Board has threatened to turn over the founder of the "fake" St. Luke Medical School and his collaborators to the Justice Ministry for prosecution if they continue to "abuse and insult" the integrity and professionalism" of the country's Medical Board.<br><br>The Board said it cannot and will not discuss application of any doctor from the Medical School because there is no school in Liberia known as the St. Luke Medical School.<br><br>The Board noted that unless the "illegal school" can be accredited, it would not license any doctor that it has given diploma to.<br><br>Prof. S. Benson Barh, Chief Medical Officer of Liberia, told reporters Tuesday that the 'counterfeit school' through Dr. Meimei Dukuly presented a list of 9 doctors who reportedly completed studies at St. Luke Medical School for the degree of Doctor of Medicine (MD).<br>Last saved //2009 :58:00 PM 87<br>88<br>Annoyed over dubious existence of the institution, Dr. Barh said it was shameful to have learned that a list of reported trained doctors, who claimed to have passed through the walls of the school, was presented to the Medical Board.<br><br>"We are not aware and have no knowledge of the medical school, but we | 88 | X | Completely false.<br><br>False, false, false.<br><br>Virtually every sentence is false.<br><br>SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order.<br><br>Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin.<br><br>Gollin, himself, conspired with |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | existence of the alleged fake college in Liberia, even though the school was successful in granting medical degrees to Liberians and other foreign nationals most of whom were Nigerians and Indians.<br><br>Defending the existence of St. Luke Medical College in Liberia, the country's Health Minister, Dr. Peter Coleman told reporter at a new conference that the school was not a fake one, added that it met the approval of the 57th national Legislative Assembly during the NPP regime.<br><br>Dr. Coleman added that he was unaware whether the institution was registered with the committee on higher institution.<br><br>It appeared that the Health Minister's statement further increases tension with his professional colleagues at A.M Dogliotti and the Chairman on Health at the NTLA, Dr. Mohammed Sheriff who decided to take legal action against Dr. Dolphin [on behalf of] the medical profession... | | | of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order.<br><br>Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin.<br><br>Gollin, himself, conspired with the same corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates. |
| 145. | ⊘ "Health Minister Confesses: Says 'My Advisers Misled Me' ", *The Analyst,* Monrovia, Liberia April 22, 2005. | 88 | X | Completely false.<br><br>False, false, false. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | ensure that the procedures and vetting mechanism by which expert advice is preferred for the Minister of Health is beyond reproach and that another St. Luke fiasco is never again allowed occurring.<br><br>Observers say the Health Minister's latest concession that the St' Luke Medical College does not actually exist seems to have ended the intense controversy over doubts about the school's presence in Liberia. | | | invalidate the USMLE test results of SLSOM students and graduates. |
| 146. | ⑦ "NTLA Orders 'Bogus' St. Luke University Closed," James West, *Liberian Observer*, Monrovia, Liberia May 0, 2005.<br>Lawmaking body of Liberia says it has established that the school of medicine is a fake medicine institute, has endangered the health of Liberians.<br><br>Following several weeks of investigation into its operations in Liberia, the National Transitional Legislative Assembly (NTLA) says the management of St. Luke School of Medicine has endangered the health of the public and should be turned over to the Justice Ministry for prosecution.<br><br>The transitional assembly said it has been established that St. Luke School of Medicine is a fake medical institute and is not a legal establishment. The NTLA's Joint Committee on Health and Education which conducted the probe recommended to plenary that the purported medical school be closed down immediately and all banks be instructed to freeze their assets pending the conclusion of the Justice Ministry's inquiry... | 88 | x | Completely false.<br><br>False, false, false.<br><br>Virtually every sentence is false.<br><br>SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | destroy anyone or any institution that disagrees with him. |
| 148. | 90<br><br>As discussed earlier, there is no record of any USAT students ever passing the United States Medical Licensing Examination4 | 90 | X | Completely false. |
| 149. | The USAT web site has shown faculty rosters featuring St. Luke School of Medicine graduates and faculty, including Steve Arnett ("Chief Academic Officer"), Ernest Esteban, and Edwin Muniz. | 90 | X | Completely false.<br><br>Dr. Dolphin never heard of Ernest Esteban, who is not a graduate of SLSOM.<br><br>Steve Arnett is not a graduate of SLSOM.<br><br>George Gollin is using outdated and incorrect information to libel SLSOM, Dr. Dolphin, and USAT. |
| 150. | A visit to the Medical College of London address specified on the USAT-MCL web site at a time when the web site claimed it was in operation revealed that there was no sign of MCL at that London address.<br><br>As shown earlier, Orien Tulp, the owner of USAT, holds an MD degree from the outrageous "International University of Fundamental Studies" diploma mill.<br><br>The Caribbean Accreditation Authority for Education in Medicine and | 90 | X | This information is completely irrelevant to SLSOM and Dr. Dolphin.<br><br>It is included in the 91-page document to cast doubt on the reputation of SLSOM and Dr. Dolphin. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | for the USMLE. | | | |
| 154. | In the past, SLSOM students were little more than customers, untrained in the medical arts. Of the dozen American SLSOM "students" I could locate, and who were identified on the SLSOM web site as graduates (or near-graduates), none had obtained physician's licenses. | 9 | X | Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates.

However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution: to state that its graduates are "unlicensed".

George Gollin is a hypocrite and a bigot of the worst kind. |
| 155. | In the past, many SLSOM "faculty" were unqualified, holding neither licenses to practice medicine, nor MD degrees from legitimate schools. | 9 | X | Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | Dr. Harris was not a faculty member of SLSOM when he was convicted. |
| | | | | The ratio of former SLSOM students involve or convicted of criminal activity is that of any other college or university, less than %, comparable to the Universities in the USA. |
| | | | | This is another libelous statement from George Gollin, where he presents no facts. |
| 157. | In the past, the St. Luke School of Medicine has been run by a small group of Americans, primarily Jerroll Dolphin in California, Stephen Arnett in Kentucky, and David Karam in Texas. None of them hold medical licenses. | 9 | X | Completely false. |
| | | | | Steve Arnett never ran SLSOM. This is a lie. |
| | | | | David Karam never ran SLSOM. This is another lie. |
| | | | | Dr. Dolphin was in Liberia and Ghana continuously since October 2003 through the end of 2009. |
| | | | | George Gollin is a fraud and a |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | page document against SLSOM and Dr. Dolphin. |
| 160. | It would be an enormous mistake to allow him to open a St. Luke School of Medicine facility in Ghana. | 9 | X | George Gollin has presented 9 pages of false statements, lies, and fantasies in this document.<br><br>How many of these false statements can he prove are true?  None.<br><br>Instead, George Gollin will attempt to hide behind the United States Constitution [th] amendment for shielding as a "state government employee".<br><br>George Gollin is a complete fraud and a liar. |