## False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 103. | London.<br>The "Lady Malina Memorial Medical College" is an appendage of USAT-MCL.[79]<br>As shown below, in January 2005 its contact page named Steve Arnett as the primary link to the organization.[80]<br>[79] January 0, 2005 archive available at<br>[80] January 0, 2005 archive:<br>Last saved //2009 :58:00 PM 53 | 50 – 55 | X | This is Double internet hearsay that is completely irrelevant to whether Dr. Dolphin or SLSOM has committed any fraud.<br><br>It is another attempt by George Gollin to besmirch and dishonor SLSOM and Dr. Dolphin. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 118. | *Professor Herbert W. Winstead, D.M.D., M.D. is not a licensed physician* On the 2002 SLSOM faculty roster, Winstead is listed as Herbert W. Winstead, D.M.D., M.D. D.M.D., University of Louisville M.D. (M.A.), Open International University President, Cedar Grove Wellness Center Educational Vice President, Southern Graduate Institute Chairman, Department of Manual Medicine Chairman, Department of Homeopathic Medicine 07 Winstead is based in Walling, Tennessee. The Cedar Grove Wellness Center is in Quebeck, Tennessee, 08 only two miles from Walling. 06 cpsbc.ca/node/264 07 web.archive.org/web/20020604034735/stluke.edu/faculty.html 08 yelp.com/biz/cedar-grove-wellness-center-quebeck Last saved //2009 :58:00 PM 65 66 Winstead sometimes refers to himself in professional situations as holding both a legitimate DMD degree and a genuine MD degree. 09 However, the Tennessee Department of Health only knows of his license to practice dentistry, not medicine0 Even though Winstead only has a genuine license to practice dentistry in Tennessee, he claims an MD in a web site that validates "National Provider Identifiers." In addition, Winstead is listed that way in a provider reference page2 Tennessee only recognizes his DMD credential3 09 dr.com/dr-herbert-winstead.html 0 health.state.tn.us/licensure/results.asp npivalidator.com/NPI_Codes_5739.html 2 dr.com/dr-herbert-winstead.html | 65 – 67 | X | Dr. Winstead is or was a licensed Dentist. Winstead earned his diploma. He was well over 60 years old when he accomplished that task. It was his choice to not go on to residency, not SLSOM's. George Gollin is committing a fraud and deliberately misrepresenting this information in his intention to misrepresent SLSOM and Dr. Dolphin to the public. Again, this is double internet hearsay. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | 68<br><br>3 Results matching "8516 11, Inglewood, CA, 90305".<br>Need More Help With Your Search?<br>List View / Map View<br>Display: All(3) Home (0) Work(3) Sort by: Select<br><br>WORK LISTING — SPONSORED LINKS<br>**F.O.B. International**<br>Job title: unavailable<br>Company: F.O.B. International<br>8516 S 11th Ave, Fl 2ND<br>Inglewood, CA 90305-1987<br>(323) 750-1801<br>Listing Detail<br>Lookup Background Info for F.O.B. International.<br>mylife<br>View F.O.B. International's Profile<br><br>WORK LISTING — SPONSORED LINKS<br>**Cannon, Louis**<br>Job title: unavailable<br>Company: Cannon Louis<br>8516 S 11th Ave<br>Inglewood, CA 90305-1987<br>(323) 750-4679<br>Listing Detail<br>Lookup Background Info for Louis Cannon.<br>mylife<br>View Louis Cannon's Profile<br><br>WORK LISTING — SPONSORED LINKS<br>**Dolphin, Glory**<br>Job title: Chief Executive Officer<br>Company: St Luke School of Medicine<br>8516 S 11th Ave, Fl 2<br>Inglewood, CA 90305-1988<br>Listing Detail<br>Lookup Background Info for Glory Dolphin.<br>mylife<br>View Glory Dolphin's Profile | | | |

## False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | 4 July 2, 200 archive of stluke.edu/faculty.html<br>5 March 9, 2003 archive of stluke.edu/slsm_brochure.pdf.<br>Last saved //2009 :58:00 PM 69 | | | Gollin is a liar and a cheat. |
| 123. | A "Medical Student Catalog" continues to be available on the SLSOM web site with URL stluke.edu/stluke_catalog.doc, though there are no links to it in the present version of the site. This version of the catalog describes the organization this way: | 70 | X | The information that George Gollin refers to from SLSOM's 2001 website is not true in 2009 or 2011 That is why there are no links to it.<br><br>Gollin is a liar and a cheat. He is using internet links from 2001 to make false assertions in 2009 and 2011. |
| 124. | The Microsoft Word document properties for the catalog show that it was created November 2, 2006 and last saved by "Dolphin." The Company field is "IQAir," the name of the air filter business run by Glory Dolphin-Hammes. Perhaps "CSUF FACULTY RESEARCH" is inherited from a document originally written by a California State University, Fullerton author. | 70 | X | Completely false.<br><br>Glory Dolphin only worked briefly at SLSOM in 200 and never since.<br><br>The original work on that catalog, was done at CSUF by Dr. Dolphin.<br><br>Gollin is a liar and a cheat. He is using outdated and irrelevant internet links from 200 to make false assertions in 2009 and 20. |

## False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | him to the Pikeville KY FBI office.<br><br>The FBI officials said their priority was "terrorism" and then they turned the investigation of Arnett to the Kentucky State police.<br><br>No charges were brought against Arnett by either the FBI or Kentucky police.<br><br>Gollin who has no personal knowledge of SLSOM, its operations, or history is alleging that Dr. Dolphin and SLSOM - Liberia was complicit with Arnett, which is a complete lie.<br><br>Dr. Dolphin and SLSOM tried to stop Arnett's corrupt activities. Neither Dr. Dolphin nor SLSOM profited in any amount from Arnett's activities. |
| 127. | The most prominent of the schools Arnett has been associated with is St. Luke School of Medicine, which has had a number of | 72 | X | The Southern Graduate Institute was owned and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 130. | Not long afterward, Robert Irving, a student from one of Arnett's online schools, was warned by the state medical licensing board to close a medical practice he had begun in Elizabethtown, according to board documents. Irving said he received a doctor of naturopathy degree from Southern Graduate Institute, a division of St. Luke, in 2001. His contact was Arnett. Irving did six-week rotations for orthopedics, physical rehabilitation and anesthesiology at an Accident Injury Center in Lexington where Larry Lammers worked. | 73 | X | Completely false. The SGI was not a division of SLSOM. Irving received his SGI certificate in 2001. SLSOM was not contacted until 2002 by Arnett and had no relationship with Arnett or SGI. |
| 131. | Irving, Curran, Lammers and Michael have all said they thought they were receiving a legitimate medical education from schools Arnett was promoting. | 73 | | This demonstrates that Arnett and SGI were complicit with Curran, Lammers, and Michael, not Dr. Dolphin nor SLSOM. Dr. Dolphin never heard of these individuals until after meeting with Arnett in 2002. |
| 132. | *Michael Hejazi, M.D., class of August 200, is unlicensed* Hejazi lives in New Jersey8 and served (at least in 2007) as an adjunct instructor at County College of Morris. He does not have a license to practice medicine in New Jersey9 | 73 | | Dr. Hejazi also has a PhD. Gollin is trying to libel and slander Hejazi for Gollin's own deceitful purposes. |
| 133. | *Mary Anthony Julve, M.D., class of August 200, is unlicensed* Julve lives in New Jersey20 She does not have a license to practice medicine in New Jersey2 | 73 – 74 | | Gollin conspired with corrupt Liberian officials to remove SLSOM from the IMED, and |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | E=<br>26 "Man arrested for treating patients without license," *The Independent*, Dundee, Michigan, October , 2004. dundeonline.com/articles/0.2004.html. "Doctored Diplomas: For Some Medical Degrees, It's Log On, Pay Up—A trail of bogus claims and life-threatening consequences," Valarie Honeycutt Spears, Lexington, KY *Herald-Leader*, October , 2006.<br>27 "Unlicensed practitioner sentenced, unrepentant Defendant could go free despite -year jail term," George J. Tanber. Toledo, Ohio *Blade*, April 8, 2005.<br>Last saved //2009 :58:00 PM 74 | | | |
| 135. | Lammers told the judge that he has a chiropractic degree and has completed four years of online study at St. Luke School of Medicine, which is based in Liberia, West Africa. | 76 | X | False.<br><br>Lammers did not do 4 years of online study at SLSOM.<br><br>SLSOM does not, nor has it ever offered, 4-years of online study for a medical degree.<br><br>Lammers is not a SLSOM graduate. He submitted falsified police report for admission. He was recruited by Steve Arnett in 2002 and dismissed from SLSOM in 2003. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | fraud in 2003. SLSOM was victimized by Michael's con.<br><br>SLSOM has taken corrective action since 2003 to assure that its applicants were not criminals or fraudulently using someone's identity. |
| 137. | *David W. Karam, SLSOM MD, class of June 2002, is unlicensed* David Karam is based in El Paso Texas. He does not hold a Texas physician's licenses He is an organizer of a number of unsavory businesses that give the appearance of pursuing medical research, including one that claims to have a single-application cure for one form of skin cancer. Using his SLSOM credentials to confer an aura of legitimacy to this organization, Karam sold a pair of investors $400,000 in stock, then walked away from the company. See material, below. | 77–84 | X | This is 3rd rate internet hearsay designed to libel and slander David Karam, SLSOM and Dr. Dolphin.<br><br>Gollin reaches deep into the mud to come up with this garbage.<br><br>The Securities and Exchange Commission (SEC) has the investigative power and authority to prosecute any type of securities fraud. If the suspected that Dr. Karam committed a $400,000 fraud, he certainly would have been prosecuted.<br><br>If the SEC would prosecute Martha Stewart and send her to |

Page 70 of 92

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | administrative positions at SLSOM within a few months of the award of their degrees.<br><br>The SLSOM site listed a total of 20 "graduates" who had received (or would receive) MD degrees. I was able to find the states-of-residence for 2 of these alumni. A check of state physician licensure data bases revealed that *none* of them had obtained physician's licenses. One of them is currently in prison for his "medical" activities.<br><br>Several other individuals claiming to hold SLSOM MD degrees have also landed in prison.<br><br>A large number of the American SLSOM faculty before 2008 were unlicensed. Many of them held MD degrees issued by SLSOM. Some (Dolphin and Harris) practice without licenses on trips abroad.<br><br>Harris was convicted of Medicare fraud while on the SLSOM faculty. | | | authorized by Dr. Dolphin. It was removed from the SLSOM website.<br><br>SLSOM did not list 20 graduates at any time.<br><br>Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates.<br><br>However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution: to state that its graduates are "unlicensed".<br><br>George Gollin is a hypocrite and a bigot of the worst kind. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | [Image of Embassy of Liberia letterhead document from the National Commission on Higher Education, Ministry of Education, Monrovia, Liberia, West Africa] | | | believe that a hearsay internet publication precedes a Liberian Supreme Court order.<br><br>Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates.<br><br>However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution.<br><br>George Gollin is a hypocrite and a bigot of the worst kind. |
| 140. | The statement further explained<br>As regards the St. Luke Medical College, evidence also shows that no such college exists in Liberia ; therefore, it cannot claim to have obtained | 85 | X | Completely false.<br><br>False, false, false. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | and invalidate the USMLE test results of SLSOM students and graduates. |
| 141. | *SLSOM in the Liberian press*<br>The St. Luke School of Medicine has received a thorough drubbing in the Liberian press in recent years. The stories include these:<br>☉ "Gov't Finally Closes St. Luke," Monrovia, Liberia *The Inquirer*, July 9, 2005:<br>The Government of Liberia has ordered the immediate closure of the St. Luke School of Medicine for illegally operating in the country.<br><br>According to an Information Ministry release issued over the weekend, the government's decision is based on the findings and recommendations of a five-member committee constituted last March to probe the existence of St. Luke. A full criminal investigation is to be conducted against the proprietor of the school and others who may have knowingly aided the process of opening the school.<br><br>All medical degrees issued by St. Luke School of Medicine are nullified and the school pronounced non-existent in Liberia, in keeping with the committee's recommendations approved by the Chairman of the National Transitional Government of Liberia, His Excellency Charles Gyude Bryant… | 86 | X | Completely false.<br><br>False, false, false.<br><br>Virtually every sentence is false.<br><br>SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order.<br><br>Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay |

Page 76 of 92

## False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | The sources said the school was targeting students in Asia because most of the people in that part of the world want to be doctors, but can not afford the cost of acquiring such education and degree there, and have therefore decided to use the on-line program to get their "documents" since they believed that the St. Luke School of Medicine was operating in Liberia.<br><br>It was also said that the school has an affiliation with the University of Liberia, but this was denied by Dr. Al Hasan Conteh, president of the university when he was approached on the issue yesterday.<br><br>At the same time, some medical doctors contacted over the issue, expressed concern about this latest development because they said it has the potential to further damage the image of the country.<br><br>Last saved //2009 :58:00 PM 86<br>87<br>Assemblyman Dr. Mohammed Sheriff, chairman of the house standing committee on health, said the whole thing about the school is fake. He blamed some people in government for this situation.<br><br>He said, he has received complaints from some graduates of the A.M. Dogliotti College of Medicine of the University of Liberia, who said the issue of St. Like was an embarrassment to them.<br><br>He said his committee is investigating the matter as this was serious and must be dealt with accordingly. He said this was a scam that some | | | Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin.<br><br>Gollin, himself, conspired with the same corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| 143. | ⊘ "Medical Board Threatens to Prosecute Founder of 'Fake' Medical School," Alloycious David, Monrovia, Liberia *The News*, March 3, 2005 Liberia Medical Board has threatened to turn over the founder of the "fake" St. Luke Medical School and his collaborators to the Justice Ministry for prosecution if they continue to "abuse and insult" the integrity and professionalism" of the country's Medical Board. The Board said it cannot and will not discuss application of any doctor from the Medical School because there is no school in Liberia known as the St. Luke Medical School. The Board noted that unless the "illegal school" can be accredited, it would not license any doctor that it has given diploma to. Prof. S. Benson Barh, Chief Medical Officer of Liberia, told reporters Tuesday that the 'counterfeit school' through Dr. Meimei Dukuly presented a list of 9 doctors who reportedly completed studies at St. Luke Medical School for the degree of Doctor of Medicine (MD). Last saved //2009 :58:00 PM 87 88 Annoyed over dubious existence of the institution, Dr. Barh said it was shameful to have learned that a list of reported trained doctors, who claimed to have passed through the walls of the school, was presented to the Medical Board. "We are not aware and have no knowledge of the medical school, but we | 88 | X | Completely false. False, false, false. Virtually every sentence is false. SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005. George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order. Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin. Gollin, himself, conspired with |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | existence of the alleged fake college in Liberia, even though the school was successful in granting medical degrees to Liberians and other foreign nationals most of whom were Nigerians and Indians.<br><br>Defending the existence of St. Luke Medical College in Liberia, the country's Health Minister, Dr. Peter Coleman told reporter at a new conference that the school was not a fake one, added that it met the approval of the 57th national Legislative Assembly during the NPP regime.<br><br>Dr. Coleman added that he was unaware whether the institution was registered with the committee on higher institution.<br><br>It appeared that the Health Minister's statement further increases tension with his professional colleagues at A.M Dogliotti and the Chairman on Health at the NTLA, Dr. Mohammed Sheriff who decided to take legal action against Dr. Dolphin [on behalf of] the medical profession... | | | of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order.<br><br>Additionally, Dr. Dolphin was in Liberia in 2004-2006 and is an expert eyewitness to what happened. George Gollin was never in Liberia and he is presenting double hearsay newspaper articles to libel SLSOM and Dr. Dolphin.<br><br>Gollin, himself, conspired with the same corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates. |
| 145. | ⊘ "Health Minister Confesses: Says 'My Advisers Misled Me' ", *The Analyst*, Monrovia, Liberia April 22, 2005. | 88 | X | Completely false.<br><br>False, false, false. |

Page 82 of 92

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
|  | ensure that the procedures and vetting mechanism by which expert advice is preferred for the Minister of Health is beyond reproach and that another St. Luke fiasco is never again allowed occurring.<br><br>Observers say the Health Minister's latest concession that the St' Luke Medical College does not actually exist seems to have ended the intense controversy over doubts about the school's presence in Liberia. |  |  | invalidate the USMLE test results of SLSOM students and graduates. |
| 146. | ⊙ "NTLA Orders 'Bogus' St. Luke University Closed," James West, *Liberian Observer*, Monrovia, Liberia May 0, 2005.<br>Lawmaking body of Liberia says it has established that the school of medicine is a fake medicine institute, has endangered the health of Liberians.<br><br>Following several weeks of investigation into its operations in Liberia, the National Transitional Legislative Assembly (NTLA) says the management of St. Luke School of Medicine has endangered the health of the public and should be turned over to the Justice Ministry for prosecution.<br><br>The transitional assembly said it has been established that St. Luke School of Medicine is a fake medical institute and is not a legal establishment. The NTLA's Joint Committee on Health and Education which conducted the probe recommended to plenary that the purported medical school be closed down immediately and all banks be instructed to freeze their assets pending the conclusion of the Justice Ministry's inquiry... | 88 | x | Completely false.<br><br>False, false, false.<br><br>Virtually every sentence is false.<br><br>SLSOM and Dr. Dolphin filed lawsuit in the Supreme Court of Liberia in July 2005 and won by default in August 2005.<br><br>George Gollin asks the reader of the 91-page document to believe that a hearsay internet publication carries more authority than a Liberian Supreme Court order. |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | destroy anyone or any institution that disagrees with him. |
| 148. | 90<br>As discussed earlier, there is no record of any USAT students ever passing the United States Medical Licensing Examination[4] | 90 | X | Completely false. |
| 149. | The USAT web site has shown faculty rosters featuring St. Luke School of Medicine graduates and faculty, including Steve Arnett ("Chief Academic Officer"), Ernest Esteban, and Edwin Muniz. | 90 | X | Completely false.<br><br>Dr. Dolphin never heard of Ernest Esteban, who is not a graduate of SLSOM.<br><br>Steve Arnett is not a graduate of SLSOM.<br><br>George Gollin is using outdated and incorrect information to libel SLSOM, Dr. Dolphin, and USAT. |
| 150. | A visit to the Medical College of London address specified on the USAT-MCL web site at a time when the web site claimed it was in operation revealed that there was no sign of MCL at that London address.<br><br>As shown earlier, Orien Tulp, the owner of USAT, holds an MD degree from the outrageous "International University of Fundamental Studies" diploma mill.<br><br>The Caribbean Accreditation Authority for Education in Medicine and | 90 | X | This information is completely irrelevant to SLSOM and Dr. Dolphin.<br><br>It is included in the 91-page document to cast doubt on the reputation of SLSOM and Dr. Dolphin. |

Page 86 of 92

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | for the USMLE. | | | |
| 154. | In the past, SLSOM students were little more than customers, untrained in the medical arts. Of the dozen American SLSOM "students" I could locate, and who were identified on the SLSOM web site as graduates (or near-graduates), none had obtained physician's licenses. | 9 | X | Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and graduates.<br><br>However, George Gollin does not state his complicity in the removal of SLSOM from the IMED. However, he chooses to denigrate the efforts and accomplishments of SLSOM graduates after he has actively participated in the demise of recognition of the educational institution: to state that its graduates are "unlicensed".<br><br>George Gollin is a hypocrite and a bigot of the worst kind. |
| 155. | In the past, many SLSOM "faculty" were unqualified, holding neither licenses to practice medicine, nor MD degrees from legitimate schools. | 9 | X | Gollin, himself, conspired with corrupt Liberian officials to remove SLSOM from the IMED in 2004-2005, and invalidate the USMLE test results of SLSOM students and |

Page 88 of 92

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | Dr. Harris was not a faculty member of SLSOM when he was convicted. |
| | | | | The ratio of former SLSOM students involve or convicted of criminal activity is that of any other college or university, less than %, comparable to the Universities in the USA. |
| | | | | This is another libelous statement from George Gollin, where he presents no facts. |
| 157. | In the past, the St. Luke School of Medicine has been run by a small group of Americans, primarily Jerroll Dolphin in California, Stephen Arnett in Kentucky, and David Karam in Texas. None of them hold medical licenses. | 9 | X | Completely false. |
| | | | | Steve Arnett never ran SLSOM. This is a lie. |
| | | | | David Karam never ran SLSOM. This is another lie. |
| | | | | Dr. Dolphin was in Liberia and Ghana continuously since October 2003 through the end of 2009. |
| | | | | George Gollin is a fraud and a |

False Statements Of George Gollin In The 91-page Document

| Item No. | False Statement | Page | False | Plaintiff's Comment |
|---|---|---|---|---|
| | | | | page document against SLSOM and Dr. Dolphin. |
| 160. | It would be an enormous mistake to allow him to open a St. Luke School of Medicine facility in Ghana. | 9 | X | George Gollin has presented 9 pages of false statements, lies, and fantasies in this document. How many of these false statements can he prove are true? None. Instead, George Gollin will attempt to hide behind the United States Constitution th amendment for shielding as a "state government employee". George Gollin is a complete fraud and a liar. |