UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-06322-RGK (SHx) | Date | July 17, 2012 |
|---|---|---|---|
| Title | St Luke School of Medicine-Ghana et al v. Republic of Liberia et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** Defendant National Accreditation Board of the Republic of Ghana's Motion to Dismiss Case (DE 133)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on July 23, 2012, has been taken **under submission** and off the motion calendar.  **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |