1  MANUEL A. ABASCAL (BAR NO. 171301)
   manny.abascal@lw.com
2  AMY C. QUARTAROLO (BAR NO. 222144)
   amy.quartarolo@lw.com
3  MICHAEL A. LUNDBERG (BAR NO. 258921)
   michael.lundberg@lw.com
4  MICHAEL C. GODINO (BAR NO. 274755)
   michael.godino@lw.com
5  LATHAM & WATKINS LLP
   355 South Grand Avenue, Suite 100
6  Los Angeles, California 90071
   Telephone: (213) 485-1234
7  Facsimile: (213) 891-8763

8  Attorneys for Defendants Republic of Liberia,
   Ministry of Health, Liberian Medical Board,
9  Ministry of Education, and National
   Commission on Higher Education
10

11            UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

13
   ST. LUKE SCHOOL OF MEDICINE-        CASE NO.: CV:11-06322-RGK-(SHX)
14 GHANA, et al.,

15          Plaintiffs,                NOTICE OF APPEARANCE

16      v.

17 REPUBLIC OF LIBERIA, et al.,

18          Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Manuel A. Abascal, Amy C. Quartarolo, Michael A. Lundberg and Michael C. Godino of Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071, hereby enter their appearance as attorneys of record for Defendants REPUBLIC OF LIBERIA, and Liberian governmental agencies MINISTRY OF HEALTH, LIBERIAN MEDICAL BOARD, MINISTRY OF EDUCATION, and NATIONAL COMMISSION ON HIGHER EDUCATION (collectively, the "REPUBLIC OF LIBERIA").[1] By noticing their appearance as attorneys of record for the REPUBLIC OF LIBERIA, counsel do not waive any jurisdictional arguments or defenses in any way.

All pleadings, discovery, correspondence, and other material pertaining to the above-entitled action not otherwise filed through the court's electronic filing system should be served upon counsel at the following address:

> Manuel A. Abascal, Esq.
> Amy C. Quartarolo, Esq.
> Michael A. Lundberg, Esq.
> Michael C. Godino, Esq.
> **LATHAM & WATKINS LLP**
> 355 South Grand Ave., Suite 100
> Los Angeles, CA 90071
> Telephone: (213) 485-1234
> Facsimile: (213) 891-8763

///

///

///

---

[1] Please note that the NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY is a defunct governmental entity from a former regime, and while named as a Defendant it is no longer in existence.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
LA\2848579
2
NOTICE OF APPEARANCE
CASE NO.: CV:11-06322-RGK-(SHX)

| | |
|---|---|
| Dated: July 31, 2012 | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br>Manny A. Abascal<br>Amy C. Quartarolo<br>Michael A. Lundberg<br>Michael C. Godino<br><br>By  /s/ Michael A. Lundberg<br>     Attorney for Defendants<br>     REPUBLIC OF LIBERIA,<br>     MINISTRY OF HEALTH,<br>     LIBERIAN MEDICAL BOARD,<br>     MINISTRY OF EDUCATION, and<br>     NATIONAL COMMISSION ON<br>     HIGHER EDUCATION |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance the Federal Rules of Civil Procedure and Local Rule 5-3.3.

/s/ Djallon M. Dinwiddie
Djallon M. Dinwiddie