| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Manny A. Abascal (Bar No. 171301) |
| |   Amy C. Quartarolo (Bar No. 222144) |
| 3 |   Michael A. Lundberg (Bar No. 258921) |
| |   Michael C. Godino (Bar No. 274755) |
| 4 | 355 South Grand Avenue |
| | Los Angeles, California 90071-1560 |
| 5 | Telephone: +1.213.485.1234 |
| | Facsimile: +1.213.891.8763 |

Attorneys for Defendants Republic of Liberia, Ministry of Health, Ministry of Education, Liberian Medical Board, and National Commission on Higher Education

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class Action<br><br>        Plaintiffs,<br><br>    v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND, as official and individual; MOHAMMED SHARIFF, as official and individual; DR. BENSON BARH, as official and individual; DR. GEORGE GOLLIN, as official and individual; DR. BRAD SCHWARTZ, as official and individual; ALAN CONTRERAS, as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree | CASE NO. CV:11-06322-RGK-(SHx)<br><br>DEFENDANTS REPUBLIC OF LIBERIA, MINISTRY OF HEALTH, MINISTRY OF EDUCATION, LIBERIAN MEDICAL BOARD, AND NATIONAL COMMISSION ON HIGHER EDUCATION'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8, 12(b)(1), AND 12(b)(6)<br><br>*[FILED CONCURRENTLY WITH MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; AND [PROPOSED] ORDER]*<br><br>[Fed. R. Civ. P. 8, 12(b)(1), 12(b)(6)]<br><br>Hearing<br><br>Date: 9/10/2012<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner |

| | |
|---|---|
| 1 | Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation;  Defendants. |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 8, Defendants Republic of Liberia and its separately-named governmental agencies Ministry of Health, Ministry of Education, Liberian Medical Board, and National Commission on Higher Education (collectively, "Republic of Liberia")[1] will, and hereby does, move to dismiss Plaintiffs' First Amended Complaint in the above-captioned action (the "Complaint").  The hearing on the Motion will be held on September 10, 2012 at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner in Courtroom 850 of the United States District Court for the Central District of California located at the Roybal Federal Building, 255 E. Temple Street, Los Angeles, California, 90012.  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 3, 2012 and August 9, 2012.  As set forth in greater detail in the accompanying Memorandum of Points and Authorities, this Motion seeks dismissal of the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 8 for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted and failure to plead with particularity.

This Motion is based upon this Notice of Motion and Motion to Dismiss, the attached Memorandum of Points and Authorities, the pleadings on file in this action, and such further evidence and argument as may be offered at the time of hearing of this Motion.

///

///

///

---

[1] The National Transitional Legislative Assembly ("NTLA"), a defunct governmental entity from a former regime, is named as a defendant but is no longer in existence.

Dated: August 9, 2012

Respectfully submitted,

LATHAM & WATKINS LLP
 Manny A. Abascal
 Amy C. Quartarolo
 Michael A. Lundberg
 Michael C. Godino

By /s/ Michael A. Lundberg
 Attorneys for Defendant
 Republic of Liberia

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance the Federal Rules of Civil Procedure and Local Rule 5-3.3.

/s/ Djallon M. Dinwiddie
Djallon M. Dinwiddie