| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Manny A. Abascal (Bar No. 171301)<br>  Amy C. Quartarolo (Bar No. 222144) |
| 3 |   Michael A. Lundberg (Bar No. 258921)<br>  Michael C. Godino (Bar No. 274755) |
| 4 | 355 South Grand Avenue<br>Los Angeles, California  90071-1560 |
| 5 | Telephone:  +1.213.485.1234<br>Facsimile:  +1.213.891.8763 |
| 6 | Attorneys for Defendants Republic of |
| 7 | Liberia, Ministry of Health, Ministry of<br>Education, Liberian Medical Board, and |
| 8 | National Commission on Higher Education |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class Action<br><br>             Plaintiffs,<br><br>   v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND, as official and individual; MOHAMMED SHARIFF, as official and individual; DR. BENSON BARH, as official and individual; DR. GEORGE GOLLIN, as official and individual; DR. BRAD SCHWARTZ, as official and individual; ALAN CONTRERAS, as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree | CASE NO. CV:11-06322-RGK-(SHx)<br><br>**NOTICE OF LODGING**<br><br>[Fed. R. Civ. P. 8, 12(b)(1), 12(b)(6)]<br><br><u>Hearing</u><br><br>Date:  9/10/2012<br>Time:  9:00 a.m.<br>Judge: Hon. R. Gary Klausner |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2861684.1

NOTICE OF LODGING OF [PROPOSED] ORDER RE
REPUBLIC OF LIBERIA'S MOTION TO DISMISS

| | |
|---|---|
| 1 | Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation; |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**PLEASE TAKE NOTICE THAT** Defendants Republic of Liberia and separately-named governmental agencies Ministry of Health, Ministry of Education, Liberian Medical Board, and National Commission on Higher Education (collectively, "Republic of Liberia") hereby lodge with the Court a [Proposed] Order Re Defendant Republic of Liberia's Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Federal Rules of Civil procedure 8, 12(b)(1), and 12(b)(6).

Dated:  August 9, 2012                    Respectfully submitted,

                                                      LATHAM & WATKINS LLP
                                                         Manny A. Abascal
                                                         Amy C. Quartarolo
                                                         Michael A. Lundberg
                                                         Michael C. Godino

                                                   By /s/ Michael A. Lundberg_____
                                                          Attorneys for Defendant
                                                          Republic of Liberia

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance the Federal Rules of Civil Procedure and Local Rule 5-3.3.

/s/ Djallon M. Dinwiddie
Djallon M. Dinwiddie