1  LATHAM & WATKINS LLP
   Manny A. Abascal (Bar No. 171301)
2     Amy C. Quartarolo (Bar No. 222144)
   Michael A. Lundberg (Bar No. 258921)
3     Michael C. Godino (Bar No. 274755)
   355 South Grand Avenue
4  Los Angeles, California  90071-1560
   Telephone:  +1.213.485.1234
5  Facsimile:  +1.213.891.8763

6  Attorneys for Defendants Republic of
   Liberia, Ministry of Health, Ministry of
7  Education, Liberian Medical Board and
   National Commission on Higher Education

8

                UNITED STATES DISTRICT COURT
9
      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10

11 | ST. LUKE SCHOOL OF MEDICINE-GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class Action | CASE NO. CV:11-06322-RGK-(SHx)
---|---|---

Plaintiffs,

v.

REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND, as official and individual; MOHAMMED SHARIFF, as official and individual; DR. BENSON BARH, as official and individual; DR. GEORGE GOLLIN, as official and individual; DR. BRAD SCHWARTZ, as official and individual; ALAN CONTRERAS, as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution

CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANTS THE REPUBLIC OF LIBERIA, THE MINISTRY OF HEALTH, THE MINISTRY OF EDUCATION, THE LIBERIAN MEDICAL BOARD AND THE NATIONAL COMMISSION ON HIGHER EDUCATION

of Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation;

Defendants.

The undersigned counsel of record for Defendants the Republic of Liberia, the Ministry of Health, the Ministry of Education, the Liberian Medical Board and the National Commission on Higher Education certify that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    The Republic of Liberia

    2.    The Liberian Ministry of Health

    3.    The Liberian Medical Board

    4.    The National Commission on Higher Education

    5.    The National Transitional Legislative Assembly.[1]

---

[1] This defunct governmental entity from a former regime is named as a defendant in this action but is no longer in existence.

| | |
|---|---|
| Dated: August 10, 2012 | Respectfully submitted, |
| | LATHAM & WATKINS LLP<br>Manny A. Abascal<br>Amy C. Quartarolo<br>Michael A. Lundberg<br>Michael C. Godino |
| | By /s/ Michael A. Lundberg<br>  Attorneys for Defendants<br>  Republic of Liberia,<br>  Ministry of Health, Ministry of Education,<br>  Liberian Medical Board and<br>  National Commission on Higher Education |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

/s/ Djallon M. Dinwiddie

Djallon M. Dinwiddie