UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-06322-RGK (SHx) | Date | August 30, 2012 |
|---|---|---|---|
| Title | St Luke School of Medicine-Ghana et al v. Republic of Liberia et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| R. Neal for S. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendants Liberian Medical Board, Ministry of Education, Ministry of Health, National Commission on Higher Education, Republic of Liberia's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6) (DE 146)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on September 10, 2012, has been taken **under submission** and off the motion calendar.  **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**