Larry Walls, SBN 64696
Attorney at Law
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220
Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al,<br><br>           Plaintiff,<br><br>    vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>           Defendant | Case No.: 11-CV-06322 RGK (SHx)<br><br>DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT REPUBLIC OF LIBERIA'S MOTION TO DISMISS<br><br>DATE:   SEP 9, 2012<br>TIME:   9:00 AM<br>CRT:    850 |

## DECLARATION OF DR. JERROLL DOLPHIN IN SUPPORT OF PLAINTIFFS' OPPOSITITION

I, Dr. Jerroll Dolphin, doe hereby declare the following.

1. I am a citizen of the United States and a resident of the State of California.
2. I am the president, majority owner and founder of SLSOM-Liberia, a Liberian corporation.
3. I am the president, majority owner and founder of SLSOM-Ghana, a Ghanaian corporation.
4. SLSOM-Liberia maintained a campus is Liberia since 2000.

5. SLSOM-Liberia maintained a business office in Inglewood, California since 2000 until 2006.  St. Luke School of Medicine still maintains an office in Los Angeles County, in the State of California.

6. I was in Liberia on two occasions in 2001.

7. I signed a cooperative agreement with the University of Liberia A.M. Dogliotti Medical School and SLSOM-Liberia in 2001.

8. I met with and authorized clinical science students to study at different hospitals inside and outside of Monrovia, Montserrado County, in the Republic of Liberia in 2001.

9. I authorized SLSOM-Liberia students to study at SLSOM-Liberia's facilities in Monrovia, Liberia in 2001 when AMD was not readily available at the end of 2001.

10. I and SLSOM-Liberia officers organized the corporation in September or October 2001.

11. SLSOM-Liberia students studied in Liberia, in basic sciences and clinical sciences from 2000 until 2002, when they fled from the civil war.

12. The SLSOM-Liberia campus was destroyed in February and March 2002 from civil war.

13. I personally observed the destruction done to the SLSOM-Liberia campus in Monrovia, Liberia during August and September 2002.

14. SLSOM-Liberia officers in Liberia obtained a permit to operate in 2002, after the campus was cleaned, rebuilt and refurbished.

15. SLSOM-Liberia officers in Liberia obtain a charter from the Congress of the Republic of Liberia, signed by the President of the Republic of Liberia, in 2003.

16. The SLSOM campus was again destroyed by civil unrest in 2003.

17. I personally visited and observed the destroyed campus in Monrovia, Liberia on or about September, October, and November of 2003.

18. I was present  in Monrovia when SLSOM-Liberia obtained its site at Gaye Town, Monrovia, Liberia in 2004.

19. I signed the lease document for SLSOM-Liberia's Gaye Town campus in November 2004 and made payment for it's lease.

20. I was present when the renovations and refurbishing were done at the Gaye Town site in 2004 through 2005.

21. I was present in Liberia, during the citations from FAC ¶ 61 through 152.

22. I never observed George Gollin nor anyone else from the University of Illinois to be present in Liberia from 2001 until my last visit to Liberia in September 2006.

23. I personally witnessed the decertification of three licensed doctors in Ghana, three licensed doctor in Nigeria, the refusal to grant licenses to qualified doctors in the UK, Canada, Kenya, and India, as a result of the decertification, libel and slander of St. Luke School of Medicine since 2005, after the removal of SLSOM-Liberia from the IMED.

24. I have personally witnessed the decertification of USMLE test results by ECFMG – FAIMER in 2005 for approximately 14 members of the Class that I have known to have passed one or more steps of the USMLE.

25. I personally know of at least ten SLSOM-Liberia students who were active in California, and members of the Class. who came to the SLSOM-Liberia business office in Inglewood, California from 2002 through 2007, who questioned me about false claims on the Internet by unknown persons.

26. At no time did I nor SLSOM-Liberia award Medical Doctor (MD) degrees to anyone who did not attend classes.

27. All MD graduates of St. Luke School of Medicine successfully completed the required classwork as well as completed the required clinical training in accredited hospitals and clinics, not on the internet.

28. All MD graduates of St. Luke School of Medicine successfully completed their required public service projects in the United States, Africa, or Asia, not on the internet.

29. All MD graduates of St. Luke School of Medicine successfully completed their required examinations for graduation.

30. No MD graduates of St. Luke School of Medicine received a degree by way of a "diploma Mill", as that term is defined by George Gollin.

31. I personally know of more than 2 dozen prominent USA accredited medical schools that offer entire basic science courses online. I also know of a half dozen of the same prominent medical schools that do not require attendance in the classroom.

I do hereby swear under the penalty of perjury that all of the information stated above is true and correct.

AUGUST 30, 2012                                             _____

                                                                                  Dr. Jerroll Dolphin
                                                                                  Plaintiff