UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 11-06322-RGK (SHx) | Date December 19, 2012 |

| |
|---|
| Title   St Luke School of Medicine-Ghana et al v. Republic of Liberia et al |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**        (IN CHAMBERS)  Order Dismissing Unserved Defendants

All unserved defendants are hereby dismissed for lack of prosecution.

IT IS SO ORDERED.