Larry Walls, Esq. SBN 64696
The Walls ~ Fox Firm
City National Plaza
515 S. Flower St., 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3796
Facsimile: (888) 637-4515

Attorney for
Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISON

| | |
|---|---|
| JERROLL DOLPHIN, ET AL, <br><br> PLAINTIFFS, <br><br> v. <br><br> REPUBLIC OF LIBERIA, et al, <br><br> DEFENDANTS. | CASE NO. <br> 11-CV-06322 RGK (SHx) <br><br> **REQUEST FOR ENTRY OF CLERK'S DEFAULT JUDGMENT** <br><br> [DECLARATION IN SUPPORT THEREOF AND *[PROPOSED]* ORDER FILED CONCURRENTLY HEREWITH] |

## I. REQUEST FOR ENTRY OF DEFAULT

Plaintiffs, by and through their counsel of record, Larry D. Walls, Esq., hereby request that the clerk of court enter default against Defendant, MOHAMMED SHARIFF, pursuant to Federal Rule of Civil Procedure 55(a) and (b)(1) and the Court's December 20, 2012 Order.

In support of this request plaintiffs rely upon the record in this case and the affidavit submitted herein.

REQUEST FOR ENTRY OF CLERK'S DEFAULT JUDGMENT

Dated this 24 day of December 2012.

              /s/
              Larry Walls, Esq.
              Attorney for Plaintiffs

# DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT

I, LARRY D. WALLS, declare as follows:

1. I am the attorney for Plaintiffs in the above-entitled action and I am familiar with the file, records and pleadings in this matter, and, if called as a witness, I could competently testify to their truth.

2. The summons and complaint were filed on August 1, 2011.

3. Defendant, MOHAMMED SHARRIFF was served with a copy of the summons and complaint on November 2, 2011 as reflected on the docket sheet by the proof of service filed on May 16, 012, as well as the mailing receipts and notice to Defendant attached hereto as Exhibit 1.

4. Plaintiff's complaint has alleged and made demand for actual damages for loss of income in the amount of $25,000,000, general damages for pain and suffering in the amount of $50,000,000, punitive damages for malicious conduct in the amount of $25,000,000, as well as attorney fees and costs in the amount of $1,000,000 for a sum total of $101,000,000.

5. An answer to the complaint was due on February 6, 2012; however no answer or any other response has been received from or on behalf of Defendant Sharriff.

6. As Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

7. Pursuant to this Honorable Court's Order entered on December 20, 2012, Plaintiff requests that the clerk of the court enter default against Mohammed Shariff.

I declare under penalty of perjury that the foregoing is true and correct, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

Executed on 26th, December, 2012 at Los Angeles, California.

Larry D. Walls, Esq.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Dr. Jerroll Dolphin, et al v. The Republic of Liberia, et al* Case No: 11-CV-06322 RGK (SHx)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 515 S. Flower St., 36th Floor, Los Angeles, CA 90071. On December 26, 2012 I served the foregoing document described as **REQUEST FOR ENTRY OF DEFAULT JUDGMENT AND PROPOSED ORDER**, upon the interested parties by placing a true and correct copy thereof enclosed in a sealed envelope and addressed as follows:

Mohammad Shariff
c/o Embassy, Republic of Liberia
16th Street
NW Washington, DC 20011

[X] I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

[ ] Next Day mail via federal express at Los Angeles, California.

[ ] Such document was sent via facsimile to the number listed above.

[X] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 27, 2012, at Los Angeles, California.

/s/
Tiffiny Walls-Fox

PROOF OF SERVICE