# EXHIBIT 1 – PROOF OF SERVICE - SHARIFF

Name & Address: Larry Walls, SBN 64696
3250 Wilshire Blvd, Suite 708
Los Angeles, CA 90010
Telephone:(213) 480-6220, Facsimile: (213) 480-6225
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE - GHANA, et al, <br><br> PLAINTIFF(S) <br> v. <br><br> REPUBLIC OF LIBERIA, et al, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 11-CV-06322 RGK (SHx) <br><br> PROOF OF SERVICE <br> SUMMONS AND COMPLAINT <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

   ☑ summons  ☐ first amended complaint  ☐ third party complaint
   ☑ complaint  ☐ second amended complaint  ☐ counter claim
   ☐ alias summons  ☐ third amended complaint  ☐ cross claim
   ☑ other: (*specify*):  Cover Sheet

2. **Person served:**
   a. ☑ Defendant (*name*):  Mohammed Shariff, Ambassador-at-Large, Republic of Liberia
   b. ☐ Other (*specify name and title or relationship to the party/business named*):

   c. ☐ Address where papers were served:
      Embassy of the Republic of Liberia, 5201 16th Street NW, Washington DC 20008

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (*date*): _____ at (*time*): _____.
   b. ☑ By **Substituted service**. By leaving copies:
      1. ☐ (**home**) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (**business**) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ **papers were served on** (*date*): _____ at (*time*): _____.
      4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ **papers were mailed on** (*date*): November 27, 2011_____.
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence**).
   c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

- d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

- e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

- f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

- g. ☑ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

- h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.
   - a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

     Name of person served:

     Title of person served:

     Date and time of service: (date): _____ at (time): _____.

   - b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   - c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Kelly Fountaine☐
   11939 Kiowa Ave #3☐
   Los Angeles, CA 90049☐
   213-992-1139☐

   - a. ☐ Fee for service: $
   - b. ☑ Not a registered California process server
   - c. ☐ Exempt from registration B&P 22350(b)
   - d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

November 27, 2011
Date

Signature

CV-01 (03/10)        PROOF OF SERVICE - SUMMONS AND COMPLAINT         Page 2 of 2



Case 2:11-cv-06322-RGK-SH   Document 157-1   Filed 12/27/12   Page 5 of 6   Page ID #:2635

Direct Query - Intranet - "Quick" Search                                                                 Page 1 of 2



*LIBERIA-SHERIFF 1*

Track/Confirm - Intranet Item Inquiry - Domestic

**Tracking Label:** 7011 1570 0002 6104 4351

| | | | | |
|---|---|---|---|---|
| **Destination** | ZIP Code: 20011 | City: WASHINGTON | State: DC |
| **Origin** | ZIP Code: 90009-9998 | City: LOS ANGELES | State: CA |

**Class/Service:** Priority Mail Certified Mail
Service Calculation Information

**Service Performance Date**
Scheduled Delivery Date: 11/30/2011

**Weight:** 7 lb(s) 10 oz(s)

**Postage:** $10.95
**Zone:** 08

Record Restored on 05/03/2012: This signature/address image has been archived and is no longer available for viewing.

**Delivery Option Indicator:** Normal Delivery      **PO Box?:** N
**Rate Indicator:** Medium Flat Rate Box

| Special Services | Associated Labels | Amount |
|---|---|---|
| Certified Mail | 7011 1570 0002 6104 4351 | $2.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 12/02/2011 11:40<br>**Input Method:** Scanned<br>**Finance Number:** 104971<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20011 | 030SHME163 |
| ARRIVAL AT UNIT | 12/02/2011 09:31<br>**Input Method:** Scanned | WASHINGTON, DC 20011 | 030SHW00C3 |
| ENROUTE/PROCESSED | 12/02/2011 05:49<br>**Input Method:** Scanned | WASHINGTON, DC 20066 | PSS-001-8003 |
| DEPART USPS SORT FACILITY | 11/30/2011 06:56<br>**Input Method:** System Generated<br>**Dispatch Label ID:** DS1441303333111130060514 | DULLES, VA 20101 | |
| ENROUTE/PROCESSED | 11/30/2011 05:47<br>**Input Method:** Scanned | DULLES, VA 20101 | APPS-029 |

https://pts.usps.gov/pts/labelInquiry.do                                                                                      5/9/2012

*LIBERIA-SHERIFF*

*2*

| | | |
|---|---|---|
| DISPATCHED TO SORT FACILITY | 11/28/2011 19:27 | LOS ANGELES, CA 90009 |
| | **Input Method:** System Generated | |
| | **Closeout Label ID:** CT13525110001111128214518 | |
| ACCEPT OR PICKUP | 11/27/2011 17:08 | LOS ANGELES, CA 90009 |
| | **Input Method:** Scanned | |
| | **Finance Number:** 054501 | |

Enter Request Type and Item Number:

Quick Search (•)    Extensive Search ( )

[Explanation of Quick and Extensive Searches]

[                    ]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.