Larry Walls, Esq. SBN 64696
The Walls ~ Fox Firm
City National Plaza
515 S. Flower St., 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3796
Facsimile: (888) 637-4515

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISON

| | |
|---|---|
| JERROLL DOLPHIN, ET AL,<br><br>PLAINTIFFS,<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>DEFENDANTS. | CASE NO.<br>11-CV-06322 RGK (SHx)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT** |

    Plaintiffs SLSOM-Ghana, SLSOM-Liberia, Dr. Jerroll Dolphin, and Robert Farmer representing the Class request that the clerk of court enter default against defendant MOHAMMED SHARIFF pursuant to Federal Rule of Civil Procedure 55(a).

    Upon good cause and it appearing from the record that Defendant MOHAMMED SHARIFF has failed to appear, plead or otherwise defend, the

default of defendant MOHAMMED SHARIFF is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 201__ .

_____
Clerk of Court
In The United States District Court for the Central District of California

- 2 -

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Dr. Jerroll Dolphin, et al v. The Republic of Liberia, et al* Case No: 11-CV-06322 RGK (SHx)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 515 S. Flower St., 36th Floor, Los Angeles, CA 90071. On January 3, 2013 I served the foregoing document described as **[Proposed] ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT**, upon the interested parties by placing a true and correct copy thereof enclosed in a sealed envelope and addressed as follows:

Mohammad Shariff
c/o Embassy, Republic of Liberia
5201 16th Street
NW Washington, DC 20011

[X] I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

[ ] Next Day mail via federal express at Los Angeles, California.

[ ] Such document was sent via facsimile to the number listed above.

[X] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 3, 2013, at Los Angeles, California.

_____/s/_____
Tiffiny Walls-Fox

PROOF OF SERVICE