UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Plaintiff(s), <br> v. <br><br> Defendant(s). | **NOTICE OF DEFICIENCY** <br> **DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _____ for the following reason(s)

☐   No declaration as required by F.R.Civ.P 55(a)
☐   No proof of service/waiver of service on file
☐   The name of the person served does not exactly match the person named in complaint
☐   Proof of Service is lacking required information
☐   Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
☐   Time to respond has not expired
☐   Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
☐   Request for Entry of Default has been forwarded to the assigned Judge
☐   Party dismissed from action on _____
☐   Case terminated on _____
☐   Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered** .
☐   Other _____

The Clerk cannot enter the requested **Default Judgment** against _____ for the following reason(s)

☐   No Entry of Default on file
☐   No declaration as required by F.R.Civ.P 55(b)
☐   The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
☐   Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
☐   A declaration establishing the amount due must accompany the plaintiff's request for default judgment
☐   No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
☐   Amount sought is not for a sum certain or cannot be computed to a sum certain
☐   Attorney Fees sought not in compliance with Local Rule 55-3
☐   Amount sought for costs is incorrect
☐   Case terminated on _____
☐   Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
☐   Other _____

CLERK OF COURT
By: _____
Deputy Clerk