UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-06322-RGK (SHx) | Date | January 17, 2013 |
|---|---|---|---|
| Title | St Luke School of Medicine-Ghana et al v. Republic of Liberia et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

On December 19, 2012, an order to show cause was issued (DE 155). Plaintiff responded to the order to show cause on December 27, 2012 by filing a request for default against defendant Mohammed Shariff (DE 157). On December 28, 2012, a Notice of Deficiency re Request for Entry of Default was issued (DE 158). On January 3, 2013, plaintiff filed a second request for default against defendant Mohammed Shariff (DE 159). A Notice of Deficiency re Request for Entry of Default was issued (DE 160) on January 4, 2013.

Plaintiff is ordered to show cause, in writing, not later than **January 25, 2013,** why the action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

**IT IS SO ORDERED.**

                                                                                                                    :
                                                                          Initials of Preparer     slw