<pre>
Larry Walls, Esq. SBN 64696
The Walls ~ Fox Firm
City National Plaza
515 S. Flower St., 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3796
Facsimile:  (888) 637-4515


Attorney for
Plaintiffs
</pre>

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISON

| | |
|---|---|
| JERROLL DOLPHIN, ET AL,<br><br>PLAINTIFFS,<br><br>vs.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>DEFENDANTS. | CASE NO.<br>11-CV-06322 RGK (SHX)<br><br>**REQUEST FOR COURT TO DETERMINE SUFFICIENCY OF PROOF OF SERVICE FOR ENTRY OF CLERK DEFAULT**<br><br>[TRIAL BRIEF, DECLARATION IN SUPPORT THEREOF AND *[PROPOSED]* ORDER FILED CONCURRENTLY HEREWITH |

### I.   REQUEST FOR COURT TO DETERMINE SUFFICIENCY OF PROOF OF SERVICE

Plaintiffs, by and through their counsel of record, Larry D. Walls, Esq., hereby request that the Court review the proof of service to determine its sufficiency, to allow the clerk to enter a default against Defendant, MOHAMMED SHARIFF, pursuant to Federal Rule of Civil Procedure 55(a) and the Court's December 20, 2012 Order.

<pre>
                        PROOF OF SERVICE
</pre>
PROOF OF SERVICE

In support of this request, Plaintiffs rely upon the record in this case and the Trial Brief and declaration submitted herein.

Dated this 11day of January 2013.

_____/s/_____
Larry Walls, Esq.
Attorney for Plaintiffs

## DECLARATION IN SUPPORT OF REQUEST FOR REVIEW

I, LARRY D. WALLS, declare as follows:

1. I am the attorney for Plaintiffs in the above-entitled action and I am familiar with the file, records and pleadings in this matter, and, if called as a witness, I could competently testify to their truth.

2. The summons and complaint were filed on August 1, 2011.

3. Defendant, MOHAMMED SHARRIFF was served with a copy of the summons and First Amended Complaint on June 13, 2012 as reflected on the docket sheet by the proof of service filed on June 14, 2012, as well as the mailing receipts and notice to Defendant. Exhibit 1

4. In the original complaint and First Amended Complaint, Defendant Mohammed Shariff was listed in the caption as "Mohammed Shariff as official and individual."

5. Defendant MOHAMMED SHARIFF was served with a copy of the summons and complaint on November 2, 2011 as reflected on the docket sheet by the proof of service filed on May 16, 2012, as well as the mailing receipts and notice to Defendant. Exhibit 2

6. In both proofs of service Defendant MOHAMMED SHARIFF was served as "Mohammed Shariff Liberia Ambassador-at-large."

7. On January 4, 2013, the Clerk rejected Plaintiff Dr. Jerroll Dolphin's Request to enter clerk's default against Defendant MOHAMMED SHARIFF because the

wording in the caption of the first amended complaint did not match the wording in the proof of service as to Defendant MOHAMMED SHARIFF.

8. The name of Defendant MOHAMMED SHARIFF was the same in the original complaint, the First Amended complaint and the first and second service.

9. The statement in the caption of the complaint state MOHAMMED SHARIFF "as official and individual" is not his name, but designates his status in the lawsuit.

10. The statement in the proof of service MOHAMMED SHARIFF "Liberia Ambassador-at-Large" is not his name, but is his title as he relates to the Liberian Government.

11. Plaintiff's complaint has alleged and made demand for actual damages for loss of income in the amount of $25,000,000, general damages for pain and suffering in the amount of $50,000,000, punitive damages for malicious conduct in the amount of $25,000,000, as well as attorney fees and costs in the amount of $1,000,000 for a sum total of $101,000,000.

12. An answer to the complaint was due on June 13, 2012; however, no answer or any other response has been received from or on behalf of Defendant Shariff.

13. As Defendant has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

14. Pursuant to this Honorable Court's Order entered on December 20, 2012, Plaintiff requests that the clerk of the court enter default against Mohammed Shariff.

15. On or about January 7, 2013, I called the clerk to determine why the Clerk's Default was denied. I was informed it was because his name in the First Amended complaint did not match the name the proof of service.

16. I submit to this court that his name in the First Amended complaint and the proof of service is the same MOHAMMED SHARIFF.

17. The description of his status, in the First Amended complaint and his government title in the proof of service, is not his name. Therefore, the clerk's default should be entered.

I declare under penalty of perjury that the foregoing is true and correct, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

Executed on 11th Day of January, 2013 at Los Angeles, California.

_____
Larry D. Walls, Esq.