**Larry Walls, Esq. SBN 64696**
**The Walls-Fox Firm**
**City National Plaza**
**515 S. Flower St, 36th Floor**
**Los Angeles, CA 90071**
**Telephone: (213) 236-3796**
**Facximile: (888) 637-4515**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| St. Luke School of Medicine-Ghana, et al, vs. Republic of Liberia, et al, | Case No. 11-CV-06322 RGK (SHx) **PROOF OF SERVICE** |

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 515 S. Flower Street, 36th Floor, Los Angeles, CA 90071. On January 14, 2013, I served the foregoing documents described as:

REQUEST FOR COURT TO DETERMINE SUFFICIENCY OF PROOF OF SERVICE
TRIAL BRIEF,
DECLARATION IN SUPPORT THEREOF, and
[Proposed], ORDER FILED CONCURRENTLY HEREWITH

upon the interested parties by placing a true and correct copy thereof enclosed in a sealed envelope and addressed as follows:

Mohammad Shariff
c/o Embassy, Republic of Liberia
16th Street
NW Washington, DC 20011

[X]  I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service mailbox on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.
[ ]  Next day mail via Federal Express at Los Angeles, California.
[ ]  Such document was sent via facsimile to the number list above.
[X]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
[X]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 14, 2013 at Los Angeles, California

_____/s/_____

Tiffiny Walls-Fox

- 1