

11-cv-6322 RGK-SHx
Foreign Service Returned Unexecuted.