Larry Walls, Esq. SBN 64696
The Walls ~ Fox Firm
City National Plaza
515 S. Flower St., 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3796
Facsimile:  (888) 637-4515

Attorney for
Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROLL DOLPHIN, ET AL,<br><br>PLAINTIFFS,<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>DEFENDANTS. | CASE NO.<br>11-CV-06322 RGK (SHX)<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |

**TO THE HONORABLE JUDGE GARY KLAUSEN**

A.    INTRODUCTION

On January 17, 2013, the Hon. Judge Klausen filed an order to show cause as to why the plaintiffs have not prosecuted this case.  The plaintiffs respond as follows to the order to show cause.

On January 17, 2013, the Plaintiffs did file the following documents with this honorable court:

1. Request For Court To Determine Sufficiency Of Proof Of Service For Entry Of Clerk Default

2. Proposed Order  Determining Sufficiency Of Proof Of Service For Entry

Of Clerk Default

3. Trial Brief In Support Of Request For Clerk Default

4. Declaration In Support Thereof

5. Proof Of Service

    a. Request For Court To Determine Sufficiency Of Proof Of Service

    b. Trial Brief,

    c. Declaration In Support Thereof, And

    d. [Proposed], Order Filed Concurrently Herewith

Accordingly, Plaintiffs believe that they are actively engaged in the prosecution of this case, complied with the court order of January 17, 2013, and pray this honorable court not to dismiss this case.

Respectfully submitted,

Dated: January 24, 2013

           /s/

Larry D. Walls, Esq.

Attorney for Plaintiffs