| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Manny A. Abascal (Bar No. 171301)<br>   Amy C. Quartarolo (Bar No. 222144) |
| 3 |    Michael A. Lundberg (Bar No. 258921)<br>   Michael C. Godino (Bar No. 274755) |
| 4 | 355 South Grand Avenue<br>Los Angeles, California 90071-1560 |
| 5 | Telephone: +1.213.485.1234<br>Facsimile: +1.213.891.8763 |
| 6 | Attorneys for Specially Appearing |
| 7 | Defendant Mohammed Sheriff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ST. LUKE SCHOOL OF MEDICINE – GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class Action,<br><br>              Plaintiffs,<br><br>    v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND, as official and individual; MOHAMMED SHARIFF, as official and individual; DR. BENSON BARH, as official and individual; DR. GEORGE GOLLIN, as official and individual; DR. BRAD SCHWARTZ, as official and individual; ALAN CONTRERAS, as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree | CASE NO. CV:11-06322-RGK-(SHx)<br><br>NOTICE OF SPECIAL APPEARANCE ON BEHALF OF MOHAMMED SHERIFF, AND INTENTION TO FILE MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\3039848.2

NOTICE OF SPECIAL APPEARANCE
AND INTENTION TO FILE MOTION TO DISMISS

| | |
|---|---|
| 1 | Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Manuel A. Abascal, Amy C. Quartarolo, Michael A. Lundberg and Michael C. Godino of Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071, hereby enter their appearance as attorneys of record for Specially Appearing Defendant Mohammed Sheriff, the lone Defendant yet to be dismissed from this action.[1]  By noticing their appearance as attorneys of record for MOHAMMED SHERIFF, counsel expressly do not intend to waive any arguments, challenges or other defenses, including but not limited to those relating to jurisdiction and the sufficiency of the service of process.

To the extent that this action is not dismissed by the Court in accordance with its January 17, 2013 Order to Show Cause ("OSC") (Dkt. 161), Mr. Sheriff intends to file, no later than February 8, 2013, a Motion to Dismiss (the "Motion") for insufficient service of process and lack of personal jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(2), respectively.  Federal courts cannot exercise personal jurisdiction over a defendant without proper service of process.  *See Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 350 (1999) (citing *Omni Capital Int'l, Ltd. v.*

---

[1] The Court dismissed all claims asserted against each other named Defendant: Alan Contreras (motion granted March 29, 2012 (Dkt. 89)); State of Oregon, Office of Degree Authorization (*Id.*); Educational Commission for Foreign Medical Graduates (motion granted April 2, 2012 (Dkt. 90)); Foundation for Advancement of Medical Education and Research (*Id.*); Dr. George Gollin (motion granted *with prejudice* May 3, 2012 (Dkt. 119)); University of Illinois-Urbana Champaign (motion granted *with prejudice* May 3, 2012 (*Id.*); the National Accreditation Board of the Republic of Ghana (motion granted July 27, 2012 (Dkt. 144); and the Republic of Liberia, Ministry of Health, Ministry of Education, Liberian Medical Board, National Commission on Higher Education, and National Transitional Legislative Assembly (motion granted September 11, 2012 (Dkt. 154)).  The Court further dismissed all "unserved" Defendants, including Drs. Isaac Roland, Benson Barh, and Brad Schwartz (Order dated December 19, 2012 (Dkt. 156)).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\3039848.2

1

NOTICE OF SPECIAL APPEARANCE
AND INTENTION TO FILE MOTION TO DISMISS

1 *Rudolf Wolff & Co.*, 484 U.S. 97, 104 (1987)); *SEC v. Ross*, 504 F.3d 1130, 1138-39 (9th Cir. 2007) ("[I]n the absence of proper service of process, the district court has no power to render any judgment against the defendant's person or property . . . .").

As would be set forth more fully in his Motion, Plaintiff's attempted service of process on Mr. Sheriff was deficient. While Plaintiff filed his First Amended Complaint nearly a year ago, on February 8, 2012 (Dkt. 50), and purportedly served Mr. Sheriff in June 2012, the service was improper and Mr. Sheriff was wholly unaware of this lawsuit until just a few days ago. Latham was engaged as counsel for Mr. Sheriff only yesterday, January 24, 2013. Moreover, Mr. Sheriff's surname does not match that of the name referenced by Plaintiff in numerous filings (Defendant "Mohammed Shariff"), including Plaintiff's First Amended Complaint (Dkt. 50), Requests for Entry of Default (Dkts. 157 and 159), Request for Clerk to Determine Sufficiency of Proof of Service For Entry of Clerk Default (Dkt. 162) and Response to Order to Show Cause (Dkt. 164). Similarly, Mr. Sheriff's surname does not match the name found on registered mail return receipts filed with this Court, nor on a recent attempted foreign service, which was returned unexecuted (Dkt. 163).

All pleadings, discovery, correspondence and other material pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be served upon counsel at the following address:

> Manuel A. Abascal, Esq.
> Amy C. Quartarolo, Esq.
> Michael A. Lundberg, Esq.
> Michael C. Godino, Esq.
> **LATHAM & WATKINS LLP**
> 355 South Grand Ave., Suite 100
> Los Angeles, CA 90071
> Telephone: (213) 485-1234
> Facsimile: (213) 891-8763

///
///
///
///

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\3039848.2

2

NOTICE OF SPECIAL APPEARANCE
AND INTENTION TO FILE MOTION TO DISMISS

1  Dated: January 25, 2013  Respectfully submitted,

2  LATHAM & WATKINS LLP
   Manny A. Abascal
3  Amy C. Quartarolo
   Michael A. Lundberg
4  Michael C. Godino

5  By /s/ Michael A. Lundberg
   Attorneys for Specially
6  Appearing Defendant
   Mohammed Sheriff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance the Federal Rules of Civil Procedure and Local Rule 5-3.3.

/s/ Djallon M. Dinwiddie
Djallon M. Dinwiddie