| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Manny A. Abascal (Bar No. 171301)<br>Amy C. Quartarolo (Bar No. 222144) |
| 3 | Michael A. Lundberg (Bar No. 258921)<br>Michael C. Godino (Bar No. 274755) |
| 4 | 355 South Grand Avenue<br>Los Angeles, California  90071-1560 |
| 5 | Telephone:  +1.213.485.1234<br>Facsimile:  +1.213.891.8763 |
| 6 | Attorneys for Specially Appearing |
| 7 | Defendant Mohammed Sheriff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| 11 | ST. LUKE SCHOOL OF MEDICINE – GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class Action, | CASE NO. CV:11-06322-RGK-(SHx) |
| | | CERTIFICATE OF INTERESTED PARTIES ON BEHALF OF SPECIALLY APPEARING DEFENDANT MOHAMMED SHERIFF |
| | Plaintiffs, | [Central District Local Rule 7.1-1] |
| | v. | |
| | REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND, as official and individual; MOHAMMED SHARIFF, as official and individual; DR. BENSON BARH, as official and individual; DR. GEORGE GOLLIN, as official and individual; DR. BRAD SCHWARTZ, as official and individual; ALAN CONTRERAS, as official and individual; UNIVERSITY OF ILLINOIS-URBANA CHAMPAIGN, an Illinois Institution of | |

Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,

            Defendants.

The undersigned counsel of record for Specially Appearing Defendant Mohammed Sheriff certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.     Mohammed Sheriff.

Dated: January 25, 2013

Respectfully submitted,

LATHAM & WATKINS LLP
Manny A. Abascal
Amy C. Quartarolo
Michael A. Lundberg
Michael C. Godino

By   /s/ Michael A. Lundberg
     Attorneys for Specially Appearing Defendant Mohammed Sheriff

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance the Federal Rules of Civil Procedure and Local Rule 5-3.3.

/s/ Djallon M. Dinwiddie
Djallon M. Dinwiddie