Larry Walls, Esq. SBN 64696
The Walls ~ Fox Firm
City National Plaza
515 S. Flower St., 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3796
Facsimile: (888) 637-4515

**DENIED**
BY ORDER OF THE COURT

Attorney for
Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISON**

| | |
|---|---|
| JERROLL DOLPHIN, ET AL,<br><br>PLAINTIFFS,<br><br>v.<br><br>REPUBLIC OF LIBERIA, et al,<br><br>DEFENDANTS. | CASE NO.<br>11-CV-06322 RGK (SHX)<br><br>**PROPOSED ORDER DETERMINING SUFFICIENCY OF PROOF OF SERVICE FOR ENTRY OF CLERK DEFAULT** |

Plaintiff, Dr. Jerroll Dolphin, by and through his counsel of record, Larry D. Walls, Esq., having Requested that the Court review the proof of service to determine its sufficiency, to allow the clerk to enter a default against Defendant, MOHAMMED SHARIFF, pursuant to Federal Rule of Civil Procedure 55(a) and the Court's December 20, 2012 Order.

~~The court hereby finds, Upon Good Cause, appearing from the record herein and the Declaration submitted with this request, that the service upon Defendant MOHAMMED SHARIFF, was sufficient to give him notice of this action. Therefore, the clerk shall enter his default for failure to answer or otherwise~~

~~respond to service of process~~.

DENIED.

Dated: January 31, 2013    _____

                                                      Judge of the District Court