1  LATHAM & WATKINS LLP
     Manny A. Abascal (Bar No. 171301)
2      *manny.abascal@lw.com*
     Amy C. Quartarolo (Bar No. 222144)
3      *amy.quartarolo@lw.com*
     Michael A. Lundberg (Bar No. 258921)
4      *michael.lundberg@lw.com*
     Michael C. Godino (Bar No. 274755)
5      *michael.godino@lw.com*
   355 South Grand Avenue
6  Los Angeles, California  90071-1560
   Telephone: +1.213.485.1234
7  Facsimile: +1.213.891.8763

8  Attorneys for Specially Appearing
   Defendant Mohammed Sheriff
9

10                UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 12  ST. LUKE SCHOOL OF MEDICINE – GHANA, a Ghanaian corporation; ST. LUKE SCHOOL OF MEDICINE – LIBERIA, a Liberian corporation; DR. JERROLL B.R. DOLPHIN, on behalf of himself, ROBERT FARMER, on behalf of a Class Action,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF LIBERIA; MINISTRY OF HEALTH, a Liberian Governmental Agency; MINISTRY OF EDUCATION, a Liberian Governmental Agency; LIBERIAN MEDICAL BOARD, a Liberian Governmental Agency; NATIONAL COMMISSION ON HIGHER EDUCATION, a Liberian Governmental Agency; NATIONAL TRANSITIONAL LEGISLATIVE ASSEMBLY, a Liberian Governmental Agency; DR. ISAAC ROLAND, as official and individual; MOHAMMED SHARIFF, as official and individual; DR. BENSON BARH, as official and individual; DR. GEORGE GOLLIN, as official and individual; DR. BRAD SCHWARTZ, as official and individual; ALAN CONTRERAS, as official and individual; UNIVERSITY OF ILLINOIS-URBANA | CASE NO. CV:11-06322-RGK-(SHx)<br><br>APPENDIX OF NON-FEDERAL AUTHORITY IN SUPPORT OF SPECIALLY APPEARING DEFENDANT MOHAMMED SHERIFF'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION, OR, IN THE ALTERNATIVE, TO QUASH SERVICE OF THE FIRST AMENDED COMPLAINT<br><br>[*NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES; AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH*]<br><br>F.R.C.P. 12(b)(2), 12(b)(5)<br><br>Assigned to Hon. R. Gary Klausner<br><br>Hearing<br>Date:    March 11, 2013<br>Time:    9:00 a.m.<br>Place:   Courtroom 850<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

1  CHAMPAIGN, an Illinois Institution of Higher Learning; STATE OF OREGON, Office of Degree Authorization; the NATIONAL ACCREDITATION BOARD OF THE REPUBLIC OF GHANA; EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, a Pennsylvania non-profit corporation; FOUNDATION FOR ADVANCEMENT OF MEDICAL EDUCATION AND RESEARCH, a Pennsylvania non-profit corporation,

            Defendants.

# APPENDIX OF NON-FEDERAL AUTHORITY

Specially Appearing Defendant Mohammed Sheriff hereby submits the following non-federal authority cited in support of his Motion to Dismiss Plaintiff's First Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction, or, in the alternative, to Quash Service of the First Amended Complaint:

**TAB**

## CASES

*Leichtman v. Koons*,
  527 A.2d 745 (D.C. 1987) .................................................................................1

*Morfessis v. Marvins Credit, Inc.*,
  77 A.2d 178 (D.C. 1950) ...................................................................................2

*Summers v. McClanahan*,
  140 Cal. App. 4th 403 (2006) ............................................................................3

*Warner Bros. Records, Inc. v. Golden West Music Sales*,
  36 Cal. App. 3d 1012 (1974) .............................................................................4

## STATUTES

CAL. CIV. PROC. CODE § 413.10(c) ........................................................................5

CAL. CIV. PROC. CODE § 415.30 .............................................................................6

CAL. CIV. PROC. CODE § 415.40 .............................................................................7

CAL. CIV. PROC. CODE § 416.90 .............................................................................8

Excerpt of Liberian Civil Procedure Law, Title 1 ...................................................9

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\3051875.2

1

APPENDIX OF NON-FEDERAL AUTHORITY IN
SUPPORT OF MOTION TO DISMISS

**RULES**

D.C. Super. Ct. Civ. R. 4(c)(3) ...................................................................................... 10

D.C. Super. Ct. Civ. R. 4(c)(4) ...................................................................................... 11

Dated: February 8, 2013

Respectfully submitted,

LATHAM & WATKINS LLP
Manny A. Abascal
Amy C. Quartarolo
Michael A. Lundberg
Michael C. Godino

By /s/ Michael A. Lundberg
Attorneys for Specially
Appearing Defendant
Mohammed Sheriff

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\3051875.2

2

APPENDIX OF NON-FEDERAL AUTHORITY IN
SUPPORT OF MOTION TO DISMISS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance the Federal Rules of Civil Procedure and Local Rule 5-3.3.

/s/ Djallon M. Dinwiddie
Djallon M. Dinwiddie