**Exhibit 1**




State and Consumer Services Agency – Governor Edmund G. Brown Jr

**Bureau for Private Postsecondary Education**
2535 Capitol Oaks Drive, Suite 400, Sacramento, CA 95833
P.O. Box 980818, West Sacramento, CA 95798-0818
P (916) 431-6959  F (916) 263-1897  www.bppe.ca.gov

REGULAR AND CERTIFIED MAIL

## ORDER OF ABATEMENT

December 14, 2012

Jerroll Dolphin
St. Luke School of Medicine
1042 W. 42nd St.
Los Angeles, CA 90037

Subject: St. Luke School of Medicine
Operating Educational Institution without Proper Approval

Dear Jerroll Dolphin:

The Bureau for Private Postsecondary Education ("Bureau") regulates California's private postsecondary educational institutions. It is the Bureau's mandate to uphold and enforce the Private Postsecondary Education Act of 2009 ("the Act") and corresponding regulations. The text of the Act and corresponding regulations is available on the Bureau's website at www.bppe.ca.gov.

As of the date of this letter, the Bureau has not received an Application for Approval to Operate Accredited Institution from St. Luke School of Medicine. As the owner of St. Luke School of Medicine, you are in violation of the Act section 94886.

Statutory Authority:

The Private Postsecondary Education Act of 2009 (the Act) provides in relevant part:
"…a person shall not open, conduct, or do business as a private postsecondary educational institution in this state without obtaining an approval to operate under this chapter." (Ed. Code § 94886)

The Act provides in relevant part:
"The following violations of this chapter are public offenses: (a) Knowingly operate a private postsecondary institution without an approval to operate is an infraction subject to the procedures described in Sections 19.6 and 19.7 of the Penal Code." (Ed. Code § 94943(a))

St. Luke School of Medicine
December 14, 2012
Page 2

The Act provides in relevant part:
> "Notwithstanding any other provision of the law, the Bureau shall cite any person, and that person shall be subject to a fine not to exceed fifty thousand dollars ($50,000), for operating an institution without proper approval to operate issued by the bureau pursuant to this chapter." (Ed. Code § 94944)

St. Luke School of Medicine has not been issued an Approval to Operate by the Bureau. Therefore, <u>the Bureau hereby orders that you cease operating as a private postsecondary educational institution</u> and submit evidence of compliance to the Bureau within 14 days of the date of this order. This means you must stop enrolling students, and cease all instructional services, advertising (including Web sites), programs, and/or operations. Operation without Bureau approval will subject you to a $50,000.00 fine under section 94886 of the Act.

In addition, if St. Luke School of Medicine currently has enrolled students, you must immediately contact the Bureau's Closed School Unit pursuant to Title 5, CCR § 76240 in order to notify the Bureau of your closure plans. The Closed School Unit's telephone number is (916) 431-6931. Note additionally that pursuant to California Education Code section 94902(b), an enrollment agreement is not enforceable unless at the time of the execution of the enrollment agreement the institution held a valid approval to operate.

If you have any questions regarding this Order of Abatement, please contact Enforcement Analyst, Louman Cheung by phone at (916) 431-6948 or by e-mail at Louman.Cheung@dca.ca.gov.

Sincerely,

Connie Bouvia
Connie Bouvia
Enforcement Chief

:LC
cc:   Closed School Unit, Licensing Unit